William J. Robinson (State Bar No. 83729)
email: wrobinson@foley.com
Victor de Gyarfas (State Bar No. 171950)
email: vdegyarfas@foley.com
Justin M. Sobaje (State Bar No. 234165)
email: jsobaje@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone: 213-972-4500
Facsimile: 213-486-0065

Gina Bibby (State Bar No. 242657)
email: gbibby@foley.com
**FOLEY & LARDNER LLP**
975 Page Mill Road
Palo Alto, CA 94304-1013
Telephone: 650-856-3700
Facsimile: 650-856-3710

Attorneys for **FORMFACTOR, INC.**

ORIGINAL
FILED

2010 JUL 14 P 3: 45

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D.C. - SAN JOSE

E-filing

ADR

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| **FORMFACTOR, INC.**, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**MICRO-PROBE INCORPORATED**, a California corporation; and **DAVID BROWNE**, an individual.<br><br>Defendant. | Case No. CV 10-03095 MEJ<br><br>**COMPLAINT FOR:**<br><br>**1. PATENT INFRINGEMENT;**<br><br>**2. BREACH OF CONFIDENCE AND CONSPIRACY TO BREACH CONFIDENCE; AND**<br><br>**3. UNFAIR COMPETITION**<br><br>**DEMAND FOR JURY TRIAL** |

COMPLAINT

LACA_2611316.1

Plaintiff FormFactor, Inc. ("FormFactor"), by and through its attorneys, alleges as follows:

## JURISDICTION

1.      This is a civil action asserting claims for patent infringement, a substantial and related claim for unfair competition, and a claim for breach of confidence and conspiracy to breach confidence that is so related to the patent claims as to form part of the same case or controversy under Article III of the United States Constitution.  This Court has subject matter jurisdiction over the claims asserted herein pursuant to 28 U.S.C. §§ 1331, 1338(a) and (b), and § 1367(a). This Court also has personal jurisdiction over Defendants Micro-Probe Incorporated ("Micro-Probe") and David Browne ("Browne").  Upon information and belief, Micro-Probe is doing business in this Judicial District, and Browne is a resident of this Judicial District, as discussed in more detail herein.  Requiring Micro-Probe and Browne to respond to this action will not violate due process.   Micro-Probe and Browne are amenable to service of process pursuant to F.R.Civ.P. 4(e).

2.      Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391(b) and (c) and 1400(b).  Micro-Probe transacts business within this Judicial District and has a regular and established place of business in this Judicial District.  Browne is a resident of this Judicial District.

## INTRADISTRICT ASSIGNMENT

3.      This is an Intellectual Property Action; and therefore, pursuant to Civil L.R. 3-2(c), it may be assigned on a district-wide basis.

## THE PARTIES

4.      FormFactor is a Delaware corporation having a principal place of business at 7005 Southfront Road, Livermore, California.

5.      FormFactor is informed and believes, and on that basis alleges, that Defendant Micro-Probe is a California corporation headquartered in Carlsbad, California.

Micro-Probe maintains a facility at 617 River Oaks Pkwy, San Jose, California.

6.      FormFactor is informed and believes, and on that basis alleges, that Micro-Probe has ongoing and systematic contacts with this Judicial District, including sales, offers for sale, and technical support of products to customers in this Judicial District.

7.      FormFactor is informed and believes, and on that basis alleges, that Browne is a resident of this Judicial District and resides at 2783 Curlew Court, Pleasanton, CA 94566.

## GENERAL ALLEGATIONS
## FORMFACTOR AND ITS BUSINESS

8.      FormFactor designs and manufactures advanced wafer probe card assemblies, which are custom-designed products used by semiconductor manufacturers in the testing of semiconductor die, or chips, while still in the wafer format.  FormFactor was founded in 1993 and has since become an industry leader in the design, development, manufacture, sale, and support of precision, high performance advanced semiconductor wafer probe card assemblies.

9.      FormFactor's world headquarters and its principal research and development activities and manufacturing operations are located in Livermore, California.  FormFactor has also established foreign subsidiaries in Asia and Europe that, depending on the subsidiary, provide local design, business services, service and sales support, and/or manufacturing operations.

10.      Semiconductor devices, such as dynamic random access memory devices, or DRAMs, Flash memory devices, and system-on-chip devices such as microprocessors, are typically produced by creating hundreds, or in the case of certain memory devices more than a thousand, identical devices (die) on a single silicon wafer.  After the die are created on the wafer, the individual die are severed (singulated) and packaged.  However, certain physical defects in the wafer and defects in the processing of the wafer lead to some of the die being "good" (functional) and some of the die being "bad" (non-functional).  The costs of packaging die are significant and, therefore, it is preferable to

LACA_2611316.1

avoid wasting the time and money of packaging on bad die.  As one of the final steps in the die fabrication process, and before the individual dies are severed (singulated) and packaged, the die are subject to certain functional and/or electrical test while still in the wafer form.  The chip manufacturing process is typically divided into front-end and back-end processes, as depicted in the process flow illustration below.



11.     Testing a semiconductor device prior to wafer cut / singulation requires sending electrical signals from a test machine to the die on a wafer and analyzing the response.  Semiconductor die contain numerous connection pads (bond pads) that must be contacted during testing and significant technical and design issues must be addressed.  For example, creating an electrical connection with the semiconductor device requires physical contact with the wafer, which can potentially damage the wafer.   Another example is that modern semiconductor devices contain many hundreds of bond pads disposed in close proximity to one another requiring that the contact method be extremely precise.  Yet another example is that the bond pads on a semiconductor device can be arranged in a variety of ways (e.g., not necessarily in a single row on the peripheral edges of the die).

4

COMPLAINT

12.     Probe card assemblies are custom semiconductor equipment used within what is commonly called a "test cell", which comprises a non-custom semiconductor tester, a non-custom semiconductor prober and the probe card assembly, as depicted in the illustration below.



13.     Probe card assemblies are used to communicate data between a test machine, illustrated above as the "tester" and a semiconductor device under test, only two of many being illustrated above on the "wafer."   In general, probe card assemblies include circuitry for routing signals and probe elements, only two of many being illustrated above, for creating electrical connections between the probe card assembly and the semiconductor device.   Probe card assemblies are manufactured based on the specification of the semiconductor device to be tested.  For example, the probe elements on a probe card assembly must be arranged to match the bond pad distribution on the specific semiconductor device to be tested.  Testing a semiconductor device using a probe card assembly includes the step of moving the wafer which sits on the chuck into contact with the probe card assembly so that the probe elements on the probe card assembly come into contact with corresponding bond pads on the semiconductor device to create

5

LACA_2611316.1

an electrical connection.

14.     FormFactor's probe card assemblies, which are also referred to as wafer probe cards, thus provide the communication bridge between a test computer and a semiconductor device to allow a semiconductor manufacturer to test the functionality of semiconductor devices such as memory devices and microprocessors.  This connection requires very precise manufacturing tolerances and positioning accuracy to the level of tens of microns, which is one millionth of a meter.  For comparison, the cross section of a typical human hair is in the range of 100 microns.  To meet these exacting requirements, FormFactor's wafer probe cards utilize Micro-Electro-Mechanical Systems (MEMS) technology.

15.     At the core of FormFactor's wafer probe cards is its patented MicroSpring® interconnect technology, which enables FormFactor to produce wafer probe cards for applications that require reliability, speed, precision, and signal integrity.  Among the important aspects of that technology are MicroSpring® contacts that are formed with precise geometrical characteristics.  For example, for some applications the MicroSpring® contacts are formed with blades at the tips that slice through any non-conductive layers on the contact pads of a semiconductor under test to provide a reliable electrical connection to the test equipment.

16.     Other important aspects of FormFactor's technology include planarization mechanisms, which ensure precise alignment between a semiconductor wafer under test and the probe card, and flexible substrates that allow direct connection of high-frequency test signals from a tester to the wafer under test, while allowing low-frequency signals to be sent to the wafer via the rigid sections of the probe card assembly.

17.     The technology developed by FormFactor allows for, among other things, testing multiple semiconductor devices in a single touchdown, testing without damaging the semiconductor devices, and scaling probe cards as semiconductor devices continually shrink in size.  FormFactor's wafer probe card products have been and are used by major semiconductor manufacturers.

6

COMPLAINT

18.     FormFactor has continuously and heavily invested in research and development to innovate new functions and features that further improve its probe card assemblies, and FormFactor continues to introduce new products that incorporate its novel technology. FormFactor protects its probe card business by obtaining and enforcing United States patents and other intellectual property.   As of December 26, 2009, FormFactor had 684 issued patents, of which 354 are United States patents and 330 are foreign patents.

19.     FormFactor is the assignee and owner of all right, title and interest to numerous United States Patents, including the following: United States Patent Nos. 6,441,315 (the "'315 patent"), 6,825,422 (the "'422 patent"), 6,965,244 (the "'244 patent"), 7,227,371 (the "'371 patent"), 6,246,247 (the "'247 patent"), and 6,624,648 (the "'648 patent") (collectively, the "Patents-in-Suit").

20.     The '315 patent, entitled "Contact Structures With Blades Having A Wiping Motion," was duly and legally issued on August 27, 2002.  A true and correct copy of the '315 patent is attached hereto as Ex. 1.  The '315 patent is valid, remains in force, and is owned by FormFactor.

21.     The '422 patent, entitled "Interconnection Element With Contact Blade," was duly and legally issued on November 30, 2004.  A true and correct copy of the '422 patent is attached hereto as Ex. 2.  The '422 patent is valid, remains in force, and is owned by FormFactor.

22.     The '244 patent, entitled "High Performance Probe System," was duly and legally issued on November 15, 2005. A true and correct copy of the '244 patent is attached hereto as Ex. 3.  The '244 patent is valid, remains in force, and is owned by FormFactor.

23.     The '371 patent, entitled "High Performance Probe System," was duly and legally issued on June 5, 2007. A true and correct copy of the '371 patent is attached hereto as Ex. 4.  The '371 patent is valid, remains in force, and is owned by FormFactor.

24.     The '247 patent, entitled "Probe Card Assembly and Kit, and Methods of

7

Using Same," was duly and legally issued on June 12, 2001.  A true and correct copy of the '247 patent is attached hereto as Ex. 5.  The '247 patent is valid, remains in force, and is owned by FormFactor.

25.     The '648 patent, entitled "Probe Card Assembly," was duly and legally issued on September 23, 2003.   A true and correct copy of the '648 patent is attached hereto as Ex. 6.  The '648 patent is valid, remains in force, and is owned by FormFactor.

26.     FormFactor has placed the required statutory notice on its products that utilize the Patents-in-Suit.

## MICRO-PROBE AND ITS BUSINESS

27.     Micro-Probe develops, manufactures, and supports wafer test probe card products, including MEMS products.  Micro-Probe is headquartered in California and has design and manufacturing facilities in San Jose and Carlsbad, California.  Micro-Probe is a subsidiary of Astria Semiconductor Holdings, Inc. ("Astria"), which has a place of business in San Jose, California.

28.     Micro-Probe's MEMS products include probe card assemblies it offers for sale under the names "Mx-FinePitch," "Vx-MP" and "Vx-RF."

29.     FormFactor is informed and believes, and on that basis alleges, that Micro-Probe's wafer test probe card business has been built on the bedrock of FormFactor's technology.  Micro-Probe's MEMS products, such as its Vx-MP and Vx-RF probe cards, as described on Micro-Probe's website at http://microprobe.dreamhosters.com/wp-content/uploads/2010/06/S06_03_Slessor_SWTW20091.pdf and http://microprobe.dreamhosters.com/wp-content/uploads/2010/06/Kister_Hopkins_SWTW08_Final_05-19-08.pdf infringe numerous FormFactor patents as described herein.  On information and belief, Micro-Probe has hired, and is also continuing to try to hire, FormFactor employees, including engineers and marketing executives for the express purpose of having them disclose confidential technical and marketing information of FormFactor.   Among the former FormFactor employees that Micro-Probe has hired are David Browne, a named defendant in this Complaint, Bihn Nguyen, and Amy Leong.

8

30.     This strategic assault on FormFactor's business has resulted in the loss by FormFactor of business at key customers such as Intel, and is continuing to damage FormFactor.

## DAVID BROWNE

31.     Browne was hired by FormFactor in November 2000 as a Strategic Account Manager.  On information and belief, before joining FormFactor Browne had no prior experience with probe cards.  Browne's responsibilities included selling FormFactor products to multiple customers, negotiating specifications, and obtaining purchase orders. Browne rose through FormFactor to become Director of Sales, Director of Memory Segment Marketing, Vice President of Customer Business Operations, and eventually ending up as Vice President of DRAM business management.

32.     While at FormFactor, for a period of time Browne was the primary salesperson for the Intel account.

33.     Browne's duties in his various positions at FormFactor involved pricing, sales training, contract negotiations, competitive analyses and the development of customer and sales "collateral" information by which the customer's needs and sales efforts were gathered and focused.  Product qualification information was one example of such collateral information. Much of this "collateral" information was not, and is not now, publicly available and was provided on a confidential basis to Browne as a FormFactor employee.  Browne spent a substantial amount of time developing collateral information on Intel.

34.     As part of his marketing duties, Browne became intimately familiar with FormFactor's technology and patents and, for example, attended meetings where FormFactor's engineers explained the details of critical FormFactor technology.  Browne has also read many of FormFactor's patents.   Browne knew, for example, that FormFactor's planarization technology and its tip geometry technology are key parts of FormFactor know-how and are patented.  Browne also knew the tremendous amount of resources that FormFactor had invested in developing its technologies.

9

COMPLAINT

35.     Browne also was a member of a small group of key FormFactor executives that attended meetings focusing on the protection of the company's intellectual property, including the enforcement of patents.

36.     Information regarding FormFactor technology was provided via Browne to customers on a confidential basis, as FormFactor maintains confidentiality agreements with all customers.   The purchase agreements that FormFactor entered into with customers were typically confidential and contained provisions that were not publicly available.

37.     While at FormFactor, Browne was aware that FormFactor had a wealth of technology and knowledge that was being stolen by multiple competitors.   Part of Browne's job was to gather information on such competitors.   Browne was aware that such thefts by competitors puts FormFactor at a competitive disadvantage.

38.     Browne developed and/or used two important tools to collect and manage the information he needed in his job.   One tool was a spreadsheet that Browne self-titled as "Silver Bullet," an Excel-based spreadsheet identifying information on competitors and their products.   The other tool was a web-hosted database internally called "Minerva," which was the storage location for all of the customer and competitive information developed by Browne and his team.   The Minerva database was and is hosted by SalesForce.com, Inc.

39.     Silver Bullet and the Minerva database were confidential and treated as such at FormFactor.   Not all employees at FormFactor had, or have, access to Silver Bullet or to Minerva.   Browne's own reports as entered into Minerva were often designated "Confidential."   Minerva is and has been used extensively at FormFactor for other purposes such as training, designs, quotes, and pricing.   Similar information was entered into Silver Bullet.

40.     Browne was aware of the confidential and propriety nature of FormFactor technology and of the business and technical information in the SalesForce and Silver Bullet databases.   Browne also took required courses at FormFactor and received

COMPLAINT

certifications confirming he successfully completed the courses, which included material on the proprietary and confidential nature of the information to which he was exposed.

41.     FormFactor is informed and believes, and on that basis alleges, that Browne received, on or about February 10, 2010, his "Executive Employment Agreement" with Astria stating that he would be the "Vice President of Sales and Business Development (Microprobe)."  That Agreement was part of a letter dated February 12, 2010 that stated in relevant part that "It is our pleasure to offer you a position at MicroProbe, Inc. as Vice President of Sales and Business Development. The position will report directly to me, and will be based in our San Jose, CA facility."  The letter was signed by Mike Slessor, CEO of Micro-Probe, and President and CEO of Astria.  Browne's compensation package includes substantial stock options.  It is not known when Browne had knowledge that he would receive a formal letter offer of employment, but on information and belief, it was at least on or before February 9, 2010.

42.     Browne gave notice to FormFactor on February 12, 2010 that he was resigning in two weeks to accept an employment position at Astria as Micro-Probe's Vice President of Sales and Business Development.  FormFactor asked Browne to leave the company's facilities immediately, but did continue to pay Browne his salary and provide him with his company benefits throughout the two week notice period.

43.     In the days immediately prior to his termination, and particularly after receiving the Astria employment agreement on February 10, 2010, Browne repeatedly accessed FormFactor files containing a variety of confidential and proprietary information, including such information as pricing, sales, technical research, growth strategy, and marketing plans.  While accessing certain of these files was part of Browne's ordinary business activities, Browne also accessed files that were not directly related to his then-current job responsibilities.  There was no reason for Browne to have done so other than to begin gathering information needed at his new position with Micro-Probe.

44.     FormFactor is informed and believes, and on that basis alleges, that Browne

LACA_2611316.1

COMPLAINT

also repeatedly accessed the Minerva and/or the Silver Bullet database during that same period and for the same reason.

45.     FormFactor is informed and believes, and on that basis alleges, that Browne copied information obtained during such accesses to portable media such as USB drives, to his FormFactor laptop computer, and/or to his home computer, and then to other unknown storage media and locations.

46.     FormFactor is informed and believes, and on that basis alleges, that upon his termination from FormFactor, Browne erased the portable media and overwrote the storage locations where the information had been transferred.

47.     FormFactor is informed and believes, and on that basis alleges, that Browne and Micro-Probe are using FormFactor's proprietary and confidential information at Micro-Probe and that a substantial part of Browne's incentive to do so are his stock options at Micro-Probe, which increase in value commensurate with the financial success of Micro-Probe.

48.     FormFactor is informed and believes, and on that basis alleges, that one reason Micro-Probe/Astria hired Browne was for the specific purpose of improperly obtaining access to FormFactor confidential and proprietary information so as to allow it to compete unfairly with FormFactor, and particularly for the Intel business, as well as to gain insight as to FormFactor's policies regarding intellectual property enforcement.

49.     FormFactor is informed and believes, and on that basis alleges, that Browne has played, and continues to play, a direct role in the loss of business at the Intel account by FormFactor to Micro-Probe, having worked closely with and reporting directly to Mike Slessor, the CEO of Micro-Probe and Astria.

## CLAIM 1: INFRINGEMENT OF U.S. PATENT NO. 6,441,315

50.     FormFactor repeats the allegations of paragraphs 1-49 above as though fully set forth herein.

51.     This claim is asserted against Micro-Probe for patent infringement.

52.     By virtue of its ownership of the '315 patent, FormFactor has the right to sue

thereon and the right to recover for infringement thereof.

53.     FormFactor is informed and believes, and on that basis alleges, that Micro-Probe has, individually or in concert with others, directly infringed at least Claims 1, 9, 21, and 30 of the '315 patent in violation of 35 U.S.C. § 271(a) by making, selling, offering for sale, and/or using wafer probe cards, including the Vx-MP probe cards, that include probe tips having raised elongated portions providing a horizontal wiping motion against the bonding pads on a semiconductor wafer as an overdrive motion is applied vertically to a wafer chuck holding the wafer to press the pads against the tips during wafer testing, with such wiping penetrating the non-conductive layers on the pads in order to establish electrical contact between the tips and the pads.

54.     FormFactor is informed and believes, and on that basis alleges, that Micro-Probe has actively induced the aforesaid direct infringement of '315 patent in violation of 35 U.S.C. § 271(b) by aiding, abetting, and encouraging its customers' use of the infringing Micro-Probe wafer probe cards with knowledge of the infringement of FormFactor's patents and with the intent to cause such infringement.

55.     Micro-Probe's wafer probe cards embody the patented inventions of the '315 patent, and will continue to do so unless enjoined by this Court.

56.     FormFactor is informed and believes, and on that basis alleges, that Micro-Probe's infringement is willful and deliberate.

57.     Micro-Probe's aforesaid acts of infringement have injured and violated the rights of FormFactor in an amount to be determined at trial.  Further, by these acts, Micro-Probe has irreparably injured FormFactor, and such injury will continue unless enjoined by this Court.

## CLAIM 2: INFRINGEMENT OF U.S. PATENT NO. 6,825,422

58.     FormFactor repeats the allegations of paragraphs 1-49 above as though fully set forth herein.

59.     This claim is asserted against Micro-Probe for patent infringement.

60.     By virtue of its ownership of the '422 patent, FormFactor has the right to sue

1  thereon and the right to recover for infringement thereof.

2  61.  FormFactor is informed and believes, and on that basis alleges, that Micro-

3  Probe has, individually or in concert with others, directly infringed at least Claim 1 of the

4  '422 patent in violation of 35 U.S.C. § 271(a) by making, selling, offering for sale, and/or

5  using wafer probe cards, including the Vx-MP probe cards, that that include probe tips

6  having raised elongated portions providing a horizontal wiping motion against the

7  bonding pads on a semiconductor wafer as an overdrive motion is applied vertically to a

8  wafer chuck holding the wafer to press the pads against the tips during wafer testing, with

9  such wiping penetrating the non-conductive layers on the pads in order to establish

10 electrical contact between the tips and the pads.

11 62.  FormFactor is informed and believes, and on that basis alleges, that Micro-

12 Probe has actively induced the aforesaid direct infringement of '422 patent in violation of

13 35 U.S.C. § 271(b) by aiding, abetting, and encouraging its customers' use of the

14 infringing Micro-Probe wafer probe cards with knowledge of the infringement of

15 FormFactor's patents and with the intent to cause such infringement.

16 63.  Micro-Probe's wafer probe cards embody the patented inventions of the

17 '422 patent, and will continue to do so unless enjoined by this Court.

18 64.  FormFactor is informed and believes, and on that basis alleges, that Micro-

19 Probe's infringement is willful and deliberate.

20 65.  Micro-Probe's aforesaid acts of infringement have injured and violated the

21 rights of FormFactor in an amount to be determined at trial.  Further, by these acts,

22 Micro-Probe has irreparably injured FormFactor, and such injury will continue unless

23 enjoined by this Court.

24 **CLAIM 3: INFRINGEMENT OF U.S. PATENT NO. 6,965,244**

25 66.  FormFactor repeats the allegations of paragraphs 1-49 above as though fully

26 set forth herein.

27 67.  This claim is asserted against Micro-Probe for patent infringement.

28 68.  By virtue of its ownership of the '244 patent, FormFactor has the right to sue

14

COMPLAINT

thereon and the right to recover for infringement thereof.

69.    FormFactor is informed and believes, and on that basis alleges, that Micro-Probe has, individually or in concert with others, directly infringed at least Claim 30 of the '244 patent in violation of 35 U.S.C. § 271(a) by making, selling, offering for sale, and/or using wafer probe cards, including the Vx-RF probe cards, that include flexible substrates that connect high frequency test signals to the probe head of the card and pass around at least one rigid layer of the card, with other signal paths being provided to the probe head through the rigid layers.

70.    FormFactor is informed and believes, and on that basis alleges, that Micro-Probe has actively induced the aforesaid direct infringement of '244 patent in violation of 35 U.S.C. § 271(b) by aiding, abetting, and encouraging its customers' use of the infringing Micro-Probe wafer probe cards with knowledge of the infringement of FormFactor's patents and with the intent to cause such infringement.

71.    Micro-Probe's wafer probe cards embody the patented inventions of the '244 patent, and will continue to do so unless enjoined by this Court.

72.    FormFactor is informed and believes, and on that basis alleges, that Micro-Probe's infringement is willful and deliberate.

73.    Micro-Probe's aforesaid acts of infringement have injured and violated the rights of FormFactor in an amount to be determined at trial.  Further, by these acts, Micro-Probe has irreparably injured FormFactor, and such injury will continue unless enjoined by this Court.

## CLAIM 4: INFRINGEMENT OF U.S. PATENT NO. 7,277,371

74.    FormFactor repeats the allegations of paragraphs 1-49 above as though fully set forth herein.

75.    This claim is asserted against Micro-Probe for patent infringement.

76.    By virtue of its ownership of the '371 patent, FormFactor has the right to sue thereon and the right to recover for infringement thereof.

77.    FormFactor is informed and believes, and on that basis alleges, that Micro-

15

Probe has, individually or in concert with others, directly infringed at least Claims 5 and 30 of the '371 patent in violation of 35 U.S.C. § 271(a) by making, selling, offering for sale, and/or using wafer probe cards, including the Vx-RF probe cards, that include flexible cables that connect high frequency test signals to the probe head of the card, with low frequency signals passing through the rigid portions of the card.

78.     FormFactor is informed and believes, and on that basis alleges, that Micro-Probe has actively induced the aforesaid direct infringement of '371 patent in violation of 35 U.S.C. § 271(b) by aiding, abetting, and encouraging its customers' use of the infringing Micro-Probe wafer probe cards with knowledge of the infringement of FormFactor's patents and with the intent to cause such infringement.

79.     Micro-Probe's wafer probe cards embody the patented inventions of the '371 patent, and will continue to do so unless enjoined by this Court.

80.     FormFactor is informed and believes, and on that basis alleges, that Micro-Probe's infringement is willful and deliberate.

81.     Micro-Probe's aforesaid acts of infringement have injured and violated the rights of FormFactor in an amount to be determined at trial.  Further, by these acts, Micro-Probe has irreparably injured FormFactor, and such injury will continue unless enjoined by this Court.

## CLAIM 5: INFRINGEMENT OF U.S. PATENT NO. 6,246,247

82.     FormFactor repeats the allegations of paragraphs 1-49 above as though fully set forth herein.

83.     This claim is asserted against Micro-Probe for patent infringement.

84.     By virtue of its ownership of the '247 patent, FormFactor has the right to sue thereon and the right to recover for infringement thereof.

85.     FormFactor is informed and believes, and on that basis alleges, that Micro-Probe has, individually or in concert with others, directly infringed at least Claim 36 of the '247 patent in violation of 35 U.S.C. § 271(a) by making, selling, offering for sale, and/or using wafer probe cards, including the Vx-MP probe cards, that include probe

16

LACA_2611316.1

heads and printed circuit boards (PCBs) interconnected by space transformers.

86.    FormFactor is informed and believes, and on that basis alleges, that Micro-Probe has actively induced the aforesaid direct infringement of '247 patent in violation of 35 U.S.C. § 271(b) by aiding, abetting, and encouraging its customers' use of the infringing Micro-Probe wafer probe cards with knowledge of the infringement of FormFactor's patents and with the intent to cause such infringement.

87.    Micro-Probe's wafer probe cards embody the patented inventions of the '247 patent, and will continue to do so unless enjoined by this Court.

88.    FormFactor is informed and believes, and on that basis alleges, that Micro-Probe's infringement is willful and deliberate.

89.    Micro-Probe's aforesaid acts of infringement have injured and violated the rights of FormFactor in an amount to be determined at trial.  Further, by these acts, Micro-Probe has irreparably injured FormFactor, and such injury will continue unless enjoined by this Court.

## CLAIM 6: INFRINGEMENT OF U.S. PATENT NO. 6,624,648

90.    FormFactor repeats the allegations of paragraphs 1-49 above as though fully set forth herein.

91.    This claim is asserted against Micro-Probe for patent infringement.

92.    By virtue of its ownership of the '648 patent, FormFactor has the right to sue thereon and the right to recover for infringement thereof.

93.    FormFactor is informed and believes, and on that basis alleges, that Micro-Probe has, individually or in concert with others, directly infringed at least Claim 1 of the '648 patent in violation of 35 U.S.C. § 271(a) by making, selling, offering for sale, and/or using wafer probe cards, including the Vx-MP probe cards, that have a multi-layer structure including a PCB with electrical contacts, a probe head containing electrical contacts, and a space transformer positioned between the probe head and the PCB to connect the probe head contacts with the electrical contacts on the PCB.

94.    FormFactor is informed and believes, and on that basis alleges, that Micro-

Probe has actively induced the aforesaid direct infringement of '648 patent in violation of 35 U.S.C. § 271(b) by aiding, abetting, and encouraging its customers' use of the infringing Micro-Probe wafer probe cards with knowledge of the infringement of FormFactor's patents and with the intent to cause such infringement.

95. Micro-Probe's wafer probe cards embody the patented inventions of the '648 patent, and will continue to do so unless enjoined by this Court.

96. FormFactor is informed and believes, and on that basis alleges, that Micro-Probe's infringement is willful and deliberate.

97. Micro-Probe's aforesaid acts of infringement have injured and violated the rights of FormFactor in an amount to be determined at trial. Further, by these acts, Micro-Probe has irreparably injured FormFactor, and such injury will continue unless enjoined by this Court.

## CLAIM 7: BREACH OF CONFIDENCE AND CONSPIRACY TO BREACH CONFIDENCE

98. FormFactor repeats the allegations of paragraphs 1-49 above as though fully set forth herein.

99. This claim is asserted against Browne for breach of confidence relative to FormFactor's confidential and propriety information and against Browne and Micro-Probe for conspiring to breach that confidence.

100. As a FormFactor employee, Browne both received and generated confidential and proprietary information about all phases of FormFactor's business, including patents, patent enforcement, marketing, technical know-how, and competitor and customer information that was not publicly available.

101. At all times during his FormFactor employment, FormFactor made Browne fully aware of the confidential and proprietary nature of that information, and Browne even took courses and obtained certifications confirming that awareness and understanding.

102. At all times during his FormFactor employment, Browne and FormFactor

COMPLAINT

LACA_2611316.1

had an understanding that the confidential and proprietary nature of this information would not only be maintained, but also that such information would not be used or disclosed by Browne outside of FormFactor without FormFactor's permission.

103.    FormFactor is informed and believes, and on that basis alleges, that Browne knowingly and deliberately conveyed FormFactor confidential and proprietary information to Micro-Probe and has used such information in the performance of his duties at Micro-Probe, including information in the Silver Bullet and Minerva databases and in those files he accessed immediately prior to his departure from FormFactor.

104.    FormFactor is informed and believes, and on that basis alleges, that Micro-Probe was fully aware of the confidential and proprietary nature of the FormFactor information that Browne conveyed to and used at Micro-Probe before Browne conveyed it to Micro-Probe.

105.    FormFactor is informed and believes, and on that basis alleges, that Micro-Probe, before receipt of the FormFactor confidential and proprietary information from Browne, had an opportunity to reject receipt of that information, but instead knowingly and intentionally chose to use that information for Micro-Probe's own commercial gain.

106.    FormFactor is informed and believes, and on that basis alleges, that Micro-Probe, before allowing Browne to use the FormFactor confidential and proprietary information at Micro-Probe, had an opportunity to stop him from doing so; but instead of stopping him, knowingly and intentionally encouraged him to use that information for Micro-Probe's commercial gain and the commensurate increase in value of Browne's stock options.

107.    Browne's deliberate and intentional actions in disclosing to Micro-Probe and/or using at Micro-Probe FormFactor's confidential and proprietary information were a breach of his duty of confidence to FormFactor to maintain FormFactor confidential and proprietary information as such and to not disclose it, particularly to a competitor.

108.    Micro-Probe's actions as alleged above constitute a wrongful conspiracy with Browne to breach his duty of confidence to FormFactor and to thereby obtain

19

FormFactor confidential and proprietary information.

109.    As a direct and proximate cause of the actions of Browne and Micro-Probe, FormFactor has been damaged in a significant amount, including the loss of its Intel business.  That amount will be determined at trial, but is in excess of $10 million.

110.    In doing the acts hereinabove alleged, Browne and Micro-Probe and each of them have acted fraudulently, oppressively, and maliciously and, by reason thereof, FormFactor is entitled to exemplary and punitive damages against each of them in a total amount of $5 million.

111.    By the aforesaid acts, Micro-Probe and Browne have irreparably injured FormFactor, and such injury will continue unless enjoined by this Court.

## CLAIM 8: UNFAIR COMPETITION

112.    FormFactor repeats the allegations of paragraphs 1-49 and 100-108 above as though fully set forth herein.

113.    This is a claim against Micro-Probe for unfair competition in violation of California Business and Professions Code § 17200 et seq.

114.    At all times herein relevant, Micro-Probe has engaged in a pattern of unlawful and unfair business practices relative to FormFactor that have not only significantly threatened or harmed competition, but that also have resulted in Micro-Probe competing unfairly with FormFactor.

115.     FormFactor is informed and believes, and on that basis alleges, that Micro-Probe's unfair business practices have included, but have not been limited to, targeting FormFactor employees having FormFactor confidential and proprietary information and encouraging them to disclose that information in violation of their duty of confidence to FormFactor and then using such information to compete unfairly with FormFactor.

116.    FormFactor is informed and believes, and on that basis alleges that all of the foregoing acts of Micro-Probe were intentional and were directed toward perpetuating a business competing unfairly with FormFactor.

117.    The acts of Micro-Probe as set forth herein have resulted in Micro-Probe

competing unfairly with FormFactor in the wafer probe card business and the loss of key FormFactor customers to Micro-Probe.

118. As a direct and proximate cause of Micro-Probe's unfair competition, Micro-Probe has been unjustly enriched in an amount no less than the amount of business lost by FormFactor. That amount will be determined at trial, but is in excess of $10 million.

119. By the aforesaid acts, Micro-Probe has irreparably injured FormFactor, and such injury will continue unless enjoined by this Court.

## PRAYER FOR RELIEF

WHEREFORE, FormFactor requests that the Court enter judgment in its favor and against Micro-Probe and Browne as follows:

## Under Claims 1-6

1. That FormFactor be adjudged to be the owner of the '315, '422, '244, '371, '247 and '648 patents and all rights of recovery under each of them.

2. That the '315, '422, '244, '371, '247 and '648 patents be each adjudged to be good and valid at law and infringed by Micro-Probe.

3. That an accounting be had of the damages to FormFactor resulting from the acts complained of herein and that Micro-Probe be directed to fully compensate FormFactor for all damages attributable to Micro-Probe's infringement of the '315, '422, '244, '371, '247 and '648 patents in an amount according to proof at trial.

4. That Micro-Probe, and its subsidiaries, affiliates, parents, successors, assigns, officers, agents, servants, employees, attorneys, and all persons acting in concert or in participation with them, or any of them, be temporarily and preliminarily enjoined during the pendency of this action, and permanently enjoined thereafter, from infringing and/or inducing infringement of the '315, '422, '244, '371, '247 and '648 patents, and specifically from directly or indirectly making, using, selling, or offering for sale, any products embodying the inventions of the '315, '422, '244, '371, '247 and '648 patents.

5. That this case be deemed exceptional and that enhanced damages be awarded to

FormFactor pursuant to 35 U.S.C. § 284.

6.  That FormFactor be awarded reasonable attorneys' fees pursuant to 35 U.S.C. § 285.

7.  That Micro-Probe be ordered to deliver to FormFactor, for destruction at FormFactor's option, all products that infringe one or more of the patents-in-suit.

### Under Claim 7

8.  That Browne and Micro-Probe be adjudged to have breached and conspired to breach Browne's duty of confidence to FormFactor.

9.  That FormFactor have judgment against Browne and Micro-Probe and each of them for compensatory damages in the amount not less than the sum of $10 million.

10.  That FormFactor have judgment against Browne and Micro-Probe and each of them for exemplary and punitive damages in the amount not less than the sum of $5 million.

11.  That Browne and Micro-Probe and each of them be ordered to deliver up to FormFactor all documents, electronic and otherwise, containing FormFactor confidential and proprietary information, and all products developed using such information.

12.  That Browne and Micro-Probe and its subsidiaries, affiliates, parents, successors, assigns, officers, agents, servants, employees, attorneys, and all persons acting in concert or in participation with them, or any of them, be temporarily and preliminarily enjoined during the pendency of this action, and permanently enjoined thereafter, from further disclosure and/or use of any FormFactor confidential and proprietary information and from any further breaches of Browne's duty of confidence to FormFactor.

### Under Claim 8

13.  That Micro-Probe be ordered to disgorge and restore to FormFactor the monies that may have been acquired by means its unfair competition with FormFactor, in an amount no less than $10 million.

14.  That Browne and Micro-Probe and each of them be ordered to deliver up to

FormFactor all documents, electronic and otherwise, containing FormFactor confidential and proprietary information, and all products developed using such information.

15.   That Micro-Probe and its subsidiaries, affiliates, parents, successors, assigns, officers, agents, servants, employees, attorneys, and all persons acting in concert or in participation with them, or any of them, be temporarily and preliminarily enjoined during the pendency of this action, and permanently enjoined thereafter, from any and all further acts of unfair competition and from using any FormFactor confidential and proprietary information.

### Under All Claims

16.   That FormFactor be awarded the costs of suit and an assessment of interest, including prejudgment interest.

17.   That FormFactor have such other, further, and different relief as the Court deems proper under the circumstances.

Dated: July 14, 2010

William J. Robinson
**FOLEY & LARDNER LLP**

Attorneys for **FORMFACTOR, INC.**

### DEMAND FOR JURY TRIAL

Pursuant to F.R.Civ.P. 38, FormFactor demands trial by jury.

Dated:  July 14, 2010

William J. Robinson
**FOLEY & LARDNER LLP**

Attorneys for
**FORMFACTOR, INC.**

23

COMPLAINT

LACA_2611316.1

EXHIBIT 1

Case4:10-cv-03095-PJH   Document1   Filed07/14/10   Page25 of 170

US006441315B1

(12) **United States Patent**
Eldridge et al.

(10) Patent No.:     **US 6,441,315 B1**
(45) Date of Patent:     **Aug. 27, 2002**

(54) **CONTACT STRUCTURES WITH BLADES HAVING A WIPING MOTION**

(75) Inventors: **Benjamin N. Eldridge**, Danville; **Gary W. Grube**, Pleasanton; **Igor Y. Khandros**, Orinda; **Alec Madsen**, San Francisco; **Gaetan L. Mathieu**, Livermore, all of CA (US)

(73) Assignee: **FormFactor, Inc.**, Livermore, CA (US)

( * ) Notice:     Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/189,761**

(22) Filed:     **Nov. 10, 1998**

(51) **Int. Cl.**$^7$ .............................. **H05K 1/16**; H01R 9/09

(52) **U.S. Cl.** ........................ **174/260**; 174/267; 438/117

(58) **Field of Search** ................................ 174/267, 260; 361/772, 773, 774, 776; 257/785, 775, 780; 324/758; 438/117

(56)     **References Cited**

U.S. PATENT DOCUMENTS

3,881,799 A   *   5/1975   Elliott et al.
4,295,184 A   *  10/1981   Robert ........................ 361/774

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| FR | 2587549 | 3/1987 |
| JP | 6119770 | 2/1986 |
| JP | 62160373 | 10/1987 |
| JP | 4214650 | 8/1992 |
| JP | 618555 | 1/1994 |
| JP | 7333232 | 12/1995 |
| TW | 341747 | 10/1998 |
| WO | WO 96/37332 | 11/1996 |
| WO | WO 9743653 | 11/1997 |
| WO | WO 9744676 | 11/1997 |
| WO | WO 9852224 | 11/1998 |

OTHER PUBLICATIONS

Kong et al., "Integrated Electrostatically Resonant Scan Tip For An Atomic Force Microscope," Journal of Vacuum Science & Technology, vol. B 11(3) No. 3, pp. 634–641 (May/Jun. 1993).
Leung et al., "Active Substrate Membrane Probe Card," Technical Digest of the International Electron Devices Meeting (IEDM) (Oct. 12, 1995), pp. 709–712.

Primary Examiner—Kanand Cuneo
(74) *Attorney, Agent, or Firm*—N. Kenneth Burraston

(57)     **ABSTRACT**

An apparatus providing improved interconnection elements and tip structures for effecting pressure connections between terminals of electronic components is described. The tip structure of the present invention has a sharpened blade oriented on the upper surface of the tip structure such that the length of the blade is substantially parallel to the direction of horizontal movement of the tip structure as the tip structure deflects across the terminal of an electronic component. In this manner, the sharpened substantially parallel oriented blade slices cleanly through any non-conductive layer(s) on the surface of the terminal and provides a reliable electrical connection between the inter-connection element and the terminal of the electrical component.

**45 Claims, 6 Drawing Sheets**



**US 6,441,315 B1**

Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,553,192 A | 11/1985 | Babuka et al. |
| 4,636,722 A | 1/1987 | Ardezzone |
| 5,090,118 A | 2/1992 | Kwon et al. |
| 5,092,782 A | 3/1992 | Beaman |
| 5,103,557 A | 4/1992 | Leedy |
| 5,109,596 A | 5/1992 | Driller et al. |
| 5,172,050 A | 12/1992 | Swapp |
| 5,177,438 A | 1/1993 | Littlebury et al. |
| 5,191,708 A | 3/1993 | Kasukabe et al. |
| 5,228,861 A | 7/1993 | Grabbe |
| 5,230,632 A | 7/1993 | Baumberger et al. |
| 5,462,440 A | 10/1995 | Rothenberger |
| 5,465,611 A | 11/1995 | Ruf et al. |
| 5,476,818 A | 12/1995 | Yanof et al. |
| 5,555,422 A | 9/1996 | Nakano |
| 5,573,435 A | 11/1996 | Grabbe et al. |
| 5,599,194 A | 2/1997 | Ozawa et al. |

| | | | |
|---|---|---|---|
| 5,625,297 A | | 4/1997 | Arnaudov et al. |
| 5,632,631 A | | 5/1997 | Fjelstad et al. |
| 5,723,894 A | | 3/1998 | Ueno et al. |
| 5,764,486 A | * | 6/1998 | Pendse |
| 5,829,128 A | | 11/1998 | Eldridge et al. |
| 5,917,707 A | | 6/1999 | Khandros et al. |
| 5,929,521 A | * | 7/1999 | Work et al. .................. 357/737 |
| 5,974,662 A | | 11/1999 | Eldridge et al. |
| 5,994,152 A | | 11/1999 | Khandros et al. |
| 6,002,266 A | * | 12/1999 | Briggs et al. |
| 6,008,982 A | * | 12/1999 | Smith ......................... 361/624 |
| 6,031,282 A | | 2/2000 | Jones et al. |
| 6,059,982 A | | 5/2000 | Palagonia et al. |
| 6,110,823 A | | 8/2000 | Eldridge et al. |
| 6,114,221 A | * | 9/2000 | Tonti et al. |
| 6,184,699 B1 | | 2/2001 | Smith et al. |
| 6,219,908 B1 | | 4/2001 | Farnworth et al. |

\* cited by examiner



FIG. 1A
PRIOR ART

FIG. 1B
PRIOR ART



FIG. 2A

FIG. 2B



FIG. 2C

FIG. 2D



FIG. 3A

FIG. 3B

FIG. 3C

FIG. 4A

FIG. 4B

FIG. 4C



FIG. 5A

FIG. 5B

FIG. 5C

FIG. 5D

FIG. 5E

*FIG. 5F*



*FIG. 5G*



*FIG. 5H*



*FIG. 5I*



*FIG. 5J*



*FIG. 5K*



*FIG. 6A*     *FIG. 6B*



*FIG. 7A*





*FIG. 7B*     *FIG. 7C*

Case4:10-cv-03095-PJH   Document1   Filed07/14/10   Page32 of 170



*FIG. 8A*



*FIG. 8B*



*FIG. 9A*



*FIG. 9B*



*FIG. 10*

US 6,441,315 B1

1

# CONTACT STRUCTURES WITH BLADES HAVING A WIPING MOTION

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates generally to the field of electrical interconnection (contact) elements, and, more particularly, to interconnection elements and tip structures suitable for effecting pressure connections between electronic components.

### 2. Description of the Related Art

Generally, interconnections between electronic components can be classified into the two broad categories of "relatively permanent" and "readily demountable". An example of a relatively permanent connection is a solder joint. Once two electronic components are soldered to one another, a process of unsoldering must be used to separate the components. A wire bond, such as between a semiconductor die and the inner leads of a semiconductor package (or the inner ends of lead frame fingers) is another example of a relatively permanent connection.

One example is a group of rigid of pins of pins electronic component being received by resilient socket elements of another electronic component. The socket elements exert a contact force (pressure) on the pins in an amount sufficient to ensure a reliable electronic connection therebetween. Another type of readily demountable connection is interconnection elements (also referred to herein as springs, spring elements, spring contacts or spring contact elements) that are themselves resilient, springy, or mounted in and/or on a spring medium. An example of such a spring contact element is a needle of a probe card component. Such spring contact elements are typically intended to effect temporary pressure connection, such as a semiconductor device under test.

Tip structures are often mounted (or affixed or coupled) to one end of an interconnection element. Tip structures provide a desired tip shape to the interconnection elements and are particularly useful in providing a small area contact with a controlled geometry that creates a repeatable high pressure. Tip structures become increasingly critical as the interconnection elements themselves become smaller and smaller. A tip structure may also have topological features on its surface to assist in providing an electrical contact between the two electrical components. For example, the purpose of the tip structure is typically to break through the nonconductive layer (often corrosion, oxidation products, or other types of contaminated films) on the terminals of the electrical component under test. As a contact force is applied, the interconnection element applies a pressure to the terminal of the electronic component under test and causes the tip structure to deflect across the terminal. This small horizontal movement of the tip structure across the surface of the corresponding terminal allows the tip structure to penetrate the nonconductive layer on the terminal, thereby establishing a good electrical contact between the two electronic components. For example, tip structure **10** mounted to interconnection element **12** (shown in FIGS. **1A** and 1B) has a blade **14** that scrapes aside the non-conductive layer in order to achieve an electrical contact.

There are a number of problems associated with achieving the above-described electrical contact. First, as the terminal contact areas also get smaller, the horizontal movement of the tip structure **10** becomes an issue. Second, as the tip structure **10** is forced to deflect across the terminal (see FIG. 1B), it may also be forced down and away from the terminal

2

causing the blade **14** of the tip structure **10** to rotate away from the terminal. The rotation of the blade **14** away from the terminal of the electronic component under test reduces the chances of the tip structure achieving a dependable electrical contact with the terminal of the electronic component. Further, as the tip structure scrapes across the non-conductive surface of the terminal in an effort to penetrate the nonconductive surface and establish a good electrical contact, stray particles and buildup often occur along the blade **14** and upper surface of the tip structure **10**. This buildup may contribute to high contact resistance between the tip structure and the terminal, which may cause inaccurate voltage levels during device testing due to the voltage produced across the tip structure. The inaccurate voltage levels may cause a device to incorrectly fail, resulting in lower test yields when the contact is used in a device testing environment.

Thus, an interconnection element and tip structure that minimize buildup along the blade of the tip structure and maximize contact pressure between the tip structure and the terminal of the electronic component under test as the tip structure deflects across the surface of the terminal is desired.

## SUMMARY OF THE INVENTION

An apparatus and method providing improved interconnection elements and tip structures for effecting pressure connections between terminals of electronic components is described. The tip structure of the present invention has a sharpened blade oriented on the upper surface of the tip structure such that the length of the blade is substantially parallel to the direction of horizontal movement of the tip structure as the tip structure deflects across the terminal of an electronic component. In this manner, the sharpened substantially parallel oriented blade slices cleanly through any non-conductive layer(s) on the surface of the terminal and provides a reliable electrical connection between the interconnection element and the terminal of the electrical component.

## DESCRIPTION OF THE DRAWINGS

FIG. **1A** is a side view of an interconnection element and tip structure known in the prior art.

FIG. **1B** is a side view of an interconnection element and tip structure, known in the prior art, under deflection.

FIG. **2A** is a side view of an interconnection element and tip structure of the present invention.

FIG. **2B** is a pictorial illustration of one embodiment of a tip structure of the present invention.

FIG. **2C** is a side view showing an interconnection element and tip structure of the present invention under deflection.

FIG. **2D** is a side view of an alternative embodiment of the present invention showing an interconnection element having a substantially parallel oriented blade at one end.

FIG. **3A** is a cross-sectional view of an elongate interconnection element.

FIG. **3B** is a cross-sectional view of an elongate interconnection element.

FIG. **3C** is a cross-sectional view of an elongate interconnection element.

FIG. **4A** is a pictorial illustration of a generalized embodiment of the invention, showing prefabricated contact tip structures and the interconnection elements to which they will be joined.

US 6,441,315 B1

3

4

FIG. 4B is a cross-sectional side view of the contact tip structures of FIG. 4A joined by brazing to the interconnection elements of FIG. 4A.

FIG. 4C is a cross-sectional side view of the contact tip structures of FIG. 4A joined by brazing to the interconnection elements of FIG. 1A, after the sacrificial substrate is removed.

FIGS. 5A–5C are cross-sectional views of steps in a process of manufacturing cantilevered tip structures on a sacrificial substrate for interconnection elements, according to an embodiment of the invention.

FIG. 5D is a pictorial illustration of an embodiment of a cantilevered tip structure formed on a sacrificial substrate, according to an invention.

FIG. 5E is a pictorial illustration of a second embodiment of a cantilevered tip structure formed on a sacrificial substrate, according to an invention.

FIG. 5F is a side-view showing the cantilevered tip structure of FIG. 5E mounted to a raised interconnection element on a surface of an electronic component.

FIG. 5G is a front view of the cantilevered tip structure of FIG. 5E mounted to a raised interconnection element on a surface of an electronic component.

FIG. 5H is a cross-sectional view of a cantilevered tip structure as may be mounted to a raised interconnection element.

FIG. 5I is a side cross-sectional view of another embodiment of fabricating cantilevered tip structures, according to an alternate embodiment of the present invention.

FIG. 5J is a front cross-sectional view of the embodiment illustrated in FIG. 5I.

FIG. 5K is a side cross-sectional view of the cantilevered tip structure illustrated in FIGS. 5I and 5J and mounted to an electronic component, according to an alternate embodiment of the present invention.

FIG. 6A is a pictorial illustration of a tip structure of the present invention having a blade having pyramidal edges.

FIG. 6B is a pictorial illustration of a tip structure of the present invention having diamond shaped edges.

FIG. 7A is a top view of a tip structure of the present invention having two blades.

FIG. 7B is a cross-sectional view of a tip structure of the present invention having two blades joined by a bridge.

FIG. 7C is a cross-sectional view of a tip structure of the present invention having two blades in a juxtaposed position.

FIG. 8A is a pictorial illustration of a tip structure of the present invention having a blade with a primary blade and a trailing blade.

FIG. 8B is a cross-sectional view of the tip structure of FIG. 8A.

FIG. 9A is a cross-sectional view of a tip structure and substantially parallel oriented blade of the present invention affixed to Cobra style probes.

FIG. 9B is a cross-sectional view of Cobra style probes having a substantially parallel oriented blade at one end.

FIG. 10 is a pictorial illustration of a tip structure of the present invention having a stand-off blade.

DETAILED DESCRIPTION OF THE INVENTION

An apparatus and method that provides improved interconnection elements and tip structures suitable for effecting pressure connections between terminals of electronic components is described. In the following description, numerous specific details are set forth such as material types, dimensions, processing steps, etc., in order to provide a more thorough understanding of the present invention. However, it will be obvious to one of skill in the art that the invention may be practiced without these specific details. In other instances, well-known elements and processing techniques have not been shown in particular detail in order to avoid unnecessarily obscuring the present invention. Further, although the present invention is discussed with respect to use as a needle of a probe card component that provides an electrical connection between the probe card and a terminal of an electrical component under test, the present invention is not limited to use in a probe card and may be used to provide electrical connections between other electrical components under other circumstances.

Overview of Present Invention

As previously discussed, there are a number of problems associated with using the interconnection elements and tip structures currently known in the art to achieve a good electrical contact between two electronic components. The present invention addresses these problems by providing an interconnection element having a tip structure with a sharpened blade oriented on the upper surface of the tip structure such that the length of the blade runs substantially parallel (within approximately ±15° of parallel) to the direction of horizontal movement of the tip structure as the tip structure deflects across the terminal of the electronic component under test. Through use of the present invention, a reliable electrical contact is established between the electronic components. Once the tip structure contacts the terminal of the electronic component, the interconnection element forces the tip structure to deflect across the surface of the terminal such that the tip structure blade slices through (penetrates) the non-conductive layer(s) on the surface of the terminal. The electronic component may be an integrated circuit, an interconnect board, a semiconductor wafer, or a printed circuit board.

FIG. 2A is a side view of the present invention, showing a spring contact element 24 coupled to a substrate 26 at one end and having a tip structure 20 coupled thereto at an opposite end. FIG. 2B is a pictorial illustration of the tip structure 20 of the present invention, having a blade 22 on the upper surface of the tip structure 20. In this embodiment of the present invention, the blade 22 comprises a contact element whose faces when extended form a line in space. When the tip structure 20 is placed in contact with a terminal of an electronic component (not shown) and a force is applied, the tip structure 20 will deflect across the surface of the terminal. As the tip structure 20 deflects across the terminal, the blade 22 of the tip structure 20 will penetrate the non-conductive layer on the surface of the terminal. FIG. 2C is a side view of the present invention. The dashed lines of FIG. 2C show the interconnection element 24 and tip structure 22 after the deflection across the terminal. ΔX represents the amount of lateral (or horizontal) deflection of the tip structure 20.

The blade 22 is oriented on the upper surface of the tip structure 20 such that the length (L) of the blade is substantially parallel to the direction of horizontal movement (ΔX) of the tip structure 20 as the tip structure 20 deflects across the surface terminal (see FIG. 2C). The orientation of the blade 22 substantially parallel to the direction of horizontal motion of the tip structure, allows the blade 22 to slice (or cut) through any non-conductive layer(s) on the surface of the terminal.

5                                                            6

FIG. 2D illustrates an alternative embodiment of the present invention, wherein the blade 26 is formed at the end of the spring contact element 28 itself, rather than being on a separate tip structure. In this manner, a substantially parallel oriented blade 26 may be formed without a transferred tip structure (such as tip structure 20 in FIG. 2A). The blade 26 may be formed at the end of spring contact 28 by several methods including but not limited to a plating or machining process (such as the use of a stamp, swage, electropolish, or electrostatic discharge).

The orientation of the blade 22 on the upper surface of the tip structure 20 (or the blade 26 formed at the end of spring element 28) substantially parallel to the direction of the horizontal motion component of the tip structure 20 (hereinafter generally referred to as a parallel orientation) provides numerous advantages over prior art tip structures. First, the parallel orientation of the sharpened edge along the length (L) of the blade 22 allows the blade 22 to cut cleanly through the non-conductive layer on the terminal and establish a good electrical connection with the terminal of the electric component being tested. In contrast, the substantially perpendicular orientation of the blades of prior art tip structures (i.e. when the length of the blade is oriented on the upper surface of the tip structure substantially perpendicular to the direction of the horizontal motion component of the tip structure as the tip structure deflects across the surface of the terminal under test; for example, see blade 14 of FIGS. 1A and 1B) provides a scraping motion across the non-conductive layer. The prior art blade scrapes across the terminal surface much as a bulldozer scrapes aside a layer of dirt. The scraping motion of perpendicular oriented blades may damage the surface of the terminal, often causes significant wear and tear on the blades resulting in a short life span of the blades, and often results in a buildup of stray particles and the non-conductive layers along the blade. In contrast, the parallel oriented blade 22 of the present invention circumvents each of the above-described problems by following the direction of horizontal motion component of the tip structure and cleanly slicing through the non-conductive layer on the terminal. Further, there is minimal, if any, buildup along the surface of the blade 22 which results in a lower contact resistance between the tip structure and the terminal and produces more accurate voltage levels during testing.

The parallel orientation of the blade 22 also provides a more reliable electrical connection with the terminal of the electronic component under test. As electronic component terminals become smaller, any movement by the blade becomes significant as the possibility increases that any movement will move the blade outside of the terminal such that the blade will be unable to establish an electrical contact with the terminal. As shown in FIGS. 1B and 2C, the deflection of the tip structure (10, 20) across the terminal may depend on both the interconnection element's material and shape. In one embodiment, the tip structure deflects along a substantially rotational path having both a lateral (or horizontal) and a vertical component to the motion resulting in both a lateral deflection and a vertical deflection as the tip structure (10, 20) is pushed down and away from the terminal. It is possible that the perpendicularly oriented blade 14 will be pushed outside of the terminal contact area as a result of the rotational movement of the tip structure 10. In contrast, as the tip structure 20 deflects across the terminal, even if part of the blade 22 is moved outside of the terminal contact area, the remaining length of the blade 22 (the trailing end) continues to be within the terminal contact area. Likewise, even as the front end of blade 22 is forced

to rotate down and away from the terminal contact area, the trailing end of the blade 22 will remain in contact with the terminal surface. In this manner, the parallel oriented blade 22 of the present invention provides a more reliable electrical connection (or interface) with the terminal of the electrical component under test.

Components of the Present Invention

The interconnection element and tip structure of the present invention may be manufactured by a variety of methods and from a variety of materials. The following methods of manufacturing and types of materials discussed are illustrative examples only and are not intended to limit the invention in any manner. Other methods and materials known in the art may also be followed and/or used.

Interconnection Element

Existing interconnection elements such as elongate and/or resilient interconnection elements may be used for the interconnection element of the present invention (element 24 of FIG. 2A). When using resilient interconnection elements, a composite interconnection element is one preferred form of contact structure (spring or spring-like element). FIGS. 3A–3C illustrate various shapes commonly used for composite interconnection elements. The tip structures of the present invention may be used on any spring-like elements including those discussed herein below and those shown in U.S. Pat. No. 5,476,211, issued on Dec. 19, 1995, assigned to the assignee of the present invention, and which is incorporated herein by reference.

In FIG. 3A, an electrical interconnection element 310 includes a core 312 of a "soft" material (e.g., a material having a yield strength of less than 40,000 psi), and a shell (overcoat) 314 of a "hard" material (e.g., a material having a yield strength of greater than 80,000 psi). The core 312 is an elongate element shaped (configured) as a substantially straight cantilever beam, and may be a wire having a diameter of 0.0005–0.0030 inches. The shell 314 is applied over the already-shaped core 312 by any suitable process, such as by a suitable plating process (e.g., by electrochemical plating). It is generally preferred that the thickness of the shell (whether a single layer or a multi-layer overcoat) be thicker than the diameter of the wire being overcoated. By virtue of its "hardness", and by controlling its thickness (0.00025–0.02000 in.), the shell 314 imparts a desired resiliency to the overall interconnection element 310. In this manner, a resilient interconnection between electronic components (not shown) can be effected between the two ends 310a and 310b of the interconnection element 310.

FIG. 3A illustrates what is perhaps the simplest of spring shapes for an interconnection element of the present invention, namely, a straight cantilever beam oriented at an angle to a force as indicated by the arrow labeled "F" applied at its tip 310b. When such a contact force (pressure) is applied by a terminal of an electronic component to which the interconnection element is making a pressure contact, the downward (as viewed) deflection of the tip will result in the tip moving across the terminal, in a "wiping" motion. Such a wiping contact ensures a reliable contact being made between the interconnection element and the contacted terminal of the electronic component. The deflection (resiliency) of the interconnection element in general is determined in part by the overall shape of the interconnection element, in part by the dominant (greater) yield strength of the overcoating material (versus that of the core), and in part by the thickness of the overcoating material.

In FIG. 3B, an electrical interconnection element 320 similarly includes a soft core 322 (compare 312) and a hard

US 6,441,315 B1

7

8

shell **324** (compare **314**). In this example, the core **322** is shaped to have two bends, and thus may be considered to be S-shaped. As in the example of FIG. **3A**, a resilient inter-connection between electronic components (not shown) can be effected between the two ends **320a** and **320b** of the interconnection element **320**. In contacting a terminal of an electronic component, the interconnection element **320** would be subjected to a contact force (pressure), as indicated by the arrow labeled "F".

In FIG. **3C**, an electrical interconnection element **330** similarly includes a soft core **332** (compare **312**) and a hard shell **334** (compare **314**). In this example, the core **332** is shaped to have one bend, and may be considered to be U-shaped. As in the example of FIG. **3A**, a resilient inter-connection between electronic components (not shown) can be effected between the two ends **330a** and **330b** of the interconnection element **330**. In contacting a terminal of an electronic component, the interconnection element **330** could be subjected to a contact force (pressure), as indicated by the arrow labeled "F". Alternatively, the interconnection element **330** could be employed to make contact at other than its end **330b**, as indicated by the arrow labeled "F".

It should be understood that the soft core can readily be formed into any springable shape—in other words, a shape that will cause a resulting interconnection element to deflect resiliently in response to a force applied at its tip. For example, the core could be formed into a conventional coil shape. However, a coil shape would not be preferred, due to the overall length of the interconnection element and induc-tance (and the like) associated therewith and the adverse effect of same on circuitry operating at high frequencies (speeds). Likewise, the core element need not have a round cross-section, but may rather be a flat tab ("ribbon") having a generally rectangular cross-section and extending from a sheet. Other non-circular cross-sections, such as C-shaped, I-shaped, L-shaped and T-shaped cross-sections, may also be used for the interconnection element.

The material of the shell, or at least one layer of a multi-layer shell (described hereinbelow) has a significantly higher yield strength than the material of the core. Therefore, the shell overshadows the core in establishing the mechani-cal characteristics (e.g., resiliency) of the resulting intercon-nection structure. Ratios of shell:core yield strengths are preferably at least 2:1, and may be as high as 10:1. It is also evident that the shell, or at least an outer layer of a multi-layer shell should be electrically conductive, notably in cases where the shell covers the end of the core.

Suitable materials for the core (**312, 322, 332**) include, but are not limited to: gold, aluminum, copper, and their alloys. These materials are typically alloyed with small amounts of other metals to obtain desired physical properties, such as with beryllium, cadmium, silicon, magnesium, and the like. It is also possible to use silver, palladium, platinum; metals or alloys such as metals of the platinum group of elements. Solder constituted from lead, tin, indium, bismuth, cadmium, antimony, and their alloys can be used. Generally, a wire of any material (e.g., gold) that is amenable to bonding (using temperature, pressure, and/or ultrasonic energy to effect the bonding) would be suitable for practic-ing the invention. It is within the scope of this invention that any material amenable to overcoating (e.g., plating), includ-ing non-metallic material, can be used for the core.

Suitable materials for the shell (**314, 324, 334**) include, but are not limited to: nickel, and its alloys; copper, cobalt, iron, and their alloys; gold (especially hard gold) and silver, both of which exhibit excellent current-carrying capabilities and good contact resistivity characteristics; elements of the

platinum group; noble metals; semi-noble metals and their alloys, particularly elements of the platinum group and their alloys; tungsten and molybdenum. In cases where a solder-like finish is desired, tin, lead, bismuth, indium and their alloys can also be used. The technique selected for applying these coating materials over the various core materials set forth above will, of course, vary from application-to-application. Electroplating and electroless plating are gen-erally preferred techniques.

Another type of electrical interconnection element that may be used with the present invention is a resilient inter-connection element that is formed lithographically. An ori-ented blade of the invention may be formed on a contact end of a lithographically formed resilient interconnection ele-ment. In one example of the invention, an oriented blade may be formed on a sacrificial substrate and then transferred to a contact end of a lithographically formed resilient interconnection element.

The interconnection elements of the present invention (element **24** of FIGS. **2A–2D**) can generally be fabricated upon, or mounted to, any suitable surface of any suitable substrate, including sacrificial substrates, then either removed therefrom or mounted to terminals of electronic components.

Coupling Interconnection Elements to Tip Structures

FIG. **4A** illustrates a generalized embodiment **400** of the invention wherein a plurality (four of many shown) of contact tip structures **402** have been pre-fabricated upon a support (sacrificial) substrate **404**, in a manner described hereinbelow. A corresponding plurality (four of many shown) of interconnection elements **406** are shown in prepa-ration for having their free ends **406a** joined to the contact tip structures **402** (or vise-versa). The free ends **406a** of the elongate interconnection elements **406** are distant (distal) from opposite ends (not shown) of the elongate intercon-nection elements **406** which typically would extend from a surface of an electronic component (not shown) such as a semiconductor device, a multilayer substrate, a semiconduc-tor package, etc.

FIG. **4B** illustrates, in side view, a next step of joining the contact tip structures **402** to the elongate interconnection elements **406** by brazing. A resulting braze fillet **408** is illustrated. The contact tip structures **402** are still resident on the sacrificial substrate **404** in their prescribed spatial rela-tionship with one another. FIG. **4B** is also illustrative of the contact tip structures **402** being joined to the elongate interconnection elements with conductive adhesive (e.g., silver-filled epoxy) or the like. An alternate method of joining the contact tip structures **402** to the elongate inter-connection elements **406** is by overcoating at least the junction of the contact tip structures **402** and adjacent end portions of the elongate interconnection elements **406** with a metallic material such as nickel, by plating.

FIG. **4C** illustrates, in a side view, a subsequent step, wherein, after joining the contact tip structures **402** to the elongate interconnection elements **406**, the support (sacrificial) substrate **404** is removed. The resulting "tipped" interconnection element **406** (as used herein, a "tipped" interconnection element is an interconnection element which has had a separate contact tip structure joined thereto) is shown as having had a contact tip structure **402** brazed (**408**) thereto, in the manner described with respect to FIG. **4B**.

In the embodiments described herein of forming free-standing interconnection elements (either by themselves, or upon prefabricated tip structures) on sacrificial substrates, the discussion has generally been directed to bonding an end

9

10

of the interconnection element (or, in the case of a composite interconnection element, bonding an elongate core) to a sacrificial substrate. It is within the scope of this invention that instrumentalities (techniques) other than bonding can be employed.

Tip Structures

FIGS. 5A–5H illustrate a technique **500** for fabricating tip structures having a parallel oriented blade and mounting same to interconnection elements which may serve as terminals of electronic components, and FIGS. 5I–5K illustrate an alternate technique **550** employing such tip structures. These techniques are particularly well suited to ultimately mounting freestanding interconnection elements to electronic components such as semiconductor devices, space transformer substrates of probe card assemblies, and the like.

FIG. 5A illustrates a sacrificial substrate **502**, such as a wafer of monocrystalline silicon, into a surface of which a plurality (one of many shown) of trenches **504** are etched. A patterned masking layer, such as a photoresist (not shown), is first patterned on the substrate **50** to define the length and width of the trench **504**. Next, the trench **504** is formed in the substrate **504**. In the preferred embodiment, a potassium hydroxide (KOH) selective etch is performed between the 111 and 001 crystal orientation.

Note that methods other than a KOH selective etch may be used to form the trench **504** used to form the blades of the present invention. For example, the trenches may also be formed with a reactive ion etch (RIE). Further, nonlithographic methods may also be employed, including but not limited to polishing (both electro-polishing and mechanical polishing) stamping, or abrading the tip structures. Combinations of straight walled and trenched structures may also be produced by combining different etching techniques. Such combinations may be desirable to create stand-off structures such as the one illustrated in FIG. **10**. As with the tip structures discussed herein above, tip structure **980** is comprised of a tip base **982** and tip blade **984**. Tip structure **980**, however, also includes a straight-walled section **986** that provides the stand-off distance (D) for the tip structure **980**.

The preferred embodiment comprises a tip structure with a blade on the upper surface, wherein the blade has a sharpened edge along the length of the blade and a triangular cross-section. However, the trenches **504** are merely illustrative of any surface texture 'template' for the tip structures which will be fabricated on the sacrificial substrate **502**. The layout (spacing and arrangement) of the trenches **504** can be derived from (replicate) the bond pad layout of a semiconductor die (not shown) which is ultimately (in use) intended to be contacted (e.g., probed) by free-standing interconnection elements to which the tip structures **504** are ultimately attached. For example, the trenches **504** can be arranged in a row, single file, down the center of the sacrificial substrate. Many memory chips, for example, are fabricated with a central row of bond pads.

FIG. 5B illustrates that a hard "field" layer **506** has been deposited upon the surface of the sacrificial substrate **502**, including into the trenches **504**. The field layer **506** will serve as a release layer. One possible release layer is comprised of aluminum having an approximate thickness of 5000 Å. Another layer **508** can optionally be deposited over the field layer **506**, if the field layer is of a material which is not amenable to plating. Typically, layer **508** is comprised of copper having an approximate thickness of 5000 Å. (If the layer **506** is difficult to remove, it may be applied by selective deposition (e.g., patterning through a mask), to

avoid such removal.) After the contact structures are fabricated within the trench (see below), the sacrificial substrate **502** may be removed by any suitable process, such as by selective chemical etching.

Note also, however, that in addition to a chemical etchant, appropriate metallurgy can be used in conjunction with heat to release the sacrificial substrate **502**. For example, in one embodiment of the present invention, layer **506** comprises a non-wettable material such as tungsten (or titanium tungsten) deposited on the substrate **502** by means such as sputtering. Next, the thin layer **508** is deposited comprising a non-wetting material such as plateable lead (or indium) onto the tungsten layer **506**. Then, after the contact tip structures are fabricated within the trench (see below), a reflow technique (using heat) may be used to mount the contact tip structures onto interconnection elements. During reflow, the lead (material **508**) will melt and ball up, since tungsten (material **506**) is not wettable with respect to lead. This causes the contact tip structures to be released from the sacrificial substrate **502**. Optionally, a second layer (not shown) of non-wettable material (e.g., tungsten) can be applied over layer **508**, and will become part of the resulting contact tip structure unless removed (,e.g., by etching). Further, another layer of material which will ball up when heated (e.g., lead, indium) can be applied over the second layer of non-wettable material (e.g., tungsten). Any residual lead on the surface of the resulting contact tip structure is readily removed, or may be left in place. Alternatively, a layer of a "barrier" material can be deposited between the second layer of material which will ball up and the first layer of the fabricated contact tip structure. The "barrier" material may be tungsten, silicon nitride, molybdenum, or the like.

Once layers **506** and **508** are deposited, a masking material **510** (illustrated in FIG. 5C), such as photoresist, is applied to define a plurality of openings for the fabrication of tip structures. The openings in the masking layer **510** define a region around the trenches **504**. First, a contact metal **512** is deposited, typically having a minimum thickness of approximately 0.5 mil. This contact metal may be deposited by sputtering, CVD, PVD, or plating. In one embodiment of the present invention, the contact metal **512** is comprised of Palladium-Cobalt. Other materials may also be used for contact metal **512**, including but not limited to, palladium, rhodium, tungsten-silicide, tungsten, or diamond Next, layer **514** comprised of a spring alloy material (such as nickel and its alloys) is optionally deposited (such as by plating) to increase the bulk of the tip structure. Layer **514** typically have an approximate thickness of 0–2 mils. Over layer **514**, a layer **516** is deposited comprising a material amenable to brazing or soldering, in the event that the spring alloy is not easy to bond, solder or braze to. The spring alloy layer **514** is deposited by any suitable means such as plating, sputtering, or CVD. Finally, a Au-Braze joining layer **516** is deposited. The Au-Braze layer is specific to an AuSn braze attach.

Next, as illustrated by FIGS. 5D and 5E, the masking material **510** is stripped (removed), along with that portion of the layers (**506** and **508**) which underlies, the masking material **510**, resulting in a plurality (one of many shown) of tip structures (**520** and **520**a) having been fabricated upon the sacrificial substrate **502**. FIG. 5D shows a first embodiment of a tip structure **520** of the present invention having a blade **522** that extends the entire length of the foot of the tip structure **520**. FIG. 5E shows a second embodiment of a tip structure **520**a of the present invention having a blade **522**a that extends along a potion of the foot of tip structure **520**a. Tip structure **520**a also has a back portion **521** wherein

US 6,441,315 B1

11

the blade **522***a* does not extend through the foot of the tip structure **520***a*. The two alternate embodiments of tip structures **520** and **520***a* serve the same function in providing an electrical contact with the terminal of an electronic component under test, but provide different surfaces for coupling the tip structure **520** and **520***a* to an interconnection element.

FIG. 5F and 5G illustrate the mounting of the tip structures **520***a* shown in FIG. 5E to raised interconnection elements **530** extending (e.g., free-standing) from corresponding terminals (one of many shown) **532** of an electronic component **534**. FIG. 5F shows a side view of mounted tip structures **520***a* and FIG. 5G shows a front view of mounted cantilever tip structures **520**. The interconnection element is coupled to the foot of the tip structure **520***a* along the back portion **521** of the tip structure **520***a* where the blade **522***a* does not extend and the surface of the foot of the tip structure **520***a* is flat. The pre-fabricated tip structures **520***a* is mounted to the tips (top, as shown) of the interconnection elements **530**, in any suitable manner such as brazing or soldering.

FIG. 5H illustrates the tip structure **520** as shown in FIG. 5D prior to being mounted to raised interconnection elements **530** extending (e.g., free-standing) from corresponding terminals (one of many shown) **532** of an electronic component **534** (interconnection elements **530**, terminals **532** and electronic component **534** are not shown in FIG. 5H). In this embodiment of the present invention, the solder paste or brazing material used to mount the tip structure **520** to the interconnection element **530** is positioned within the divot **523**. The end result is a mounted tip structure similar to that illustrated in FIGS. 5F and 5G, with the interconnection element affixed to the divot **523** rather than a flat back section (see **521** of FIG. 5F). Using the divot formed when fabricating the blade **522** aids in positioning the solder paste or brazing material and provides a more reliable method of forming the mechanical connection between the interconnection element **530** and the foot of the tip structure **520**.

The raised interconnection elements **530** can be any free-standing interconnection elements including, but not limited to, composite interconnection elements, and specifically including contact bumps of probe membranes (in which case the electronic component **534** would be a probe membrane) and tungsten needles of conventional probe cards. The interconnection element may be formed lithographically or through a bonding and plating operation as in U.S. Pat. No. 5,476,211. The raised interconnection elements, although typically resilient and providing a spring-like motion, may also be rigid posts. Note that the shape of the resilient element to which the tip structures are attached will affect the wipe characteristic (i.e., the horizontal movement of the tip structure across the surface of the terminal contact of the device under test) in probing. External forces, such as machine-controlled movement, may also affect the wipe characteristic. Thus, the interconnection elements may be designed to optimize a desired contact behavior.

FIGS. 5I–K illustrate another technique **550** of employing tip structures, wherein the tip structures are provided with their own raised contacts (interconnection elements) prior to being mounted to terminals of an electronic component. This technique commences with the same steps of forming trenches **504** in a surface of a sacrificial substrate **502**, applying a field layer **506**, applying an optional brazing layer **508**, and applying a masking material **510** with openings defining the locations and shapes of the resulting tip structures. Compare FIGS. 5A–5C above.

12

In a next step, as illustrated by FIGS. 5I–J (FIG. 5I is a side view and FIG. 5J is a front view), a freestanding interconnection element **552** is mounted to the back end portion of the tip structure **530**. Then, with use of a masking layer **510**, a layer of hard (springy) material **554** is deposited over the tip structure (and, optionally, another layer such as **516** which is brazeable, see above). The masking layer **510** is stripped, and the tip structure **570** can be mounted to terminals **582** of an electronic component **584**, by soldering or brazing the tips of the free-standing interconnection elements **552** to terminals **582**, as indicated by the solder fillet **586**. Note that in the alternate mounting technique shown in FIGS. 5I–K, the coupling step (typically soldering or brazing) occurs when coupling the interconnection element to an electronic component, wherein with the first mounting technique described in FIGS. 5A–H, the coupling step joins the tip structure to the interconnection element. In other words, when contrasting the two mounting techniques, the coupling step of soldering or brazing is performed on opposite ends of the interconnection element.

In these examples, the interconnection elements **520** and **570** are illustrated as being composite interconnection elements having spring shapes, but it should clearly be understood that the invention is expressly not limited thereto. In either case (**500**, **550**) the result is that an electronic component (**534**, **584**) is provided with a plurality of free-standing interconnection elements (**530**, **552**) extending from terminals thereof, the tips (free ends) of the free-standing interconnection elements **520** being provided with tip structures having a surface texture which is imparted (defined) during the process of fabricating the tip structures on the sacrificial substrate **502**.

It is evident from the preceding descriptions that the interconnection elements alone (**530**, **552** (i.e., **552** over-coated by **554**)) need not be resilient. Resilience may be provided by the ability of the cantilever tip structures (**520**, **570**) to deflect in response to making a pressure connection with another electronic component (not shown) because the tip structures **504** are disposed along a cantilever beam. Preferably, the freestanding interconnection elements **520** are much stiffer than the cantilever beams, so that the contact force resulting from a pressure connection can be well defined and controlled.

In any cantilever beam arrangement, it is preferred that one end of the cantilever be "fixed" and the other end "movable". The cantilever beam may serve as a foot for a tip structure or a foot of a prefabricated tip structure may be mounted onto a separately fabricated beam. In this manner, bending moments are readily calculated. Hence, it is evident that the elongate interconnection elements (**530**, **552**) are preferably as rigid as possible. (In the case where the interconnection elements (**530**) are contact bumps on a membrane probe, resiliency is provided by the membrane (**534**), itself.) However, it is not entirely inapposite that the elongate interconnection elements are implemented as composite interconnection elements, such as the composite interconnection elements discussed above, which will contribute to the overall deflection of the tip structures in response to pressure connections being made to (by) the tip structures.

Alterative Embodiments Utilizing the Present Invention

The cross-section of the tip section blade as discussed above is triangular. However, other cross-sections may also be used. For example, a truncated pyramid could easily be fabricated in a similar manner to that described above. Note

13                                                                    14

also, that a tip structure initially fabricated to have a sharp edge blade along the length of the tip structure will often become flat-topped as it wears with use. This "flat-top" results in a cross-section very similar to a truncated pyramid. A tip structure having a truncated pyramid cross-section still maintains the benefits of a parallel oriented blade outlined above.

Different embodiments of the parallel oriented blade of the present invention may have different front and back edges. For example, in some instances, the blades may have rectilinear edges (i.e. edges that are perpendicular to the tip structure) such as the blade 522 being fabricated in FIG. 5D. FIG. 6A shows an alternate blade 600 with pyramidal front and back edges 602. On blade 600, the front and back edges 602 are at an angle larger than 90° from the foot of the tip structure 604. A second alternate blade 610 having a diamond shape is illustrated in FIG. 6B. Blade 610 is formed by performing a KOH etch at 45° relative to the primary axis of the lattice and then defining the photo resist etch widow as having 6 sides (or as having a hexagonal shape). This results in a tip structure 614 having a diamond shape blade 610 on its top surface.

There are many other alternative embodiments that benefit from the numerous advantages provided by the parallel oriented blade of the present invention. For example, more than one blade 700 may be fabricated on a tip structure, as shown in a top view of tip structure 702 in FIG. 7A. This embodiment would be particularly useful for probing controlled collapse chip connection (C4) solder balls or other spherical structures.

Another variation of the embodiment of the present invention having two or more blades fabricated on a single foot is shown in FIG. 7B. FIG. 7B is a front view of a tip structure 714 showing two blades 710 joined by a bridge 712, and having an included stand-off 716. Additionally, with multiple blades formed on a tip structure, the predetermined pitch between blades would be particularly useful with spherical probing having a fine pitch.

FIG. 7C is a side view of a third embodiment of the present invention having two or more blades fabricated on a single foot. On tip structure 724, two blades 720 are placed in a juxtaposed position and share a common trench 722 having a stand-off height of H. The juxtaposed blades 720 are particularly useful in situations for fine pitch applications with contact surfaces in close proximity. Another embodiment utilizing the present invention is a multi-height blade such as blade 800 shown in FIG. 8A and 8B. Blade 800 has a primary blade 802 toward the front edge of the tip structure 806, and a trailing blade 804 toward the back of the tip structure 806. The blade 800 may be formed using a masking process wherein the mask surrounding the shorter, trailing blade 804 provides a smaller hole such that the trench etch by the KOH etch is shallow, and the mask surrounding the taller, front blade provides a larger hole such that the trench etch by the KOH etch is deeper and the blade 806 will be taller.

The present invention may also be used with the conventional Cobra style probes, a partial view of which is shown in FIG. 9A. Cobra style probes utilize pre-bended contact wires 906 positioned vertically and maintained by two guide plates 908 and 910. The perforated guide plates 908 and 910 hold and direct the wires 906. The Cobra style probes suffer from the restriction that the contact geometry is determined by the use of round wire, and that the contact metallurgy is that of the spring itself. Use of transferred tip structures of the present invention yield a controlled geometry, decou-

pling contact, and spring metallurgy. Thus, it is advantageous to affix the tip structures 900 to the ends of the contact wires 906. The guide plates 908 and 910 will then direct both the contact wires 906 and the tip structures 900 with parallel oriented blades 902 of the present invention affixed thereto across the terminals of an electronic component under test. In this manner, various embodiments of the present invention may be used in conjunction with Cobra style probes to provide a more reliable electrical connection between the Cobra style probes 906 and the terminal of the electrical component under test.

Alternatively, FIG. 9B illustrates another embodiment of the present invention having parallel oriented blades 912 at the ends of contact wires 906. In the same manner as described previously with respect to FIG. 2D, the blades 912 may be formed at the end of the contact wires 906 by, for example, a plating or machining process. Thus, the contact wires 906 have a blade tip or "chiseled head" 912 without the use of a transferred tip structure. Note also, that each of the alternative embodiments discussed above and below in reference to FIGS. 6A, 6B, 7A, 7B, 7C, 8A, and 8B may be modified for use with a blade (such as blade 912) formed at the end of an interconnection element that does not use a transferred tip structure.

Although the preferred embodiment of the present invention has the sharpened blade of the tip structure oriented such that the length of the blade is substantially parallel to the horizontal movement of the tip structure as the tip structure deflects across the surface of the terminal of the electronic component under test, an alternative embodiment orients the blade such that the length of the blade is positioned at a slight angle off parallel. For example, one embodiment may encompass a blade oriented at an angle such that the length of the blade is within approximately 45° of the axis parallel to the horizontal movement of the tip structure as the tip structure deflects across the surface of the terminal of the electronic component under test. Ideally, the blade(s) will be at an approximate ±30° angle to the parallel oriented axis. Thus, this embodiment is able to provide a modified scraping motion across the surface of the terminal under test while minimizing the amount of buildup accumulating along the blade 800.

Equipment for probing often includes an aligning feature. Such aligning equipment may comprise optical sensors using light beams to detect the reflection off the tip structures. Each of the above described embodiments may be further improved to include a blade design having a better reflection. More reflective blades and/or tip structures would provide a method for automatic recognition for classification and alignment purposes (e.g., alignment operations performed automatically in a wafer prober). The reflective ability of a blade is dependent on a flat upper surface at the tip of the blade (i.e. a blade having a cross-section of a truncated pyramid). The amount of reflection is controlled by controlling the length of time the initial trench (i.e. the trench used to form the blade) is etched, such that the trench does not come to a sharp point at its tip. Another method of controlling the amount of reflection per blade involves inserting reflow glass in the bottom of the trench before depositing the aluminum and copper layers. The glass at the tip of the trench softens the edge (or tip) of the blade and results in a blade having a cross-section similar to a truncated pyramid. Alternatively, the blade tips could be made having a sharpened edge in the manner described above with the sharpened edge then sanded (or grinded) down such that the blade has a flat top edge that is reflective. Both of these alternative methods of creating a reflective blade are easy to incorporate into the manufacture process.

15

16

Thus, an apparatus and method providing improved interconnection elements and tip structures for effecting pressure connections between terminals of electronic components is described. The sharpened blade oriented on the upper surface of the tip structure such that the length of the blade is substantially parallel to the direction of horizontal movement of the tip structure as the tip structure deflects across the terminal of an electronic component under test provides numerous advantages over the prior art. The substantially parallel oriented blade allows the tip structure of the present invention to slice cleanly through any non-conductive layers on the surface of the terminal and effect a reliable electrical contact without damaging the surface of the terminal or acquiring particle buildup along the surface of the blade. Further, the parallel orientation of the blade of the present invention maximizes contact between the tip structure and the terminal such that electrical contact is not lost as the tip structure deflects across the terminal, even with terminals having smaller contact areas.

We claim:

1. An electrical apparatus, comprising:

at least one blade on an end of an interconnection element, said blade having a given length and oriented on the interconnection element such that said length runs substantially parallel to a horizontal wiping motion of said blade relative to an electrical terminal when the interconnection element is placed in wiping contact with the electrical terminal.

2. The electrical apparatus of claim 1 wherein the horizontal motion of said blade occurs when said blade makes an electrical contact with the electrical terminal.

3. The electrical apparatus of claim 2 wherein said blade has a truncated pyramid cross-sectional structure.

4. The electrical apparatus of claim 2 wherein said blade has a sharpened edge along said length of said blade.

5. The electrical apparatus of claim 4 wherein said blade has a cross-sectional structure with a front edge at a first end of said length of said blade and a back edge at a second end of said length of said blade.

6. The electrical apparatus of claim 5 wherein said front and back edges are rectilinear.

7. The electrical apparatus of claim 5 wherein said front and back edges are pyramidal.

8. The electrical apparatus of claim 5 wherein said front and back edges have two sides such that said blade has a hexagonal shape.

9. A tip structure, comprising:

a foot having an upper and a lower surface; and,

at least one blade on said upper surface of said foot, said blade having a given length and oriented on said foot such that said length runs substantially parallel to a horizontal wiping motion of said foot.

10. The tip structure of claim 9 wherein the horizontal motion of said foot occurs when said tip structure makes an electrical contact with an electrical terminal.

11. The tip structure of claim 9 further comprising a resilient contact element coupled to said lower surface of said foot.

12. The tip structure of claim 9 wherein said blade has a sharpened edge along said length of said blade.

13. The tip structure of claim 12 wherein said blade has a primary edge at a front end of said blade and a trailing edge at a back end of said blade.

14. The tip structure of claim 12 having a first and a second blade on said upper surface of said foot.

15. The tip structure of claim 14 wherein said first and second blades are joined by a bridge.

16. The tip structure of claim 14 wherein said first and second blades are in a juxtaposed position.

17. The tip structure of claim 12 wherein said blade has a triangular cross-sectional structure with a front edge at a first end of said length of said blade and a back edge at a second end of said length of said blade.

18. The tip structure of claim 17 wherein said front and back edges are rectilinear.

19. The tip structure of claim 17 wherein said front and back edges are pyramidal.

20. The tip structure of claim 17 wherein said front and back edges have two sides such that said blade has a hexagonal shape.

21. A tip structure, comprising:

a foot having an upper and a lower surface; and,

at least one blade on said upper surface of said foot, said blade having a given length and oriented on said foot such that said length is within approximately ±45° of an axis parallel to a horizontal wiping motion of said foot.

22. The tip structure of claim 21 wherein said blade has a sharpened edge along said length of said blade.

23. The tip structure of claim 22 having a first and a second blade on said upper surface of said foot.

24. The tip structure of claim 23 wherein said first and second blades are joined by a bridge.

25. The tip structure of claim 23 wherein said first and second blades are in a juxtaposed position.

26. The tip structure of claim 22 wherein said blade has a triangular cross-sectional structure with a front edge at a first end of said length of said blade and a back edge at a second end of said length of said blade.

27. The tip structure of claim 26 wherein said front and back edges are rectilinear.

28. The tip structure of claim 26 wherein said front and back edges are pyramidal.

29. The tip structure of claim 26 wherein said front and back edges have two sides such that said blade has a hexagonal shape.

30. An electrical contact structure comprising:

a plurality of interconnection elements disposed in relationship with one another;

a plurality of tip structures affixed to respective ones of said interconnection elements, each of said tip structures further comprising:

at least one blade on a contact point of a respective one of said interconnection elements, said blade having a given length and oriented on the respective one of said interconnection elements such that said length runs substantially parallel to a horizontal wiping motion of the respective one of said interconnection elements when the respective one of said interconnection elements deflects across a terminal of an electrical component to make an electrical contact.

31. The electrical contact structure of claim 30 wherein the horizontal motion of said blade occurs when said tip structure makes electrical contact with an electrical surface.

32. The electrical contact structure of claim 31 wherein said blade has a sharpened edge along said length of said blade.

33. The electrical contact structure of claim 32 wherein said blade has a triangular cross-sectional structure with a front edge at a first end of said length of said blade and a back edge at a second end of said length of said blade.

34. The electrical contact structure of claim 33 wherein said front and back edges are rectilinear.

35. The electrical contact structure of claim 33 wherein said front and back edges are pyramidal.

US 6,441,315 B1

17

**36**. The electrical contact structure of claim **33** wherein said front and back edges have two sides such that said blade has a hexagonal shape.

**37**. A method of making an electrical contact structure, comprising the steps of:

forming a trench in a sacrificial substrate;

depositing at least one layer of at least one conductive material in said trench to form a blade having a given length, an upper surface, and a lower surface; and,

coupling an interconnection element to said lower surface of said blade, wherein said blade is oriented such that said length of said blade runs substantially parallel to a horizontal wiping motion of said blade.

**38**. The method of claim **37** further comprising the step of releasing said blade from said sacrificial substrate.

**39**. The method of claim **38** wherein said step of releasing said blade from said sacrificial substrate further comprises releasing said blade from said sacrificial substrate by a process selected from the group consisting of heat and chemical etching.

**40**. The method of claim **37** wherein said step of forming a trench further comprises etching a trench in a substrate with a potassium hydroxide selective etch.

18

**41**. The method of claim **40** wherein said step of etching a trench further comprises etching a trench in a substrate with a potassium hydroxide etch between the 111 and 001 crystal orientation.

**42**. The method of claim **37** wherein said step of forming a trench further comprises forming a trench in a substrate, wherein said trench has a triangular cross-section.

**43**. The method of claim **37** wherein said step of forming a trench further comprises forming a trench in a substrate, wherein said trench has a truncated pyramid cross-section.

**44**. The method of claim **37** wherein said step of coupling said interconnection element to said lower surface of said blade further comprises soldering said interconnection element to said lower surface of said blade.

**45**. The method of claim **37** wherein said step of coupling said interconnection element to said lower surface of said blade further comprises brazing said interconnection element to said lower surface of said blade.

\*  \*  \*  \*  \*

EXHIBIT 2

Case4:10-cv-03095-PJH Document1 Filed07/14/10 Page43 of 170

US006825422B2

(12) **United States Patent**
Eldridge et al.

(10) Patent No.: **US 6,825,422 B2**
(45) Date of Patent: **Nov. 30, 2004**

(54) **INTERCONNECTION ELEMENT WITH CONTACT BLADE**

(75) Inventors: **Benjamin N. Eldridge**, Danville, CA (US); **Gary W. Grube**, Pleasanton, CA (US); **Igor Y. Khandros**, Orinda, CA (US); **Alec Madsen**, San Francisco, CA (US); **Gaetan L. Mathieu**, Livermore, CA (US)

(73) Assignee: **Formfactor, Inc.**, Livermore, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/174,455**

(22) Filed: **Jun. 17, 2002**

(65) **Prior Publication Data**

US 2003/0015347 A1 Jan. 23, 2003

**Related U.S. Application Data**

(63) Continuation of application No. 09/189,761, filed on Nov. 10, 1998, now Pat. No. 6,441,315.

(51) Int. Cl.[7] ................................................. **H05K 1/16**
(52) U.S. Cl. ....................... **174/260**; 174/267; 361/772; 361/776; 439/81
(58) Field of Search ............................... 174/260, 267; 361/760, 769, 772, 773, 774, 776; 257/785, 780; 438/117; 439/81, 66, 83, 862

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,881,799 A      5/1975   Elliott et al.

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| FR | 2587549 | 3/1987 |
| JP | 60-10298 B | 4/1985 |
| JP | 6119770 | 2/1986 |
| JP | 62-158778 A | 10/1987 |
| JP | 62160373 | 10/1987 |
| JP | 63-48063 B | 12/1988 |
| JP | 4214650 | 8/1992 |
| JP | 618555 | 1/1994 |
| JP | 7333232 | 12/1995 |
| JP | 8-78110 A | 3/1996 |
| TW | 341747 | 10/1998 |
| WO | WO 96/37332 | 11/1996 |
| WO | WO 9743653 | 11/1997 |
| WO | WO 9744676 | 11/1997 |
| WO | WO 9852224 | 11/1998 |

OTHER PUBLICATIONS

Kong et al., "Integrated Electrostatically Resonant Scan Tip for an Atomic Force Microscope," Journal of Vacuum Science & Technology, vol. B 11(3) No. 3, pp. 634–641 (May/June 1993).

Leung et al., "Active Substrate Membrane Probe Card," Technical Digest of the International Electron Devices Meeting (IEDM) (Oct. 12, 1995), pp. 709–712.

*Primary Examiner*—David A. Zarneke
*Assistant Examiner*—I B Patel
(74) *Attorney, Agent, or Firm*—N. Kenneth Buraston; Stuart L. Merkadeau

(57)      **ABSTRACT**

An apparatus and method providing improved interconnection elements and tip structures for effecting pressure connections between terminals of electronic components is described. The tip structure of the present invention has a sharpened blade oriented on the upper surface of the tip structure such that the length of the blade is substantially parallel to the direction of horizontal movement of the tip structure as the tip structure deflects across the terminal of an electronic component. In this manner, the sharpened substantially parallel oriented blade slices cleanly through any non-conductive layer(s) on the surface of the terminal and provides a reliable electrical connection between the interconnection element and the terminal of the electrical component.

**22 Claims, 7 Drawing Sheets**



## US 6,825,422 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,295,184 A | | 10/1981 | Roberts |
| 4,553,192 A | | 11/1985 | Babuka et al. |
| 4,636,722 A | | 1/1987 | Ardezzone |
| 5,090,118 A | | 2/1992 | Kwon et al. |
| 5,092,782 A | | 3/1992 | Beaman |
| 5,103,557 A | | 4/1992 | Leedy |
| 5,109,596 A | | 5/1992 | Driller et al. |
| 5,152,695 A | * | 10/1992 | Grabbe et al. ............... 439/71 |
| 5,172,050 A | | 12/1992 | Swapp |
| 5,177,438 A | | 1/1993 | Littlebury et al. |
| 5,191,708 A | | 3/1993 | Kasukabe et al. |
| 5,228,861 A | | 7/1993 | Grabbe |
| 5,230,632 A | | 7/1993 | Baumberger et al. |
| 5,297,967 A | * | 3/1994 | Baumberger et al. ......... 439/66 |
| 5,462,440 A | | 10/1995 | Rothenberger |
| 5,465,611 A | | 11/1995 | Ruf et al. |
| 5,476,818 A | | 12/1995 | Yanof et al. |
| 5,555,422 A | | 9/1996 | Nakano |
| 5,573,435 A | | 11/1996 | Grabbe et al. |
| 5,599,194 A | | 2/1997 | Ozawa et al. |
| 5,625,297 A | | 4/1997 | Arnaudov et al. |
| 5,632,631 A | | 5/1997 | Fjelstad et al. |
| 5,723,894 A | | 3/1998 | Ueno et al. |
| 5,764,486 A | | 6/1998 | Dendse |
| 5,829,128 A | | 11/1998 | Eldridge et al. |
| 5,917,707 A | | 6/1999 | Khandros et al. |
| 5,929,521 A | | 7/1999 | Wark et al. |
| 5,974,662 A | | 11/1999 | Eldridge et al. |
| 5,994,152 A | | 11/1999 | Khandros et al. |
| 6,002,266 A | | 12/1999 | Briggs et al. |
| 6,008,982 A | | 12/1999 | Smith |
| 6,031,282 A | | 2/2000 | Jones et al. |
| 6,059,982 A | | 5/2000 | Palagonia et al. |
| 6,110,823 A | | 8/2000 | Eldridge et al. |
| 6,114,221 A | | 9/2000 | Tonti et al. |
| 6,184,576 B1 | * | 2/2001 | Jones et al. ................. 257/696 |
| 6,184,699 B1 | | 2/2001 | Smith et al. |
| 6,219,908 B1 | | 4/2001 | Farnworth et al. |

* cited by examiner



FIG.1A
(Prior Art)



FIG.1B
(Prior Art)



FIG.2A



FIG.2B



FIG.2C



FIG.2D

### Figure 3A



### Figure 3B



### Figure 3C

Figure 4.A



Figure 4.B



Figure 4C





FIG. 5A



FIG. 5B



FIG. 5C



FIG. 5D



FIG. 5E



FIG. 5F



FIG. 5G



FIG. 5H



FIG. 5I



FIG. 5J



FIG. 5K



FIG. 6A

FIG. 6B

FIG. 7A

FIG. 7B

FIG. 7C



FIG. 8A



FIG. 8B



FIG. 9A



FIG. 9B



FIG. 10

US 6,825,422 B2

# INTERCONNECTION ELEMENT WITH CONTACT BLADE

This is a continuation application of Ser. No. 09/189,761, filed Nov. 10, 1998, now U.S. Pat. No. 6,441,315.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates generally to the field of electrical interconnection (contact) elements, and, more particularly, to interconnection elements and tip structures suitable for effecting pressure connections between electronic components.

### 2. Description of the Related Art

Generally, interconnections between electronic components can be classified into the two broad categories of "relatively permanent" and "readily demountable." An example of a relatively permanent connection is a solder joint. Once two electronic components are soldered to one another, a process of unsoldering must be used to separate the components. A wire bond, such as between a semiconductor die and the inner leads of a semiconductor package (or the inner ends of lead frame fingers) is another example of a relatively permanent connection.

One example is a group of rigid pins of one electronic component being received by resilient socket elements of another electronic component. The socket elements exert a contact force (pressure) on the pins in an amount sufficient to ensure a reliable electrical connection therebetween. Another type of readily demountable connection are interconnection elements (also referred to herein as springs, spring elements, spring contacts or spring contact elements) that are themselves resilient, springy, or mounted in and/or on a spring medium. An example of such a spring contact element is a needle of a probe card component. Such spring contact elements are typically intended to effect temporary pressure connections between a component to which they are mounted and terminals of another component, such as a semiconductor device under test.

Tip structures are often mounted (or affixed or coupled) to one end of an interconnection element. Tip structures provide a desired tip shape to the interconnection elements and are particularly useful in providing a small area contact with a controlled geometry that creates a repeatable high pressure. Tip structures become increasingly critical as the interconnection elements themselves become smaller and smaller. A tip structure may also have topological features on its surface to assist in providing an electrical contact between the two electrical components. For example, the purpose of the tip structure is typically to break through the non-conductive layer (often corrosion, oxidation products, or other types of contaminated films) on the terminals of the electrical component under test. As a contact force is applied, the interconnection element applies a pressure to the terminal of the electronic component under test and causes the tip structure to deflect across the terminal. This small horizontal movement of the tip structure across the surface of the corresponding terminal allows the tip structure to penetrate the nonconductive layer on the terminal, thereby establishing a good electrical contact between the two electronic components. For example, tip structure **10** mounted to interconnection element **12** (shown in FIGS. 1A and 1B) has a blade **14** that scrapes aside the non-conductive layer in order to achieve an electrical contact.

There are a number of problems associated with achieving the above-described electrical contact. First, as the terminal contact areas also get smaller, the horizontal movement of the tip structure **10** becomes an issue. Second, as the tip structure **10** is forced to deflect across the terminal (see FIG. 1B), it may also be forced down and away from the terminal causing the blade **14** of the tip structure **10** to rotate away from the terminal. The rotation of the blade **14** away from the terminal of the electronic component under test reduces the chances of the tip structure achieving a dependable electrical contact with the terminal of the electronic component. Further, as the tip structure scrapes across the non-conductive surface of the terminal in an effort to penetrate the nonconductive surface and establish a good electrical contact, stray particles and buildup often occur along the blade **14** and upper surface of the tip structure **10**. This buildup may contribute to high contact resistance between the tip structure and the terminal, which may cause inaccurate voltage levels during device testing due to the voltage produced across the tip structure. The inaccurate voltage levels may cause a device to incorrectly fail, resulting in lower test yields when the contact is used in a device testing environment.

Thus, an interconnection element and tip structure that minimize buildup along the blade of the tip structure and maximize contact pressure between the tip structure and the terminal of the electronic component under test as the tip structure deflects across the surface of the terminal is desired.

## SUMMARY OF THE INVENTION

An apparatus and method providing improved interconnection elements and tip structures for effecting pressure connections between terminals of electronic components is described. The tip structure of the present invention has a sharpened blade oriented on the upper surface of the tip structure such that the length of the blade is substantially parallel to the direction of horizontal movement of the tip structure as the tip structure deflects across the terminal of an electronic component. In this manner, the sharpened substantially parallel oriented blade slices cleanly through any non-conductive layer(s) on the surface of the terminal and provides a reliable electrical connection between the interconnection element and the terminal of the electrical component.

## DESCRIPTION OF THE DRAWINGS

FIG. **1A** is a side view of an interconnection element and tip structure known in the prior art.

FIG. **1B** is a side view of an interconnection element and tip structure, known in the prior art, under deflection.

FIG. **2A** is a side view of an interconnection element and tip structure of the present invention.

FIG. **2B** is a pictorial illustration of one embodiment of a tip structure of the present invention

FIG. **2C** is a side view showing an interconnection element and tip structure of the present invention under deflection.

FIG. **2D** is a side view of an alternative embodiment of the present invention showing an interconnection element having a substantially parallel oriented blade at one end.

FIG. **3A** is a cross-sectional view of an elongate interconnection element.

FIG. **3B** is a cross-sectional view of an elongate interconnection element.

FIG. **3C** is a cross-sectional view of an elongate interconnection element.

FIG. 4A is a pictorial illustration of a generalized embodiment of the invention, showing prefabricated contact tip structures and the interconnection elements to which they will be joined.

FIG. 4B is a cross-sectional side view of the contact tip structures of FIG. 4A joined by brazing to the interconnection elements of FIG. 4A.

FIG. 4C is a cross-sectional side view of the contact tip structures of FIG. 4A joined by brazing to the interconnection elements of FIG. 1A, after the sacrificial substrate is removed.

FIGS. 5A–5C are cross-sectional views of steps in a process of manufacturing cantilevered tip structures on a sacrificial substrate for interconnection elements, according to an embodiment of the invention.

FIG. 5D is a pictorial illustration of an embodiment of a cantilevered tip structure formed on a sacrificial substrate, according to an invention.

FIG. 5E is a pictorial illustration of a second embodiment of a cantilevered tip structure formed on a sacrificial substrate, according to an invention.

FIG. 5F is a side-view showing the cantilevered tip structure of FIG. 5E mounted to a raised interconnection element on a surface of an electronic component.

FIG. 5G is a front view of the cantilevered tip structure of FIG. 5E mounted to a raised interconnection element on a surface of an electronic component.

FIG. 5H is a cross-sectional view of a cantilevered tip structure as may be mounted to a raised interconnection element.

FIG. 5I is a side cross-sectional view of another embodiment of fabricating cantilevered tip structures, according to an alternate embodiment of the present invention.

FIG. 5J is a front cross-sectional view of the embodiment illustrated in FIG. 5I.

FIG. 5K is a side cross-sectional view of the cantilevered tip structure illustrated in FIGS. 5I and 5J and mounted to an electronic component, according to an alternate embodiment of the present invention.

FIG. 6A is a pictorial illustration of a tip structure of the present invention having a blade having pyramidal edges.

FIG. 6B is a pictorial illustration of a tip structure of the present invention having diamond shaped edges.

FIG. 7A is a top view of a tip structure of the present invention having two blades.

FIG. 7B is a cross-sectional view of a tip structure of the present invention having two blades joined by a bridge.

FIG. 7C is a cross-sectional view of a tip structure of the present invention having two blades in a juxtaposed position.

FIG. 8A is a pictorial illustration of a tip structure of the present invention having a blade with a primary blade and a trailing blade.

FIG. 8B is a cross-sectional view of the tip structure of FIG. 8A.

FIG. 9A is a cross-sectional view of a tip structure and substantially parallel oriented blade of the present invention affixed to Cobra style probes.

FIG. 9B is a cross-sectional view of Cobra style probes having a substantially parallel oriented blade at one end.

FIG. 10 is a pictorial illustration of a tip structure of the present invention having a stand-off blade.

## DETAILED DESCRIPTION OF THE INVENTION

An apparatus and method that provides improved interconnection elements and tip structures suitable for effecting

pressure connections between terminals of electronic components is described. In the following description, numerous specific details are set forth such as material types, dimensions, processing steps, etc., in order to provide a more thorough understanding of the present invention. However, it will be obvious to one of skill in the art that the invention may be practiced without these specific details. In other instances, well-known elements and processing techniques have not been shown in particular detail in order to avoid unnecessarily obscuring the present invention. Further, although the present invention is discussed with respect to use as a needle of a probe card component that provides an electrical connection between the probe card and a terminal of an electrical component under test, the present invention is not limited to use in a probe card and may be used to provide electrical connections between other electrical components under other circumstances.

### Overview of Present Invention

As previously discussed, there are a number of problems associated with using the interconnection elements and tip structures currently known in the art to achieve a good electrical contact between electronic components. The present invention addresses these problems by providing an interconnection element having a tip structure with a sharpened blade oriented on the upper surface of the tip structure such that the length of the blade runs substantially parallel (within approximately ±15° of parallel) to the direction of horizontal movement of the tip structure as the tip structure deflects across the terminal of the electronic component under test. Through use of the present invention, a reliable electrical contact is established between the electronic components. Once the tip structure contacts the terminal of the electronic component, the interconnection element forces the tip structure to deflect across the surface of the terminal such that the tip structure blade slices through (penetrates) the non-conductive layer(s) on the surface of the terminal. The electronic component may be an integrated circuit, an interconnect board, a semiconductor wafer, or a printed circuit board.

FIG. 2A is a side view of the present invention, showing a spring contact element 24 coupled to a substrate 26 at one end and having a tip structure 20 coupled thereto at an opposite end. FIG. 2B is a pictorial illustration of the tip structure 20 of the present invention, having a blade 22 on the upper surface of the tip structure 20. In this embodiment of the present invention, the blade 22 comprises a contact element whose faces when extended form a line in space. When the tip structure 20 is placed in contact with a terminal of an electronic component (not shown) and a force is applied, the tip structure 20 will deflect across the surface of the terminal. As the tip structure 20 deflects across the terminal, the blade 22 of the tip structure 20 will penetrate the non-conductive layer on the surface of the terminal. FIG. 2C is a side view of the present invention. The dashed lines of FIG. 2C show the interconnection element 24 and tip structure 22 after the deflection across the terminal. ΔX represents the amount of lateral (or horizontal) deflection of the tip structure 20.

The blade 22 is oriented on the upper surface of the tip structure 20 such that the length (L) of the blade is substantially parallel to the direction of horizontal movement (ΔX) of the tip structure 20 as the tip structure 20 deflects across the surface terminal (see FIG. 2C). The orientation of the blade 22 substantially parallel to the direction of horizontal motion of the tip structure, allows the blade 22 to slice (or cut) through any non-conductive layer(s) on the surface of the terminal.

US 6,825,422 B2

5

FIG. 2D illustrates an alternative embodiment of the present invention, wherein the blade 26 is formed at the end of the spring contact element 28 itself, rather than being on a separate tip structure. In this manner, a substantially parallel oriented blade 26 may be formed without a trans-ferred tip structure (such as tip structure 20 in FIG. 2A). The blade 26 may be formed at the end of spring contact 28 by several methods including but not limited to a plating or machining process (such as the use of a stamp, swage, electropolish, or electro-static discharge).

The orientation of the blade 22 on the upper surface of the tip structure 20 (or the blade 26 formed at the end of spring element 28) substantially parallel to the direction of the horizontal motion component of the tip structure 20 (hereinafter generally referred to as a parallel orientation) provides numerous advantages over prior art tip structures. First, the parallel orientation of the sharpened edge along the length (L) of the blade 22 allows the blade 22 to cut cleanly through the non-conductive layer on the terminal and estab-lish a good electrical connection with the terminal of the electric component being tested. In contrast, the substan-tially perpendicular orientation of the blades of prior art tip structures (i.e. when the length of the blade is oriented on the upper surface of the tip structure substantially perpendicular to the direction of the horizontal motion component of the tip structure as the tip structure deflects across the surface of the terminal under test; for example, see blade 14 of FIGS. 1A and 1B) provides a scraping motion across the non-conductive layer. The prior art blade scrapes across the terminal surface much as a bulldozer scrapes aside a layer of dirt. The scraping motion of perpendicular oriented blades may damage the surface of the terminal, often causes significant wear and tear on the blades resulting in a short life span of the blades, and often results in a buildup of stray particles and the non-conductive layers along the blade. In contrast, the parallel oriented blade 22 of the present inven-tion circumvents each of the above-described problems by following the direction of horizontal motion component of the tip structure and cleanly slicing through the non-conductive layer on the terminal. Further, there is minimal, if any, buildup along the surface of the blade 22 which results in a lower contact resistance between the tip structure and the terminal and produces more accurate voltage levels during testing.

The parallel orientation of the blade 22 also provides a more reliable electrical connection with the terminal of the electronic component under test. As electronic component terminals become smaller, any movement by the blade becomes significant as the possibility increases that any movement will move the blade outside of the terminal such that the blade will be unable to establish an electrical contact with the terminal. As shown in FIGS. 1B and 2C, the deflection of the tip structure (10, 20) across the terminal may depend on both the interconnection element's material and shape. In one embodiment, the tip structure deflects along a substantially rotational path having both a lateral (or horizontal) and a vertical component to the motion resulting in both a lateral deflection and a vertical deflection as the tip structure (10, 20) is pushed down and away from the terminal. It is possible that the perpendicularly oriented blade 14 will be pushed outside of the terminal contact area as a result of the rotational movement of the tip structure 10. In contrast, as the tip structure 20 deflects across the terminal, even if part of the blade 22 is moved outside of the terminal contact area, the remaining length of the blade 22 (the trailing end) continues to be within the terminal contact area. Likewise, even as the front end of blade 22 is forced

6

to rotate down and away from the terminal contact area, the trailing end of the blade 22 will remain in contact with the terminal surface. In this manner, the parallel oriented blade 22 of the present invention provides a more reliable elec-trical connection (or interface) with the terminal of the electrical component under test.

Components of the Present Invention

The interconnection element and tip structure of the present invention may be manufactured by a variety of methods and from a variety of materials. The following methods of manufacturing and types of materials discussed are illustrative examples only and are not intended to limit the invention in any manner. Other methods and materials known in the art may also be followed and/or used.
Interconnection Element

Existing interconnection elements such as elongate and/or resilient interconnection elements may be used for the interconnection element of the present invention (element 24 of FIG. 2A). When using resilient interconnection elements, a composite interconnection element is one preferred form of contact structure (spring or spring-like element). FIGS. 3A–3C illustrate various shapes commonly used for com-posite interconnection elements. The tip structures of the present invention may be used on any spring-like elements including those discussed herein below and those shown in U.S. Pat. No. 5,476,211, issued on Dec. 19, 1995, assigned to the assignee of the present invention, and which is incorporated herein by reference.

In FIG. 3A, an electrical interconnection element 310 includes a core 312 of a "soft" material (e.g., a material having a yield strength of less than 40,000 psi), and a shell (overcoat) 314 of a "hard" material (e.g., a material having a yield strength of greater than 80,000 psi). The core 312 is an elongate element shaped (configured) as a substantially straight cantilever beam, and may be a wire having a diameter of 0.0005–0.0030 inches. The shell 314 is applied over the already-shaped core 312 by any suitable process, such as by a suitable plating process (e.g., by electrochemi-cal plating). It is generally preferred that the thickness of the shell (whether a single layer or a multi-layer overcoat) be thicker than the diameter of the wire being overcoated. By virtue of its "hardness," and by controlling its thickness (0.00025–0.02000 in.), the shell 314 imparts a desired resiliency to the overall interconnection element 310. In this manner, a resilient interconnection between electronic com-ponents (not shown) can be effected between the two ends 310a and 310b of the interconnection element 310.

FIG. 3A illustrates what is perhaps the simplest of spring shapes for an interconnection element of the present invention, namely, a straight cantilever beam oriented at an angle to a force as indicated by the arrow labeled "F" applied at its tip 310b. When such a contact force (pressure) is applied by a terminal of an electronic component to which the interconnection element is making a pressure contact, the downward (as viewed) deflection of the tip will result in the tip moving across the terminal, in a "wiping" motion. Such a wiping contact ensures a reliable contact being made between the interconnection element and the contacted terminal of the electronic component. The deflection (resiliency) of the interconnection element in general is determined in part by the overall shape of the interconnec-tion element, in part by the dominant (greater) yield strength of the overcoating material (versus that of the core), and in part by the thickness of the overcoating material.

In FIG. 3B, an electrical interconnection element 320 similarly includes a soft core 322 (compare 312) and a hard

US 6,825,422 B2

7                                                                 8

shell 324 (compare 314). In this example, the core 322 is shaped to have two bends, and thus may be considered to be S-shaped. As in the example of FIG. 3A, a resilient interconnection between electronic components (not shown) can be effected between the two ends 320a and 320b of the interconnection element 320. In contacting a terminal of an electronic component, the interconnection element 320 would be subjected to a contact force (pressure), as indicated by the arrow labeled "F".

In FIG. 3C, an electrical interconnection element 330 similarly includes a soft core 332 (compare 312) and a hard shell 334 (compare 314). In this example, the core 332 is shaped to have one bend, and may be considered to be U-shaped. As in the example of FIG. 3A, a resilient interconnection between electronic components (not shown) can be effected between the two ends 330a and 330b of the interconnection element 330. In contacting a terminal of an electronic component, the interconnection element 330 could be subjected to a contact force (pressure), as indicated by the arrow labeled "F". Alternatively, the interconnection element 330 could be employed to make contact at other than its end 330b, as indicated by the arrow labeled "F".

It should be understood that the soft core can readily be formed into any springable shape—in other words, a shape that will cause a resulting interconnection element to deflect resiliently in response to a force applied at its tip. For example, the core could be formed into a conventional coil shape. However, a coil shape would not be preferred, due to the overall length of the interconnection element and inductance (and the like) associated therewith and the adverse effect of same on circuitry operating at high frequencies (speeds). Likewise, the core element need not have a round cross-section, but may rather be a flat tab ("ribbon") having a generally rectangular cross-section and extending from a sheet. Other non-circular cross-sections, such as C-shaped, I-shaped, L-shaped and T-shaped cross-sections, may also be used for the interconnection element.

The material of the shell, or at least one layer of a multi-layer shell (described hereinbelow) has a significantly higher yield strength than the material of the core. Therefore, the shell overshadows the core in establishing the mechanical characteristics (e.g., resiliency) of the resulting interconnection structure. Ratios of shell:core yield strengths are preferably at least 2:1, and may be as high as 10:1. It is also evident that the shell, or at least an outer layer of a multi-layer shell should be electrically conductive, notably in cases where the shell covers the end of the core.

Suitable materials for the core (312, 322, 332) include, but are not limited to: gold, aluminum, copper, and their alloys. These materials are typically alloyed with small amounts of other metals to obtain desired physical properties, such as with beryllium, cadmium, silicon, magnesium, and the like. It is also possible to use silver, palladium, platinum; metals or alloys such as metals of the platinum group of elements. Solder constituted from lead, tin, indium, bismuth, cadmium, antimony, and their alloys can be used. Generally, a wire of any material (e.g., gold) that is amenable to bonding (using temperature, pressure, and/or ultrasonic energy to effect the bonding) would be suitable for practicing the invention. It is within the scope of this invention that any material amenable to overcoating (e.g., plating), including non-metallic material, can be used for the core.

Suitable materials for the shell (314, 324, 334) include, but are not limited to: nickel, and its alloys; copper, cobalt, iron, and their alloys; gold (especially hard gold) and silver, both of which exhibit excellent current-carrying capabilities and good contact resistivity characteristics; elements of the

platinum group; noble metals; semi-noble metals and their alloys, particularly elements of the platinum group and their alloys; tungsten and molybdenum. In cases where a solder-like finish is desired, tin, lead, bismuth, indium and their alloys can also be used. The technique selected for applying these coating materials over the various core materials set forth above will, of course, vary from application-to-application. Electroplating and electroless plating are generally preferred techniques.

Another type of electrical interconnection element that may be used with the present invention is a resilient interconnection element that is formed lithographically. An oriented blade of the invention may be formed on a contact end of a lithographically formed resilient interconnection element. In one example of the invention, an oriented blade may be formed on a sacrificial substrate and then transferred to a contact end of a lithographically formed resilient interconnection element.

The interconnection elements of the present invention (element 24 of FIGS. 2A–2D) can generally be fabricated upon, or mounted to, any suitable surface of any suitable substrate, including sacrificial substrates, then either removed therefrom or mounted to terminals of electronic components.

Coupling Interconnection Elements to Tip Structures

FIG. 4A illustrates a generalized embodiment 400 of the invention wherein a plurality (four of many shown) of contact tip structures 402 have been pre-fabricated upon a support (sacrificial) substrate 404, in a manner described hereinbelow. A corresponding plurality (four of many shown) of interconnection elements 406 are shown in preparation for having their free ends 406a joined to the contact tip structures 402 (or vise-versa). The free ends 406a of the elongate interconnection elements 406 are distant (distal) from opposite ends (not shown) of the elongate interconnection elements 406 which typically would extend from a surface of an electronic component (not shown) such as a semiconductor device, a multilayer substrate, a semiconductor package, etc.

FIG. 4B illustrates, in side view, a next step of joining the contact tip structures 402 to the elongate interconnection elements 406 by brazing. A resulting braze fillet 408 is illustrated. The contact tip structures 402 are still resident on the sacrificial substrate 404 in their prescribed spatial relationship with one another. FIG. 4B is also illustrative of the contact tip structures 402 being joined to the elongate interconnection elements with conductive adhesive (e.g., silver-filled epoxy) or the like. An alternate method of joining the contact tip structures 402 to the elongate interconnection elements 406 is by overcoating at least the junction of the contact tip structures 402 and adjacent end portions of the elongate interconnection elements 406 with a metallic material such as nickel, by plating.

FIG. 4C illustrates, in a side view, a subsequent step, wherein, after joining the contact tip structures 402 to the elongate interconnection elements 406, the support (sacrificial) substrate 404 is removed. The resulting "tipped" interconnection element 406 (as used herein, a "tipped" interconnection element is an interconnection element which has had a separate contact tip structure joined thereto) is shown as having had a contact tip structure 402 brazed (408) thereto, in the manner described with respect to FIG. 4B.

In the embodiments described herein of forming free-standing interconnection elements (either by themselves, or upon prefabricated tip structures) on sacrificial substrates, the discussion has generally been directed to bonding an end

9
10

of the interconnection element (or, in the case of a composite interconnection element, bonding an elongate core) to a sacrificial substrate. It is within the scope of this invention that instrumentalities (techniques) other than bonding can be employed.

Tip Structures

FIGS. 5A–5H illustrate a technique 500 for fabricating tip structures having a parallel oriented blade and mounting same to interconnection elements which may serve as terminals of electronic components, and FIGS. 5I–5K illustrate an alternate technique 550 employing such tip structures. These techniques are particularly well suited to ultimately mounting freestanding interconnection elements to electronic components such as semiconductor devices, space transformer substrates of probe card assemblies, and the like.

FIG. 5A illustrates a sacrificial substrate 502, such as a wafer of monocrystalline silicon, into a surface of which a plurality (one of many shown) of trenches 504 are etched. A patterned masking layer, such as a photoresist (not shown), is first patterned on the substrate 50 to define the length and width of the trench 504. Next, the trench 504 is formed in the substrate 504. In the preferred embodiment, a potassium hydroxide (KOH) selective etch is performed between the 111 and 001 crystal orientation.

Note that methods other than a KOH selective etch may be used to form the trench 504 used to form the blades of the present invention. For example, the trenches may also be formed with a reactive ion etch (RIE). Further, non-lithographic methods may also be employed, including but not limited to polishing (both electro-polishing and mechanical polishing) stamping, or abrading the tip structures. Combinations of straight walled and trenched structures may also be produced by combining different etching techniques. Such combinations may be desirable to create stand-off structures such as the one illustrated in FIG. 10. As with the tip structures discussed herein above, tip structure 980 is comprised of a tip base 982 and tip blade 984. Tip structure 980, however, also includes a straight-walled section 986 that provides the stand-off distance (D) for the tip structure 980.

The preferred embodiment comprises a tip structure with a blade on the upper surface, wherein the blade has a sharpened edge along the length of the blade and a triangular cross-section. However, the trenches 504 are merely illustrative of any surface texture 'template' for the tip structures which will be fabricated on the sacrificial substrate 502. The layout (spacing and arrangement) of the trenches 504 can be derived from (replicate) the bond pad layout of a semiconductor die (not shown) which is ultimately (in use) intended to be contacted (e.g., probed) by free-standing interconnection elements to which the tip structures 504 are ultimately attached. For example, the trenches 504 can be arranged in a row, single file, down the center of the sacrificial substrate. Many memory chips, for example, are fabricated with a central row of bond pads.

FIG. 5B illustrates that a hard "field" layer 506 has been deposited upon the surface of the sacrificial substrate 502, including into the trenches 504. The field layer 506 will serve as a release layer. One possible release layer is comprised of aluminum having an approximate thickness of 5000 Å. Another layer 508 can optionally be deposited over the field layer 506, if the field layer is of a material which is not amenable to plating. Typically, layer 508 is comprised of copper having an approximate thickness of 5000 Å. (If the layer 506 is difficult to remove, it may be applied by selective deposition (e.g., patterning through a mask), to

avoid such removal.) After the contact structures are fabricated within the trench (see below), the sacrificial substrate 502 may be removed by any suitable process, such as by selective chemical etching.

Note also, however, that in addition to a chemical etchant, appropriate metallurgy can be used in conjunction with heat to release the sacrificial substrate 502. For example, in one embodiment of the present invention, layer 506 comprises a non-wettable material such as tungsten (or titanium tungsten) deposited on the substrate 502 by means such as sputtering. Next, the thin layer 508 is deposited comprising a non-wetting material such as plateable lead (or indium) onto the tungsten layer 506. Then, after the contact tip structures are fabricated within the trench (see below), a reflow technique (using heat) may be used to mount the contact tip structures onto interconnection elements. During reflow, the lead (material 508) will melt and ball up, since tungsten (material 506) is not wettable with respect to lead. This causes the contact tip structures to be released from the sacrificial substrate 502. Optionally, a second layer (not shown) of non-wettable material (e.g., tungsten) can be applied over layer 508, and will become part of the resulting contact tip structure unless removed (e.g., by etching). Further, another layer of material which will ball up when heated (e.g., lead, indium) can be applied over the second layer of non-wettable material (e.g., tungsten). Any residual lead on the surface of the resulting contact tip structure is readily removed, or may be left in place. Alternatively, a layer of a "barrier" material can be deposited between the second layer of material which will ball up and the first layer of the fabricated contact tip structure. The "barrier" material may be tungsten, silicon nitride, molybdenum, or the like.

Once layers 506 and 508 are deposited, a masking material 510 (illustrated in FIG. 5C), such as photoresist, is applied to define a plurality of openings for the fabrication of tip structures. The openings in the masking layer 510 define a region around the trenches 504. First, a contact metal 512 is deposited, typically having a minimum thickness of approximately 0.5 mil. This contact metal may be deposited by sputtering, CVD, PYD, or plating. In one embodiment of the present invention, the contact metal 512 is comprised of Palladium-Cobalt. Other materials may also be used for contact metal 512, including but not limited to, palladium, rhodium, tungsten-silicide, tungsten, or diamond. Next, layer 514 comprised of a spring alloy material (such as nickel and its alloys) is optionally deposited (such as by plating) to increase the bulk of the tip structure. Layer 514 typically has an approximate thickness of 0–2 mils. Over layer 514, a layer 516 is deposited comprising a material amenable to brazing or soldering, in the event that the spring alloy is not easy to bond, solder or braze to. The spring alloy layer 514 is deposited by any suitable means such as plating, sputtering, or CVD. Finally, a Au-Braze joining layer 516 is deposited. The Au-Braze layer is specific to an AuSn braze attach.

Next, as illustrated by FIGS. 5D and 5E, the masking material 510 is stripped (removed), along with that portion of the layers (506 and 508) which underlies the masking material 510, resulting in a plurality (one of many shown) of tip structures (520 and 520a) having been fabricated upon the sacrificial substrate 502. FIG. 5D shows a first embodiment of a tip structure 520 of the present invention having a blade 522 that extends the entire length of the foot of the tip structure 520. FIG. 5E shows a second embodiment of a tip structure 520a of the present invention having a blade 522a that extends along a potion of the foot of tip structure 520a. Tip structure 520a also has a back portion 521 wherein

US 6,825,422 B2

11          12

the blade **522**$a$ does not extend through the foot of the tip structure **520**$a$. The two alternate embodiments of tip structures **520** and **520**$a$ serve the same function in providing an electrical contact with the terminal of an electronic component under test, but provide different surfaces for coupling the tip structure **520** and **520**$a$ to an interconnection element.

FIGS. **5F** and **5G** illustrate the mounting of the tip structures **520**$a$ shown in FIG. **5E** to raised interconnection elements **530** extending (e.g., free-standing) from corresponding terminals (one of many shown) **532** of an electronic component **534**. FIG. **5F** shows a side view of mounted tip structures **520**$a$ and FIG. **5G** shows a front view of mounted cantilever tip structures **520**. The interconnection element is coupled to the foot of the tip structure **520**$a$ along the back portion **521** of the tip structure **520**$a$ where the blade **522**$a$ does not extend and the surface of the foot of the tip structure **520**$a$ is flat. The pre-fabricated tip structures **520**$a$ is mounted to the tips (top, as shown) of the interconnection elements **530**, in any suitable manner such as brazing or soldering.

FIG. **5H** illustrates the tip structure **520** as shown in FIG. **5D** prior to being mounted to raised interconnection elements **530** extending (e.g., free-standing) from corresponding terminals (one of many shown) **532** of an electronic component **534** (interconnection elements **530**, terminals **532** and electronic component **534** are not shown in FIG. **5H**). In this embodiment of the present invention, the solder paste or brazing material used to mount the tip structure **520** to the interconnection element **530** is positioned within the divot **523**. The end result is a mounted tip structure similar to that illustrated in FIGS. **5F** and **5G**, with the interconnection element affixed to the divot **523** rather than a flat back section (see **521** of FIG. **5F**). Using the divot formed when fabricating the blade **522** aids in positioning the solder paste or brazing material and provides a more reliable method of forming the mechanical connection between the interconnection element **530** and the foot of the tip structure **520**.

The raised interconnection elements **530** can be any free-standing interconnection elements including, but not limited to, composite interconnection elements, and specifically including contact bumps of probe membranes (in which case the electronic component **534** would be a probe membrane) and tungsten needles of conventional probe cards. The interconnection element may be formed lithographically or through a bonding and plating operation as in U.S. Pat. No. 5,476,211. The raised interconnection elements, although typically resilient and providing a spring-like motion, may also be rigid posts. Note that the shape of the resilient element to which the tip structures are attached will affect the wipe characteristic (i.e., the horizontal movement of the tip structure across the surface of the terminal contact of the device under test) in probing. External forces, such as machine-controlled movement, may also affect the wipe characteristic. Thus, the interconnection elements may be designed to optimize a desired contact behavior.

FIGS. **5I–K** illustrate another technique **550** of employing tip structures, wherein the tip structures are provided with their own raised contacts (interconnection elements) prior to being mounted to terminals of an electronic component. This technique commences with the same steps of forming trenches **504** in a surface of a sacrificial substrate **502**, applying a field layer **506**, applying an optional brazing layer **508**, and applying a masking material **510** with openings defining the locations and shapes of the resulting tip structures. Compare FIGS. **5A–5C** above.

In a next step, as illustrated by FIGS. **5I–J** (FIG. **5I** is a side view and FIG. **5J** is a front view), a freestanding interconnection element **552** is mounted to the back end portion of the tip structure **530**. Then, with use of a masking layer **510**, a layer of hard (springy) material **554** is deposited over the tip structure (and, optionally, another layer such as **516** which is brazeable, see above). The masking layer **510** is stripped, and the tip structure **570** can be mounted to terminals **582** of an electronic component **584**, by soldering or brazing the tips of the free-standing interconnection elements **552** to terminals **582**, as indicated by the solder fillet **586**. Note that in the alternate mounting technique shown in FIGS. **5I–K**, the coupling step (typically soldering or brazing) occurs when coupling the interconnection element to an electronic component, wherein with the first mounting technique described in FIGS. **5A–H**, the coupling step joins the tip structure to the interconnection element. In other words, when contrasting the two mounting techniques, the coupling step of soldering or brazing is performed on opposite ends of the interconnection element.

In these examples, the interconnection elements **520** and **570** are illustrated as being composite interconnection elements having spring shapes, but it should clearly be understood that the invention is expressly not limited thereto. In either case (**500**, **550**) the result is that an electronic component (**534**, **584**) is provided with a plurality of freestanding interconnection elements (**530**, **552**) extending from terminals thereof, the tips (free ends) of the freestanding interconnection elements **520** being provided with tip structures having a surface texture which is imparted (defined) during the process of fabricating the tip structures on the sacrificial substrate **502**.

It is evident from the preceding descriptions that the interconnection elements alone (**530**, **552** (i.e., **552** overcoated by **554**)) need not be resilient. Resilience may be provided by the ability of the cantilever tip structures (**520**, **570**) to deflect in response to making a pressure connection with another electronic component (not shown) because the tip structures **504** are disposed along a cantilever beam. Preferably, the freestanding interconnection elements **520** are much stiffer than the cantilever beams, so that the contact force resulting from a pressure connection can be well defined and controlled.

In any cantilever beam arrangement, it is preferred that one end of the cantilever be "fixed" and the other end "movable". The cantilever beam may serve as a foot for a tip structure or a foot of a prefabricated tip structure may be mounted onto a separately fabricated beam. In this manner, bending moments are readily calculated. Hence, it is evident that the elongate interconnection elements (**530**, **552**) are preferably as rigid as possible. (In the case where the interconnection elements (**530**) are contact bumps on a membrane probe, resiliency is provided by the membrane (**534**), itself.) However, it is not entirely inapposite that the elongate interconnection elements are implemented as composite interconnection elements, such as the composite interconnection elements discussed above, which will contribute to the overall deflection of the tip structures in response to pressure connections being made to (by) the tip structures.

### Alternative Embodiments Utilizing the Present Invention

The cross-section of the tip section blade as discussed above is triangular. However, other cross-sections may also be used. For example, a truncated pyramid could easily be fabricated in a similar manner to that described above. Note

13

14

also, that a tip structure initially fabricated to have a sharp edge blade along the length of the tip structure will often become flat-topped as it wears with use. This "flat-top" results in a cross-section very similar to a truncated pyramid. A tip structure having a truncated pyramid cross-section still maintains the benefits of a parallel oriented blade outlined above.

Different embodiments of the parallel oriented blade of the present invention may have different front and back edges. For example, in some instances, the blades may have rectilinear edges (i.e. edges that are perpendicular to the tip structure) such as the blade 522 being fabricated in FIG. 5D. FIG. 6A shows an alternate blade 600 with pyramidal front and back edges 602. On blade 600, the front and back edges 602 are at an angle larger than 90° from the foot of the tip structure 604. A second alternate blade 610 having a diamond shape is illustrated in FIG. 6B. Blade 610 is formed by performing a KOH etch at 45° relative to the primary axis of the lattice and then defining the photo resist etch widow as having 6 sides (or as having a hexagonal shape). This results in a tip structure 614 having a diamond shape blade 610 on its top surface.

There are many other alternative embodiments that benefit from the numerous advantages provided by the parallel oriented blade of the present invention. For example, more than one blade 700 may be fabricated on a tip structure, as shown in a top view of tip structure 702 in FIG. 7A. This embodiment would be particularly useful for probing controlled collapse chip connection (C4) solder balls or other spherical structures.

Another variation of the embodiment of the present invention having two or more blades fabricated on a single foot is shown in FIG. 7B. FIG. 7B is a front view of a tip structure 714 showing two blades 710 joined by a bridge 712, and having an included stand-off 716. Additionally, with multiple blades formed on a tip structure, the pre-determined pitch between blades would be particularly useful with spherical probing having a fine pitch.

FIG. 7C is a side view of a third embodiment of the present invention having two or more blades fabricated on a single foot. On tip structure 724, two blades 720 are placed in a juxtaposed position and share a common trench 722 having a stand-off height of H. The juxtaposed blades 720 are particularly useful in situations for fine pitch applications with contact surfaces in close proximity.

Another embodiment utilizing the present invention is a multi-height blade such as blade 800 shown in FIGS. 8A and 8B. Blade 800 has a primary blade 802 toward the front edge of the tip structure 806, and a trailing blade 804 toward the back of the tip structure 806. The blade 800 may be formed using a masking process wherein the mask surrounding the shorter, trailing blade 804 provides a smaller hole such that the trench etch by the KOH etch is shallow, and the mask surrounding the taller, front blade provides a larger hole such that the trench etch by the KOH etch is deeper and the blade 806 will be taller.

The present invention may also be used with the conventional Cobra style probes, a partial view of which is shown in FIG. 9A. Cobra style probes utilize pre-bended contact wires 906 positioned vertically and maintained by two guide plates 908 and 910. The perforated guide plates 908 and 910 hold and direct the wires 906. The Cobra style probes suffer from the restriction that the contact geometry is determined by the use of round wire, and that the contact metallurgy is that of the spring itself. Use of transferred tip structures of the present invention yield a controlled geometry, decoupling contact, and spring metallurgy. Thus, it is advanta-

geous to affix the tip structures 900 to the ends of the contact wires 906. The guide plates 908 and 910 will then direct both the contact wires 906 and the tip structures 900 with parallel oriented blades 902 of the present invention affixed thereto across the terminals of an electronic component under test. In this manner, various embodiments of the present invention may be used in conjunction with Cobra style probes to provide a more reliable electrical connection between the Cobra style probes 906 and the terminal of the electrical component under test.

Alternatively, FIG. 9B illustrates another embodiment of the present invention having parallel oriented blades 912 at the ends of contact wires 906. In the same manner as described previously with respect to FIG. 2D, the blades 912 may be formed at the end of the contact wires 906 by, for example, a plating or machining process. Thus, the contact wires 906 have a blade tip or "chiseled head" 912 without the use of a transferred tip structure. Note also, that each of the alternative embodiments discussed above and below in reference to FIGS. 6A, 6B, 7A, 7B, 7C, 8A, and 8B may be modified for use with a blade (such as blade 912) formed at the end of an interconnection element that does not use a transferred tip structure.

Although the preferred embodiment of the present invention has the sharpened blade of the tip structure oriented such that the length of the blade is substantially parallel to the horizontal movement of the tip structure as the tip structure deflects across the surface of the terminal of the electronic component under test, an alternative embodiment orients the blade such that the length of the blade is positioned at a slight angle off parallel. For example, one embodiment may encompass a blade oriented at an angle such that the length of the blade is within approximately 45° of the axis parallel to the horizontal movement of the tip structure as the tip structure deflects across the surface of the terminal of the electronic component under test. Ideally, the blade(s) will be at an approximate ±30° angle to the parallel oriented axis. Thus, this embodiment is able to provide a modified scraping motion across the surface of the terminal under test while minimizing the amount of buildup accumulating along the blade 800.

Equipment for probing often includes an aligning feature. Such aligning equipment may comprise optical sensors using light beams to detect the reflection off the tip structures. Each of the above described embodiments may be further improved to include a blade design having a better reflection. More reflective blades and/or tip structures would provide a method for automatic recognition for classification and alignment purposes (e.g., alignment operations performed automatically in a wafer prober). The reflective ability of a blade is dependent on a flat upper surface at the tip of the blade (i.e. a blade having a cross-section of a truncated pyramid). The amount of reflection is controlled by controlling the length of time the initial trench (i.e. the trench used to form the blade) is etched, such that the trench does not come to a sharp point at its tip. Another method of controlling the amount of reflection per blade involves inserting reflow glass in the bottom of the trench before depositing the aluminum and copper layers. The glass at the tip of the trench softens the edge (or tip) of the blade and results in a blade having a cross-section similar to a truncated pyramid. Alternatively, the blade tips could be made having a sharpened edge in the manner described above with the sharpened edge then sanded (or grinded) down such that the blade has a flat top edge that is reflective. Both of these alternative methods of creating a reflective blade are easy to incorporate into the manufacture process

US 6,825,422 B2

15                                                                    16

Thus, an apparatus and method providing improved interconnection elements and tip structures for effecting pressure connections between terminals of electronic components is described. The sharpened blade oriented on the upper surface of the tip structure such that the length of the blade is substantially parallel to the direction of horizontal movement of the tip structure as the tip structure deflects across the terminal of an electronic component under test provides numerous advantages over the prior art. The substantially parallel oriented blade allows the tip structure of the present invention to slice cleanly through any non-conductive layers on the surface of the terminal and effect a reliable electrical contact without damaging the surface of the terminal or acquiring particle buildup along the surface of the blade. Further, the parallel orientation of the blade of the present invention maximizes contact between the tip structure and the terminal such that electrical contact is not lost as the tip structure deflects across the terminal, even with terminals having smaller contact areas.

We claim:

**1**. An apparatus comprising:

a substrate;

an interconnect element disposed on said substrate;

a tip structure disposed at an end of said interconnect element, said tip structure comprising a blade oriented such that a length of said blade is within approximately 745 degrees of an axis parallel to a wiping motion of said tip structure.

**2**. The apparatus of claim **1**, wherein said tip structure is integrally formed with said interconnect element.

**3**. The apparatus of claim **1**, wherein said tip structure comprises a foot, and said blade is disposed on said foot.

**4**. The apparatus of claim **1**, wherein said tip structure further comprises a plurality of said blades.

**5**. The apparatus of claim **4**, wherein said plurality of blades are spaced one from another.

**6**. The apparatus of claim **4**, wherein said tip structure further comprises a bridge disposed between a pair of said plurality of blades.

**7**. The apparatus of claim **4**, wherein said plurality of blades comprises a primary blade and a secondary blade.

**8**. The apparatus of claim **7**, wherein said primary blade and said secondary blade are different sizes.

**9**. The apparatus of claim **1**, wherein said tip structure further comprises a stand off, and said blade is disposed on said stand off.

**10**. The apparatus of claim **1**, wherein said blade is a pyramid shape.

**11**. The apparatus of claim **1**, wherein said blade is a truncated pyramid shape.

**12**. The apparatus of claim **1**, wherein said blade is a diamond shape.

**13**. The apparatus of claim **1**, wherein said interconnect element comprises a wire.

**14**. The apparatus of claim **13**, wherein said interconnect element further comprises a shell over said wire.

**15**. The apparatus of claim **1**, wherein said interconnect element comprises a Cobra probe.

**16**. The apparatus of claim **1**, wherein said interconnect element is resilient.

**17**. The apparatus of claim **1**, wherein said blade comprises a sharpened edge along said length thereof.

**18**. The apparatus of claim **1**, further comprising:

a plurality of said interconnect elements; and

a plurality of said tip structures.

**19**. The apparatus of claim **1**, wherein said tip structure comprises a first material comprising at least one of palladium, cobalt, rhodium, tungsten, or diamond.

**20**. The apparatus of claim **19**, wherein said tip structure comprises a second material comprising a spring alloy.

**21**. The apparatus of claim **19**, said tip structure comprises a second material comprising nickel.

**22**. The apparatus of claim **1**, wherein said tip structure is secured to said interconnect element by one of braze or solder.

\*   \*   \*   \*   \*

EXHIBIT 3

Case4:10-cv-03095-PJH Document1 Filed07/14/10 Page61 of 170

US006965244B2

(12) **United States Patent** (10) **Patent No.:** US 6,965,244 B2
Miller (45) **Date of Patent:** Nov. 15, 2005

(54) **HIGH PERFORMANCE PROBE SYSTEM**

(75) Inventor: **Charles A. Miller**, Fremont, CA (US)

(73) Assignee: **FormFactor, Inc.**, Livermore, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 230 days.

(21) Appl. No.: **10/142,548**

(22) Filed: **May 8, 2002**

(65) **Prior Publication Data**

US 2004/0036493 A1 Feb. 26, 2004

(51) Int. Cl.[7] ............................ G01R 31/02; G01R 1/04
(52) U.S. Cl. ............................ 324/754; 324/158.1
(58) Field of Search ...................... 324/754, 756–758, 324/760–762, 158.1; 361/772, 774, 776, 789; 438/14–16

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,180,977 A | 1/1993 | Huff | |
| 5,412,866 A | 5/1995 | Woith et al. | |
| 5,563,521 A | 10/1996 | Crumly | |
| 5,604,446 A | 2/1997 | Sano | |
| 5,623,213 A | 4/1997 | Liu et al. | |
| 5,672,977 A | 9/1997 | Yamada | |
| 5,847,571 A | 12/1998 | Liu et al. | |
| 5,917,707 A | 6/1999 | Khandros et al. | |
| 5,973,504 A | 10/1999 | Chong | |
| 5,974,662 A | * 11/1999 | Eldridge et al. | 324/754 |
| 6,064,213 A | * 5/2000 | Khandros et al. | 324/754 |
| 6,218,910 B1 | * 4/2001 | Miller | 324/765 |
| 6,255,126 B1 | * 7/2001 | Mathieu et al. | 438/15 |
| 6,268,015 B1 | 7/2001 | Mathieu et al. | |
| 6,336,269 B1 | 1/2002 | Eldridge et al. | 29/885 |
| 6,441,315 B1 | 8/2002 | Eldridge et al. | 174/260 |
| 6,456,103 B1 | * 9/2002 | Eldridge et al. | 324/765 |
| 6,482,013 B2 | 11/2002 | Eldridge et al. | |
| 6,501,343 B2 | * 12/2002 | Miller | 324/765 |
| 6,529,027 B1 | * 3/2003 | Akram et al. | 324/758 |
| 6,539,531 B2 | * 3/2003 | Miller et al. | 716/15 |
| 6,606,575 B2 | * 8/2003 | Miller | 702/104 |
| 6,640,415 B2 | 11/2003 | Eslamy et al. | |
| 6,641,430 B2 | * 11/2003 | Zhou et al. | 439/482 |
| 6,657,455 B2 | * 12/2003 | Eldridge et al. | 324/765 |
| 6,676,438 B2 | * 1/2004 | Zhou et al. | 324/755 |
| 2001/0012739 A1 | 8/2001 | Grube et al. | |
| 2001/0044225 A1 | 11/2001 | Eldridge et al. | |
| 2003/0067316 A1 | * 4/2003 | Miller | 324/754 |
| 2004/0036493 A1 | 2/2004 | Miller | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0259162 A | 3/1988 |
| WO | WO 00/75677 A | 12/2000 |
| WO | WO 01/09623 A | 2/2001 |
| WO | WO 01/71779 A | 9/2001 |

OTHER PUBLICATIONS

U.S. Appl. No. 08/819,464, filed Mar. 17, 1997, Dozier et al.
U.S. Appl. No. 09/710,539, filed Nov. 9, 2000, Eldridge et al.
U.S. Appl. No. 09/810,874, filed Mar. 16, 2001, Peters et al.

* cited by examiner

*Primary Examiner*—Evan Pert
*Assistant Examiner*—Jermele Hollington
(74) *Attorney, Agent, or Firm*—Fliesler Meyer LLP

(57) **ABSTRACT**

A probe system for providing signal paths between an integrated circuit (IC) tester and input/output, power and ground pads on the surfaces of ICs to be tested includes a probe board assembly, a flex cable and a set of probes arranged to contact the IC's I/O pads. The probe board assembly includes one or more rigid substrate layers with traces and vias formed on or within the substrate layers providing relatively low bandwidth signal paths linking the tester to probes accessing some of the IC's pads. The flex cable provides relatively high bandwidth signal paths linking the tester to probes accessing others of the IC's pads.

**52 Claims, 10 Drawing Sheets**





FIG. 1

(PRIOR ART)



FIG. 2

(PRIOR ART)



**FIG. 3**



**FIG. 4**

**U.S. Patent**      Nov. 15, 2005      Sheet 3 of 10      US 6,965,244 B2

3/10



FIG. 5



FIG. 6

FIG. 7



FIG. 8



FIG. 9

FIG. 10



FIG. 11

FIG. 12

FIG. 13



FIG. 14

FIG. 15

FIG. 16

FIG. 17



FIG. 18

FIG. 19

FIG. 20

FIG. 21



FIG. 22A

FIG. 22B

9/10



FIG. 23A



FIG. 23B

FIG. 24A

FIG. 24B



FIG. 23C

FIG. 23D

FIG. 24E

FIG. 24F

FIG. 24G

US 6,965,244 B2

**1**

# HIGH PERFORMANCE PROBE SYSTEM

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The invention relates to a system for providing paths suitable for high frequency signals passing between an integrated circuit (IC) test equipment and pads on the surfaces of ICs to be tested.

2. Description of Related Art

Integrated circuits (ICs) are often tested while still in the form of die on a semiconductor wafer. The following U.S. patents describe exemplary probe board assemblies for providing signal paths between an integrated circuit tester and input/output (I/O), power and ground pads on the surfaces of ICs formed on a semiconductor wafer: U.S. Pat. No. 5,974,662 issued Nov. 2, 1999 to Eldridge et al, U.S. Pat. No. 6,064,213 issued May 16, 2000 to Khandros, et al and U.S. Pat. No. 6,218,910 issued Apr. 17, 2001 to Miller.

FIG. 1 is a plan view and FIG. 2 is a sectional elevation view of an exemplary prior art probe board assembly 10 for providing signal paths between an integrated circuit tester 12 and ICs 14 formed on a semiconductor wafer 16. Tester 12 implements one or more tester channels, each providing a test signal as input to one of ICs 14 or receiving and processing an IC output signal to determine whether the IC output signal is behaving as expected. Probe card assembly 10 includes a set of pogo pin connectors 26 and a set of three interconnected substrate layers including an interface board 20, an interposer 22 and a space transformer 24. Pogo pins 28 provide signal paths between tester 12 and contact pads 30 on the upper surface of interface board 20. Interface board 20 is typically a multiple layer printed circuit board including microstrip and stripline traces for conveying signals horizontally and vias for conveying signals vertically between pads 30 on its planar upper surface and a set of contact pads 32 on its planar lower surface.

Interposer 22 includes one set of spring contacts 34 mounted on its upper surface and a corresponding set of spring contacts 36 mounted on its lower surface. Each spring contact 34 contacts a separate one of the pads 32 on the lower surface of interface board 20, and each spring contact 36 contacts one of a set of pads 38 on the upper surface of space transformer 24. Vias passing through interposer 22 provide signal paths between corresponding pairs of spring contacts 34 and 36.

Space transformer 24 provides signal paths linking spring contacts 36 to a set of probes 40 arranged to contact I/O, power and ground pads 44 on the surfaces of a set of ICs 14 to be tested. A chuck 42 positions wafer 16 with probes 40 in alignment with IC pads 44 of the ICs 14 to be tested. After one group of ICs 14 have been tested, chuck 42 repositions wafer 16 so that probes 40 access the IC pads 44 of a next group of ICs to be tested.

Various types of structures can be used to implement probes 40 including, for example, wire bond and lithographic spring contacts, needle probes, and cobra probes. In some probe systems, probes 40 are implemented as spring contacts formed on the lower surface of space transformer 24 with their tips extending downward to contact IC pads 44 on the surfaces of ICs 14. Alternatively, spring contact type probes 40 are attached to the IC's pads 44 with their tips extending upward to contact pads on the lower surface of space transformer 24.

A test signal generated by a tester channel implemented within one of circuit boards 18 travels through a pogo pin 28

**2**

to one of pads 30 on the surface of interface board 20, and then travels through traces and vias within interface board 20 to one of pads 32 on its lower surface. The test signal then passes through one of spring contacts 34, through a via within interposer 22, and through one of spring contacts 36 to one of contacts 38 on the surface of space transformer 24. Traces and vias within space transformer 24 then deliver the test signal to a probe 40 which then conveys the test signal to an IC pad 44 on the surface of one of ICs 14. An IC output signal produced at one of IC pads 44 follows a similar path in an opposite direction to reach a channel within one of circuit boards 18. As described in detail in the aforementioned U.S. Pat. No. 5,974,662, interposer 22, with its flexible spring contacts 34 and 36, provides compliant electrical connections between interface board 20 and space transformer 24. Probes 40 may be made sufficiently resilient to compensate for any variation in elevation of the IC pads 44 on the upper surfaces of ICs 14.

FIG. 2 has an expanded vertical scale to more clearly show the various components of probe board assembly 10. The horizontal area over which pogo pins 28 are actually distributed is typically many times larger than the area over which probes 40 are distributed. Probe card assembly 10 is well adapted for connecting I/O ports of tester channels that are distributed over a relatively wide horizontal area to a set of probes 40 that are aligned to access IC pads 44 that are densely packed into a relatively small horizontal area.

One problem probe board assembly 10 shares to some degree with any interconnect system, is that the signal paths it provides tend to distort and attenuate signals, particularly signals having high frequency components. What is needed is a probe board assembly for providing signal paths between an IC tester and pads on one or more ICs, wherein at least some of the IC pads transmit and receive high frequency signals.

## BRIEF SUMMARY OF THE INVENTION

A system for providing signal paths between an integrated circuit (IC) tester and input/output (I/O), power and ground pads of ICs to be tested includes a probe board assembly, a flex cable and a set of probes arranged to contact the IC's pads. The probe board assembly includes one or more substrate layers (which may be rigid) and signal paths through the substrate layer(s) for linking the tester to one set of the probes. The flex cable includes a flexible substrate structurally linked to a layer of the probe board assembly and a set of signal paths through the flexible substrate for linking the tester to another set of the probes.

The claims appended to this specification particularly point out and distinctly claim the subject matter of the invention. However those skilled in the art will best understand both the organization and method of operation of what the applicant(s) consider to be the best mode(s) of practicing the invention, together with further advantages and objects of the invention, by reading the remaining portions of the specification in view of the accompanying drawing(s) wherein like reference characters refer to like elements.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a plan view of a prior art probe board assembly for providing signal paths between an integrated circuit (IC) tester and input/output, power and ground pads on an array of ICs,

FIG. 2 is a sectional elevation view of the prior art probe board assembly of FIG. 1,

FIG. 3 is a plan view of a probe system in accordance with an exemplary embodiment of the invention for providing signal paths between an IC tester and pads on one or more ICs,

3

FIGS. 4 and 5 are sectional elevation views the probe system of FIG. 3,

FIG. 6 is a plan view of the flex cable termination block of FIG. 5,

FIG. 7 is a plan view of the lower surface of the space transformer of the probe system of FIG. 3,

FIG. 8 is a sectional elevation view of a probe system in accordance with a second exemplary embodiment of the invention for providing signal paths between an IC tester and pads on one or more ICs,

FIG. 9 is an expanded partial sectional elevation view of the probe system of FIG. 8,

FIG. 10 is a plan view of the lower surface of the space transformer of the probe system of FIG. 8,

FIG. 11 is a plan view of the lower surface of a space transformer of a third exemplary embodiment of the invention for providing signal paths between an IC tester and pads on one or more ICs,

FIG. 12 is an expanded partial sectional elevation view of the probe system of FIG. 11,

FIG. 13 is a sectional elevation view of a probe system in accordance with a fourth exemplary embodiment of the invention for providing signal paths between an IC tester and pads on one or more ICs,

FIG. 14 is a sectional elevation view of a probe system in accordance with a fifth exemplary embodiment of the invention for providing signal paths between an IC tester and pads on one or more ICs,

FIG. 15 is an expanded partial sectional elevation view of the probe system of FIG. 14,

FIG. 16 is a plan view of the lower surface of the space transformer and the flex cables of the probe system of FIG. 14, and

FIG. 17 is an expanded plan view of an area of flex cable of FIG. 16 containing a single substrate island,

FIG. 18 is a sectional elevation view of a probe system in accordance with a sixth exemplary embodiment of the invention for providing signal paths between an IC tester and spring contacts formed on pads on one or more ICs,

FIG. 19 is an expanded partial sectional elevation view of the probe system of FIG. 17,

FIG. 20 is a plan view of the lower surface of the space transformer and the flex cables of the probe system of FIG. 17,

FIG. 21 is an expanded plan view of an area of flex cable of FIG. 20 containing a single substrate island,

FIG. 22A is a side elevation view of a probe system in accordance with a seventh exemplary embodiment of the invention for providing signal paths between an IC tester, remote test equipment and pads on one or more ICs,

FIG. 22B is a block diagram illustrating signal paths within the flex cable of FIG. 22A,

FIG. 23A is a plan view of a probe system in accordance with an eighth exemplary embodiment of the invention,

FIG. 23B is a side elevation view of the probe system of FIG. 23A, and

FIGS. 24A–24G illustrate steps in an exemplary embodiment of a process for forming probe tips on a flex cable in accordance with the invention.

DETAILED DESCRIPTION OF EXEMPLARY
EMBODIMENTS OF THE INVENTION

The present invention is directed to a probe board assembly for providing signal paths between an integrated circuit

4

(IC) tester and input/output (I/O), power and ground pads of one or more ICs to be tested either while the ICs are still in the form of die on a semiconductor wafer or after they have been separated from one another. The specification describes exemplary embodiments and applications of the invention considered by the applicant(s) to be the best modes of practicing the invention. It is not intended, however, that the invention be limited to the exemplary embodiments described below or to the particular manner in which the embodiments operate.

FIG. 3 is a plan view and FIGS. 4 and 5 are sectional elevation views of a probe system 50 in accordance with an exemplary embodiment of the invention for providing signal paths between an IC tester 52 to I/O, power and ground pads 54 on the surfaces of ICs 56, for example, while still in the form of die on a semiconductor wafer 58. Vertical dimensions in FIGS. 4 and 5 are exaggerated so that the individual components forming probe system 50 may be more easily distinguished.

Probe system 50 includes a probe board assembly 51 having multiple interconnected substrate layers, including an interface board 60, an interposer 62 and a space transformer 64. Pogo pin connectors 66 within IC tester 52 include a set of pogo pins 68 providing signal paths between the tester 52 and contact pads 70 residing in on the upper surface of interface board 60. Interface board 60 preferably, though not exclusively, comprises one or more layers of rigid insulating substrate material upon which are formed microstrip and/or stripline traces for conveying signals horizontally and through which are provided vias for conveying signals vertically between the pads 70 on its upper surface and a set of contact pads 72 on its lower surface.

Interposer 62 preferably, though not exclusively, includes a rigid insulating substrate having a set of flexible spring contacts 74 mounted on its upper surface and a corresponding set of flexible spring contacts 76 mounted on its lower surface. Each spring contact 74 contacts a separate one of the pads 72 on the lower surface of interface board 60, and each spring contact 76 contacts one of a set of pads 78 on the upper surface of space transformer 64. A set of conductive vias passing though interposer 62 provide signal paths between corresponding pairs of spring contacts 74 and 76.

Space transformer 64 provides signal paths linking the pads 78 on its upper surface to a set of probes 80 arranged to contact IC pads 54 on the surfaces of a set of ICs 56 to be tested. Wafer 58 resides on a chuck 82 for positioning wafer 58 so that probes 80 contact the pads 54 of the ICs 56 to be tested. After one group of ICs 56 have been tested, chuck 82 repositions wafer 56 so that probes 80 access the pads 54 of a next group of ICs 56 to be tested.

As described in more detail in the aforementioned U.S. Pat. No. 5,974,662, interposer 62, with its flexible spring contacts 74, 76, provides compliant electrical connections between interface board 60 and space transformer 64. Probes 80 may be sufficiently resilient to compensate for any variation in elevation of the pads 54 on the upper surfaces of ICs 56.

Various types of structures can be used to implement probes 80 including, for example, wire bond and lithographic spring contacts, needle probes, and cobra probes. Spring contacts may be formed on a pad or other base structure of a substrate in any of a number of ways. As one example, a spring contact may be formed by wire bonding a wire to the pad and overcoating the wire with a resilient material, such as disclosed in U.S. Pat. No. 6,336,269 issued Jan. 8, 2002 to Eldridge et al., incorporated herein by

5

reference. As another example, a spring contact may be formed lithographically by depositing material in one or more molds formed over the pad and substrate. Examples of such lithographic techniques can be found in U.S. Pat. No. 6,255,126 issued Jul. 3, 2001 to Mathieu et al., and U.S. patent application Ser. No. 09/710,539 filed Nov. 9, 2000, both of which are incorporated herein by reference. U.S. patent application Ser. No. 09/746,716 filed Dec. 22, 2000 (also incorporated herein by reference) discloses yet another exemplary spring contact.

When spring contacts are employed to implement probes 80, they can be formed on the pads 54 of ICs 56 when space transformer 64 includes pads 81 on its lower planar surface arranged to contact the tips of the spring contacts. Alternatively, spring contact probes 80 may be formed on the pads 81 on the lower planar surface space transformer 64 and arranged so that their tips contact the pads 54 of ICs 54.

U.S. Pat. No. 6,064,213, issued May 16, 2000 to Khandros et al. (incorporated herein by reference) disclose an example of a card assembly designed to contact spring contacts formed on an IC. The following patents, each incorporated herein by reference, describe examples in which spring contact formed on a probe board assembly function as probes: U.S. Pat. No. 5,974,662 issued Nov. 2, 1999 to Eldridge et al.; U.S. patent application Ser. No. 09/810,874 filed Mar. 16, 2001; and U.S. Pat. No. 6,218,910 issued Apr. 17, 2001 to Miller.

A test, power or ground signal provided at an I/O port of an IC tester 52 travels through one of pogo pins 68 to one of pads 70 on the surface of interface board 60, and then travels through traces and vias within interface board 60 to one of pads 72 on its lower surface. The test signal then passes through one of spring contacts 74, through a via within interposer 62, and through one of spring contacts 76 to one of pads 78 on the surface of space transformer 64. Traces and vias within space transformer 64 then deliver the test signal to one of probes 80 which forwards the test signal to one of IC pads 54. An IC output signal generated at one of IC pads 54 follows a similar path in an opposite direction on its way back to an I/O port of a channel within tester 52.

As best seen in FIG. 5, probe system 50 provides a signal path between IC tester 52 and IC pads 54 suitable for conveying high frequency signals, for example up to approximately 100 GHz in frequency. A pogo pin connector 84 mounted on a lower edge of a printed circuit board within IC tester 52 provides pogo pins 83 for conveying high frequency signals between a tester channel I/O port and pads 85 formed on an end of a flex cable 86 linked to conductors within the flex cable. Opposite ends of the conductors within flex cable 86 are terminated on the lower surface of space transformer 64. Flex cable 86 includes a flexible substrate holding conductors for conveying signals. Various types of well-known flex cables may be used to implement flex cable 86. For example flex cable 86 may include one or more substrate layers of flexible polyimide, teflon, or other dielectric material upon which microstrip and/or strip-line conductors of copper or other conductive material are formed, for example through lithographic techniques, to provide uniform transmission line environments over the entire length of the flex cable. A flex cable 86 may provide parallel pairs of traces providing paths for high noise immunity differential signals.

Flex cable 86 may alternatively consist of or include one or more coaxial cables and may include other types of transmission lines formed on or within the flexible substrate for providing signal paths through the flex cable.

6

While the exemplary embodiments of the invention illustrated in FIGS. 4 and 5 employ pogo pin connectors 66 or 84 as signal paths between IC tester 52 and probe board 50, the signal paths between IC tester 52 and probe board 50 may be implemented in many other ways, such as for example through coaxial or flex cables or various types of well-known connectors such as SMB, SMP or SMA connectors.

As illustrated in FIG. 6, an upper end of flex cable 86 may be encased in epoxy 90 or other suitable insulating material to form a cable termination block 92. The top of termination block 92 may be ground to a flat surface to expose ends of the conductors. Conductive material deposited on the exposed conductor ends may provide pads 85 for receiving pogo pins 83. Each termination block 92 is suitably held by adhesive within an opening in interface board 60 with the termination block positioned so that the pads 85 on its upper surface reside in same plane on the upper surface of the interface board as pads 70 (FIG. 4).

FIG. 7 is an upward-directed plan view of the lower surface of space transformer 64 upon which four flex cables 86 are terminated. For simplicity, space transformer 64 is depicted as having an array of 36 probe pads 81 on its under surface upon which probes 80 (FIG. 5) may be formed, though in practice space transformer 64 may include a much larger array of pads 81. Exposed lower ends 94 of the conductors provided by flex cables 86 are connected (as by solder, wire bonds, conductive adhesive, or other means) to pads 96 on the lower surface of space transformer 64. Traces 98 formed on the lower surface of space transformer 64 link some of pads 96 to some of probe pads 81. Upward extending vias (not shown) may link other conductors 94 to traces (not shown) formed on higher layers of space transformer 64. The higher layer traces extend to other vias (not shown) passing downward to other probe pads 81.

A signal path between tester 52 and spring contacts 80 provided by pogo pins 83 and flex cable 86 of FIG. 5 can have a higher bandwidth than a signal path passing through probe board assembly 51 because most of the higher bandwidth path consists of a highly uniform transmission line environment having evenly distributed impedance. Also the higher bandwidth path includes substantially fewer junctions between dissimilar transmission lines that can cause signal attenuation and distortion. As described above, a signal path through pogo pins 66 (FIG. 4), interface board 60, interposer 62 and space transformer 64 may include 10 or more such junctions. A signal path though pogo pins 83 (FIG. 5), flex cable 86, and traces 96 (FIG. 7) on the lower surface of space transformer 64 includes only three transmission line junctions.

FIGS. 8–10 illustrate another example probe system 100 having much in common with probe system 50 of FIGS. 3–5 and, accordingly, similar reference characters refer to similar structures. However probe system 100 differs from probe board assembly 51 not only because it employs two flex cables 86 instead of four, but also because the lower ends of the conductors within flex cables 86 are coupled to IC pads 54 in a way that bypasses spring contacts 80.

As illustrated in FIGS. 8–10, flex cable 86 includes serpentine substrate fingers 102 containing conductors forming signal paths extending into the area under space transformer 64 occupied by probes 80. Bypassing various probes 80A carrying signals between space transformer 64 and various IC pads 54A, each finger 102 extends over one or more IC pads 54B that are to transmit or receive high frequency signals via the transmission line(s) included in the

US 6,965,244 B2

**7**

finger. Pointed conductive tips **106** formed on the underside of fingers **102** act as probes to provide signal paths between the transmission lines residing within the fingers and the high frequency IC pads **54B**.

Ends of spring contacts **80B** that are somewhat shorter than the spring contacts **80A** that carry lower frequency signals to and from IC pads **54A** are bonded to the upper surfaces of flex cable fingers **102** to structurally link each finger **102** to the under surface of space transformer **64**. Spring contacts **80B** do not carry signals but instead act as flexible structural member for holding fingers **102** in place under space transformer **64** so that their tips **106**, and restricting their range of motion relative to the space transformer so that they are properly aligned with IC pads **54B**. Thus the uniform transmission line environments provided by conductors within flex cables **86** extend from pogo pins **83** all the way down to the tips **106** acting as probes to contact IC pads **54B**. Note that the flex cable termination arrangement of probe system **106** eliminates probe **80** and signal paths within space transformer **64** needed by the cable termination arrangement of probe system **50** of FIGS. 5–7 and therefor reduces the number of transmission line junctions in the signal path.

ICs **56** may warm up and expand while they are being tested and thereby may cause IC pads **54** to move vertically and to move apart horizontally. Fingers **102** are flexible so that tips **106** can move vertically as necessary to allow them to remain in contact with IC pads **54B**. Fingers **102** preferably extend in a serpentine manner under space transformer **64** as illustrated in FIG. 10 to provide them with longitudinal flexibility to permit tips **54B** to move horizontally relative to one another as necessary to remain in contact with IC pads **54B**. Space transformer **64** is preferably formed of a ceramic or other substrate material having a coefficient of thermal expansion similar to that of the semiconductor material forming wafer **58**. The temperature of space transformer **64** tends to track that of wafer **58** since it is positioned very close to the wafer. When space transformer **64** has the same coefficient of thermal expansion as wafer **58**, probes **80** tend to move apart at the same rate as IC pads **54A** so that probes **80** remain in contact with IC pads **54A**. Since the serpentine flex cable fingers **102** have the flexibility to move in the horizontal plane parallel to the plane of the wafer, and since spring contacts **80B** attached to finger **102** above finger tips **54** structurally link fingers **102** to space transformer **64**, finger tips **54** also move in a vertical direction perpendicular to the plane of the wafer surface as necessary to remain in contact with pads **54B** as pads **54B** move apart with increasing wafer temperature.

FIGS. 11 and 12 illustrate another exemplary embodiment of the invention employing an alternative approach for terminating conductors of the flex cables of probe system **100** under space transformer **64**. FIG. 11 is an upward-directed plan view of the undersides of flex cables **86** having fingers **120** extending under space transformer **64**. FIG. 12 is a partial sectional elevation view of one finger **120** extending between space transformer **64** and an IC **56**. Fingers **120** extend over the IC pads **54B** that are to be accessed by conductors within fingers **120**. Tips **106** on the underside of fingers **120** provide signal paths between I/O pads **54B** and the conductors within fingers **120**. Probes **80B** connected between fingers **120** and pads **81** on the under surface of space transformer **64** do not carry signals, but instead act only as flexible structural members supporting fingers **120** and restricting their range of horizontal motion.

As they extend over pads **54B**, fingers **120** may pass over some contacts **54C** that are to be accessed via spring contacts

**8**

**80C** attached to and extending downward from pads **81** on the underside of space transformer **64**. Lower ends of spring contacts **80C** are attached to upper surfaces of vias **122** extending vertically though flex cable fingers **120** to tips **124** mounted on the under surface of flex cable **86** for contacting IC pads **54C**. Lower frequency signals may therefore pass between IC pads **54C** and pads **81** on the lower surface of space transformer **64** through probes **80C**, vias **122** and probe tips **124** while higher frequency signals entering or departing IC pads **54B** pass through probe tips **106** and conductors implemented within flex cable fingers **120**. Lower frequency signals may also pass between pads **81** and IC pads **54A** directly through probes **80A**.

FIG. 13 is a sectional elevation view of a probe system **110** in accordance with another exemplary embodiment of the invention that is a variation on probe system **50** of FIG. 5, wherein similar reference characters refer to similar structures. Probe board assembly **110** differs from probe board assembly **50** in that upper ends of conductors within flex cables **86** are terminated on pads **112** formed on the lower surface of interface board **60**. Traces and vias (not shown) formed on and within interface board **60** link pads **112** to the pads **85** on the upper surface of the interface board contacted by pogo pins **83**.

FIG. 14 is a sectional elevation view of a probe system **120** in accordance with another exemplary embodiment the invention that is a variation on probe system **100** of FIG. 8, wherein similar reference characters refer to similar structures. FIG. 15 is an expanded sectional elevation view of the portion of the probe system **120** of FIG. 14 residing between space transformer **64** and ICs **56**, and FIG. 16 is a plan view looking upward from of wafer **58** toward the under sides of flex cables **86** and space transformer **64**.

Probe system **120** of FIG. 14 differs from probe system **100** in that flex cables **86** extend completely under space transformer **64** as best seen in FIGS. 15 and 16. Probe tips **130** mounted on the lower sides of flex cables **86** contact the IC pads **54**. Flexible spring contacts **80** attached between pads **81** on the lower surface of space transformer **64** and to pads **132** on the upper surfaces of flex cables **86** above probe tips **130** provide support for cable **86**.

Vias **133** through flex cables **86** may link one set of probe tips **130** to the pads **132** above the tips. IC tester **52** is therefore able to communicate with some IC pads **56** by way of paths extending through probe board **60**, interposer **62**, space transformer **64**, spring contacts **80**, vias **133** and probe tips **130**.

A second set of probe tips **130** formed on the lower surface of flex cables **86** are connected to the signal paths (not shown) provided by flex cable **86** so that IC tester **52** may also communicate with some of IC pads **54** through high frequency signals passing through flex cables **86** and probe tips **130**. The spring contacts **80** above the second set of probe tips **130** do not convey signals, but they do provide flexible support for the probe tips.

FIG. 17 is an enlarged plan view of area of flex cable **86** holding one of probe tips **130**. Parts of the substrate material of flex cable **86** are removed to create spaces **134** nearly surrounding an island **138** of flex cable substrate holding probe tip **130**. Two (or more) small, flexible serpentine bridges **140** of flex cable substrate remain to link each substrate island **138** to the main expanse of flex cable **86**. For the set of probe tips **138** that communicate with IC tester **52** through signal paths provided by flex cables **86**, those signal paths extend to that set of probe tips **130** through bridges **140**.

9

Bridges 140 and the spring contacts 80 connected to flex cable 86 above islands 138 also hold tips 130 in position above the IC pads 54 (FIG. 13) they contact. As discussed above, IC pads 54 are not perfectly co-planar with one another, and they can move both vertically and horizontally as the ICs under test warm up and expand. Bridges 140 and the spring contact 80 above each probe tip 130 have sufficient flexibility to allow the probe tip 130 to move vertically as necessary to remain in contact at an IC pad 54 even though the elevation of the pad may change as the IC wafer begins to warm up.

Although the substrate material of flex cable 86 may not have the same coefficient of thermal expansion as the semiconductor material forming wafer 58 (FIG. 11), the serpentine nature of bridges 140 provides them with sufficient flexibility to allow probe tips 130 to also move horizontally relative to one another and relative to the main body of flex cable 86 as necessary to remain in contact with the IC pads 54 when the pads move horizontally during thermal expansion of the ICs under test.

FIG. 18 is a sectional elevation view of a probe system 150 in accordance with another exemplary embodiment of the invention that is a variation on probe system 110 of FIG. 14, wherein similar reference characters refer to similar structures. FIG. 19 is an expanded sectional elevation view of the portion of the probe system 150 of FIG. 18 residing between space transformer 64 and ICs 56, FIG. 20 is a plan view looking upward from wafer 58 toward the under sides of flex cables 86 and space transformer 64, and FIG. 20 is an enlarged view of a portion of the flex cable 86 of FIG. 20 illustrating a single substrate island 138 linked to flex cable 86 thorough substrate bridges 140.

Probe system 150 provides signal paths between IC tester of FIG. 18 and spring contacts 152 that are attached to the pads 54 of ICs 56. Probe system 150 differs from probe system 110 of FIG. 14 in that in probe system 150 pads 154 on the upper surface of flex cable substrate islands 138 are directly connected by a solder ball array 156 to pads 81 on the lower surface of space transformer 64. Also a pad 158, rather than a probe tip, is formed on the lower surface of each flex cable substrate island 138. Pads 158 are positioned so that they may be contacted by tips of the spring contacts 152 extending upward from the IC pads 54.

Vias 133 extending through some of islands 138 link one set of probe pad 158 to the pads 154 on the upper surface of the islands. IC tester 52 is therefore able to communicate with some IC pads 56 by way of paths extending through probe board 60, interposer 62, space transformer 64, solder balls 156 vias 133, pads 158 and spring contacts 152.

A second set of pads 158 formed on the lower surfaces of substrate islands 138 are connected to the signal paths (not shown) provided by flex cable 86 so that IC tester 52 may also communicate with some of IC pads 54 through high frequency signals passing through flex cables 86, substrate bridges 140, pads 158 and spring contacts 152.

FIG. 22A illustrates another exemplary embodiment of the invention, a multiple-layer probe card assembly 160 for providing signal paths between an integrated circuit tester 162 and pads 163 on surfaces of IC dice 164 on a wafer 166 under test. Probe assembly 160 can also provide remote test equipment (not shown) with signal access to IC pads 163.

Probe card assembly 160 includes a probe board 170 having a set of pads 172 on its upper surface for receiving tips of a set of pogo pin connectors 174 providing signal paths between tester 162 and pads 172. Signal paths extending through one or more flex cables 175 interconnect a set

10

of spring contacts 176 and 178 formed on the upper and lower surfaces of flex cable 175 provide signal paths between a set of pads 180 on the lower surface of probe board 170 and a set of pads 182 on an upper surface of a space transformer board 184. A set of probes 186 provide signal paths between pads 188 on the lower surface of space transformer 184 and IC pads 163. Probe board 170 and space transformer 184 may include single or multiple insulating substrate layers, traces formed on the substrate layers, and vias extending through the substrate layers for conducting signals horizontally and vertically between pads and/or contacts on their upper and lower surfaces.

Some of spring contacts 178 may contact signal paths within flex cables 175 that may extend to probe board 170. Probe board 170 links some of its upper surface contacts 172 to the conductors within the flex cable 175, thereby permitting high frequency or other signals traveling via flex cable 175 to spring contacts 178 and to by-pass transmission line junctions within probe board 170 and between pads 180 and contacts 176. One or more conductors of flex cableS 175 may extend to remote equipment (not shown) connected anywhere by any means to a rigid substrate.)

FIG. 22B is a block diagram illustrating an exemplary signal routing scheme within flex cable 175. A flex cable includes a flexible substrate that can be used like a circuit board to hold install small surface mounted devices on a flex cable, including passive devices such as resistors and capacitors and active devices including, for example, integrated circuit switches, multiplexers and the like which can act a signal routing devices. FIG. 22B shows a set of integrated circuit routing switches 191 powered and controlled by signals from one of tester channels for selectively linking the pads 192 on the lower surface of the flex cable 175 accessed by spring contacts 178 of FIG. 22A to various other conductors including spring contacts 176 and flex cable conductors leading to tester 162 or to the remote equipment.

The switching arrangement of FIG. 22B is useful, for example, when IC tester 162 and other remote test equipment carry out different types of tests at the IC terminals. For example IC tester 162 may be adapted to carry out logic tests on ICs 164 while the remote equipment may be adapted to carry out parametric tests on the ICs. The remote equipment may also supply the power for the ICs being tested. Some paths to the remote equipment (such as for example those connected to power supplies) may connect directly to spring contacts 178 so that remote equipment and tester 162 can concurrently access various IC pins during a test. To increase the number of ICs that can be concurrently tested, more then one IC tester of the same type can concurrently access the ICs. This is particular feasible in low frequency testing applications where it is not necessary to minimize signal path distances between the test equipment and the ICs being tested. In such case routing switches 191 are not needed since each flex cable conductor and each spring contact 176 accesses a separate spring contact 179. The flex cables 175 can be easily replaced with flex cables have different signal routing arrangements to accommodate changes in routing patterns resulting in changes to the ICs being tested or to accommodate changes in the test equipment.

FIG. 23A is a plan view, of a pair of flex cables 86 passing under a rigid substrate 193 looking upward from a wafer 194 (FIG. 23B) being accessed via a set of probes 195 attached either to space transform 193 or to pads on the surface of wafer 194. Probes 195 pass through a set of windows 196 in flex cables 86. FIG. 23B is a sectional elevation view along cut line B—B of FIG. 23A. FIGS. 23A and 23B illustrate an

US 6,965,244 B2

11

alternative approach to linking some of probes 156 to conductors 197 in flex cable 86. A set of spring contacts 198 extending between pads on the upper surface of flex cable 86 linked to conductors 197 through vias 199 passing vertically through flex cable 86 and pads 200 on the lower surface of substrate 193. Conductors (not shown) formed within or on the surface of space transformer 193 link pads 200 on the lower surface of substrate 193 contacted by or attached to probes 200. This type of interconnect arrangement can be employed in lieu of or in addition to the interconnect arrangements illustrated in FIGS. 7, 10, 11, 15 and 19.

FIGS. 24A–24G illustrate an exemplary process for forming contact tip structures and attaching them to pads of a flex cable so that the cables may be employed in various exemplary embodiments of the invention described herein above. As illustrated in FIG. 24A, a set of pits 210 are suitably formed in a substrate 212 of any suitable material such as, for example, a silicon semiconductor wafer using photolithographic etching or any other suitable technique. A layer 214 of readily etchable releasing/shorting material, such as for example aluminum, is then formed over the upper surface of substrate 210 as illustrated in FIG. 24B. As illustrated in FIG. 24C masking material 216 such as photoresist is then deposited on the releasing/shorting material 214 to form a set of molds 218 defining shapes of the contact tip structures. Referring to FIG. 24D, conductive material 220 that is to form the contact tip structures is then deposited in the molds. The tip structure material 220 may be deposited by electroplating or any other known process of depositing material within a pattern masking material. As illustrated in FIG. 24E, the masking material 216 is then removed to reveal a set of tips 222. As shown in FIG. 24F, the tip structures 222 are then attached to pads 224 on the flex cable 226 using joining material 228 such as, for example, conductive adhesive, solder, brazing material and the like. The release/shorting layer 218 is then removed, for example by etching, to release the tip structures 230 from substrate 210 shown in FIG. 24G.

Releasing/shorting layer 214 thus not only facilitates the formation of tips 222 though electroplating, it also provides a base for tips 222 which can be easily etched to release tips 22 from substrate 210. Releasing/shorting layer 214 may include one or more layers, with a releasing material layer being formed first and a shorting material layer being formed on the releasing material layer.

The particular size, shape or contour of tip structure 230 shown in FIG. 24G is not critical to the invention and other suitable tip structures of various sizes and shapes can be formed in a similar manner. Additional exemplary tip structures are disclosed in U.S. patent application Ser. No. 08/819,464, filed Mar. 17, 1997, now abandoned, and U.S. patent application Ser. No. 09/189,761, filed Nov. 10, 1998, both incorporated herein by reference.

The forgoing specification and the drawings depict exemplary embodiments of the best modes of practicing the invention, and elements of the depicted best modes exemplify elements of the invention as recited in the appended claims. It is not intended, however, that the invention be limited to the exemplary embodiments described herein above or to the particular manner in which the embodiments operate. For example, while FIGS. 7, 10, 11 and 15 illustrate exemplary embodiments of the invention employing two or four flex cables 86, it should be understood that the number of flex cables and the number of conductors included in each flex cable can be chosen to suit the requirements of each particular test interconnect application. While pogo pin connectors 66 or 84 (FIGS. 4, 5, 13 or 14) may be used to

12

link flex cables 86 or interface board 60 to tester 52, other types of connectors known to those of skill in the art may be employed. The probe board assemblies illustrated in FIGS. 4, 8, 13 and 14 are exemplary and may be implemented using more or fewer interconnected substrate layers. For example, the interposer 62 shown in FIGS. 5, 8, 13, 14 and 18 may be eliminated and the space transfer 64 connected directly to interface board 60. As another example, interposer 62 and space transformer 64 of those figures may be eliminated when probes 80 are formed directly on interface board 60. Also the suggested signal frequency ranges for the various types of signal paths through the probe board assembly and flex cable are exemplary and not intended to be limiting. While the exemplary embodiments of the invention described above are adapted for linking an IC tester to ICs while still in the form of die on a semiconductor wafer, it should be understood that other embodiments of the invention may be used for linking an IC tester to ICs after they have been separated from one another, for example when held in an array on a tray.

The appended claims are therefore intended to apply to any mode of practicing the invention comprising the combination of elements or steps as described in any one of the claims, including elements that are functional equivalents of the example elements of the exemplary embodiments of the invention depicted in the specification and drawings.

What is claimed is:

1. An apparatus for providing signal paths between an integrated circuit (IC) tester and a plurality of IC pads on a surface of an IC to be tested, the apparatus comprising:

a substantially flexible substrate including a first signal path conductively linked to a first point on the flexible substrate;

a conductive first probe for contacting the first point on the flexible substrate and for contacting a first IC pad of the plurality of IC pads;

a rigid substrate including an electrical path for linking the IC tester to the first signal path of the flexible substrate; and

a first structural member for attaching a second probe on the flexible substrate so as to substantially inhibit freedom of movement of the second probe relative to the rigid substrate.

2. The apparatus in accordance with claim 1 wherein the first probe comprises a spring contact.

3. The apparatus in accordance with claim 1 wherein the first probe is attached to said first point and includes a tip for contacting the first IC pad.

4. The apparatus in accordance with claim 1 wherein the first probe is attached to the first IC pad and includes a tip for contacting the first point.

5. The apparatus in accordance with claim 4 wherein the first probe comprises a spring contact.

6. The apparatus in accordance with claim 1 wherein:

the second probe extends between the flexible substrate and a second IC pad of the plurality of IC pads.

7. The apparatus in accordance with claim 6 wherein the second probe comprises a spring contact.

8. The apparatus in accordance with claim 6 wherein the first structural member comprises a flexible cable for conductively linking the second probe to said IC tester.

9. The apparatus in accordance with claim 6 wherein the first structural member comprises means for conductively linking the second probe to the IC tester.

10. The apparatus in accordance with claim 1 further comprising:

US 6,965,244 B2

13

a conductive contact extending from the first structural member to contact a second IC pad of the plurality of IC pads, wherein the first structural member; conductively links said conductive contact to connect to the IC tester.

**11.** The apparatus in accordance with claim **10** further comprising means for conductively linking the conductive contact to the second probe, wherein the second probe is linked through a conductive path separate from the structural member to the IC tester, the conductive path provided vertically through the flexible substrate and through the rigid substrate.

**12.** The apparatus in accordance with claim **10** wherein the conductive contact comprises a spring contact.

**13.** The apparatus in accordance with claim **12**
wherein the flexible substrate has opposing surfaces,
wherein the third point and the fourth point are on separate ones of the opposing surfaces, and
wherein the means for conductively linking said third and fourth points comprises a via passing through the flexible substrate between the opposing surfaces.

**14.** The apparatus in accordance with claim **1** wherein said flexible substrate comprises:
a flexible substrate expanse having an aperture therein,
a first substrate island residing in the aperture, the first point and the second point residing on said first substrate island, and
at least one flexible first substrate bridge linking the first substrate island to the flexible substrate expanse, said first signal path extends through said at least one first substrate bridge.

**15.** The apparatus in accordance with claim **14** wherein the first probe comprises a flexible spring contact.

**16.** The apparatus in accordance with claim **15** wherein the first structural member rigidly bonds the second point to the rigid substrate.

**17.** The apparatus in accordance with claim **14** further comprising:
a conductive second probe for contacting a third point on the flexible substrate and for contacting a second IC pad of IC pads, said rigid substrate being structurally linked to a fourth point on the flexible substrate proximate to the third point so as to substantially inhibit freedom of movement of the third point relative to the rigid substrate,
means for conductively linking the third and fourth points,
a second conductive structural member extending between the fourth point and the rigid substrate and substantially limiting movement of the fourth point relative to the rigid substrate, and
means including a conductor formed on the rigid substrate for providing a conductive signal path between the second conductive structural member and the IC tester.

**18.** The apparatus in accordance with claim **17** wherein the flexible substrate expanse has a second aperture therein and further comprises:
a second substrate island residing in the second aperture, the third point and the fourth point residing on said substrate island, and
at least one flexible second substrate bridge linking the second substrate island to the flexible substrate expanse.

**19.** The apparatus in accordance with claim **14** wherein the first structural member comprises a flexible spring contact.

14

**20.** The apparatus in accordance with claim **19** wherein the first probe comprises a substantially rigid tip attached to the first point for contacting the first IC pad.

**21.** The apparatus in accordance with claim **20**
wherein the first and second structural members comprise flexible spring contacts, and
wherein the first and the second probes comprise substantially rigid tips attached to the first and third points, respectively, for contacting the first and second IC pads, respectively.

**22.** The apparatus in accordance with claim **20**
wherein the first and second structural members rigidly bond the second and fourth points to the rigid substrate, and
wherein the first and the second probes comprise flexible spring contacts.

**23.** An apparatus for providing signal paths between an integrated circuit (IC) tester and a plurality of IC pads on a surface of an IC to be tested, the apparatus comprising:
a rigid substrate;
a substantially flexible substrate including a conductive first probe extending between the flexible substrate and a first IC pad of the plurality of IC pads and a first path for connecting to the first probe; and
a structural member attached to an end portion of the flexible substrate and to the rigid substrate to substantially inhibit freedom of movement of the end portion relative to the rigid substrate, the structural member providing a conductive link between the first signal path and the IC tester.

**24.** The apparatus in accordance with claim **23** wherein the structural member further comprises:
a flexible substrate finger attached to the end portion of the flexible substrate on a same surface of the flexible substrate as the first probe.

**25.** The apparatus in accordance with claim **23** wherein the conductive link between the first signal path and the first probe comprises a flexible cable attaching the flexible substrate to the rigid substrate.

**26.** The apparatus in accordance with claim **23** further comprising:
a conductive second probe extending between the rigid substrate and a second IC pad of the plurality of IC pads; and
means for conductively linking the second probe to the IC tester including a conductor passing though the rigid substrate.

**27.** The apparatus in accordance with claim **23** wherein the means for conductively linking the first signal path to the first probe comprises conductive means extending from the first signal path through a point of attachment of the end portion of the flexible substrate and the rigid substrate, and through the rigid substrate to the first probe.

**28.** The apparatus in accordance with claim **27** further comprising:
a conductive second probe extending between the rigid substrate and a second IC pad of the plurality of IC pads; and
means for conductively linking the second probe to the IC tester including a conductor passing though the rigid substrate.

**29.** The apparatus in accordance with claim **28** wherein the first probe comprises a flexible first spring contact and the second probe comprises a flexible second spring contact.

**30.** An apparatus for providing signal paths between test equipment and a first integrated circuit (IC) pad and first IC pad on an IC to be tested, the apparatus comprising:

US 6,965,244 B2

15

a probe board assembly comprising at least a first substrate layer and a second substrate layer and a first signal path through the probe board assembly, wherein: the first substrate layer includes a first contact and a second contact, the first contact linking the IC pad to the first signal path, and the second contact connecting to a second signal path the second signal path provided around at least one of the substrate layers of the probe board assembly.

**31.** The apparatus in accordance with claim **30** wherein the first contact comprises a spring contact attached to the probe board assembly and having a tip for contacting the first IC pad.

**32.** The apparatus in accordance with claim **30** wherein the first contact comprises a spring contact attached to the first IC pad and having a tip for contacting the probe board assembly.

**33.** The apparatus in accordance with claim **30** wherein the apparatus further comprises at least one flexible structural member attached between the first substrate and said IC to be tested.

**34.** The apparatus in accordance with claim **30** wherein said at least one substrate layer comprises material having a coefficient of thermal expansion substantially similar to a coefficient of thermal expansion of said at least one IC.

**35.** The apparatus in accordance with claim **30** wherein the probe board assembly further comprises an interposer with spring contacts connecting the first and second layers, wherein the second signal path is provided around the interposer, and the first signal path is provided through the interposer.

**36.** The apparatus in accordance with claim **30** wherein said second signal path comprises a coaxial cable.

**37.** The apparatus in accordance with claim **30** wherein the first signal path has a frequency response of a Butterworth filter.

**38.** The apparatus in accordance with claim **30** wherein the first signal path has a frequency response of a Chebyshev filter.

**39.** The apparatus in accordance with claim **30**
  wherein the first signal path comprises a first pogo pin connector linking the first contact to the IC test equipment, and
  wherein the second signal path comprises a second pogo pin connector linking the second contact to the IC test equipment.

**40.** The apparatus in accordance with claim **30** wherein the second contact comprises a conductive tip formed on a surface of the flexible substrate and conductively linked to the second signal path.

**41.** The apparatus in accordance with claim **30** wherein the second signal path conveys a high frequency signal with less noise than the first signal path.

**42.** The apparatus in accordance with claim **30** wherein the first signal path is provided vertically through the first substrate from the first contact, at substantially a right angle to the second path as provided from the second contact.

**43.** The apparatus in accordance with claim **30** wherein the first signal path comprises a coaxial conductor.

16

**44.** The apparatus in accordance with claim **30** wherein said second signal path has a path impedance substantially uniformly distributed throughout its length.

**45.** The apparatus in accordance with claim **44** wherein said first signal path provides a path impedance that is other than substantially uniformly distributed throughout its length.

**46.** The apparatus in accordance with claim **44** wherein the first signal path comprises a plurality of substantially differing kinds of transmission lines connected in series, and
  wherein the plurality of transmission lines have substantially similar characteristics impedances.

**47.** The apparatus in accordance with claim **30**
  wherein said at least one substrate layer comprises:
    an interface board forming the second substrate layer having a surface defining a first plane;
    a space transformer forming the first substrate layer having a surface defining a second plane;
    an interposer substrate layer residing between the interface board substrate layer and the space transformer substrate layer, and
  wherein said first signal path extends through said first and second planes and includes vias extending within each substrate layer and at least one conductive trace formed on or within at least one of the substrate layers.

**48.** The apparatus in accordance with claim **47**
  wherein the interface board, space transformer and interposer substrate layers are spaced apart and
  wherein said first signal paths further comprise spring contacts extending between the interface board and interposer substrate layers and between the interposer and space transformer substrate layers.

**49.** The apparatus in accordance with claim **47**
  wherein the interface board substrate layer includes an aperture, and
  wherein the space transformer substrate includes an end having a conductive element attached, the conductive element extending from the first substrate through the aperture.

**50.** The apparatus in accordance with claim **49** wherein the interface board substrate further comprises:
  a pogo pin connector providing a pogo pin contacting the second signal path on the end of the flexible substrate extending through the aperture, for conductively linking said second signal path to the test equipment.

**51.** The apparatus in accordance with claim **47**
  wherein the second signal path terminates on the interface board substrate layer, and
  wherein the second means comprises:
    a conductive pad formed on the interface board layer and residing in the first plane, and
    a conductive path passing through the interface board layer and linking the conductive pad to the second signal path.

**52.** The apparatus in accordance with claim **51** wherein the second means further comprises a pogo pin connector for linking the conductive pad to the IC test equipment.

* * * * *

EXHIBIT 4

Case4:10-cv-03095-PJH   Document1   Filed07/14/10   Page82 of 170

US007227371B2

(12) **United States Patent**
Miller

(10) Patent No.: **US 7,227,371 B2**
(45) Date of Patent: **Jun. 5, 2007**

(54) **HIGH PERFORMANCE PROBE SYSTEM**

(75) Inventor: **Charles A. Miller**, Fremont, CA (US)

(73) Assignee: **FormFactor, Inc.**, Livermore, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/273,889**

(22) Filed: **Nov. 14, 2005**

(65) **Prior Publication Data**

US 2006/0066332 A1    Mar. 30, 2006

**Related U.S. Application Data**

(62) Division of application No. 10/142,548, filed on May 8, 2002, now Pat. No. 6,965,244.

(51) **Int. Cl.**
*G01R 31/02*    (2006.01)

(52) **U.S. Cl.** ..................................................... **324/754**

(58) **Field of Classification Search** .................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,180,977 A | 1/1993 | Huff | |
| 5,412,866 A | 5/1995 | Woith et al. | |
| 5,563,521 A | 10/1996 | Crumly | |
| 5,604,446 A | 2/1997 | Sano | |
| 5,623,213 A | 4/1997 | Liu et al. | |
| 5,672,977 A | 9/1997 | Yamada | |
| 5,785,794 A | 7/1998 | Fiedler | |
| 5,847,571 A | 12/1998 | Liu et al. | |
| 5,917,707 A | 6/1999 | Khandros et al. | |
| 5,973,504 A | 10/1999 | Chong | |

| | | | |
|---|---|---|---|
| 5,974,662 A | * | 11/1999 | Eldridge et al. ............ 324/754 |
| 6,064,213 A | * | 5/2000 | Khandros et al. ........... 324/754 |
| 6,218,910 B1 | * | 4/2001 | Miller ........................ 324/765 |
| 6,255,126 B1 | * | 7/2001 | Mathieu et al. ............... 438/15 |
| 6,268,015 B1 | | 7/2001 | Mathieu et al. |
| 6,336,269 B1 | | 1/2002 | Eldridge et al. |
| 6,441,315 B1 | | 8/2002 | Eldridge et al. |
| 6,456,103 B1 | * | 9/2002 | Eldridge et al. ............ 324/765 |
| 6,482,013 B2 | | 11/2002 | Eldridge et al. |
| 6,501,343 B2 | * | 12/2002 | Miller ........................ 324/765 |

(Continued)

FOREIGN PATENT DOCUMENTS

EP    0259162    3/1988

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 08/819,464, filed Mar. 17, 1997, Dozier.

(Continued)

*Primary Examiner*—Jermele Hollington
(74) *Attorney, Agent, or Firm*—N. Kenneth Burraston

(57) **ABSTRACT**

A probe system for providing signal paths between an integrated circuit (IC) tester and input/output, power and ground pads on the surfaces of ICs to be tested includes a probe board assembly, a flex cable and a set of probes arranged to contact the IC's I/O pads. The probe board assembly includes one or more rigid substrate layers with traces and vias formed on or within the substrate layers providing relatively low bandwidth signal paths linking the tester to probes accessing some of the IC's pads. The flex cable provides relatively high bandwidth signal paths linking the tester to probes accessing others of the IC's pads.

**33 Claims, 10 Drawing Sheets**



**US 7,227,371 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,529,027 B1* | 3/2003 | Akram et al. | 324/758 |
| 6,539,531 B2 | 3/2003 | Miller et al. | |
| 6,603,323 B1* | 8/2003 | Miller et al. | 324/754 |
| 6,606,575 B2 | 8/2003 | Miller | |
| 6,640,415 B2 | 11/2003 | Eslamy et al. | |
| 6,641,430 B2 | 11/2003 | Zhou et al. | |
| 6,657,455 B2 | 12/2003 | Eldridge et al. | |
| 6,676,438 B2 | 1/2004 | Zhou et al. | |
| 6,939,474 B2 | 9/2005 | Eldridge et al. | |
| 6,965,244 B2* | 11/2005 | Miller | 324/754 |
| 7,012,442 B2* | 3/2006 | Miller | 324/754 |
| 7,071,715 B2* | 7/2006 | Shinde et al. | 324/754 |

| | | | |
|---|---|---|---|
| 2001/0012739 A1 | 8/2001 | Grube et al. | |
| 2003/0067316 A1* | 4/2003 | Miller | 324/754 |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 00/75677 | 12/2000 |
| WO | WO 01/09623 | 2/2001 |
| WO | WO 01/71779 | 9/2001 |

## OTHER PUBLICATIONS

U.S. Appl. No. 09/710,539, filed Nov. 9, 2000, Eldridge.

* cited by examiner



FIG. 1
(PRIOR ART)



FIG. 2
(PRIOR ART)

Case4:10-cv-03095-PJH   Document1   Filed07/14/10   Page85 of 170



FIG. 3



IC TESTER
52

FIG. 4



FIG. 5



FIG. 6

FIG. 7



FIG. 8



FIG. 9

FIG. 10

Case4:10-cv-03095-PJH   Document1   Filed07/14/10   Page88 of 170



FIG. 11

FIG. 12

FIG. 13



FIG. 14

FIG. 15

FIG. 16

FIG. 17



FIG. 18

FIG. 19

FIG. 20

FIG. 21



FIG. 22A

FIG. 22B

Case4:10-cv-03095-PJH   Document1   Filed07/14/10   Page92 of 170



FIG. 23A



FIG. 23B



FIG. 24A

FIG. 24B



FIG. 24C

FIG. 24D

FIG. 24E

FIG. 24F

FIG. 24G

US 7,227,371 B2

1

# HIGH PERFORMANCE PROBE SYSTEM

This application is a divisional of application Ser. No. 10/142,548 filed May 8, 2002, now U.S. Pat. No. 6,965,244.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The invention relates to a system for providing paths suitable for high frequency signals passing between an integrated circuit (IC) test equipment and pads on the surfaces of ICs to be tested.

### 2. Description of Related Art

Integrated circuits (ICs) are often tested while still in the form of die on a semiconductor wafer. The following U.S. patents describe exemplary probe board assemblies for providing signal paths between an integrated circuit tester and input/output (I/O), power and ground pads on the surfaces of ICs formed on a semiconductor wafer: U.S. Pat. No. 5,974,662 issued Nov. 2, 1999 to Eldridge et al, U.S. Pat. No. 6,064,213 issued May 16, 2000 to Khandros, et al and U.S. Pat. No. 6,218,910 issued Apr. 17, 2001 to Miller.

FIG. 1 is a plan view and FIG. 2 is a sectional elevation view of an exemplary prior art probe board assembly 10 for providing signal paths between an integrated circuit tester 12 and ICs 14 formed on a semiconductor wafer 16. Tester 12 implements one or more tester channels, each providing a test signal as input to one of ICs 14 or receiving and processing an IC output signal to determine whether the IC output signal is behaving as expected. Probe card assembly 10 includes a set of pogo pin connectors 26 and a set of three interconnected substrate layers including an interface board 20, an interposer 22 and a space transformer 24. Pogo pins 28 provide signal paths between tester 12 and contact pads 30 on the upper surface of interface board 20. Interface board 20 is typically a multiple layer printed circuit board including microstrip and stripline traces for conveying signals horizontally and vias for conveying signals vertically between pads 30 on its planar upper surface and a set of contact pads 32 on its planar lower surface.

Interposer 22 includes one set of spring contacts 34 mounted on its upper surface and a corresponding set of spring contacts 36 mounted on its lower surface. Each spring contact 34 contacts a separate one of the pads 32 on the lower surface of interface board 20, and each spring contact 36 contacts one of a set of pads 38 on the upper surface of space transformer 24. Vias passing through interposer 22 provide signal paths between corresponding pairs of spring contacts 34 and 36.

Space transformer 24 provides signal paths linking spring contacts 36 to a set of probes 40 arranged to contact I/O, power and ground pads 44 on the surfaces of a set of ICs 14 to be tested. A chuck 42 positions wafer 16 with probes 40 in alignment with IC pads 44 of the ICs 14 to be tested. After one group of ICs 14 have been tested, chuck 42 repositions wafer 16 so that probes 40 access the IC pads 44 of a next group of ICs to be tested.

Various types of structures can be used to implement probes 40 including, for example, wire bond and lithographic spring contacts, needle probes, and cobra probes. In some probe systems, probes 40 are implemented as spring contacts formed on the lower surface of space transformer 24 with their tips extending downward to contact IC pads 44 on the surfaces of ICs 14. Alternatively, spring contact type probes 40 are attached to the IC's pads 44 with their tips extending upward to contact pads on the lower surface of space transformer 24.

2

A test signal generated by a tester channel implemented within one of circuit boards 18 travels through a pogo pin 28 to one of pads 30 on the surface of interface board 20, and then travels through traces and vias within interface board 20 to one of pads 32 on its lower surface. The test signal then passes-through one of spring contacts 34, through a via within interposer 22, and through one of spring contacts 36 to one of contacts 38 on the surface of space transformer 24. Traces and vias within space transformer 24 then deliver the test signal to a probe 40 which then conveys the test signal to an IC pad 44 on the surface of one of ICs 14. An IC output signal produced at one of IC pads 44 follows a similar path in an opposite direction to reach a channel within one of circuit boards 18. As described in detail in the aforementioned U.S. Pat. No. 5,974,662, interposer 22, with its flexible spring contacts 34 and 36, provides compliant electrical connections between interface board 20 and space transformer 24. Probes 40 may be made sufficiently resilient to compensate for any variation in elevation of the IC pads 44 on the upper surfaces of ICs 14.

FIG. 2 has an expanded vertical scale to more clearly show the various components of probe board assembly 10. The horizontal area over which pogo pins 28 are actually distributed is typically many times larger than the area over which probes 40 are distributed. Probe card assembly 10 is well adapted for connecting I/O ports of tester channels that are distributed over a relatively wide horizontal area to a set of probes 40 that are aligned to access IC pads 44 that are densely packed into a relatively small horizontal area.

One problem probe board assembly 10 shares to some degree with any interconnect system, is that the signal paths it provides tend to distort and attenuate signals, particularly signals having high frequency components. What is needed is a probe board assembly for providing signal paths between an IC tester and pads on one or more ICs, wherein at least some of the IC pads transmit and receive high frequency signals.

## BRIEF SUMMARY OF THE INVENTION

A system for providing signal paths between an integrated circuit (IC) tester and input/output (I/O), power and ground pads of ICs to be-tested includes a probe board assembly, a flex cable and a set of probes arranged to contact the IC's pads. The probe board assembly includes one or more substrate layers (which may be rigid) and signal paths through the substrate layer(s) for linking the tester to one set of the probes. The flex cable includes a flexible substrate structurally linked to a layer of the probe board assembly and a set of signal paths through the flexible substrate for linking the tester to another set of the probes.

The claims appended to this specification particularly point out and distinctly claim the subject matter of the invention. However those skilled in the art will best understand both the organization and method of operation of what the applicant(s) consider to be the best mode(s) of practicing the invention, together with further advantages and objects of the invention, by reading the remaining portions of the specification in view of the accompanying drawing(s) wherein like reference characters refer to like elements.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a plan view of a prior art probe board assembly for providing signal paths between an integrated circuit (IC) tester and input/output, power and ground pads on an array of ICs,

3

FIG. **2** is a sectional elevation view of the prior art probe board assembly of FIG. **1**,

FIG. **3** is a plan view of a probe system in accordance with an exemplary embodiment of the invention for providing signal paths between an IC tester and pads on one or more ICs,

FIGS. **4** and **5** are sectional elevation views the probe system of FIG. **3**,

FIG. **6** is a plan view of the flex cable termination block of FIG. **5**,

FIG. **7** is a plan view of the lower surface of the space transformer of the probe system of FIG. **3**,

FIG. **8** is a sectional elevation view of a probe system in accordance with a second exemplary embodiment of the invention for providing signal paths between an IC tester and pads on one or more ICs,

FIG. **9** is an expanded partial sectional elevation view of the probe system of FIG. **8**,

FIG. **10** is a plan view of the lower surface of the space transformer of the probe system of FIG. **8**,

FIG. **11** is a plan view of the lower surface of a space transformer of a third exemplary embodiment of the invention for providing signal paths between an IC tester and pads on one or more ICs,

FIG. **12** is an expanded partial sectional elevation view of the probe system of FIG. **11**,

FIG. **13** is a sectional elevation view of a probe system in accordance with a fourth exemplary embodiment of the invention for providing signal paths between an IC tester and pads on one or more ICs,

FIG. **14** is a sectional elevation view of a probe system in accordance with a fifth exemplary embodiment of the invention for providing signal paths between an IC tester and IC pads on one or more ICs,

FIG. **15** is an expanded partial sectional elevation view of the probe system of FIG. **14**,

FIG. **16** is a plan view of the lower surface of the space transformer and the flex cables of the probe system of FIG. **14**, and

FIG. **17** is an expanded plan view of an area of flex cable of FIG. **16** containing a single substrate island,

FIG. **18** is a sectional elevation view of a probe system in accordance with a sixth exemplary embodiment of the invention for providing signal paths between an IC tester and spring contacts formed on pads on one or more ICs,

FIG. **19** is an expanded partial sectional elevation view of the probe system of FIG. **17**,

FIG. **20** is a plan view of the lower surface of the space transformer and the flex cables of the probe system of FIG. **17**,

FIG. **21** is an expanded plan view of an area of flex cable of FIG. **20** containing a single substrate island,

FIG. **22**A is a side elevation view of a probe system in accordance with a seventh exemplary embodiment of the invention for providing signal paths between an IC tester, remote test equipment and pads on one or more ICs,

FIG. **22**B is a block diagram illustrating signal paths within the flex cable of FIG. **22**A,

FIG. **23**A is a plan view of a probe system in accordance with an eighth exemplary embodiment of the invention,

FIG. **23**B is a side elevation view of the probe system of FIG. **23**A, and

FIGS. **24**A–**24**G illustrate steps in an exemplary embodiment of a process for forming probe tips on a flex cable in accordance with the invention.

4

DETAILED DESCRIPTION OF EXEMPLARY
EMBODIMENTS OF THE INVENTION

The present invention is directed to a probe board assembly for providing signal paths between an integrated circuit (IC) tester and input/output (I/O), power and ground pads of one or more ICs to be tested either while the ICs are still in the form of die on a semiconductor wafer or after they have been separated from one another. The specification describes exemplary embodiments and applications of the invention considered by the applicant(s) to be the best modes of practicing the invention. It is not intended, however, that the invention be limited to the exemplary embodiments described below or to the particular manner in which the embodiments operate.

FIG. **3** is a plan view and FIGS. **4** and **5** are sectional elevation views of a probe system **50** in accordance with an exemplary embodiment of the invention for providing signal paths between an IC tester **52** to I/O, power and ground pads **54** on the surfaces of ICs **56**, for example, while still in the form of die on a semiconductor wafer **58**. Vertical dimensions in FIGS. **4** and **5** are exaggerated so that the individual components forming probe system **50** may be more easily distinguished.

Probe system **50** includes a probe board assembly **51** having multiple interconnected substrate layers, including an interface board **60**, an interposer **62** and a space transformer **64**. Pogo pin connectors **66** within IC tester **52** include a set of pogo pins **68** providing signal paths between the tester **52** and contact pads **70** residing in on the upper surface of interface board **60**. Interface board **60** preferably, though not exclusively, comprises one or more layers of rigid insulating substrate material upon which are formed microstrip and/or stripline traces for conveying signals horizontally and through which are provided vias for conveying signals vertically between the pads **70** on its upper surface and a set of contact pads **72** on its lower surface.

Interposer **62** preferably, though not exclusively, includes a rigid insulating substrate having a set of flexible spring contacts **74** mounted on its upper surface and a corresponding set of flexible spring contacts **76** mounted on its lower surface. Each spring contact **74** contacts a separate one of the pads **72** on the lower surface of interface board **60**, and each spring contact **76** contacts one of a set of pads **78** on the upper surface of space transformer **64**. A set of conductive vias passing though interposer **62** provide signal paths between corresponding pairs of spring contacts **74** and **76**.

Space transformer **64** provides signal paths linking the pads **78** on its upper surface to a set of probes **80** arranged to contact IC pads **54** on the surfaces of a set of ICs **56** to be tested. Wafer **58** resides on a chuck **82** for positioning wafer **58** so that probes **80** contact the pads **54** of the ICs **56** to be tested. After one group of ICs **56** have been tested, chuck **82** repositions wafer **58** so that probes **80** access the pads **54** of a next group of ICs **56** to be tested.

As described in more detail in the aforementioned U.S. Pat. No. 5,974,662, interposer **62**, with its flexible spring contacts **74**, **76**, provides compliant electrical connections between interface board **60** and space transformer **64**. Probes **80** may be sufficiently resilient to compensate for any variation in elevation of the pads **54** on the upper surfaces of ICs **56**.

Various types of structures can be used to implement probes **80** including, for example, wire bond and lithographic spring contacts, needle probes, and cobra probes. Spring contacts may be formed on a pad or other base structure of a substrate in any of a number of ways. As one

5

example, a spring contact may be formed by wire bonding a wire to the pad and overcoating the wire with a resilient material, such as disclosed in U.S. Pat. No. 6,336,269 issued Jan. 8, 2002 to Eldridge et al., incorporated herein by reference. As another example, a spring contact may be formed lithographically by depositing material in one or more molds formed over the pad and substrate. Examples of such lithographic techniques can be found in U.S. Pat. No. 6,255,126 issued July 2001 to Mathieu et al., and U.S. patent application Ser. No. 09/710,539 filed Nov. 9, 2000, both of which are incorporated herein by reference. U.S. patent application Ser. No. 09/746,716 filed Dec. 22, 2000 (also incorporated herein by reference) discloses yet another exemplary spring contact.

When spring contacts are employed to implement probes 80, they can be formed on the pads 54 of ICs 56 when space transformer 64 includes pads 81 on its lower planar surface arranged to contact the tips of the spring contacts. Alternatively, spring contact probes 80 may be formed on the pads 81 on the lower planar surface space transformer 64 and arranged so that their tips contact the pads 54 of ICs 54.

U.S. Pat. No. 6,064,213, issued May 16, 2000 to Khandros et al. (incorporated herein by reference) disclose and example of a card assembly designed to contact spring contacts formed on an IC. The following patents, each incorporated herein by reference, describe examples in which spring contact formed on a probe board assembly function as probes: U.S. Pat. No. 5,974,662 issued Nov. 2, 1999 to Eldridge et al.; U.S. patent application Ser. No. 09/810,874 filed Mar. 16, 2001; and U.S. Pat. No. 6,218,910 issued Apr. 17, 2001 to Miller.

A test, power or ground signal provided at an I/O port of an IC tester 52 travels through one of pogo pins 68 to one of pads 70 on the surface of interface board 60, and then travels through traces and vias within interface board 60 to one of pads 72 on its lower surface. The test signal then passes through one of spring contacts 74, through a via within interposer 62, and through one of spring contacts 76 to one of pads 78 on the surface of space transformer 64. Traces and vias within space transformer 64 then deliver the test signal to one of probes 80 which forwards the test signal to one of IC pads 54. An IC output signal generated at one of IC pads 54 follows a similar path in an opposite direction on its way back to an I/O port of a channel within tester 52.

As best seen in FIG. 5, probe system 50 provides a signal path between IC tester 52 and IC pads 54 suitable for conveying high frequency signals, for example up to approximately 100 GHz in frequency. A pogo pin connector 84 mounted on a lower edge of a printed circuit board within IC tester 52 provides pogo pins 83 for conveying high frequency signals between a tester channel I/O port and pads 85 formed on an end of a flex cable 86 linked to conductors within the flex cable. Opposite ends of the conductors within flex cable 86 are terminated on the lower surface of space transformer 64. Flex cable 86 includes a flexible substrate holding conductors for conveying signals. Various types of well-known flex cables may be used to implement flex cable 86. For example flex cable 86 may include one or more substrate layers of flexible polyimide, teflon, or other dielectric material upon which microstrip and/or strip-line conductors of copper or other conductive material are formed, for example through lithographic techniques, to provide uniform transmission line environments over the entire length of the flex cable. A flex cable 86 may provide parallel pairs of traces providing paths for high noise immunity differential signals.

6

Flex cable 86 may alternatively consist of or include one or more coaxial cables and may include other types of transmission lines formed on or within the flexible substrate for providing signal paths through the flex cable.

While the exemplary embodiments of the invention illustrated in FIGS. 4 and 5 employ pogo pin connectors 66 or 84 as signal paths between IC tester 52 and probe board 50, the signal paths between IC tester 52 and probe board 50 may be implemented in many other ways, such as for example through coaxial or flex cables or various types of well-known connectors such as SMB, SMP or SMA connectors.

As illustrated in FIG. 6, an upper end of flex cable 86 may be encased in epoxy 90 or other suitable insulating material to form a cable termination block 92. The top of termination block 92 may be ground to a flat surface to expose ends of the conductors. Conductive material deposited on the exposed conductor ends may provide pads 85 for receiving pogo pins 83. Each termination block 92 is suitably held by adhesive within an opening in interface board 60 with the termination block positioned so that the pads 85 on its upper surface reside in same plane on the upper surface of the interface board as pads 70 (FIG. 4).

FIG. 7 is an upward-directed plan view of the lower surface of space transformer 64 upon which four flex cables 86 are terminated. For simplicity, space transformer 64 is depicted as having an array of 36 probe pads 81 on its under surface upon which probes 80 (FIG. 5) may be formed, though in practice space transformer 64 may include a much larger array of pads 81. Exposed lower ends 94 of the conductors provided by flex cables 86 are connected (as by solder, wire bonds, conductive adhesive, or other means) to pads 96 on the lower surface of space transformer 64. Traces 98 formed on the lower surface of space transformer 64 link some of pads 96 to some of probe pads 81. Upward extending vias (not shown) may link other conductors 94 to traces (not shown) formed on higher layers of space transformer 64. The higher layer traces extend to other vias (not shown) passing downward to other probe pads 81.

A signal path between tester 52 and spring contacts 80 provided by pogo pins 83 and flex cable 86 of FIG. 5 can have a higher bandwidth than a signal path passing through probe board assembly 51 because most of the higher bandwidth path consists of a highly uniform transmission line environment having evenly distributed impedance. Also the higher bandwidth path includes substantially fewer junctions between dissimilar transmission lines that can cause signal attenuation and distortion. As described above, a signal path through pogo pins 66 (FIG. 4), interface board 60, interposer 62 and space transformer 64 may include 10 or more such junctions. A signal path though pogo pins 83 (FIG. 5), flex cable 86, and traces 96 (FIG. 7) on the lower surface of space transformer 64 includes only three transmission line junctions.

FIGS. 8–10 illustrate another example probe system 100 having much in common with probe system 50 of FIGS. 3–5 and, accordingly, similar reference characters refer to similar structures. However probe system 100 differs from probe board assembly 51 not only because it employs two flex cables 86 instead of four, but also because the lower ends of the conductors within flex cables 86 are coupled to IC pads 54 in a way that bypasses spring contacts 80.

As illustrated in FIGS. 8–10, flex cable 86 includes serpentine substrate fingers 102 containing conductors forming signal paths extending into the area under space transformer 64 occupied by probes 80. Bypassing various probes 80A carrying signals between space transformer 64 and

US 7,227,371 B2

7

various IC pads **54**A, each finger **102** extends over one or more IC pads **54**B that are to transmit or receive high frequency signals via the transmission line(s) included in the finger. Pointed conductive tips **106** formed on the underside of fingers **102** act as probes to provide signal paths between the transmission lines residing within the fingers and the high frequency IC pads **54**B.

Ends of spring contacts **80**B that are somewhat shorter than the spring contacts **80**A that carry lower frequency signals to and from IC pads **54**A are bonded to the upper surfaces of flex cable fingers **102** to structurally link each finger **102** to the under surface of space transformer **64**. Spring contacts **80**B do not carry signals but instead act as flexible structural member for holding fingers **102** in place under space transformer **64** so that their tips **106**, and restricting their range of motion relative to the space transformer so that they are properly aligned with IC pads **54**B. Thus the uniform transmission line environments provided by conductors within flex cables **86** extend from pogo pins **83** all the way down to the tips **106** acting as probes to contact IC pads **54**B. Note that the flex cable termination arrangement of probe system **100** eliminates probe **80** and signal paths within space transformer **64** needed by the cable termination arrangement of probe system **50** of FIGS. **5**–**7** and therefor reduces the number of transmission line junctions in the signal path.

ICs **56** may warm up and expand while they are being tested and thereby may cause IC pads **54** to move vertically and to move apart horizontally. Fingers **102** are flexible so that tips **106** can move vertically as necessary to allow them to remain in contact with IC pads **54**B. Fingers **102** preferably extend in a serpentine manner under space transformer **64** as illustrated in FIG. **10** to provide them with longitudinal flexibility to permit tips **54**B to move horizontally relative to one another as necessary to remain in contact with IC pads **54**B. Space transformer **64** is preferably formed of a ceramic or other substrate material having a coefficient of thermal expansion similar to that of the semiconductor material forming wafer **58**. The temperature of space transformer **64** tends to track that of wafer **58** since it is positioned very close to the wafer. When space transformer **64** has the same coefficient of thermal expansion as wafer **58**, probes **80** tend to move apart at the same rate as IC pads **54**A so that probes **80** remain in contact with IC pads **54**A. Since the serpentine flex cable fingers **102** have the flexibility to move in the horizontal plane parallel to the plane of the wafer, and since spring contacts **80**B attached to finger **102** above finger tips **54** structurally link fingers **102** to space transformer **64**, finger tips **54** also move in a vertical direction perpendicular to the plane of the wafer surface as necessary to remain in contact with pads **54**B as pads **54**B move apart with increasing wafer temperature.

FIGS. **11** and **12** illustrate another exemplary embodiment of the invention employing an alternative approach for terminating conductors of the flex cables of probe system **100** under space transformer **64**. FIG. **11** an upward-directed plan view of the undersides of flex cables **86** having fingers **120** extending under space transformer **64**. FIG. **12** is a partial sectional elevation view of one finger **120** extending between space transformer **64** and an IC **56**. Fingers **120** extend over the IC pads **54**B that are to be accessed by conductors within fingers **120**. Tips **106** on the underside of fingers **120** provide signal paths between I/O pads **54**B and the conductors within fingers **120**. Probes **80**B connected between fingers **120** and pads **81** on the under surface of space transformer **64** do not carry signals, but instead act

8

only as flexible structural members supporting fingers **120** and restricting their range of horizontal motion.

As they extend over pads **54**B, fingers **120** may pass over some contacts **54**C that are to be accessed via spring contacts **80**C attached to and extending downward from pads **81** on the underside of space transformer **64**. Lower ends of spring contacts **80**C are attached to upper surfaces of vias **122** extending vertically though flex cable fingers **120** to tips **124** mounted on the under surface of flex cable **86** for contacting IC pads **54**C. Lower frequency signals may therefore pass between IC pads **54**C and pads **81** on the lower surface of space transformer **64** through probes **80**C, vias **122** and probe tips **124** while higher frequency signals entering or departing IC pads **54**B pass through probe tips **106** and conductors implemented within flex cable fingers **120**. Lower frequency signals may also pass between pads **81** and IC pads **54**A directly through probes **80**A.

FIG. **13** is a sectional elevation view of a probe system **110** in accordance with another exemplary embodiment of the invention that is a variation on probe system **50** of FIG. **5**, wherein similar reference characters refer to similar structures. Probe board assembly **110** differs from probe board assembly **50** in that upper ends of conductors within flex cables **86** are terminated on pads **112** formed on the lower surface of interface board **60**. Traces and vias (not shown) formed on and within interface board **60** link pads **112** to the pads **85** on the upper surface of the interface board contacted by pogo pins **83**.

FIG. **14** is a sectional elevation view of a probe system **120** in accordance with another exemplary embodiment of the invention that is a variation on probe system **100** of FIG. **8**, wherein similar reference characters refer to similar structures. FIG. **15** is an expanded sectional elevation view of the portion of the probe system **120** of FIG. **14** residing between space transformer **64** and ICs **56**, and FIG. **16** is a plan view looking upward from of wafer **58** toward the under sides of flex cables **86** and space transformer **64**.

Probe system **120** of FIG. **14** differs from probe system **100** in that flex cables **86** extend completely under space transformer **64** as best seen in FIGS. **15** and **16**. Probe tips **130** mounted on the lower sides of flex cables **86** contact the IC pads **54**. Flexible spring contacts **80** attached between pads **81** on the lower surface of space transformer **64** and to pads **132** on the upper surfaces of flex cables **86** above probe tips **130** provide support for cables **86**.

Vias **133** through flex cables **86** may link one set of probe tips **130** to the pads **132** above the tips. IC tester **52** is therefore able to communicate with some IC pads **56** by way of paths extending through probe board **60**, interposer **62**, space transformer **64**, spring contacts **80**, vias **133** and probe tips **130**.

A second set of probe tips **130** formed on the lower surface of flex cables **86** are connected to the signal paths (not shown) provided by flex cable **86** so that IC tester **52** may also communicate with some of IC pads **54** through high frequency signals passing through flex cables **86** and probe tips **130**. The spring contacts **80** above the second set of probe tips **130** do not convey signals, but they do provide flexible support for the probe tips.

FIG. **17** is an enlarged plan view of area of flex cable **86** holding one of probe tips **130**. Parts of the substrate material of flex cable **86** are removed to create spaces **134** nearly surrounding an island **138** of flex cable substrate holding probe tip **130**. Two (or more) small, flexible serpentine bridges **140** of flex cable substrate remain to link each substrate island **138** to the main expanse of flex cable **86**. For the set of probe tips **138** that communicate with IC tester **52**

9                                                                                      10

through signal paths provided by flex cables **86**, those signal paths extend to that set of probe tips **130** through bridges **140**.

Bridges **140** and the spring contacts **80** connected to flex cable **86** above substrate islands **138** also hold tips **130** in position above the IC pads **54** (FIG. **13**) they contact. As discussed above, IC pads **54** are not perfectly co-planar with one another, and they can move both vertically and horizontally as the ICs under test warm up and expand. Bridges **140** and the spring contact **80** above each probe tip **130** have sufficient flexibility to allow the probe tip **130** to move vertically as necessary to remain in contact an IC pad **54** even though the elevation of the pad may change as the IC wafer begins to warm up.

Although the substrate material of flex cable **86** may not have the same coefficient of thermal expansion as the semiconductor material forming wafer **58** (FIG. **11**), the serpentine nature of bridges **140** provides them with sufficient flexibility to allow probe tips **130** to also move horizontally relative to one another and relative to the main body of flex cable **86** as necessary to remain in contact with the IC pads **54** when the pads move horizontally during thermal expansion of the ICs under test.

FIG. **18** is a sectional elevation view of a probe system **150** in accordance with another exemplary embodiment of the invention that is a variation on probe system **110** of FIG. **14**, wherein similar reference characters refer to similar structures. FIG. **19** is an expanded sectional elevation view of the portion of the probe system **150** of FIG. **18** residing between space transformer **64** and ICs **56**, FIG. **20** is a plan view looking upward from wafer **58** toward the under sides of flex cables **86** and space transformer **64**, and FIG. **20** is an enlarged view of a portion of the flex cable **86** of FIG. **20** illustrating a single substrate island **138** linked to flex cable **86** thorough substrate bridges **140**.

Probe system **150** provides signal paths between IC tester of FIG. **18** and spring contacts **152** that are attached to the pads **54** of ICs **56**. Probe system **150** differs from probe system **110** of FIG. **14** in that in probe system **150** pads **154** on the upper surface of flex cable substrate islands **138** are directly connected by a solder ball array **156** to pads **81** on the lower surface of space transformer **64**. Also a pad **158**, rather than a probe tip, is formed on the lower surface of each flex cable substrate island **138**. Pads **158** are positioned so that they may be contacted by tips of the spring contacts **152** extending upward from the IC pads **54**.

Vias **133** extending through some of islands **138** link one set of probe pad **158** to the pads **154** on the upper surface of the islands. IC tester **52** is therefore able to communicate with some IC pads **56** by way of paths extending through probe board **60**, interposer **62**, space transformer **64**, solder balls **156** vias **133**, pads **158** and spring contacts **152**.

A second set of pads **158** formed on the lower surfaces of substrate islands **138** are connected to the signal paths (not shown) provided by flex cable **86** so that IC tester **52** may also communicate with some of IC pads **54** through high frequency signals passing through flex cables **86**, substrate bridges **140**, pads **158** and spring contacts **152**.

FIG. **22**A illustrates another exemplary embodiment of the invention, a multiple-layer probe card assembly **160** for providing signal paths between an integrated circuit tester **162** and pads **163** on surfaces of IC dice **164** on a wafer **166** under test. Probe assembly **160** can also provide remote test equipment (not shown) with signal access to IC pads **163**.

Probe card assembly **160** includes a probe board **170** having a set of pads **172** on its upper surface for receiving tips of a set of pogo pin connectors **174** providing signal

paths between tester **162** and pads **172**. Signal paths extending through one or more flex cables **175** interconnect a set of spring contacts **176** and **178** formed on the upper and lower surfaces of flex cable **175** provide signal paths between a set of pads **180** on the lower surface of probe board **170** and a set of pads **182** on an upper surface of a space transformer board **184**. A set of probes **186** provide signal paths between pads **188** on the lower surface of space transformer **184** and IC pads **163**. Probe board **170** and space transformer **184** may include single or multiple insulating substrate layers, traces formed on the substrate layers, and vias extending through the substrate layers for conducting signals horizontally and vertically between pads and/or contacts on their upper and lower surfaces.

Some of spring contacts **178** may contact signal paths within flex cables **175** that may extend to probe board **170**. Probe board **170** links some of its upper surface contacts **172** to the conductors within the flex cable **175**, thereby permitting high frequency or other signals traveling via flex cable **175** to spring contacts **178** and to by-pass transmission line junctions within probe board **170** and between pads **180** and contacts **176**. One or more conductors of flex cables **175** may extend to remote equipment (not shown) connected anywhere by any means to a rigid substrate.)

FIG. **22**B is a block diagram illustrating an exemplary signal routing scheme within flex cable **175**. A flex cable includes a flexible substrate that can be used like a circuit board to hold install small surface mounted devices on a flex cable, including passive devices such as resistors and capacitors and active devices including, for example, integrated circuit switches, multiplexers and the like which can act a signal routing devices. FIG. **22**B shows a set of integrated circuit routing switches **191** powered and controlled by signals from one of tester channels for selectively linking the pads **192** on the lower surface of flex cable **175** accessed by spring contacts **178** of FIG. **22**A to various other conductors including spring contacts **176** and flex cable conductors leading to tester **162** or to the remote equipment.

The switching arrangement of FIG. **22**B is useful, for example, when IC tester **162** and other remote test equipment carry out different types of tests at the IC terminals. For example IC tester **162** may be adapted to carry out logic tests on ICs **164** while the remote equipment may be adapted to carry out parametric tests on the ICs. The remote equipment may also supply the power for the ICs being tested. Some paths to the remote equipment (such as for example those connected to power supplies) may connect directly to spring contacts **178** so that remote equipment and tester **162** can concurrently access various IC pins during a test. To increase the number of ICs that can be concurrently tested, more then one IC tester of the same type can concurrently access the ICs. This is particular feasible in low frequency testing applications where it is not necessary to minimize signal path distances between the test equipment and the ICs being tested. In such case routing switches **191** are not needed since each flex cable conductor and each spring contact **176** accesses a separate spring contact **179**. The flex cables **175** can be easily replaced with flex cables have different signal routing arrangements to accommodate changes in routing patterns resulting in changes to the ICs being tested or to accommodate changes in the test equipment.

FIG. **23**A is a plan view, of a pair of flex cables **86** passing under a rigid substrate **193** looking upward from a wafer **194** (FIG. **23**B) being accessed via a set of probes **195** attached either to space transform **193** or to pads on the surface of wafer **194**. Probes **195** pass through a set of windows **196** in

**11**

flex cables **86**. FIG. **23**B is a sectional elevation view along cut line B—B of FIG. **23**A. FIGS. **23**A and **23**B illustrate an alternative approach to linking some of probes **156** to conductors **197** in flex cable **86**. A set of spring contacts **198** extending between pads on the upper surface of flex cable **86** linked to conductors **197** through vias **199** passing vertically through flex cable **86** and pads **200** on the lower surface of substrate **193**. Conductors (not shown) formed within or on the surface of space transformer **193** link pads **200** on the lower surface of substrate **193** contacted by or attached to probes **200**. This type of interconnect arrangement can be employed in lieu of or in addition to the interconnect arrangements illustrated in FIGS. **7**, **10**, **11**, **15** and **19**.

FIGS. **24**A–**24**G illustrate an exemplary process for forming contact tip structures and attaching them to pads of a flex cable so that the cables may be employed in various exemplary embodiments of the invention described herein above. As illustrated in FIG. **24**A, a set of pits **210** are suitably formed in a substrate **212** of any suitable material such as, for example, a silicon semiconductor wafer using photolithographic etching or any other suitable technique. A layer **214** of readily etchable releasing/shorting material, such as for example aluminum, is then formed over the upper surface of substrate **210** as illustrated in FIG. **24**B. As illustrated in FIG. **24**C masking material **216** such as photoresist is then deposited on the releasing/shorting material **214** to form a set of molds **218** defining shapes of the contact tip structures. Referring to FIG. **24**D, conductive material **220** that is to form the contact tip structures is then deposited in the molds. The tip structure material **220** may be deposited by electroplating or any other known process of depositing material within a pattern masking material. As illustrated in FIG. **24**E, the masking material **216** is then removed to reveal a set of tips **222**. As shown in FIG. **24**F, the tip structures **222** are then attached to pads **224** on the flex cable **226** using joining material **228** such as, for example, conductive adhesive, solder, brazing material and the like. The release/shorting layer **218** is then removed, for example by etching, to release the tip structures **230** from substrate **210** shown in FIG. **24**G.

Releasing/shorting layer **214** thus not only facilitates the formation of tips **222** though electroplating, it also provides a base for tips **222** which can be easily etched to release tips **22** from substrate **210**. Releasing/shorting layer **214** may include one or more layers, with a releasing material layer **45** being formed first and a shorting material layer being formed on the releasing material layer.

The particular size, shape or contour of tip structure **230** shown in FIG. **24**G is not critical to the invention and other suitable tip structures of various sizes and shapes can be formed in a similar manner. Additional exemplary tip structures are disclosed in U.S. patent application Ser. No. 08/819,464, filed Mar. 17, 1997, now abandoned, and U.S. patent application Ser. No. 09/189,761, filed Nov. 10, 1998, both incorporated herein by reference.

The forgoing specification and the drawings depict exemplary embodiments of the best modes of practicing the invention, and elements of the depicted best modes exemplify elements of the invention as recited in the appended claims. It is not intended, however, that the invention be limited to the exemplary embodiments described herein above or to the particular manner in which the embodiments operate. For example, while FIGS. **7**, **10**, **11** and **15** illustrate exemplary embodiments of the invention employing two or four flex cables **86**, it should be understood that the number of flex cables and the number of conductors included in each flex cable can be chosen to suit the requirements of each

**12**

particular test interconnect application. While pogo pin connectors **66** or **84** (FIGS. **4**, **5**, **13** or **14**) may be used to link flex cables **86** or interface board **60** to tester **52**, other types of connectors known to those of skill in the art may be employed. The probe board assemblies illustrated in FIGS. **4**, **8**, **13** and **14** are exemplary and may be implemented using more or fewer interconnected substrate layers. For example, the interposer **62** shown in FIGS. **5**, **8**, **13**, **14** and **18** may be eliminated and the space transfer **64** connected directly to interface board **60**. As another example, interposer **62** and space transformer **64** of those figures may be eliminated when probes **80** are formed directly on interface board **60**. Also the suggested signal frequency ranges for the various types of signal paths through the probe board assembly and flex cable are exemplary and not intended to be limiting. While the exemplary embodiments of the invention described above are adapted for linking an IC tester to ICs while still in the form of die on a semiconductor wafer, it should be understood that other embodiments of the invention may be used for linking an IC tester to ICs after they have been separated from one another, for example when held in an array on a tray.

The appended claims are therefore intended to apply to any mode of practicing the invention comprising the combination of elements or steps as described in any one of the claims, including elements that are functional equivalents of the example elements of the exemplary embodiments of the invention depicted in the specification and drawings.

What is claimed is:

**1**. An apparatus for testing integrated circuits (ICs) with first and second IC testers that provide low frequency signals and high frequency signals to pads of an IC to be tested, the apparatus comprising:

a first substrate;

a second substrate having conductive probes for contacting the IC pads;

a flexible cable residing between, and spaced apart from the first and second substrates, the flexible cable conductively connected to the first and second IC testers;

a first signal path for selectively conveying signals between the flexible cable and the IC pads through the second substrate;

a second signal path for conveying signals between the flexible cable and the first IC tester through the first substrate;

a third signal path for conveying signals through the flexible cable to the second IC tester; and

an active routing switch for selectively coupling the second and third signal paths to the first signal path.

**2**. The apparatus in accordance with claim **1**

wherein said the first signal path comprises a first spring contact extending between the flexible cable and second substrate, and

wherein the second signal path comprises a second spring contact extending between the first substrate and the flexible cable.

**3**. The apparatus in accordance with claim **1** wherein the active routing switch is mounted on the flexible cable.

**4**. The apparatus in accordance with claim **1** further comprising a fourth signal path extending from one of the first and second IC testers to said active routing switch for conveying a control signal controlling which of said second and third signal paths said active routing switch is to selectively couple to the first signal path.

**5**. An apparatus for testing integrated circuits (ICs) with an IC tester by providing low frequency signals and high

US 7,227,371 B2

13

14

frequency signals from the IC tester to pads of an IC to be tested, the apparatus comprising:

a first substrate with the probes mounted thereon for connecting to the IC pads;

a flexible cable conductively linked from the IC tester to a first portion of the IC pads, the flexible cable carrying the high frequency signals; and

connectors for providing a conductive link between the IC tester through the first substrate to a second portion of the IC pads, the connectors carrying the low frequency signals.

**6**. The apparatus in accordance with claim **5** wherein the probes comprise spring contacts.

**7**. The apparatus of claim **5**, the flexible cable further comprising conductive substrate fingers that extend in the space between the first substrate and the ICs.

**8**. The apparatus of claim **7**, the first substrate further comprising one or more structural members for attaching to one or more points on the conductive substrate fingers so as to inhibit freedom of movement of the fingers relative to the first substrate.

**9**. The apparatus of claim **7**, wherein each conductive substrate finger contacts one of the IC pads.

**10**. The apparatus of claim **7**, wherein each conductive substrate finger contacts a plurality of the IC pads.

**11**. The apparatus of claim **7**, wherein the conductive substrate fingers bypass at least one of the probes on a lower surface of the first substrate, wherein the bypassed probe is used for testing the ICs using the low frequency signals.

**12**. The apparatus of claim **7**, wherein the conductive substrate fingers include pointed conductive tips formed on the underside of the fingers, the pointed conductive tips for contacting the IC pads.

**13**. The apparatus of claim **8**, wherein the one or more structural members extend from a lower surface of the first substrate.

**14**. The apparatus of claim **8**, wherein the one or more structural members attach to an upper surface of the substrate fingers.

**15**. The apparatus of claim **8**, wherein the one or more structural members are not conductive.

**16**. The apparatus of claim **8**, wherein the one or more structural members comprise spring contacts.

**17**. The apparatus of claim **5**, further comprising a second substrate that carries the low frequency signals from the IC tester to the first substrate.

**18**. The apparatus of claim **17**, wherein the second substrate is connected to receive the high frequency signals from the IC tester, and the flexible cable connects the second substrate to the IC pads.

**19**. The apparatus of claim **5**, wherein the flexible cable connects to the IC pads via traces on or in the ICs.

**20**. The apparatus of claim **5**, wherein the flexible cable resides between and spaced apart from the first substrate and the ICs, the flexible cable comprising an aperture, wherein a conductive first bypass probe links the first substrate to the IC to be tested, the first probe passing through the aperture in the flexible cable.

**21**. The apparatus of claim **20**, wherein the first substrate comprises one or more structural members for attaching to one or more points on the flexible cable so as to inhibit freedom of movement of the flexible cable relative to the first substrate.

**22**. The apparatus of claim **20**, wherein the flexible cable comprises conductive probe tips formed on a lower surface of the flexible cable for contacting the IC pads.

**23**. The apparatus of claim **21**, wherein the one or more structural members extend from a lower surface of the first substrate.

**24**. The apparatus of claim **21**, wherein the one or more structural members attach to an upper surface of the flexible cable.

**25**. The apparatus of claim **21**, wherein the one or more structural members are not conductive.

**26**. The apparatus of claim **21** wherein the one or more structural members comprise spring contacts.

**27**. The apparatus of claim **20**, wherein the flexible cable is connected to the IC pads via traces on or in the ICs.

**28**. The apparatus of claim **20**, further comprising a second substrate which connects the flexible cable to the IC tester.

**29**. The apparatus of claim **20**, wherein the flexible cable comprises an island of flexible cable material within each aperture of the flexible cable, each island connected to the flexible cable by a plurality of bridges of flexible cable material and surrounding the bypass probe within the aperture.

**30**. An apparatus for testing integrated circuits (ICs) with an IC tester by providing low frequency signals and high frequency signals from the IC tester to pads of an IC to be tested, the apparatus comprising:

a flexible cable conductively connected to the IC tester to receive the high frequency signals; and

means for conductively connecting the flexible cable to the IC pads.

**31**. The apparatus of claim **30**, wherein the flexible cable is connected to the IC pads via traces in or on the ICs.

**32**. An apparatus for testing integrated circuits (ICs) with an IC tester by providing low frequency signals and high frequency signals from the IC tester to pads of an IC to be tested, the apparatus comprising:

a first substrate with the probes mounted thereon for connecting to the IC pads;

a flexible cable conductively linked from the IC tester to a portion of the substrate probes, the flexible cable carrying the high frequency signals; and

connectors for providing a conductive link between the IC tester through the first substrate to a portion of the IC pads, the connectors carrying the low frequency signals.

**33**. The apparatus in accordance with claim **32**, wherein the flexible cable is connected to the portion of the substrate probes via traces on or in the first substrate.

\* \* \* \* \*

EXHIBIT 5

Case4:10-cv-03095-PJH   Document1   Filed07/14/10   Page102 of 170

US006246247B1

(12) **United States Patent**
Eldridge et al.

(10) Patent No.: **US 6,246,247 B1**
(45) **Date of Patent:** **Jun. 12, 2001**

(54) **PROBE CARD ASSEMBLY AND KIT, AND METHODS OF USING SAME**

(75) Inventors: **Benjamin N. Eldridge**, Danville; **Gary W. Grube**, Pleasanton; **Igor Y. Khandros**, Orinda; **Gaetan L. Mathieu**, Dublin, all of CA (US)

(73) Assignee: **FormFactor, Inc.**, Livermore, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/156,957**

(22) Filed: **Sep. 18, 1998**

**Related U.S. Application Data**

(62) Division of application No. 08/554,902, filed on Nov. 9, 1995, now Pat. No. 5,974,662, which is a continuation-in-part of application No. 08/452,255, filed on May 26, 1995, now abandoned, which is a continuation-in-part of application No. 08/340,144, filed on Nov. 15, 1994, now Pat. No. 5,917,707, which is a continuation-in-part of application No. 08/152,812, filed as application No. PCT/US94/13373 on Nov. 16, 1994, now Pat. No. 5,476,211.

(51) Int. Cl.[7] .................................................. **G01R 1/073**

(52) U.S. Cl. ............................................. **324/761**; 324/754

(58) Field of Search .................................... 324/754, 757, 324/760, 761, 762

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,654,585 | 4/1972 | Wickersham . |
| 3,832,632 | 8/1974 | Ardezzone . |
| 3,842,189 | 10/1974 | Southgate . |
| 4,085,502 | 4/1978 | Ostman et al. . |
| 4,548,451 | 10/1985 | Benarr et al. . |
| 4,707,657 | 11/1987 | BØegh-Petersen . |
| 4,983,907 | 1/1991 | Crowley . |
| 5,017,738 | 5/1991 | Tsuji et al. . |
| 5,067,007 | 11/1991 | Kanji et al. ........................... 357/74 |
| 5,109,596 | 5/1992 | Driller et al. . |

| | | |
|---|---|---|
| 5,139,427 | 8/1992 | Boyd et al. . |
| 5,148,103 | 9/1992 | Pasiecznik, Jr. . |
| 5,187,020 | 2/1993 | Kwon et al. . |
| 5,228,861 | 7/1993 | Grabbe . |
| 5,317,479 | 5/1994 | Pai et al. . |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 42 37 591 A1 | 5/1994 | (DE) . |
| 0 369 112 A1 | 5/1990 | (EP) . |
| 0 402 756 A2 | 12/1990 | (EP) . |

(List continued on next page.)

*Primary Examiner*—Glenn W. Brown
(74) *Attorney, Agent, or Firm*—Blakely, Sokoloff, Taylor & Zafman, LLP

(57) **ABSTRACT**

A probe card assembly includes a probe card, a space transformer having resilient contact structures (probe elements) mounted directly thereto (i.e., without the need for additional connecting wires or the like) and extending from terminals on a surface thereof, and an interposer disposed between the space transformer and the probe card. The space transformer and interposer are "stacked up" so that the orientation of the space transformer, hence the orientation of the tips of the probe elements, can be adjusted without changing the orientation of the probe card. Suitable mechanisms for adjusting the orientation of the space transformer, and for determining what adjustments to make, are disclosed. The interposer has resilient contact structures extending from both the top and bottom surfaces thereof, and ensures that electrical connections are maintained between the space transformer and the probe card throughout the space transformer's range of adjustment, by virtue of the interposer's inherent compliance. Multiple die sites on a semiconductor wafer are readily probed using the disclosed techniques, and the probe elements can be arranged to optimize probing of an entire wafer. Composite interconnection elements having a relatively soft core overcoated by a relatively hard shell, as the resilient contact structures, are described.

**51 Claims, 12 Drawing Sheets**



**US 6,246,247 B1**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,437,556 | | 8/1995 | Bargain et al. . |
| 5,471,151 | | 11/1995 | DiFrancesco . |
| 5,476,211 | | 12/1995 | Khandros . |
| 5,806,181 | * | 9/1998 | Khandros et al. ............... 324/756 X |
| 5,828,226 | * | 10/1998 | Higgins et al. ..................... 324/762 |
| 5,852,871 | * | 12/1998 | Khandros ........................ 324/754 X |
| 5,900,738 | * | 5/1999 | Khandros et al. ............... 324/761 |
| 6,050,829 | * | 4/2000 | Eldridge et al. ................. 324/761 X |

## FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 58-8960 | 2/1983 | (JP) | . |
| 58-178293 | 11/1983 | (JP) | . |
| 59-149070 | 10/1984 | (JP) | . |
| 61-19770 | 2/1986 | (JP) | . |
| 62-44285 | 3/1987 | (JP) | . |
| 62-160373 | 10/1987 | (JP) | . |
| 63-63777 | 4/1988 | (JP) | . |
| 63-243768 | 10/1988 | (JP) | . |
| 63-279477 | 11/1988 | (JP) | . |
| 1-152271 | 10/1989 | (JP) | . |
| 2-226996 | 9/1990 | (JP) | . |
| 3-65659 | 3/1991 | (JP) | . |
| 3-292406 | 12/1991 | (JP) | . |
| 4-51535 | 2/1992 | (JP) | . |
| 4-207047 | 7/1992 | (JP) | . |
| 4-240570 | 8/1992 | (JP) | . |
| 4-294559 | 10/1992 | (JP) | . |
| 5-29406 | 2/1993 | (JP) | . |
| 5-218156 | 8/1993 | (JP) | . |
| 6-50990 | 2/1994 | (JP) | . |
| 6-249924 | 9/1994 | (JP) | . |
| 6-265575 | 9/1994 | (JP) | . |
| 6-273445 | 9/1994 | (JP) | . |
| 6-313775 | 11/1994 | (JP) | . |
| 7-72172 | 3/1995 | (JP) | . |
| WO 91 12706 | 8/1991 | (WO) | . |

* cited by examiner

## Figure 1A



## Figure 1B



## Figure 1C



## Figure 1D



## Figure 1E





Figure 2A

Figure 2B



Figure 2C



Figure 2D

Figure 2E

Figure 2F

Figure 2G

Figure 2H

Figure 2I

# Figure 3A



# Figure 3B



# Figure 3C



# Figure 4



# Figure 5



<u>Figure 5A</u>



<u>Figure 5B</u>





Figure 5C

**518**

Figure 6A

**580**



Figure 6B

**580**

Case4:10-cv-03095-PJH   Document1   Filed07/14/10   Page112 of 170

## Figure 7



# Figure 7A



## Figure 8A



## Figure 8B



## Figure 8C



**850**

838

834     832   832     834

P

836

830

## Figure 8D



802

820                 820

P

832   832

830

## Figure 8E



820                         820

832   832

830

US 6,246,247 B1

1

# PROBE CARD ASSEMBLY AND KIT, AND METHODS OF USING SAME

## CROSS-REFERENCE TO RELATED APPLICATIONS

This patent application is a divisional of commonly-owned U.S. patent application Ser. No. 08/554,902, filed Nov. 9, 1995, now U.S. Pat. No. 5,974,662, which is a continuation-in-part of U.S. patent application Ser. No. 08/452,255, filed May 26, 1995, now abandoned which is a continuation-in-part of U.S. patent application Ser. No. 08/340,144, filed Nov. 15, 1994, now U.S. Pat. No. 5,917, 707, and its counterpart PCT patent application number PCT/US94/13373, filed Nov. 16, 1994 (published May 26, 1995 as WO 95/14314), both of which are continuations-in-part of U.S. patent application Ser. No. 08/152,812, filed Nov. 16, 1993, now U.S. Pat. No. 5,476,211.

## TECHNICAL FIELD OF THE INVENTION

The invention relates to making temporary, pressure connections between electronic components and, more particularly, to techniques for performing test and burn-in procedures on semiconductor devices prior to their packaging, preferably prior to the individual semiconductor devices being singulated from a semiconductor wafer.

## BACKGROUND OF THE INVENTION

Individual semiconductor (integrated circuit) devices (dies) are typically produced by creating several identical devices on a semiconductor wafer, using know techniques of photolithography, deposition, and the like. Generally, these processes are intended to create a plurality of fully-functional integrated circuit devices, prior to singulating (severing) the individual dies from the semiconductor wafer. In practice, however, certain physical defects in the wafer itself and certain defects in the processing of the wafer inevitably lead to some of the dies being "good" (fully-functional) and some of the dies being "bad" (non-functional). It is generally desirable to be able to identify which of the plurality of dies on a wafer are good dies prior to their packaging, and preferably prior to their being singulated from the wafer. To this end, a wafer "tester" or "prober" may advantageously be employed to make a plurality of discrete pressure connections to a like plurality of discrete connection pads (bond pads) on the dies. In this manner, the semiconductor dies can be tested and exercised, prior to singulating the dies from the wafer. A conventional component of a wafer tester is a "probe card" to which a plurality of probe elements are connected—tips of the probe elements effecting the pressure connections to the respective bond pads of the semiconductor dies.

Certain difficulties are inherent in any technique for probing semiconductor dies. For example, modern integrated circuits include many thousands of transistor elements requiring many hundreds of bond pads disposed in close proximity to one another (e.g., 5 mils center-to-center). Moreover, the layout of the bond pads need not be limited to single rows of bond pads disposed close to the peripheral edges of the die (See, e.g., U.S. Pat. No. 5,453,583).

To effect reliable pressure connections between the probe elements and the semiconductor die one must be concerned with several parameters including, but not limited to: alignment, probe force, overdrive, contact force, balanced contact force, scrub, contact resistance, and planarization. A general discussion of these parameters may be found in U.S.

2

Pat. No. 4,837,622, entitled HIGH DENSITY PROBE CARD, incorporated by reference herein, which discloses a high density epoxy ring probe card including a unitary printed circuit board having a central opening adapted to receive a preformed epoxy ring array of probe elements.

Generally, prior art probe card assemblies include a plurality of tungsten needles extending as cantilevers from a surface of a probe card. The tungsten needles may be mounted in any suitable manner to the probe card, such as by the intermediary of an epoxy ring, as discussed herein-above. Generally, in any case, the needles are wired to terminals of the probe card through the intermediary of a separate and distinct wire connecting the needles to the terminals of the probe card.

Probe cards are typically formed as circular rings, with hundreds of probe elements (needles) extending from an inner periphery of the ring (and wired to terminals of the probe card). Circuit modules, and conductive traces (lines) of preferably equal length, are associated with each of the probe elements. This ring-shape layout makes it difficult, and in some cases impossible, to probe a plurality of unsingulated semiconductor dies (multiple sites) on a wafer, especially when the bond pads of each semiconductor die are arranged in other than two linear arrays along two opposite edges of the semiconductor die.

Wafer testers may alternately employ a probe membrane having a central contact bump area, as is discussed in U.S. Pat. No. 5,422,574, entitled LARGE SCALE PROTRU-SION MEMBRANE FOR SEMICONDUCTOR DEVICES UNDER TEST WITH VERY HIGH PIN COUNTS, incorporated by reference herein. As noted in this patent, "A test system typically comprises a test controller for executing and controlling a series of test programs, a wafer dispensing system for mechanically handling and positioning wafers in preparation for testing and a probe card for maintaining an accurate mechanical contact with the device-under-test (DUT)." (column 1, lines 41–46).

Additional references, incorporated by reference herein, as indicative of the state of the art in testing semiconductor devices, include U.S. Pat. Nos. 5,442,282 (TESTING AND EXERCISING INDIVIDUAL UNSINGULATED DIES ON A WAFER); U.S. Pat. No. 5,382,898 (HIGH DENSITY PROBE CARD FOR TESTING ELECTRICAL CIRCUITS); U.S. Pat. No. 5,378,982 TEST PROBE FOR PANEL HAVING AN OVERLYING PROTECTIVE MEM-BER ADJACENT PANEL CONTACTS); U.S. Pat. No. 5,339,027 (RIGID-FLEX CIRCUITS WITH RAISED FEA-TURES AS IC TEST PROBES); U.S. Pat. No. 5,180,977 (MEMBRANE PROBE CONTACT BUMP COMPLI-ANCY SYSTEM); U.S. Pat. No. 5,066,907 (PROBE SYS-TEM FOR DEVICE AND CIRCUIT TESTING); U.S. Pat. No. 4,757,256 (HIGH DENSITY PROBE CARD); U.S. Pat. No. 4,161,692 (PROBE DEVICE FOR INTEGRATED CIRCUIT WAFERS); and U.S. Pat. No. 3,990,689 (ADJUSTABLE HOLDER ASSEMBLY FOR POSITION-ING A VACUUM CHUCK).

Generally, interconnections between electronic compo-nents can be classified into the two broad categories of "relatively permanent" and "readily demountable".

An example of a "relatively permanent" connection is a solder joint. Once two components are soldered to one another, a process of unsoldering must be used to separate the components. A wire bond is another example of a "relatively permanent" connection.

An example of a "readily demountable" connection is rigid pins of one electronic component being received by

3

resilient socket elements of another electronic component. The socket elements exert a contact force (pressure) on the pins in an amount sufficient to ensure a reliable electrical connection therebetween.

Interconnection elements intended to make pressure contact with terminals of an electronic component are referred to herein as "springs" or "spring elements". Generally, a certain minimum contact force is desired to effect reliable pressure contact to electronic components (e.g., to terminals on electronic components). For example, a contact (load) force of approximately 15 grams (including as little as 2 grams or less and as much as 150 grams or more, per contact) may be desired to ensure that a reliable electrical connection is made to a terminal of an electronic component which may be contaminated with films on its surface, or which has corrosion or oxidation products on its surface. The minimum contact force required of each spring demands either that the yield strength of the spring material or that the size of the spring element are increased. As a general proposition, the higher the yield strength of a material, the more difficult it will be to work with (e.g., punch, bend, etc.). And the desire to make springs smaller essentially rules out making them larger in cross-section.

Probe elements are a class of spring elements of particular relevance to the present invention. Prior art probe elements are commonly fabricated from tungsten, a relatively hard (high yield strength) material. When it is desired to mount such relatively hard materials to terminals of an electronic component, relatively "hostile" (e.g., high temperature) processes such as brazing are required. Such "hostile" processes are generally not desirable (and often not feasible) in the context of certain relatively "fragile" electronic components such as semiconductor devices. In contrast thereto, wire bonding is an example of a relatively "friendly" processes which is much less potentially damaging to fragile electronic components than brazing. Soldering is another example of a relatively "friendly" process. However, both solder and gold are relatively soft (low yield strength) materials which will not function well as spring elements.

A subtle problem associated with interconnection elements, including spring contacts, is that, often, the terminals of an electronic component are not perfectly coplanar. Interconnection elements lacking in some mechanism incorporated therewith for accommodating these "tolerances" (gross non-planarities) will be hard pressed to make consistent contact pressure contact with the terminals of the electronic component.

The following U.S. Patents, incorporated by reference herein, are cited as being of general interest vis-a-vis making connections, particularly pressure connections, to electronic components: U.S. Pat. No. 5,386,344 (FLEX CIRCUIT CARD ELASTOMERIC CABLE CONNECTOR ASSEMBLY); U.S. Pat. No. 5,336,380 (SPRING BIASED TAPERED CONTACT ELEMENTS FOR ELECTRICAL CONNECTORS AND INTEGRATED CIRCUIT PACKAGES); U.S. Pat. No. 5,317,479 (PLATED COMPLIANT LEAD); U.S. Pat. No. 5,086,337 (CONNECTING STRUCTURE OF ELECTRONIC PART AND ELECTRONIC DEVICE USING THE STRUCTURE); U.S. Pat. No. 5,067,007 (SEMICONDUCTOR DEVICE HAVING LEADS FOR MOUNTING TO A SURFACE OF A PRINTED CIRCUIT BOARD); U.S. Pat. No. 4,989,069 (SEMICONDUCTOR PACKAGE HAVING LEADS THAT BREAK-AWAY FROM SUPPORTS); U.S. Pat. No. 4,893, 172 (CONNECTING STRUCTURE FOR ELECTRONIC PART AND METHOD OF MANUFACTURING THE SAME); U.S. Pat. No. 4,793,814 (ELECTRICAL CIRCUIT

4

BOARD INTERCONNECT); U.S. Pat. No. 4,777,564 (LEADFORM FOR USE WITH SURFACE MOUNTED COMPONENTS); U.S. Pat. No. 4,764,848 (SURFACE MOUNTED ARRAY STRAIN RELIEF DEVICE); U.S. Pat. No. 4,667,219 (SEMICONDUCTOR CHIP INTERFACE); U.S. Pat. No. 4,642,889 (COMPLIANT INTERCONNECTION AND METHOD THEREFOR); U.S. Pat. No. 4,330,165 (PRESS-CONTACT TYPE INTERCONNECTORS); U.S. Pat. No. 4,295,700 (INTERCONNECTORS); U.S. Pat. No. 4,067,104 (METHOD OF FABRICATING AN ARRAY OF FLEXIBLE METALLIC INTERCONNECTS FOR COUPLING MICROELECTRONICS COMPONENTS); U.S. Pat. No. 3,795,037 (ELECTRICAL CONNECTOR DEVICES); U.S. Pat. No. 3,616,532 (MULTILAYER PRINTED CIRCUIT ELECTRICAL INTERCONNECTION DEVICE); and U.S. Pat. No. 3,509,270 (INTERCONNECTION FOR PRINTED CIRCUITS AND METHOD OF MAKING SAME).

BRIEF DESCRIPTION (SUMMARY) OF THE INVENTION

It is an object of the present invention to provide a technique for probing semiconductor devices, particularly while they are resident on a semiconductor wafer.

It is another object of the present invention to provide a technique for probing semiconductor devices that allows the tips of the probe elements to be oriented without changing the position of the probe card.

It is another object of the present invention to provide an improved spring element (resilient contact structure) that can be mounted directly to a terminal of an electronic component.

It is another object of the invention to provide interconnection elements that are suitable for making pressure contact to electronic components.

According to the invention, a probe card assembly includes a probe card (electronic component) having a top surface, a bottom surface and a plurality of terminals on the top surface thereof; an interposer (electronic component) having a top surface, a bottom surface, a first plurality of resilient contact structures extending from terminals on the bottom surface thereof and a second plurality of contact structures extending from terminals on the top surface thereof; and a space transformer (electronic component) having a top surface, a bottom surface, a plurality of contact pads (terminals) disposed on the bottom surface thereof, and a third plurality of resilient contact structures (probe elements) extending from terminals on the top surface thereof.

The interposer is disposed between the top surface of the probe card and the bottom surface of the space transformer, and allows the orientation (planarity) of the space transformer to be adjusted without altering the orientation of the probe card. A suitable mechanism for effecting this adjustment of space transformer orientation, and a technique for determining the correct orientation of the space transformer are disclosed herein. In this manner, the tips (distal ends) of the probe elements can be adjusted to ensure reliable pressure contact between the tips of the probe elements and corresponding bond pads (terminals) of a semiconductor device being probed.

Alternatively, a plurality of resilient contact structures are provided on the bottom surface of the space transformer component (i.e., fabricated on the terminals on the bottom surface of the space transformer), in lieu of the interposer component, for making contact directly (i.e., without the

5

intermediary of the interposer) to the terminals on the top surface of the probe card.

Generally, the space transformer component permits a plurality of resilient contact structures extending from its top surface to make contact with terminals of an electronic component (i.e., bond pads on semiconductor devices) at a relatively fine pitch (spacing), while connections to the space transformer (i.e., to the bond pads or, alternatively, resilient contact structures) on its bottom surface are effected at a relatively coarser pitch.

According to an aspect of the invention, the space transformer and interposer components of the probe card assembly may be provided as a "kit", adapted for use with a probe card. Optionally, the mechanism for adjusting the orientation of the space transformer can be included in the "kit".

According to an aspect of the invention, the resilient contact structures (probe elements) extending from the top surface of the space transformer component are "composite interconnection elements" (defined hereinbelow). In the alternate case of resilient contact structures also extending from the bottom surface of the space transformer, these may be "composite interconnection elements" as well.

According to an aspect of the invention, the resilient contact structures extending from the top and bottom surfaces of the interposer component are "composite interconnection elements" (defined hereinbelow).

According to an aspect of the invention, the probe elements (resilient contact structures extending from the top surface of the space transformer component) are preferably formed as "composite interconnection elements" which are fabricated directly upon the terminals of the space transformer component of the probe card assembly. The "composite" (multilayer) interconnection element is fabricated by mounting an elongate element ("core") to an electronic component, shaping the core to have a spring shape, and overcoating the core to enhance the physical (e.g., spring) characteristics of the resulting composite interconnection element and/or to securely anchor the resulting composite interconnection element to the electronic component. The resilient contact structures of the interposer component may also be formed as composite interconnection elements.

The use of the term "composite", throughout the description set forth herein, is consistent with a 'generic' meaning of the term (e.g., formed of two or more elements), and is not to be confused with any usage of the term "composite" in other fields of endeavor, for example, as it may be applied to materials such as glass, carbon or other fibers supported in a matrix of resin or the like.

As used herein, the term "spring shape" refers to virtually any shape of an elongate element which will exhibit elastic (restorative) movement of an end (tip) of the elongate element with respect to a force applied to the tip. This includes elongate elements shaped to have one or more bends, as well as substantially straight elongate elements.

As used herein, the terms "contact area", "terminal", "pad", and the like refer to any conductive area on any electronic component to which an interconnection element is mounted or makes contact.

Alternatively, the core is shaped prior to mounting to an electronic component.

Alternatively, the core is mounted to or is a part of a sacrificial substrate which is not an electronic component. The sacrificial substrate is removed after shaping, and either before or after overcoating. According to an aspect of the invention, tips having various topographies can be disposed

6

at the contact ends of the interconnection elements. (See also FIGS. 11A–11F of the PARENT CASE.)

In an embodiment of the invention, the core is a "soft" material having a relatively low yield strength, and is overcoated with a "hard" material having a relatively high yield strength. For example, a soft material such as a gold wire is attached (e.g., by wire bonding) to a bond pad of a semiconductor device and is overcoated (e.g., by electrochemical plating) with a hard material such nickel and its alloys.

Vis-a-vis overcoating the core, single and multi-layer overcoatings, "rough" overcoatings having microprotrusions (see also FIGS. 5C and 5D of the PARENT CASE), and overcoatings extending the entire length of or only a portion of the length of the core, are described. In the latter case, the tip of the core may suitably be exposed for making contact to an electronic component (see also FIG. 5B of the PARENT CASE).

Generally, throughout the description set forth herein, the term "plating" is used as exemplary of a number of techniques for overcoating the core. It is within the scope of this invention that the core can be overcoated by any suitable technique including, but not limited to: various processes involving deposition of materials out of aqueous solutions;

electrolytic plating; electroless plating; chemical vapor deposition (CVD); physical vapor deposition (PVD); processes causing the deposition of materials through induced disintegration of liquid or solid precursors; and the like, all of these techniques for depositing materials being generally well known.

Generally, for overcoating the core with a metallic material such as nickel, electrochemical processes are preferred, especially electroless plating.

In another embodiment of the invention, the core is an elongate element of a "hard" material, inherently suitable to functioning as a spring element, and is mounted at one end to a terminal of an electronic component. The core, and at least an adjacent area of the terminal, is overcoated with a material which will enhance anchoring the core to the terminal. In this manner, it is not necessary that the core be well-mounted to the terminal prior to overcoating, and processes which are less potentially damaging to the electronic component may be employed to "tack" the core in place for subsequent overcoating. These "friendly" processes include soldering, gluing, and piercing an end of the hard core into a soft portion of the terminal.

Preferably, the core is in the form of a wire. Alternatively, the core is a flat tab (conductive metallic ribbon).

Representative materials, both for the core and for the overcoatings, are disclosed.

In the main hereinafter, techniques involving beginning with a relatively soft (low yield strength) core, which is generally of very small dimension (e.g., 3.0 mil or less) are described. Soft materials, such as gold, which attach easily to semiconductor devices, generally lack sufficient resiliency to function as springs. (Such soft, metallic materials exhibit primarily plastic, rather than elastic deformation.) Other soft materials which may attach easily to semiconductor devices and possess appropriate resiliency are often electrically nonconductive, as in the case of most elastomeric materials. In either case, desired structural and electrical characteristics can be imparted to the resulting composite interconnection element by the overcoating applied over the core. The resulting composite interconnection element can be made very small, yet can exhibit appropriate contact forces. Moreover, a plurality of such composite

7

8

interconnection elements can be arranged at a fine pitch (e.g., 10 mils), even though they have a length (e.g., 100 mils) which is much greater than the distance to a neighboring composite interconnection element (the distance between neighboring interconnection elements being termed "pitch").

It is within the scope of this invention that composite interconnection elements can be fabricated on a microminiature scale, for example as "microsprings" for connectors and sockets, having cross-sectional dimensions on the order of twenty-five microns ($\mu$m), or less. This ability to manufacture reliable interconnection having dimensions measured in microns, rather than mils, squarely addresses the evolving needs of existing interconnection technology and future area array technology.

The composite interconnection elements of the present invention exhibit superior electrical characteristics, including electrical conductivity, solderability and low contact resistance. In many cases, deflection of the interconnection element in response to applied contact forces results in a "wiping" contact, which helps ensure that a reliable contact is made.

An additional advantage of the present invention is that connections made with the interconnection elements of the present invention are readily demountable. Soldering, to effect the interconnection to a terminal of an electronic component is optional, but is generally not preferred at a system level.

According to an aspect of the invention, techniques are described for making interconnection elements having controlled impedance. These techniques generally involve coating (e.g., electrophoretically) a conductive core or an entire composite interconnection element with a dielectric material (insulating layer), and overcoating the dielectric material with an outer layer of a conductive material. By grounding the outer conductive material layer, the resulting interconnection element can effectively be shielded, and its impedance can readily be controlled. (See also 10K of the PARENT CASE.)

According to an aspect of the invention, interconnection elements can be pre-fabricated as individual units, for later attachment to electronic components. Various techniques for accomplishing this objective are set forth herein. Although not specifically covered in this document, it is deemed to be relatively straightforward to fabricate a machine that will handle the mounting of a plurality of individual interconnection elements to a substrate or, alternatively, suspending a plurality of individual interconnection elements in an elastomer, or on a support substrate.

It should clearly be understood that the composite interconnection element of the present invention differs dramatically from interconnection elements of the prior art which have been coated to enhance their electrical conductivity characteristics or to enhance their resistance to corrosion.

The overcoating of the present invention is specifically intended to substantially enhance anchoring of the interconnection element to a terminal of an electronic component and/or to impart desired resilient characteristics to the resulting composite interconnection element. Stresses (contact forces) are directed to portions of the interconnection elements which are specifically intended to absorb the stresses.

It should also be appreciated that the present invention provides essentially a new technique for making spring structures. Generally, the operative structure of the resulting spring is a product of plating, rather than of bending and shaping. This opens the door to using a wide variety of

materials to establish the spring shape, and a variety of "friendly" processes for attaching the "falsework" of the core to electronic components. The overcoating functions as a "superstructure" over the "falsework" of the core, both of which terms have their origins in the field of civil engineering.

A distinct advantage of the present invention is that probe elements (resilient contact structures) can be fabricated directly on terminals of a space transformer substrate component of a probe card assembly without requiring additional materials, such as brazing or soldering.

According to an aspect of the invention, any of the resilient contact structures may be formed as at least two composite interconnection elements.

Other objects, features and advantages of the invention will become apparent in light of the following description thereof.

BRIEF DESCRIPTION OF THE DRAWINGS

Reference will be made in detail to preferred embodiments bf the invention, examples of which are illustrated in the accompanying drawings. Although the invention will be described in the context of these preferred embodiments, it should be understood that it is not intended to limit the spirit and scope of the invention to these particular embodiments.

FIG. 1A is a cross-sectional view of a longitudinal portion, including one end, of an interconnection element, according to an embodiment of the invention.

FIG. 1B is a cross-sectional view of a longitudinal portion, including one end, of an interconnection element, according to another embodiment of the invention.

FIG. 1C is a cross-sectional view of a longitudinal portion, including one end of an interconnection element, according to another embodiment of the invention.

FIG. 1D is a cross-sectional view of a longitudinal portion, including one end, of an interconnection element, according to another embodiment of the invention.

FIG. 1E is a cross-sectional view of a longitudinal portion, including one end of an interconnection element, according to another embodiment of the invention.

FIG. 2A is a cross-sectional view of an interconnection element mounted to a terminal of an electronic component and having a multi-layered shell, according to the invention.

FIG. 2B is a cross-sectional view of an interconnection element having a multi-layered shell, wherein an intermediate layer is of a dielectric material, according to the invention.

FIG. 2C is a perspective view of a plurality of interconnection elements mounted to an electronic component (e.g., a probe card insert), according to the invention.

FIG. 2D is a cross-sectional view of an exemplary first step of a technique for manufacturing interconnection elements, according to the invention.

FIG. 2E is a cross-sectional view of an exemplary further step of the technique of FIG. 2D for manufacturing interconnection elements, according to the inventions

FIG. 2F is a cross-sectional view of an exemplary further step of the technique of FIG. 2E for manufacturing interconnection elements, according to the invention.

FIG. 2G is a cross-sectional view of an exemplary plurality of individual interconnection elements fabricated according to the technique of FIGS. 2D–2F, according to the invention.

FIG. 2H is a cross-sectional view of an exemplary plurality of interconnection elements fabricated according to

US 6,246,247 B1

9

the technique of FIGS. 2D–2F, and associated in a pre-scribed spatial relationship with one another, according to the invention.

FIG. 2I is a cross-sectional view of an alternate embodiment for manufacturing interconnection elements, showing a one end of one element, according to the invention.

FIG. 3A is a cross-sectional view of an embodiment of an interposer, according to the invention.

FIG. 3B is a cross-sectional view of another embodiment of an interposer, according to the invention.

FIG. 3C is a cross-sectional view of another embodiment of an interposer, according to the invention.

FIG. 4 is a cross-sectional view of an embodiment of a generic space transformer, according to the invention.

FIG. 5 is an exploded view, partially in cross-section, of the probe card assembly of the present invention.

FIG. 5A is a perspective view of a space transformer component suited for use in the probe card assembly of FIG. 5, according to the invention.

FIG. 5B is a perspective view of another space transformer component suited for use in the probe card assembly of FIG. 5, according to the invention.

FIG. 5C is a bottom plan view of a space transformer component suited for use in the probe card assembly of FIG. 5, according to the invention.

FIG. 6A is a bottom plan view of either the top or bottom surfaces of an exemplary interposer substrate for use in the probe card assembly of FIG. 5, according to the invention.

FIG. 6B is a partial cross-sectional view of the interposer component illustrated in FIG. 6A, according to the invention.

FIG. 7 is a view, partially in cross-section, and partially-schematic, of a probe card assembly similar to the probe card assembly illustrated in FIG. 5 being aligned for use in testing semiconductor wafers, according to the invention.

FIG. 7A is a view, partially in cross-section, and partially-schematic, of a technique for automatically adjusting the orientation of the space transformer component, according to the invention.

FIG. 8A is a cross-sectional view of a technique for fabricating tip structures for probe elements, according to the invention.

FIG. 8B is a cross-sectional view of further steps in the technique of FIG. 8A, according to the invention.

FIG. 8C is a side view, partially in cross-section and partially in full of a space transformer component, according to the invention.

FIG. 8D is a side view, partially in cross-section and partially in full of the space transformer component of FIG. 8C being joined with the tip structures of FIG. 8B, according to the invention.

FIG. 8E is a side view, partially in cross-section and partially in full of a further step in joining the space transformer component of FIG. 8C joined with the tip structures of FIG. 8B, according to the invention.

## DETAILED DESCRIPTION OF THE INVENTION

This patent application is directed to probe card assemblies, components thereof, and methods of using same. As will be evident from the description that follows, the use of resilient contact structures to effect pressure connections to terminals of an electronic component is

10

essential. Preferably, the resilient contact structures are implemented as "composite interconnection elements", such as have been described in the disclosure of the aforementioned U.S. patent application Ser. No. 08/452,255, filed May 26, 1995, now abandoned, incorporated by reference herein. This patent application summarizes several of the techniques disclosed in the PARENT CASE in the discussions of FIGS. 1A–1E and 2A–2I.

An important aspect of the preferred technique for practicing the present invention is that a "composite" interconnection element can be formed by starting with a core (which may be mounted to a terminal of an electronic component), then overcoating the core with an appropriate material to: (1) establish the mechanical properties of the resulting composite interconnection element; and/or (2) when the interconnection element is mounted to a terminal of an electronic component, securely anchor the interconnection element to the terminal. In this manner, a resilient interconnection element (spring element) can be fabricated, starting with a core of a soft material which is readily shaped into a springable shape and which is readily attached to even the most fragile of electronic components. In light of prior art techniques of forming spring elements from hard materials, is not readily apparent, and is arguably counter-intuitive, that soft materials can form the basis of spring elements. Such a "composite" interconnection element is generally the preferred form of resilient contact structure for use in the embodiments of the present invention.

FIGS. 1A, 1B, 1C and 1D illustrate, in a general manner, various shapes for composite interconnection elements, according to the present invention.

In the main, hereinafter, composite interconnection elements which exhibit resiliency are described. However, it should be understood that non-resilient composite interconnection elements fall within the scope of the invention.

Further, in the main hereinafter, composite interconnection elements that have a soft (readily shaped, and amenable to affixing by friendly processes to electronic components) core, overcoated by hard (springy) materials are described. It is, however, within the scope of the invention that the core can be a hard material—the overcoat serving primarily to securely anchor the interconnection element to a terminal of an electronic component.

In FIG. 1A, an electrical interconnection element 110 includes a core 112 of a "soft" material (e.g., a material having a yield strength of less than 40,000 psi), and a shell (overcoat) 114 of a "hard" material (e.g., a material having a yield strength of greater than 80,000 psi). The core 112 is an elongate element shaped (configured) as a substantially straight cantilever beam, and may be a wire having a diameter of 0.0005–0.0030 inches (0.001 inch≈1 mil≈25 microns ($\mu$m)). The shell 114 is applied over the already-shaped core 112 by any suitable process, such as by a suitable plating process (e.g., by electrochemical plating).

FIG. 1A illustrates what is perhaps the simplest of spring shapes for an interconnection element of the present invention—namely, a straight cantilever beam oriented at an angle to a force "F" applied at its tip 110b. When such a force is applied by a terminal of an electronic component to which the interconnection element is making a pressure contact, the downward (as viewed) deflection of the tip will evidently result in the tip moving across the terminal, in a "wiping" motion. Such a wiping contact ensures a reliable contact being made between the interconnection element and the contacted terminal of the electronic component.

By virtue of its "hardness", and by controlling its thickness (0.00025–0.00500 inches), the shell 114 imparts a

11

desired resiliency to the overall interconnection element **110**. In this manner, a resilient interconnection between electronic components (not shown) can be effected between the two ends **110**a and **110**b of the interconnection element **110**. (In FIG. 1A, the reference numeral **110**a indicates an end portion of the interconnection element **110**, and the actual end opposite the end **110**b is not shown.) In contacting a terminal of an electronic component, the interconnection element **110** would be subjected to a contact force (pressure), as indicated by the arrow labelled "F".

The interconnection element (e.g., **110**) will deflect in response to an applied contact force, said deflection (resiliency) being determined in part by the overall shape of the interconnection element, in part by the dominant (greater) yield strength of the overcoating material (versus that of the core), and in part by the thickness of the overcoating material.

As used herein, the terms "cantilever" and "cantilever beam" are used to indicate that an elongate structure (e.g., the overcoated core **112**) is mounted (fixed) at one end, and the other end is free to move, typically in response to a force acting generally transverse to the longitudinal axis of the elongate element. No other specific or limiting meaning is intended to be conveyed or connoted by the use of these terms.

In FIG. 1B, an electrical interconnection element **120** similarly includes a soft core **122** (compare **112**) and a hard shell **124** (compare **114**). In this example, the core **122** is shaped to have two bends, and thus may be considered to be S-shaped. As in the example of FIG. 1A, in this manner, a resilient interconnection between electronic components (not shown) can be effected between the two ends **120**a and **120**b of the interconnection element **120**. (In FIG. 1B, reference numeral **120**a indicates an end portion of the interconnection element **120**, and the actual end opposite the end **120**b is not shown.) In contacting a terminal of an electronic component, the interconnection element **120** would be subjected to a contact force (pressure), as indicated by the arrow labelled "F".

In FIG. 1C, an electrical interconnection element **130** similarly includes a soft core **132** (compare **112**) and a hard shell **134** (compare **114**). In this example, the core **132** is shaped to have one bend, and may be considered to be U-shaped. As in the example of FIG. 1A, in this manner, a resilient interconnection between electronic components (not shown) can be effected between the two ends **130**a and **130**b of the interconnection element **130**. (In FIG. 1C, the reference numeral **130**a indicates an end portion of the interconnection element **130**, and the actual end opposite the end **130**b is not shown.) In contacting a terminal of an electronic component, the interconnection element **130** could be subjected to a contact force (pressure), as indicated by the arrow labelled "F". Alternatively, the interconnection element **130** could be employed to make contact at other than its end **130**b, as indicated by the arrow labelled "F''".

FIG. 1D illustrates another embodiment of a resilient interconnection element **140** having a soft core **142** and a hard shell **144**. In this example, the interconnection element **140** is essentially a simple cantilever (compare FIG. 1A), with a curved tip **140**b, subject to a contact force "F" acting transverse to its longitudinal axis.

FIG. 1E illustrates another embodiment of a resilient interconnection element **150** having a soft core **152** and a hard shell **154**. In this example, the interconnection element **150** is generally "C-shaped", preferably with a slightly curved tip **150**b, and is suitable for making a pressure contact as indicated by the arrow labelled "F".

12

It should be understood that the soft core can readily be formed into any springable shape—in other words, a shape that will cause a resulting interconnection element to deflect resiliently in response to a force applied at its tip. For example, the core could be formed into a conventional coil shape. However, a coil shape would not be preferred, due to the overall length of the interconnection element and inductances (and the like) associated therewith and the adverse effect of same on circuitry operating at high frequencies (speeds).

The material of the shell, or at least one layer of a multi-layer shell (described hereinbelow) has a significantly higher yield strength than the material of the core. Therefore, the shell overshadows the core in establishing the mechanical characteristics (e.g., resiliency) of the resulting interconnection structure. Ratios of shell:core yield strengths are preferably at least 2:1, including at least 3:1 and at least 5:1, and may be as high as 10:1. It is also evident that the shell, or at least an outer layer of a multi-layer shell should be electrically conductive, notably in cases where the shell covers the end of the core. (The parent case, however, describes embodiments where the end of the core is exposed, in which case the core must be conductive.)

From an academic viewpoint, it is only necessary that the springing (spring shaped) portion of the resulting composite interconnection element be overcoated with the hard material. From this viewpoint, it is generally not essential that both of the two ends of the core be overcoated. As a practical matter, however, it is preferred to overcoat the entire core. Particular reasons for and advantages accruing to overcoating an end of the core which is anchored (attached) to an electronic component are discussed in greater detail hereinbelow.

Suitable materials for the core (**112, 122, 132, 142**) include, but are not limited to: gold, aluminum, copper, and their alloys. These materials are typically alloyed with small amounts of other metals to obtain desired physical properties, such as with beryllium, cadmium, silicon, magnesium, and the like. It is also possible to use silver, palladium, platinum; metals or alloys such as metals of the platinum group of elements. Solder constituted from lead, tin, indium, bismuth, cadmium, antimony and their alloys can be used.

Vis-a-vis attaching an end of the core (wire) to a terminal of an electronic component (discussed in greater detail hereinbelow), generally, a wire of any material (e.g., gold) that is amenable to bonding (using temperature, pressure and/or ultrasonic energy to effect the bonding) would be suitable for practicing the invention. It is within the scope of this invention that any material amenable to overcoating (e.g., plating), including non-metallic material, can be used for the core.

Suitable materials for the shell (**114, 124, 134, 144**) include (and, as is discussed hereinbelow, for the individual layers of a multi-layer shell), but are not limited to: nickel, and its alloys; copper, cobalt, iron, and their alloys; gold (especially hard gold) and silver, both of which exhibit excellent current-carrying capabilities and good contact resistivity characteristics; elements of the platinum group; noble metals; semi-noble metals and their alloys, particularly elements of the platinum group and their alloys; tungsten and molybdenum. In cases where a solder-like finish is desired, tin, lead, bismuth, indium and their alloys can also be used.

The technique selected for applying these coating materials over the various core materials set forth hereinabove

US 6,246,247 B1

13

14

will, of course, vary from application-to-application. Electroplating and electroless plating are generally preferred techniques. Generally, however, it would be counter-intuitive to plate over a gold core. According to an aspect of the invention, when plating (especially electroless plating) a nickel shell over a gold core, it is desirable to first apply a thin copper initiation layer over the gold wire stem, in order to facilitate plating initiation.

An exemplary interconnection element, such as is illustrated in FIGS. 1A–1E may have a core diameter of approximately 0.001 inches and a shell thickness of 0.001 inches—the interconnection element thus having an overall diameter of approximately 0.003 inches (i.e., core diameter plus two times the shell thickness). Generally, this thickness of the shell will be on the order of 0.2–5.0 (one-fifth to five) times the thickness (e.g., diameter) of the core.

Some exemplary parameters for composite interconnection elements are:

(a) A gold wire core having a diameter of 1.5 mils is shaped to have an overall height of 40 mils and a generally C-shape curve (compare FIG. 1E) of 9 mils radius, is plated with 0.75 mils of nickel (overall diameter=1.5+2×0.75=3 mils), and optionally receives a final overcoat of 50 micro-inches of gold (e.g., to lower and enhance contact resistance). The resulting composite interconnection element exhibits a spring constant (k) of approximately 3–5 grams/mil.

In use, 3–5 mils of deflection will result in a contact force of 9–25 grams. This example is useful in the context of a spring element for an interposer.

(b) A gold wire core having a diameter of 1.0 mils is shaped to have an overall height of 35 mils, is plated with 1.25 mils of nickel (overall diameter=1.0+2×1.25=3.5 mils), and optionally receives a final overcoat of 50 microinches of gold. The resulting composite interconnection element exhibits a spring constant (k) of approximately 3 grams/mil, and is useful in the context of a spring element for a probe.

(c) A gold wire core having a diameter of 1.5 mils is shaped to have an overall height of 20 mils and a generally S-shape curve with radii of approximately 5 mils, is plated with 0.75 mils of nickel or copper (overall diameter=1.5+2×0.75=3 mils). The resulting composite interconnection element exhibits a spring constant (k) of approximately 2–3 grams/mil, and is useful in the context of a spring element for mounting on a semiconductor device.

As will be illustrated in greater detail hereinbelow, the core need not have a round cross-section, but may rather be a flat tab (having a rectangular cross-section) extending from a sheet. It should be understood that, as used herein, the term "tab" is not to be confused with the term "TAB" (Tape Automated Bonding).

## MULTI-LAYER SHELLS

FIG. 2A illustrates an embodiment 200 of an interconnection element 210 mounted to an electronic component 212 which is provided with a terminal 214. In this example, a soft (e.g., gold) wire core 216 is bonded (attached) at one end 216a to the terminal 214, is configured to extend from the terminal and have a spring shape (compare the shape shown in FIG. 1B), and is severed to have a free end 216b. Bonding, shaping and severing a wire in this manner is accomplished using wirebonding equipment. The bond at the end 216a of the core covers only a relatively small portion of the exposed surface of the terminal 214.

A shell (overcoat) is disposed over the wire core 216 which, in this example, is shown as being multi-layered,

having an inner layer 218 and an outer layer 220, both of which layers may suitably be applied by plating processes. One or more layers of the multi-layer shell is (are) formed of a hard material (such as nickel and its alloys) to impart a desired resiliency to the interconnection element 210. For example, the outer layer 220 may be of a hard material, and the inner layer may be of a material that acts as a buffer or barrier layer (or as an activation layer, or as an adhesion layer) in plating the hard material 220 onto the core material 216. Alternatively, the inner layer 218 may be the hard material, and the outer layer 220 may be a material (such as soft gold) that exhibits superior electrical characteristics, including electrical conductivity and solderability. When a solder or braze type contact is desired, the outer layer of the interconnection element may be lead-tin solder or gold-tin braze material, respectively.

## ANCHORING TO A TERMINAL

FIG. 2A illustrates, in a general manner, another key feature of the invention—namely, that resilient interconnection element can be securely anchored to a terminal on an electronic component. The attached end 210a of the interconnection element will be subject to significant mechanical stress, as a result of a compressive force (arrow "F") applied to the free end 210b of the interconnection element.

As illustrated in FIG. 2A, the overcoat (218, 220) covers not only the core 216, but also the entire remaining (i.e., other than the bond 216a) exposed surface of the terminal 214 adjacent the core 216 in a continuous (non-interrupted) manner. This securely and reliably anchors the interconnection element 210 to the terminal, the overcoat material providing a substantial (e.g., greater than 50%) contribution to anchoring the resulting interconnection element to the terminal. Generally, it is only required that the overcoat material cover at least a portion of the terminal adjacent the core. It is generally preferred, however, that the overcoat material cover the entire remaining surface of the terminal. Preferably, each layer of the shell is metallic.

As a general proposition, the relatively small area at which the core is attached (e.g., bonded) to the terminal is not well suited to accommodating stresses resulting from contact forces ("F") imposed on the resulting composite interconnection element. By virtue of the shell covering the entire exposed surface of the terminal (other than in the relatively small area comprising the attachment of the core end 216a to the terminal), the overall interconnection structure is firmly anchored to the terminal. The adhesion strength, and ability to react contact forces, of the overcoat will far exceed that of the core and (216a) itself.

As used herein, the term "electronic component" (e.g., 212) includes, but is not limited to: interconnect and interposer substrates; semiconductor wafers and dies, made of any suitable semiconducting material such as silicon (Si) or gallium-arsenide (GaAs); production interconnect sockets; test sockets; sacrificial members, elements and substrates, as described in the parent case; semiconductor packages, including ceramic and plastic packages, and chip carriers; and connectors.

The interconnection element of the present invention is particularly well suited for use as:

interconnection elements mounted directly to silicon dies, eliminating the need for having a semiconductor package;

interconnection elements extending as probes from sub-strates (described in greater detail hereinbelow) for testing electronic components; and

interconnection elements of interposers (discussed in greater detail hereinbelow).

The interconnection element of the present invention is unique in that it benefits from the mechanical characteristics (e.g., high yield strength) of a hard material without being limited by the attendant typically poor bonding characteristic of hard materials. As elaborated upon in the parent case, this is made possible largely by the fact that the shell (overcoat) functions as a "superstructure" over the "false-work" of the core, two terms which are borrowed from the milieu of civil engineering. This is very different from plated interconnection elements of the prior art wherein the plating is used as a protective (e.g., anti-corrosive) coating, and is generally incapable of imparting the desired mechanical characteristic to the interconnection structure. And this is certainly in marked contrast to any non-metallic, anticorrosive coatings, such as benzotriazole (BTA) applied to electrical interconnects.

Among the numerous advantages of the present invention are that a plurality of free-standing interconnect structures are readily formed on substrates, from different levels thereof such as a PCB having a decoupling capacitor) to a common height above the substrate, so that their free ends are coplanar with one another. Additionally, both the electrical and mechanical (e.g., plastic and elastic) characteristics of an interconnection element formed according to the invention are readily tailored for particular applications. For example, it may be desirable in a given application that the interconnection elements exhibit both plastic and elastic deformation. (Plastic deformation may be desired to accommodate gross non-planarities in components being interconnected by the interconnection elements.) When elastic behavior is desired, it is necessary that the interconnection element generate a threshold minimum amount of contact force to effect a reliable contact. It is also advantageous that the tip of the interconnection element makes a wiping contact with a terminal of an electronic component, due to the occasional presence of contaminant films on the contacting surfaces.

As used herein, the term "resilient", as applied to contact structures, implies contact structures (interconnection elements) that exhibit primarily elastic behavior in response to an applied load (contact force), and the term "compliant" implies contact structures (interconnection elements) that exhibit both elastic and plastic behavior in response to an applied load (contact force) As used herein, a "compliant" contact structure is a "resilient" contact structure. The composite interconnection elements of the present invention are a special case of either compliant or resilient contact structures.

A number of features are elaborated upon in detail, in the parent case, including, but not limited to: fabricating the interconnection elements on sacrificial substrates; gang-transferring a plurality of interconnection elements to an electronic component; providing the interconnection elements with contact tips, preferably with a rough surface finish; employing the interconnection elements on an electronic component to make temporary, then permanent connections to the electronic component; arranging the interconnection elements to have different spacing at their one ends than at their opposite ends; fabricating spring clips and alignment pins in the same process steps as fabricating the interconnection elements; employing the interconnection elements to accommodate differences in thermal expansion

between connected components; eliminating the need for discrete semiconductor packages (such as for SIMMs); and optionally soldering resilient interconnection elements (resilient contact structures).

Controlled Impedance

FIG. 2B shows a composite interconnection element 220 having multiple layers. An innermost portion (inner elongate conductive element) 222 of the interconnection element 220 is either an uncoated core or a core which has been overcoated, as described hereinabove. The tip 222b of the innermost portion 222 is masked with a suitable masking material (not shown). A dielectric layer 224 is applied over the innermost portion 222 such as by an electrophoretic process. An outer layer 226 of a conductive material is applied over the dielectric layer 224.

In use, electrically grounding the outer layer 226 will result in the interconnection element 220 having controlled impedance. An exemplary material for the dielectric layer 224 is a polymeric material, applied in any suitable manner and to any suitable thickness (e.g., 0.1–3.0 mils).

The outer layer 226 may be multi-layer. For example, in instances wherein the innermost portion 222 is an uncoated core, at least one layer of the outer layer 226 is a spring material, when it is desired that the overall interconnection element exhibit resilience.

ALTERING PITCH

FIG. 2C illustrates an embodiment 250 wherein a plurality (six of many shown) of interconnection elements 251 . . . 256 are mounted on a surface of an electronic component 260, such as a probe card insert (a subassembly mounted in a conventional manner to a probe card). Terminals and conductive traces of the probe card insert are omitted from this view, for illustrative clarity. The attached ends 251a . . . 256a of the interconnection elements 251 . . . 256 originate at a first pitch (spacing), such as 0.05–0.10 inches. The interconnection elements 251 . . . 256 are shaped and/or oriented so that their free ends (tips) are at a second, finer pitch, such as 0.005–0.010 inches. An interconnect assembly which makes interconnections from a one pitch to another pitch is typically referred to as a "space transformer".

As illustrated, the tips 251b . . . 256b of the interconnection elements are arranged in two parallel rows, such as for making contact to (for testing and/or burning in) a semiconductor device having two parallel rows of bond pads (contact points). The interconnection elements can be arranged to have other tip patterns, for making contact to electronic components having other contact point patterns, such as arrays.

Generally, throughout the embodiments disclosed herein, although only one interconnection element may be shown, the invention is applicable to fabricating a plurality of interconnection components and arranging the plurality of interconnection elements in a prescribed spatial relationship with one another, such as in a peripheral pattern or in a rectangular array pattern.

USE OF SACRIFICIAL SUBSTRATES

The mounting of interconnection elements directly to terminals of electronic components has been discussed hereinabove. Generally speaking, the interconnection elements of the present invention can be fabricated upon, or mounted to, any suitable surface of any suitable substrate, including sacrificial substrates.

Attention is directed to the PARENT CASE, which describes, for example with respect to FIGS. 11A–11F

**17**

fabricating a plurality of interconnection structures (e.g., resilient contact structures) as separate and distinct structures for subsequent mounting to electronic components, and which describes with respect to FIGS. **12A–12C** mounting a plurality of interconnection elements to a sacrificial substrate (carrier) then transferring the plurality of interconnection elements en masse to an electronic component.

FIGS. **2D–2F** illustrate a technique for fabricating a plurality of interconnection elements having preformed tip structures, using a sacrificial substrate.

FIG. **2D** illustrates a first step of the technique **250**, in which a patterned layer of masking material **252** is applied onto a surface of a sacrificial substrate **254**. The sacrificial substrate **254** may be of thin (1–10 mil) copper or aluminum foil, by way of example, and the masking material **252** may be common photoresist. The masking layer **252** is patterned to have a plurality (three of many shown) of openings at locations **256a, 256b, 256c** whereat it is desired to fabricate interconnection elements. The locations **256a, 256b** and **256c** are, in this sense, comparable to the terminals of an electronic component. The locations **256a, 256b** and **256c** are preferably treated at this stage to have a rough or featured surface texture. As shown, this may be-accomplished mechanically with an embossing tool **257** forming depressions in the foil **254** at the locations **256a, 256b** and **256c**. Alternatively, the surface of the foil at these locations can be chemically etched to have a surface texture. Any technique suitable for effecting this general purpose is within the scope of this invention, for example sand blasting, peening and the like.

Next, a plurality (one of many shown) of conductive tip structures **258** are formed at each location (e.g., **256b**), as illustrated by FIG. **2E**. This may be accomplished using any suitable technique, such as electroplating, and may include tip structures having multiple layers of material. For example, the tip structure **258** may have a thin (e.g., 10–100 microinch) barrier layer of nickel applied onto the sacrificial substrate, followed by a thin (e.g., 10 microinch) layer of soft gold, followed by a thin (e.g., 20 microinch) layer of hard gold, followed by a relatively thick (e.g., 200 microinch) layer of nickel, followed by a final thin (e.g., 100 microinch) layer of soft gold. Generally, the first thin barrier layer of nickel is provided to protect the subsequent layer of gold from being "poisoned" by the material (e.g., aluminum, copper) of the substrate **254**, the relatively thick layer of nickel is to provide strength to the tip structure, and the final thin layer of soft gold provides a surface which is readily bonded to. The invention is not limited to any particulars of how the tip structures are formed on the sacrificial substrate, as these particulars would inevitably vary from application-to-application.

As illustrated by FIG. **2E**, a plurality (one of many shown) of cores **260** for interconnection elements may be formed on the tip structures **258**, such as by any of the techniques of bonding a soft wire core to a terminal of an electronic component described hereinabove. The cores **260** are then overcoated with a preferably hard material **262** in the manner described hereinabove, and the masking material **252** is then removed, resulting in a plurality (three of many shown) of free-standing interconnection elements **264** mounted to a surface of the sacrificial substrate, as illustrated by FIG. **2F**.

In a manner analogous to the overcoat material covering at least the adjacent area of a terminal (**214**) described with respect to FIG. **2A**, the overcoat material **262** firmly anchors the cores **260** to their respective tip structures **258** and, if

**18**

desired, imparts resilient characteristics to the resulting interconnection elements **264**. As noted in the PARENT CASE, the plurality of interconnection elements mounted to the sacrificial substrate may be gang-transferred to terminals of an electronic component. Alternatively, two widely divergent paths may be taken.

It is within the scope of this invention that a silicon wafer can be used as the sacrificial substrate upon which tip structures are fabricated, and that tip structures so fabricated may be joined (e.g., soldered, brazed) to resilient contact structures which already have been mounted to an electronic component. Further discussion of these techniques are found in FIGS. **8A–8E**, hereinbelow.

As illustrated by FIG. **2G**, the sacrificial substrate **254** may simply be removed, by any suitable process such as selective chemical etching. Since most selective chemical etching processes will etch one material at a much greater rate than an other material, and the other material may slightly be etched in the process, this phenomenon is advantageously employed to remove the thin barrier layer of nickel in the tip structure contemporaneously with removing the sacrificial substrate. However, if need be, the thin nickel barrier layer can be removed in a subsequent etch step. This results in a plurality (three of -many shown) of individual, discrete, singulated interconnection elements **264**, as indicated by the dashed line **266**, which may later be mounted (such as by soldering or brazing) to terminals on electronic components.

It bears mention that the overcoat material may also be slightly thinned in the process of removing the sacrificial substrate and/or the thin barrier layer. However, it is preferred that this not occur.

To prevent thinning of the overcoat, it is preferred that a thin layer of gold or, for example, approximately 10 microinches of soft gold applied over approximately 20 microinches of hard gold, be applied as a final layer over the overcoat material **262**. Such an outer layer of gold is intended primarily for its superior conductivity, contact resistance, and solderability, and is generally highly impervious to most etching solutions contemplated to be used to remove the thin barrier layer and the sacrificial substrate.

Alternatively, as illustrated by FIG. **2H**, prior to removing the sacrificial substrate **254**, the plurality (three of many shown) of interconnection elements **264** may be "fixed" in a desired spatial relationship with one another by any suitable support structure **266**, such as by a thin plate having a plurality of holes therein, whereupon the sacrificial substrate is removed. The support structure **266** may be of a dielectric material, or of a conductive material overcoated with a dielectric material. Further processing steps (not illustrated) such as mounting the plurality of interconnection elements to an electronic component such as a silicon wafer or a printed circuit board may then proceed. Additionally, in some applications, it may be desireable to stabilize the tips (opposite the tip structures) of the interconnection elements **264** from moving, especially when contact forces are applied thereto. To this end, it may also be desirable to constrain movement of the tips of the interconnection elements with a suitable sheet **268** having a plurality of holes, such as a mesh formed of a dielectric material.

A distinct advantage of the technique **250** described hereinabove is that tip structures (**258**) may be formed of virtually any desired material and having virtually any desired texture. As mentioned hereinabove, gold is an example of a noble metal that exhibits excellent electrical characteristics of electrical conductivity, low contact

US 6,246,247 B1

19

resistance, solderability, and resistance to corrosion. Since gold is also malleable, it is extremely well-suited to be a final overcoat applied over any of the interconnection elements described herein, particularly the resilient interconnection elements described herein. Other noble metals exhibit similar desirable characteristics. However, certain materials such as rhodium which exhibit such excellent electrical characteristics would generally be inappropriate for overcoating an entire interconnection element. Rhodium, for example, is notably brittle, and would not perform well as a final overcoat on a resilient interconnection element. In this regard, techniques exemplified by the technique 250 readily overcome this limitation. For example, the first layer of a multi-layer tip structure (see 258) can be rhodium (rather than gold, as described hereinabove), thereby exploiting its superior electrical characteristics for making contact to electronic components without having any impact whatsoever on the mechanical behavior of the resulting interconnection element.

FIG. 2I illustrates an alternate embodiment 270 for fabricating interconnection elements. In this embodiment, a masking material 272 is applied to the surface of a sacrificial substrate 274, and is patterned to have a plurality (one of many shown) of openings 276, in a manner similar to the technique described hereinabove with respect to FIG. 2D. The openings 276 define areas whereat interconnection elements will be fabricated as free-standing structures. (As used throughout the descriptions set forth herein, an interconnection element is "free-standing" when is has a one end bonded to a terminal of an electronic component or to an area of a sacrificial substrate, and the opposite end of the interconnection element is not bonded to the electronic component or sacrificial substrate.)

The area within the opening may be textured, in any suitable manner, such as to have one or more depressions, as indicated by the single depression 278 extending into the surface of the sacrificial substrate 274.

A core (wire stem) 280 is bonded to the surface of the sacrificial substrate within the opening 276, and may have any suitable shape. In this illustration, only a one end of one interconnection element is shown, for illustrative clarity. The other end (not shown) may be attached to an electronic component. It may now readily be observed that the technique 270 differs from the aforementioned technique 250 in that the core 280 is bonded directly to the sacrificial substrate 274, rather than to a tip structure 258. By way of example, a gold wire core (280) is readily bonded, using conventional wirebonding techniques, to the surface of an aluminum substrate (274).

In a next step of the process (270), a layer 282 of gold is applied (e.g., by plating) over the core 280 and onto the exposed area of the substrate 274 within the opening 276, including within the depression 278. The primary purpose of this layer 282 is to form a contact surface at the end of the resulting interconnection element (i.e., once the sacrificial substrate is removed).

Next, a layer 284 of a relatively hard material, such as nickel, is applied over the layer 282. As mentioned hereinabove, one primary purpose of this layer 284 is to impart desired mechanical characteristics (e.g., resiliency) to the resulting composite interconnection element. In this embodiment, another primary purpose of the layer 284 is to enhance the durability of the contact surface being fabricated at the lower (as viewed) end of the resulting interconnection element. A final layer of gold (not shown) may be applied over the layer 284, to enhance the electrical characteristics of the resulting interconnection element.

20

In a final step, the masking material 272 and sacrificial substrate 274 are removed, resulting in either a plurality of singulated interconnection elements (compare FIG. 2G) or in a plurality of interconnection elements having a predetermined spatial relationship with one another (compare FIG. 2H).

This embodiment 270 is exemplary of a technique for fabricating textured contact tips on the ends of interconnection elements. In this case, an excellent example of a "gold over nickel" contact tip has been described. It is, however, within the scope of the invention that other analogous contact tips could be fabricated at the ends of interconnection elements, according to the techniques described herein. Another feature of this embodiment 270 is that the contact tips are constructed entirely atop the sacrificial substrate (274), rather than within the surface of the sacrificial substrate (254) as contemplated by the previous embodiment 250.

INTERPOSERS, GENERALLY

The techniques described hereinabove generally set forth a novel technique for fabricating composite interconnection elements, the physical characteristics of which are readily tailored to exhibit a desired degree of resiliency.

Generally, the composite interconnection elements of the present invention are readily mounted to (or fabricated upon) a substrate which will function as an interposer, disposed between and interconnecting two electronic components, one of the two electronic components disposed on each side of the interposer. The fabrication and use of the composite interconnection elements in interposers is discussed, in detail, in the aforementioned commonly-owned, copending U.S. patent application Ser. No. 08/526, 426.

The techniques described hereinabove generally set forth a novel technique for fabricating composite interconnection elements, the physical characteristics of which are readily tailored to exhibit a desired degree of resiliency, and the ability to fabricate interposers using such composite interconnection elements.

Generally, the composite interconnection elements of the present invention are readily mounted to (or fabricated upon) a substrate in a manner in which the tips of the interconnection elements are arranged to make contact with selected areas (e.g., bond pads) of semiconductor devices.

The PARENT CASE discloses various techniques for probing semiconductor devices.

The subject of using the interconnection elements of the invention in interposers has been mentioned hereinabove. Generally, as used herein, an "interposer" is a substrate having contacts on two opposite surfaces thereof, disposed between two electronic components to interconnect the two electronic components. Often, it is desirable that the interposer permit at least one of the two interconnected electronic components to be removed (e.g., for replacement, upgrading, and the like).

INTERPOSER EMBODIMENT #1

FIG. 3A illustrates an embodiment 300 of an interposer, using the interconnection elements of the invention. Generally, an insulating substrate 302, such as a PCB-type substrate, is provided with a plurality (two of many shown) of electrically conductive through holes (e.g., plated vias) 306, 308, or the like, each having conductive portions exposed on the top (upper) 302a and bottom (lower) 302b surfaces of the insulating substrate 302.

US 6,246,247 B1

21

A pair of soft cores 311 and 312 are attached to the exposed portion of the through hole 306 on the top surface 302a of the substrate 302. A pair of soft cores 313 and 314 are attached to the exposed portion of the through hole 306 on the bottom surface of the substrate 302. Similarly, a pair of soft cores 315 and 316 are attached to the exposed portion of the through hole 308 on the top surface of the substrate 302, and a pair of soft cores 317 and 318 are attached to the exposed portion of the through hole 308 on the bottom surface of the substrate 302. The cores 311 . . . 318 are then overcoated with a hard material 320 to form interconnect structures 322 and 324 on the top surface 302a of the substrate 302 and to form interconnect structures 326 and 328 on the bottom surface 302b of the substrate 302. In this manner, the individual cores 311 . . . 318 are securely anchored to the respective exposed portions of the through holes, the interconnecting structure 322 is electrically connected to the interconnecting structure 326, and the interconnecting structure 324 is electrically connected to the interconnecting structure 328. It will be understood that by providing each interconnecting structure (e.g., 322) as a pair of interconnecting elements (e.g., 311, 312), that more reliable connections to external components (not shown) are effected (i.e., than with single interconnecting elements).

As is shown, the top group of interconnection elements 311, 312, 315 and 316 are all formed with the same shape, and the bottom group of interconnection elements all have the same shape. It should be understood that the bottom group of interconnection elements can be provided with a shape which is different than the top group of interconnection elements, which would provide the opportunity to create interconnecting structures extending from the top surface of the insulating substrate having dissimilar mechanical characteristics from the interconnecting structures extending from the bottom surface of the substrate.

### INTERPOSER EMBODIMENT #2

FIG. 3B illustrates another embodiment 330 of an interposer using the interconnection elements of the invention. In this embodiment, a plurality (one of many shown) of interconnection elements 332 are fabricated in a desired pattern (e.g., an array) on a sacrificial substrate (not shown). A support substrate 334 is provided with a like plurality of holes 336 in a corresponding pattern. The support substrate 334 is placed over the interconnection elements 332 so that the interconnection elements 332 extend through the holes 336. The interconnection elements 332 are loosely held within the support substrate by a suitable material 338 (such as an elastomer) filling the holes 336, and extend from both the top and bottom surfaces of the support substrate. The sacrificial substrate is then removed. Evidently, the support substrate 334 (compare 266) can simply be "dropped" onto a plurality of interconnection elements (compare 264) which are mounted to a sacrificial substrate (254) in the process of fabricating this interposer assembly.

### INTERPOSER EMBODIMENT #3

FIG. 3C illustrates another embodiment 360 of an interposer using the interconnection elements of the invention. This embodiment 360 is similar to the previously-described embodiment 330, with the exception that the interconnect structure 362 (compare 332) is supported within the holes 366 (compare 336) of the support substrate 364 (compare 334) by soldering middle portions of the interconnection structures 362 to plating 368 on the through holes 366 the support substrate. Again, the support substrate 364 (compare

22

266) can simply be "dropped" onto a plurality of interconnection elements (compare 264) which are mounted to a sacrificial substrate (254) in the process of fabricating this interposer assembly.

FIGS. 3B and 3C are illustrative of the fact that a single interconnection element (332, 362) can be used to effect a single connection of respective terminals of two electronic components. It should be understood, and is within the scope of this invention, that any conductive element could be used in lieu of the interconnection element of the present invention, as illustrated by FIGS. 3B and 3C.

It should be understood that, in the interposer embodiments of FIGS. 3A, 3B and 3C, electronic components (not shown) would be disposed on both sides of the interposer (300, 330, 360) in order that the interposer make electrical connection between terminals (not shown) thereof.

### FORMING INTERCONNECTION ELEMENTS FROM SHEETS

The discussion hereinabove has focused mainly on forming interconnection elements from soft wire cores which are shaped and overcoated with a hard material. The present invention is also applicable to forming interconnection elements which are formed of soft metal sheets which are patterned (such as by stamping or etching), into flat elongate elements (tabs, ribbons) and overcoated with a hard material. This subject is elaborated upon in the aforementioned U.S. patent application Ser. No. 08/526,246.

### SPACE TRANSFORMER

FIGS. 3A–3C, set forth immediately hereinabove, describe interposers and techniques for making same, as are applicable (suitable) to the present invention. Although, in the main, the composite interconnection elements of the present invention have been discussed, it should clearly be understood that any resilient interconnection element (spring) can be employed, including spring structures made of monolithic materials that are inherently springy made of phosphor bronze and beryllium copper.

"Space transforming" (sometimes referred to as "pitch spreading") is an important concept applicable to the present invention. Simply stated, it is important that the tips of the resilient contact structures be more closely spaced to one another (relatively fine pitch) than connections to their bases. As illustrated in FIG. 2C, discussed hereinabove, this can be accomplished by shaping and orienting the individual spring elements (251 . . . 256) to converge upon one another, resulting in a tendency for the individual resilient contact structures to have dissimilar lengths. Generally, in the context of a probe card assembly, it is very important for all of the probe elements (resilient contact structures) to have the same length as one another, to ensure constancy in the plurality of signal paths involved.

FIG. 4 illustrates an exemplary design of a space transformer 400, according to the present invention, wherein the desired space-transforming is accomplished by the substrate 402 of the space transformer rather than in the shaping of the individual resilient contact structures (not shown) attached thereto.

The space transformer substrate 402 has a top (as viewed) surface 402a and a bottom (as viewed) surface 402b, and is preferably formed as a multi-layer component Having alternating layers of insulating material (e.g., ceramic) and conductive material. In this example, one wiring layer is shown as including two (of many) conductive traces 404a and 404b.

US 6,246,247 B1

23

A plurality (two of many shown) of terminals **406***a* and **406***b* are disposed on the top surface **402***a* of the space transformer substrate **402** at a relatively fine pitch (relatively close to one another). A plurality (two of many shown) of terminals **408***a* and **408***b* are disposed on the bottom surface **402***b* of the space transformer substrate **402** at a relatively coarse pitch (relative to the terminals **406***a* and **406***b*, further apart from one another). For example, the bottom terminals **408***a* and **408***b* may be disposed at a 50–100 mil pitch (comparable to printed circuit board pitch constraints), and the top terminals **406***a* and **406***b* may be disposed as a 5–10 mil pitch (comparable to the center-to-center spacing of semiconductor die bond pads), resulting in a 10:1 pitch-transformation. The top terminals **406***a* and **406***b* are connected to the corresponding bottom terminals **408***a* and **408***b*, respectively, by associated conductors **410***a*/412*a* and **410***b*/412*b*, respectively, connecting the terminals to the conductive traces **404***a* and **404***b*, respectively This is all generally well known, in the context of multi-layer land grid array (LGA) support substrates, and the like.

PROBE CARD ASSEMBLY

FIG. **5** illustrates an embodiment of a probe card assembly **500** which includes as its major functional components a probe card **502**, an interposer **504** and a space transformer **506**, and which is suitable in use for making temporary interconnections to a semiconductor wafer **508**. In this exploded, cross-sectional view, certain elements of certain components are shown exaggerated, for illustrative clarity. However, the vertical (as shown) alignment of the various components is properly indicated by the dashed lines in the figure. It should be noted that the interconnection elements (**514**, **516**, **524**, discussed in greater detail hereinbelow) are shown in full, rather than in section.

The probe card **502** is generally a conventional circuit board substrate having a plurality (two of many shown) of contact areas (terminals) **510** disposed on the top (as viewed) surface thereof. Additional components (not shown) may be mounted to the probe card, such as active and passive electronic components, connectors, and the like. The terminals **510** on the circuit board may typically be arranged at a **100** mil pitch (pitch is defined hereinbelow). The probe card **502** is suitably round, having a diameter on the order of 12 inches.

The interposer **504** includes a substrate **512** (compare the substrate **302**). In the manner described hereinabove, a plurality (two of many shown) of resilient interconnection elements **514** are mounted (by their proximal ends) to and extend downward (as viewed) from the bottom (as viewed) surface of the substrate **512**, and a corresponding plurality (two of many shown) of resilient interconnection elements **516** are mounted (by their proximal ends) to and extend upward (as viewed) from the top (as viewed) surface of the substrate **512**. Any of the aforementioned spring shapes are suitable for the resilient interconnection elements **514** and **516**, which are preferably the composite interconnection elements of the present invention. As a general proposition, the tips (distal ends) of both the lower plurality **514** and of the upper plurality **516** of interconnection elements **514** and **516** are at a pitch which matches that of the terminals **510** of the probe card **502**, for example 100 mils.

The interconnection elements **514** and **516** are illustrated with exaggerated scale, for illustrative clarity. Typically, the interconnection elements **514** and **516** would extend to an overall height of 20–100 mils from respective bottom and top surfaces of the interposer substrate **512**. Generally, the

24

height of the interconnection elements is dictated by the amount of compliance desired.

The space transformer **506** includes a suitable circuitized substrate **518** (compare **402**, described hereinabove), such as a multi-layer ceramic substrate having a plurality (two of many shown) of terminals (contact areas, pads) **520** disposed on the lower (as viewed) surface thereof and a plurality (two of many shown) of terminals (contact areas, pads) **522** disposed on the upper (as viewed) surface thereof. In this example, the lower plurality of contact pads **520** is disposed at the pitch of the tips of the interconnection elements **516** (e.g., 100 mils), and the upper plurality of contact pads **522** is disposed at a finer (closer) pitch (e.g., 50 mils). These resilient interconnection **514** and **516** elements are preferably, but not necessarily, the composite interconnection elements of the present invention (compare **210**, hereinabove).

A plurality (two of many shown) of resilient interconnection elements **524** ("probes", "probe elements") are mounted (by their proximal ends) directly (i.e., without the intermediary of additional materials such as wires connecting the probe elements to the terminals, or brazing or soldering the probe elements to the terminals) to the terminals (contact pads) **522** and extend upward (as viewed) from the top (as viewed) surface of the space transformer substrate **518**. As illustrated, these resilient interconnection elements **524** are suitably arranged so that their tips (distal ends) are spaced at an even finer pitch (e.g., 10 mils) than their proximal ends, thereby augmenting the pitch reduction of the space transformer **506**. These resilient contact structures (interconnection elements) **524** are preferably, but not necessarily, the composite interconnection elements of the present invention (compare **210**, hereinabove).

It is within the scope of the invention that the probe elements (**524**) can be fabricated on a sacrificial substrate (compare FIGS. 2D–2F) and subsequently individually mounted (compare FIG. 2G) or gang-transferred (compare FIG. 2H) to the terminals (**522**) of the space transformer component (**506**).

As is known, a semiconductor wafer **508** includes a plurality of die sites (not shown) formed by photolithography, deposition, diffusion, and the like, on its front (lower, as viewed) surface. Typically, these die sites are fabricated to be identical to one another. However, as is known, flaws in either the wafer itself or in any of the processes to which the wafer is subjected to form the die sites, can result in certain die sites being non-functional, according to well established test criteria. Often, due to the difficulties attendant probing die sites prior to singulating semiconductor dies from a semiconductor wafer, testing is performed after singulating and packaging the semiconductor dies. When a flaw is discovered after packaging the semiconductor die, the net loss is exacerbated by the costs attendant to packaging the die. Semiconductor wafers typically have a diameter of at least **6** inches, including at least 8 inches.

Each die site typically has a number of contact areas (e.g., bond pads), which may be disposed at any location and in any pattern on the surface of the die site. Two (of many) bond pads **526** of a one of the die sites are illustrated in the figure.

A limited number of techniques are known for testing the die sites, prior to singulating the die sites into individual semiconductor dies. A representative prior art technique involves fabricating a probe card insert having a plurality of tungsten "needles" embedded in and extending from a

US 6,246,247 B1

25                                                                    26

ceramic substrate, each needle making a temporary connection to a given one of the bond pads. Such probe card inserts are expensive and somewhat complex to manufacture, resulting in their relatively high cost and in a significant lead time to obtain. Given the wide variety of bond pad arrangements that are possible in semiconductor dies, each unique arrangement requires a distinct probe card insert.

The rapidity with which unique semiconductor dies are manufactured highlights the urgent need for probe card inserts that are simple and inexpensive to manufacture, within a short turnaround time. The use of an interposer (504), and a space transformer (506) as a probe card insert, squarely addresses this compelling need.

In use, the interposer 504 is disposed on the top (as viewed) surface of the probe card 502, and the space transformer 506 is stacked atop (as viewed) the interposer 504 so that the interconnection elements 514 make a reliable pressure contact with the contact terminals 510 of the probe card 502, and so that the interconnection elements 516 make a reliable pressure contact with the contact pads 520 of the space transformer 506. Any suitable mechanism for stacking these components and for ensuring such reliable pressure contacts may be employed, a suitable one of which is described hereinbelow.

The probe card assembly 500 includes the following major components for stacking the interposer 506 and the space transformer 506 onto the probe card 502:

a rear mounting plate 530 made of a rigid material such as stainless steel,

an actuator mounting plate 532 made of a rigid material such as stainless steel,

a front mounting plate 534 made of a rigid material such as stainless steel,

a plurality (two of many shown, three is preferred) of differential screws including an outer differential screw element 536 and an inner differential screw element 538,

a mounting ring 540 which is preferably made of a springy material such as phosphor bronze and which has a pattern of springy tabs (not shown) extending therefrom,

a plurality (two of many shown) of screws 542 for holding the mounting ring 538 to the front mounting plate 534 with the space transformer 506 captured therebetween,

optionally, a spacer ring 544 disposed between the mounting ring 540 and the space transformer 506 to accommodate manufacturing tolerances, and

a plurality (two of many shown) of pivot spheres 546 disposed atop (as viewed) the differential screws (e.g., atop the inner differential screw element 538).

The rear mounting plate 530 is a metal plate or ring (shown as a ring) disposed on the bottom (as shown) surface of the probe card 502. A plurality (one of many shown) of holes 548 extend through the rear mounting plate.

The actuator mounting plate 532 is a metal plate or ring (shown as a ring) disposed on the bottom (as shown) surface of the rear mounting plate 530. A plurality (one of many shown) of holes 550 extend through the actuator mounting plate. In use, the actuator mounting plate 532 is affixed to the rear mounting plate 530 in any suitable manner, such as with screws (omitted from the figure for illustrative clarity).

The front mounting plate 534 is a rigid, preferably metal ring. In use, the front mounting plate 534 is affixed to the rear mounting plate 530 in any suitable manner, such as with screws (omitted from the figure for illustrative clarity)

extending through corresponding holes (omitted from the figure for illustrative clarity) through the probe card 502, thereby capturing the probe card 502 securely between the front mounting plate 534 and rear mounting plate 530.

The front mounting plate 534 has a flat bottom (as viewed) surface disposed against the top (as viewed) surface of the probe card 502. The front mounting plate 534 has a large central opening therethrough, defined by an inner edge 552 the thereof, which is sized to permit the plurality of contact terminals 510 of the probe card 502 to reside within the central opening of the front mounting plate 534, as shown.

As mentioned, the front mounting plate 534 is a ring-like structure having a flat bottom (as viewed) surface. The top (as viewed) surface of the front mounting plate 534 is stepped, the front mounting plate being thicker (vertical extent, as viewed) in an outer region thereof than in an inner region thereof. The step, or shoulder is located at the position of the dashed line (labelled 554), and is sized to permit the space transformer 506 to clear the outer region of the front mounting plate and rest upon the inner region of the front mounting plate 534 (although, as will be seen, the space transformer actually rests upon the pivot spheres 546).

A plurality (one of many shown) of holes 554 extend into the outer region of the front mounting plate 534 from the top (as viewed) surface thereof at least partially through the front mounting plate 534 (these holes are shown extending only partially through the front mounting plate 534 in the figure) which, as will be seen, receive the ends of a corresponding plurality of the screws 542. To this end, the holes 554 are threaded holes. This permits the space transformer 506 to be secured to the front mounting plate by the mounting ring 540, hence urged against the probe card 502.

A plurality (one of many shown) of holes 558 extend completely through the thinner, inner region of the front mounting plate 534, and are aligned with a plurality (one of many shown) of corresponding holes 560 extending through the probe card 502 which, in turn, are aligned with the holes 548 in the rear mounting plate and the holes 550 in the actuator mounting plate 538.

The pivot spheres 546 are loosely disposed within the aligned holes 558 and 560, at the top (as viewed) end of the inner differential screw elements 538. The outer differential screw elements 536 thread into the (threaded) holes 550 of the actuator mounting plate 532, and the inner differential screw elements 538 thread into a threaded bore of the outer differential screw elements 536. In this manner, very fine adjustments can be made in the positions of the individual pivot spheres 546. For example, the outer differential screw elements 536 have an external thread of 72 threads-per-inch, and the inner differential screw elements 538 have an external thread of 80 threads-per inch. By advancing an outer differential screw element 536 one turn into the actuator mounting plate 532 and by holding the corresponding inner differential screw element 538 stationary (with respect to the actuator mounting plate 532), the net change in the position of the corresponding pivot sphere 546 will be 'plus' $\frac{1}{72}$ (0.0139) 'minus' $\frac{1}{80}$× (0.0125) inches, or 0.0014 inches. This permits facile and precise adjustment of the planarity of the space transformer 506 vis-a-vis the probe card 502. Hence, the positions of the tips (top ends, as viewed) of the probes (interconnection elements) 524 can be changed, without changing the orientation of the probe card 502. The importance of this feature, a technique for performing alignment of the tips of the probes, and alternate mechanisms (means) for adjusting the planarity of the space transformer are discussed in greater detail hereinbelow, with

respect to FIG. 7. Evidently, the interposer 504 ensures that electrical connections are maintained between the space transformer 506 and the probe card 502 throughout the space transformer's range of adjustment, by virtue of the resilient or compliant contact structures disposed on the two surfaces of the interposer.

The probe card assembly 500 is simply assembled by placing the interposer 504 within the opening 552 of the front mounting plate 534 so that the tips of the interconnection elements 514 contact the contact terminals 510 of the probe card 502, placing the space transformer 506 on top of the interposer 504 so that the tips of the interconnection elements 516 contact the contact pads 520 of the space transformer 506, optionally placing a spacer 544 atop the space transformer 506, placing the mounting ring 540 over the spacer 544, and inserting the screws 542 through the mounting ring 540 through the spacer 544 and into the holes 554 of the front mounting plate 534, and mounting this "subassembly" to the probe card 502 by inserting screws (one shown partially as 555) through the rear mounting plate 530 and through the probe card 502 into threaded holes (not shown) in the bottom (as viewed) surface of the front mounting plate 534. The actuator mounting plate 538 can then be assembled (e.g., with screws, on of which is shown partially as 556) to the rear mounting plate 530, pivot spheres 560 dropped into the holes 550 of the actuator mounting plate 532, and the differential screw elements 536 and 538 inserted into the holes 550 of the actuator mounting plate 532.

In this manner, a probe card assembly is provided having a plurality of resilient contact structures (524) extending therefrom for making contact with a plurality of bond pads (contact areas) on semiconductor dies, prior to their singulation from a semiconductor wafer, at a fine pitch which is commensurate with today's bond pad spacing. Generally, in use, the assembly 500 would be employed upside down from what is shown in the figure, with the semiconductor wafer being pushed (by external mechanisms, not shown) up onto the tips of the resilient contact structures (524).

As is evident from the figure, the front mounting plate (baseplate) 534 determined the position of the interposer 504 vis-a-vis the probe card 502. To ensure accurate positioning of the front mounting plate 534 vis-a-vis the probe card 502, a plurality of alignment features (omitted from the figure for illustrative clarity) such as pins extending from the front mounting plate) and holes extending into the probe card 502 may be provided.

It is within the scope of this invention that any suitable resilient contact structures (514, 516, 524) be employed on the interposer (504) and/or the space transformer (506), including tabs (ribbons) of phosphor bronze material or the like brazed or soldered to contact areas on the respective interposer or space transformer.

It is within the scope of this invention that the interposer (504) and the space transformer (506) can be preassembled with one another, such as with spring clips, described as element 486 of FIG. 29 of the aforementioned copending, commonly-owned PCT/US94/13373, extending from the interposer substrate.

It is within the scope of this invention that the interposer (504) be omitted, and in its stead, a plurality of resilient contact structures comparable to 514 be mounted directly to the contact pads (520) on the lower surface of the space transformer. However, achieving coplanarity between the probe card and the space transformer would be difficult. A principal function of the interposer is to provide compliance to ensure such coplanarity.

FIG. 5A illustrates, in perspective view, a. suitable space transformer substrate 518 for the probe card assembly 500 of FIG. 5. As shown therein, the space transformer substrate 518 is suitably a rectangular solid, having a length "L" a width "W" and a thickness "T". In this figure, the top surface 518a of the space transformer substrate 518 is visible, to which the probing interconnection elements (compare 524) are mounted. As shown, a plurality (such as several hundred) of contact pads 522 are disposed on the top surface 518a of the space transformer substrate 518 in a given area thereof. The given area is indicated by the dashed lines labelled 570 and, as is evident, the contact pads 522 may be arranged in any suitable pattern within the given area 570.

As mentioned hereinabove, the space transformer substrate 518 is suitably formed as a multi-layer ceramic substrate, having alternating layers of ceramic and patterned conductive material.

The fabrication of such multi-layer ceramic substrates is well known and is employed, for example, in the manufacture of Land Grid Array (LGA) semiconductor packages. By appropriately routing the patterned conductive material within such a multilayer substrate, it is simple and straight-forward to dispose contact pads (not visible in this view, compare 520) on the bottom surface (not visible in this view) of the substrate 518 at a pitch which is different than (e.g., larger than) the pitch of the contact pads 522 on the top surface 518a of the substrate 518, and to connect the contact pads 520 with the contact pads 522 to one another internally within the substrate 518. Achieving a pitch of approximately 10 mils between the contact pads 522 on such a substrate is very feasible.

FIG. 5A illustrates a preferred feature of the space transformer substrate 518. As mentioned, the substrate 518 is a rectangular solid having a top surface 518a, a bottom surface (hidden from view in this figure), and four side edges 518b, 518c, 518d and 518e. As shown, notches 572b, 572c, 572d and 572e are provided along the intersections of the respective side edges 518b, 518c, 518d and 518e and the top surface 518a of the substrate 518 along nearly the entire length (exclusive of the corners) of the respective side edges 518b . . . 518e. These notches 572b . . . 572e generally facilitate the manufacture of the space transformer substrate 518 as a multi-layer ceramic structure, and are also visible in the illustration of FIG. 5. It should be understood that the notches are not a necessity. Evidently, since the four corners of the substrate 518 are not notched (which is basically dictated by the process of making a ceramic, multilayer substrate), the mounting plate (540 of FIG. 5) must evidently accommodate these corner "features".

FIG. 5B illustrates an embodiment of a space transformer substrate 574 which is comparable to the space transformer substrate 518 of the previous illustration, and which can similarly be employed in the probe card assembly 500 of FIG. 5. In this case, a plurality (four of many shown) of areas 570a, 570b, 570c and 570d are defined, within each of which a plurality of contact pads 522a, 522b, 522c can readily be disposed in any desired pattern. It is generally intended that the spacing of the areas 570a . . . 570d correspond to the spacing of die sites on a semiconductor wafer so that a plurality of die sites can simultaneously be probed with a single "pass" of the probe card. (This is especially useful for probing multiple memory chips resident on a semiconductor wafer.) Typically, the pattern of the contact pads 522a . . . 522d within the respective areas 570a . . . 570d of the substrate 574 will be identical to one another, although this is not absolutely necessary.

The illustration of FIG. 5B clearly demonstrates that a single space transformer can be provided with probe ele-

**29**

ments for probing (making pressure contacts with) a plurality (e.g., four, as illustrated) of adjacent die sites on a semiconductor wafer. This is beneficial in reducing the number of setdowns (steps) required to probe all of the die sites on a wafer. For example, if there are one hundred die sites on a wafer, and four sets of probe elements on the space transformer, the wafer need only be positioned against the space transformer twenty-five times (ignoring, for purposes of this example, that efficiency at the edge (periphery) of the wafer would be somewhat attenuated). It is within the scope of this invention that the arrangement of probe sites (e.g., 570a . . . 570d), as well as the orientation of the individual probe elements (e.g., staggered) can be optimized to minimize the number of touchdowns required to probe an entire wafer. It is also within the scope of this invention that the probe elements can be arranged on the surface of the space transformer in a manner that alternate probe elements make contact with different ones of two adjacent die sites on the wafer. Given that it is generally desirable that the probe elements all have the same overall length, it is evident that the unconstrained manner in which the probe elements can be attached (mounted) directly to any point on the two-dimensional surface of the space transformer is superior to any technique which constrains the location whereat the probe elements are attached to a probe card (e.g., ring arrangements, as described hereinabove). It is also within the scope of this invention that a plurality of non-adjacent die sites on a wafer could be probed in this manner. The present invention is particularly beneficial to probing unsingulated memory devices on a wafer, and is useful for probing die sites having any aspect ratio.

FIG. 5C illustrates an exemplary layout of contact pads 520 on the bottom surface of the space transformer substrate 518, wherein the pads 520 are arranged in a pattern having a 100 mil pitch, each row of pads being staggered from the adjacent row of pads, and each pad having a diameter of approximately 55 mils.

FIG. 6A is a plan view of either of the top or bottom surfaces of an exemplary interposer substrate 580 (compare 512), showing an exemplary layout of conductive areas (not illustrated in FIG. 5, compare FIG. 3A) to which the interconnection elements (514, 516) are mounted. FIG. 6B is a cross-sectional view of a portion of the same interposer substrate 580. As illustrated in FIG. 6B, a plurality of plated through holes 582 extend through the substrate 580, from a one surface 580a to an opposite surface 580b thereof. The substrate (board) itself is formed of conventional circuit board materials, using conventional techniques for fabricating plated through holes. In this example, the "base" board 584 is initially covered with an extremely thin (e.g., 100 microinch) "blanket" layer 586 layer of copper. A layer of photoresist 588 is applied to both surfaces of the board, and patterned to have openings permitting the plating up of the through holes 582. The through holes 582 are plated with an approximately 1 mil thick layer 590 of copper, over which is deposited a thin (e.g., at least 100 microinch) barrier layer 592 layer of nickel, over which is deposited a thin (e.g., at least 50 microinch) layer 594 of soft (pure) gold. The photoresist 588 is then removed, and vestiges of the initial extremely thin layer 586 of copper are removed from areas outside of the plated through hole 582. As illustrated in FIG. 6A, the plan view of each contact area formed by a plated through hole 582 is that of a circular ring, with a tab extending therefrom. The tab defines the orientation of the conductive area (pad) of the through hole exposed (for mounting interconnection elements) on the surface of the substrate 580. The pads are arranged at a 100 mil pitch, in

**30**

staggered rows, with their orientations (as determined by their tabs) reversing at a centerline of the substrate surface.

With regard to the exemplary probe card assembly 500 described hereinabove, the following dimensions and materials are exemplary, for a given application:

a. the space transformer substrate 518 has a length (L) of 2.5 inches, a width (w) of 2.5 inches, and a thickness (T) of 0.25 inches, and has at least three alternating layers of ceramic and patterned conductor.

b. The interconnection elements 524 extending from the space transformer substrate 518 are the composite interconnection elements of the present invention, having a gold wire core with a diameter of 1.0 mils, overcoated by 1.5 mils of nickel, for an overall diameter of 4.0 mils. The overall height of the interconnection elements 524 is 40 mils.

c. The interposer substrate 512 is formed of conventional circuit board materials, has side dimensions of 1.850 inches and a thickness of 16 mils.

d. The interconnection elements 514 and 516 extending from the interposer substrate 512 are the composite interconnection elements of the present invention, having a gold wire core with a diameter of 1.0 mils, overcoated by 1.5 mils of nickel, for an overall diameter of 4.0 mils. The overall height of the interconnection elements 524 is 60 mils.

It is within the scope of the invention, and is generally preferred, that although the interconnection elements 514 and 516 are illustrated in FIG. 5 as single interconnection elements, each illustrated element is readily implemented as an interconnection structure having two or more interconnection elements in the manner described hereinabove with respect to FIG. 3A, to ensure that reliable pressure contacts are made to the respective contact terminals 510 of the probe card 502 and contact pads 520 of the space transformer 506

It should clearly be understood that the space transformer (506, 518, 574) and interposer (504, 580) can be supplied to an end user as a "kit" (or "subassembly"), in which case the end user would supply the probe card and associated mounting hardware (e.g., 530, 532, 534, 536, 538, 540, 544).

Although the invention has been illustrated and described in detail in the drawings and foregoing description, the same is to be considered as illustrative and not restrictive in character it being understood that only preferred embodiments have been shown and described, and that all changes and modifications that come within the spirit of the invention are desired to be protected. Undoubtedly, many other "variations" on the "themes" set forth hereinabove will occur to one having ordinary skill in the art to which the present invention most nearly pertains, and such variations are intended to be within the scope of the invention, as disclosed herein. Several of these variations are set forth in the parent case.

ALIGNING THE PROBE CARD ASSEMBLY

FIG. 7 illustrates a technique 700 of aligning a probe card assembly such as the probe card assembly 500 of FIG. 5. To this end, several of the elements of the probe card assembly 500 of FIG. 5 bear the same numbering (5xx) in this figure. The view of FIG. 7 is partially assembled, with the major components in contact with one another.

A problem addressed head on by this invention is that it is often difficult to align the contact tips of a probe card (or probe card insert) with respect to a semiconductor wafer being tested. It is essential that tolerances on the coplanarity of the tips of the probes and the surface of the wafer be held to a minimum, to ensure uniform reliable contact pressure at each the tip 524a (top ends, as viewed) of each probe (i.e, the resilient contact structures 524). As discussed

US 6,246,247 B1

31                                                          32

hereinabove, a mechanism (e.g., differential screws **536** and **538**) is provided in the probe card assembly for adjusting the planarity of the tips **524**a of the probes by acting upon the space transformer **506**. In this figure, the space transformer substrate **506** is illustrated with internal connection between the top terminals and the bottom terminals thereof, in the manner illustrated in FIG. 4, described hereinabove.

Prior to employing the probe card assembly to perform testing on a semiconductor wafer, the alignment of the probe tips is measured and, if necessary, adjusted to ensure that the probe tips **524**a will be coplanar with semiconductor wafers that are subsequently presented to the probe card assembly (i.e., urged against the probe tips).

Generally, a wafer tester (not shown) in which the probe card assembly is mounted, will have a mechanism (not shown) for conveying semiconductor wafers into the region of the probe card assembly and urging the semiconductor wafers against the probe tips **524**a. To this end, semiconductor wafers are held by a chuck mechanism (not shown). For purposes of this discussion, it is assumed that the tester and chuck mechanism are capable of moving wafer-after-wafer into a precise, repeatable location and orientation—the precise location of the wafer functioning as a "reference plane".

According to the invention, in order to align the tips **524**a vis-a-vis the expected orientation of a semiconductor wafer, in other words vis-a-vis the reference plane, a flat electrically-conductive metal plate **702** is mounted in the tester in lieu of a semiconductor wafer. The flat metal plate **702** functions as an "ersatz" or "virtual" wafer, for purposes of aligning the tips **524**a of the probes.

Each probe **524** is associated with a one of a plurality of terminals (not shown) on the probe card **502**, a conductive path therebetween being constituted by a selected one of the probes **524**, an associated selected one of the resilient contact structures **516** and an associated selected one of the resilient contact structures **514**, and wiring layers (not shown) within the probe card **502**. The probe card terminals may be in the form of surface terminals, terminals of a socket, or the like. A cable **704** connects between the probe card **502** and a computer (tester) **706** which has a display monitor **708**. The present invention is not limited to using a computing device, nor to a display monitor.

In this example, it is assumed that one hundred pressure contacts are sought to be effected between one hundred probe tips **524**a arranged in a 10×10 rectangular array and one hundred terminals (e.g., bond pads) of a semiconductor wafer. The present invention is not, however, limited to any particular number of probe tips or any particular layout of bond pads.

The flat metal plate **702** is carried by the chuck (not shown) and urged (advanced, as indicated by the arrow labelled "A") against the probe tips **524**a. This is done in a relatively gradual manner, so that it can be ascertained whether the probe tips **524**a all contact the flat metal plate in unison (not likely), or whether certain ones of the probe tips **524**a are contacted by the flat metal plate **702** prior to remaining ones of the probe tips **524**a. In the illustration, the seventy-one filled circles (dots) within the area **710** on the monitor **708** indicate that seventy-one of the probe tips **524**a have been contacted by the flat metal plate **702** prior to the remaining twenty-nine of the probe tips **524**a (illustrated as empty circles) having been contacted by the flat metal plate **702**. Based on this visual representation, it is evident that the space transformer **506** (or, possibly, the metal plate **702**) is tilted (canted) to the left (as viewed) downwards (out of the

page, as viewed), and the orientation of the space transformer **506** can readily be adjusted by suitable adjustments of the differential screws **536** and **538**.

The adjustments necessary to achieve the desired goal of planar, simultaneous contact of all of the tips **524**a with the flat metal plate **702**, without altering the orientation of the probe card **502**, so that all of the probe tips **524**a make substantially simultaneous contact with the flat metal plate **702** are readily calculated, either on-line or off-line. By making the calculated adjustments, the tips **524**a of the probes **524** will subsequently make substantially simultaneous contact with bond pads on semiconductor wafers being tested.

The "go/no-go" (contact/no contact) type of testing discussed in the previous paragraph is illustrative of a first "order" of alignment that is facilitated by the probe card assembly of the present invention. A second "order" of alignment -is readily performed by recording (e.g., in the computer memory) the sequence (order) in which the probe element tips contact the metal plate. The first tip to contact the metal plate generally will generally represent a corner of the space transformer that is too "high", and needs to be lowered (e.g., by adjusting the differential screws). Likewise, the last tip to contact the metal plate will generally represent a corner of the space transformer that is too "low", and needs to be heightened (e.g., by adjusting the differential screws). It is within the scope of this invention that any suitable algorithm can be employed to determine the adjustments required to be made, based on the sequence of tips contacting the metal plate. It is also within the scope of this invention that a resistance (e.g., to ground) between each probe tip **524**a and the flat metal plate **702** can be measured and displayed as a numeral, or symbol, or dot color, or the like, indicative of the measured resistance, rather than merely as a filled circle versus an unfilled circle on the display monitor, although such is generally not preferred.

It is within the scope of this invention that any suitable mechanism can be employed for adjusting the orientation of the space transformer **506**—in other words, planarizing the tips **524**a of probes **524**. Alternatives to using the differential screws (**536**, **538**) arrangement discussed hereinabove would be to use servo mechanisms, piezoelectric drivers or actuators, magnetostrictive devices, combinations thereof (e.g., for gross and fine adjustments), or the like to accomplish such planarizing.

FIG. 7A illustrates an automated technique **750** for adjusting the spatial orientation of the space transformer (not shown in this view). In this example, an actuator mechanism **552** (labelled "ACT") is substituted for the differential screws (**536**, **538**) and operates in response to signals from the computer **706**. Three such mechanisms **552** can be substituted for the three pairs of differential screw elements in a straightforward manner. Similar elements in FIG. 7A are labelled with identical numbers as appear in FIG. 7, and several elements appearing in FIG. 7 are omitted from the view of FIG. 7A, for illustrative clarity.

It is also within the scope of this invention that the mechanism (particularly an automated mechanism as illustrated in FIG. 7A) for planarizing the space transformer (**506**) can be disposed other than as shown in the exemplary embodiments described herein. For example, a suitable mechanism could be located between the top (as viewed) surface of the probe card (**502**) and the front mounting plate (**534**), or incorporated into the front mounting plate (**534**). The key feature of using any of these mechanisms is the ability to alter the angle (orientation) of the space trans-

**33**

former (e.g., **506**) without requiring the orientation of the probe card (**502**) to be altered.

### PRE-FABRICATING TIP STRUCTURES FOR THE PROBE ELEMENTS, PROCESSING PROBE ELEMENTS, AND JOINING THE TIP STRUCTURES TO THE PROBE ELEMENTS

FIGS. 2D–2F, discussed hereinabove, disclose a technique for fabricating tip structures (**258**) on a sacrificial substrate (**254**), and fabricating composite interconnection elements 264 on the tip structures (**258**) for subsequent mounting to terminals of an electronic component. Such a technique can certainly be employed with respect to mounting composite interconnection elements having fabricated tip structures on the top surface of the space transformer (**518**).

FIG. 8A illustrates an alternate technique **800** for fabricating composite interconnection elements having fabricated tip structures, particularly useful as the resilient contact structures residing atop the space transformer is now discussed. In this example, a silicon substrate (wafer) **802** having a top (as viewed) surface is used as the sacrificial substrate. A layer **804** of titanium is deposited (e.g., by sputtering) onto the top surface of the silicon substrate **802**, and has a thickness of approximately 250 Å (1 Å=0.1 nm=$10^{-10}$ m). A layer **806** of aluminum is deposited (e.g., by sputtering) atop the titanium layer **804**, and has a thickness of approximately 10,000 Å. The titanium layer **804** is optional and serves as an adhesion layer for the aluminum layer **806**. A layer **808** of copper is deposited (e.g., by sputtering) atop the aluminum layer **806**, and has a thickness of approximately 5,000 Å. A layer **810** of masking material (e.g., photoresist) is deposited atop the copper layer **808**, and has a thickness of approximately 2 mils. The masking layer **810** is processed in any suitable manner to have a plurality (three of many shown) of holes **812** extending through the photoresist layer **810** to the underlying copper layer **808**. For example, each hole **812** may be **6** mils in diameter, and the holes **812** may be arranged at a pitch (center-to-center) of 10 mils. The sacrificial substrate **802** has, in this manner, been prepared for fabricating a plurality of multi-layer contact tips within the holes **812**, as follows:

A layer **814** of nickel is deposited, such as by plating, onto the copper layer **808**, and has a thickness of approximately 1.0–1.5 mils. Optionally, a thin layer (not shown) of a noble metal such as rhodium can be deposited onto the copper layer prior to depositing the nickel. Next, a layer **816** of gold is deposited, such as by plating, onto the nickel **814**. The multi-layer structure of nickel and aluminum (and, optionally, rhodium) will serve as a fabricated tip structure (**820**, as shown in FIG. **8B**).

Next, as illustrated in FIG. **8B**, the photoresist **810** is stripped away (using any suitable solvent), leaving a plurality of fabricated tip structures **820** sitting atop the copper layer **808**. Next, the copper (**808**) is subjected to a quick etch process, thereby exposing the aluminum layer **806**. As will be evident, aluminum is useful in subsequent steps since it is substantially non-wettable with respect to solder and braze materials.

It bears mention that it is preferred to pattern the photoresist with additional holes within which "ersatz" tip structures **822** may be fabricated in the same process steps employed to fabricate the tip structures **820**. These ersatz tip structures **822** will serve to uniformize the aforementioned plating steps in a manner that is well known and understood, by reducing abrupt gradients (non-uniformities) from mani-

**34**

festing themselves across the surface being plated. Such structures (**822**) are known in the field of plating as "robbers".

Next, solder or brazing paste ("joining material") 824 is deposited onto the top (as viewed) surfaces of the tip structures **820**. (There is no need to deposit the paste onto the tops of the ersatz tip structures **822**). This is implemented in any suitable manner, such as with a stainless steel screen or stencil. A typical paste (joining material) 824 would contain gold-tin alloy (in a flux matrix) exhibiting, for example, 1 mil spheres (balls).

The tip structures **820** are now ready to be mounted (e.g., brazed) to ends (tips) of resilient contact structures, preferably the composite interconnect elements of the present invention. However, it is preferred that the composite interconnect elements first be specially "prepared" to receive the tip structures **820**.

FIG. 8C illustrates a technique **850** for preparing a space transformer substrate **830** (compare **506**) with a plurality (two of many shown) of composite interconnection elements **832** (compare **524**) in anticipation of tip structures (**820**) being mounted to the ends of the composite interconnection elements **832**. The composite interconnections elements (probe elements) **832** are shown in full (rather than in cross section).

In this example, the composite interconnection elements **832** are multilayer (compare FIG. 2A) and have a gold (wire) core overcoated with a layer (not shown) of copper and further overcoated with a layer (not shown) of nickel (preferably a nickel-cobalt alloy having proportions 90:10 of Ni:Co), and further overcoated with a layer (not shown) of copper. As will be evident, it is preferred that the nickel layer be deposited to only a substantial portion (e.g., 80%) of its desired final thickness, the remaining small portion (e.g., 20%) of the nickel thickness being deposited in a subsequent step, described hereinbelow.

In this example, the space transformer substrate **830** is provided with a plurality (two of many shown) of pillar-like structures **834** extending from its top (as viewed) surface which, as will be evident, will function as polishing "stops". It is not necessary to have a large number of these polishing stops, and they are readily formed with and of the same material as the substrate (e.g., ceramic).

The space transformer substrate **830** is then "cast" with a suitable casting material **836**, such as thermally-meltable, solution-soluble polymer, which serves to support the composite interconnection elements **832** extending from the top surface of the space transformer substrate. The top (as viewed) surface of the overmolded substrate is then subjected to polishing, such as with a polishing wheel **838** which is urged down (as viewed) onto the top surface of the casting material. The aforementioned polishing stops **834** determine the final position of the polishing wheel, as indicated by the dashed line labelled "P". In this manner, the tips (top ends, as viewed) of the composite interconnection elements **832** are polished to be substantially perfectly coplanar with one another.

As discussed hereinabove, a mechanism (e.g., differential screws or an automated mechanism) is provided in the overall probe card assembly (**500**) to orient the space transformer to ensure that the tips of resilient contact structures are coplanar with a semiconductor wafer being tested, and that the tips are planarized to make substantially simultaneous contact with the wafer. Certainly, starting with tips which have been planarized by polishing (or by any other suitable means) will contribute to achieving this important

US 6,246,247 B1

35

objective. Moreover, by ensuring that the tips of the probe elements (832) are coplanar to begin with, relaxes (reduces) the constraints imposed on the interposer component (534) to accommodate (by compliance) non-planarities in the tips of the probe elements (832) extending from the space transformer component.

After having planarized the tips of the probe elements by polishing, the casting material 836 is removed with a suitable solvent. (The polishing stops 834 will be removed at this time.) Casting materials are well known, as are their solvents. It is within the scope of this invention that casting materials such as wax, which can simply be melted away, can be used to support the probe elements (832) for polishing. The space transformer has, in this manner, been prepared to receive the aforementioned tip structures (820).

A beneficial side effect of the polishing operation is that the material overcoating the gold wire stem (core) of the composite interconnection element 832 will be removed at the tip, leaving the gold core exposed. Inasmuch as it is desired to braze tip structures (820) to the tips of the composite interconnection elements, having exposed gold material to braze to is desireable.

That having been said, it is preferred to further "prepare" the space transformer for receiving the tip structures by first performing one additional plating step—namely, nickel plating the composite interconnection elements 832 to provide the composite interconnection elements with the aforementioned remaining small portion (e.g., 20%) of their desired, overall nickel thickness.

The prepared substrate shown in FIG. 8B is now brought to bear upon the prepared space transformer. As shown in FIG. 8D, the tip structures 820 (only two tip structures are shown in the view of FIG. 8D, for illustrative clarity) are aligned with the tips of the composite interconnection elements 832, using standard flip-chip techniques (e.g., split prism), and the assembly is passed through a brazing furnace to reflow the joining material 824, thereby joining (e.g., brazing) the prefabricated tip structures 820 to the ends of the contact structures 832.

It is within the scope of this invention that this technique can be used to join (e.g., braze) pre-fabricated tip structures to ends of non-resilient contact structures, resilient contact structures, composite interconnection elements, and the like.

During the reflow process, the exposed aluminum layer (806), being non-wettable, prevents solder (i.e., braze) from flowing between the tip structures 820, i.e., prevents solder bridges from forming between adjacent tip structures. In addition to this anti-wetting function of the aluminum layer, the aluminum layer also serves as a release layer. Using a suitable etchant, the aluminum is preferentially (to the other materials of the assembly) etched away, and the silicon substrate 802 simply "pops" off, resulting in a space transformer having composite interconnection elements (probe elements) each having a prefabricated tip structure, as illustrated in FIG. 8E. (Note that the joining material 824 has reflowed as "fillets" on end portions of the probe elements 832.) In a final step of the process, the residual copper (808) is etched away, leaving the tip structure 820 with nickel (or rhodium, as discussed hereinabove) exposed for making contact to terminals of an electronic component being probed.

It is within the scope of this invention, but it is generally not preferred, that composite interconnection elements (such as 832) can first be fabricated on the tip structures themselves, in the "spirit" of the technique described with respect to FIGS. 2D–2F, utilizing the tip structure metallurgy

36

described with respect to FIG. 8A, and subsequently mounted to the space transformer substrate.

It is within the scope of the invention that the brazing (soldering) paste 824 is omitted, and in its stead, a layer of eutectic material (e.g., gold-tin) is plated onto the resilient contact structures prior to mounting the contact tips (820) thereto.

Although the invention has been illustrated and described in detail in the drawings and foregoing description, the same is to be considered as illustrative and not restrictive in character—it being understood that only preferred embodiments have been shown and described, and that all changes and modifications that come within the spirit of the invention are desired to be protected. Undoubtedly, many other "variations" on the "themes" set forth hereinabove will occur to one having ordinary skill in the art to which the present invention most nearly pertains, and such variations are intended to be within the scope of the invention, as disclosed herein. Several of these variations are set forth in the parent case.

For example, in any of the embodiments described or suggested herein where a masking material (e.g., photoresist) is applied to a substrate and patterned such as by exposure to light passing through a mask and chemically removing portions of the masking material (i.e., conventional photolithographic techniques), alternate techniques can be employed, including directing a suitable collimated light beam (e.g., from an excimer laser) at portions of the masking material (e.g., blanket hardened photoresist) sought to be removed, thereby ablating these portions of the masking material, or directly (without the use of a mask) hardening portions of the masking material with a suitable collimated light beam then chemically washing off the non-hardened masking material.

It has been suggested hereinabove that the composite interconnection elements of the present invention are but an example of suitable resilient contact structures that can be mounted directly to terminals of a space transformer component of a probe card assembly. For example, it is within the scope of this invention that needles of an inherently resilient (relatively high yield strength) material, such as tungsten, can be coated with a material, such as solder or gold, to make them solderable, optionally supported in a desired pattern, and soldered to the terminals of the space transformer.

What is claimed is:

1. An interposer comprising:

a substrate having first and second opposed sides with a first set of terminals on the first side and a second set of terminals on the second side;

a first set of resilient contact structures, each having a portion connected to a respective one of the terminals of the first set of terminals, a contact region distant from the substrate, and an elongate section extending from the portion to the contact region, the elongate section resiliently bending upon depression of the contact region towards the substrate, wherein the contact regions of two adjacent resilient contact structures are spaced differently than the terminals of the adjacent resilient contact structures and wherein respective ones of the second set of terminals are coupled to corresponding ones of the first set of terminals; and

a second set of resilient contact structures, each having a portion attached to a respective one of the terminals of the second set of terminals, a contact region distant from the substrate, and an elongate section extending

US 6,246,247 B1

37

from the portion to the contact region, the elongate section resiliently bending upon depression of the contact region towards the substrate.

**2**. Interposer, according to claim **1**, further comprising:

tip structures mounted to ends of the first plurality of resilient contact structures.

**3**. Interposer, according to claim **1**, wherein:

the first plurality of resilient contact structures are composite interconnection elements.

**4**. Interposer, according to claim **1**, wherein:

the first plurality of resilient contact structures are fabricated on a sacrificial substrate prior to mounting the first plurality of resilient contact structures directly to the first plurality of terminals.

**5**. Interposer, according to claim **1**, further comprising:

a subset of the second set of resilient contact structures mounted directly to the second set of terminals.

**6**. Interposer, according to claim **5**, wherein:

the second plurality of resilient contact structures are composite interconnection elements.

**7**. Interposer, according to claim **5**, wherein:

the second plurality of resilient contact structures are fabricated on a sacrificial substrate prior to mounting the second plurality of resilient contact structures directly to the second plurality of terminals.

**8**. Probe Card Assembly, comprising:

a probe card having a first surface, a second surface and a plurality of contact terminals on the first surface thereof;

an interposer having a first surface, a second surface, a second plurality of elongate resilient contact structures extending from the second surface thereof and a first plurality of elongate resilient contact structures extending from the first surface thereof; and

a space transformer having a first surface, a second surface, a plurality of contact pads disposed on the second surface thereof, and a third plurality of elongate resilient contact structures extending from the first surface thereof;

wherein:

the second plurality of elongate resilient contact structures effect a pressure connection with the contact terminals of the probe card; and

the first plurality of elongate resilient contact structures effect a pressure connection with the contact pads of the space transformer.

**9**. Probe Card Assembly, according to claim **8**, wherein:

the third plurality of elongate resilient contact structures are mounted directly to terminals on the first surface of the space transformer.

**10**. Probe Card Assembly, according to claim **8**, wherein:

the first plurality of elongate resilient contact structures are composite interconnection elements.

**11**. Probe Card Assembly, according to claim **8**, wherein:

the second plurality of elongate resilient contact structures are composite interconnection elements.

**12**. Probe Card Assembly, according to claim **8**, wherein:

the third plurality of elongate resilient contact structures are composite interconnection elements.

**13**. Probe Card Assembly, according to claim **8**, wherein:

one or more of the first plurality of elongate resilient contact structures are a composite structure, wherein the composite structure includes a resilient material of sufficient dimension to act resiliently, the resilient

38

material connected to a precursor material, the precursor material having a springable shape but not having material properties and dimensions to act resiliently in the absence of the connected resilient material.

**14**. Probe Card Assembly, according to claim **8**, wherein:

one or more of the second plurality of elongate resilient contact structures are a composite structure, wherein the composite structure includes a resilient material of sufficient dimension to act resiliently, the resilient material connected to a precursor material, the precursor material having a springable shape but not having material properties and dimensions to act resiliently in the absence of the connected resilient material.

**15**. Probe Card Assembly, according to claim **8**, further comprising:

a front mounting plate made of a rigid material, having a first surface and a second surface, and disposed with its second surface against the first surface of the probe card;

means for affixing the front mounting plate to the first surface of the probe card; and

means for urging the space transformer towards the first surface of the probe card.

**16**. Probe Card Assembly, according to claim **15**, wherein:

the front mounting plate is made of stainless steel.

**17**. Probe Card Assembly, according to claim **15**, wherein the means for urging the space transformer comprises:

a mounting ring; and

a plurality of screws holding the mounting ring to the front mounting plate with the space transformer captured therebetween.

**18**. Probe Card Assembly, according to claim **17**, wherein:

the mounting ring is made of a springy material.

**19**. Probe Card Assembly, according to claim **17**, further comprising:

a spacer ring disposed between the mounting ring and the top surface of the space transformer.

**20**. Probe Card Assembly, according to claim **15**, wherein the means for affixing the front mounting plate comprises:

a rear mounting plate made of a rigid material, having a first surface and a second surface, and disposed with its first surface against the second surface of the probe card; and

a plurality of screws extending between the front mounting plate and the rear mounting plate, through the probe card.

**21**. Probe Card Assembly, according to claim **20**, wherein:

the rear mounting plate is made of stainless steel.

**22**. Probe Card Assembly, according to **8**, further comprising:

means for adjusting the orientation of the space transformer relative to the probe card without changing the orientation of the probe card.

**23**. Probe Card Assembly, according to claim **22**, wherein the means for adjusting the orientation of the space transformer comprises:

a plurality of differential screws, each including an outer differential screw element and an inner differential screw element, acting upon the second surface of the space transformer.

**24**. Probe Card Assembly, according to claim **23**, further comprising:

a pivot sphere disposed on an end of one of the inner differential screw elements.

**39**

**25**. Probe Card Assembly, according to claim **23**, further comprising:

an actuator mounting plate disposed beneath the probe card;

wherein:

the differential screws are threaded into the actuator mounting plate.

**26**. Probe Card Assembly, according to claim **22**, wherein the means for adjusting the orientation of the space transformer comprises:

an actuator, responsive to a computer, acting upon the space transformer.

**27**. Probe Card Assembly, according to claim **8**, wherein:

the contact pads are disposed at a first pitch on the second surface of the space transformer;

third plurality of elongate resilient contact structures are disposed at a second pitch on the first surface of the space transformer; and

the first pitch is greater than the second pitch.

**28**. Probe Card Assembly, according to claim **8**, wherein:

the first plurality of elongate resilient contact structures are disposed at a first pitch on the first surface of the interposer;

the second plurality of elongate resilient contact structures are disposed at a second pitch on the second surface of the interposer; and

the first pitch is substantially the same as the second pitch.

**29**. Probe Card Assembly, according to claim **8**, wherein:

the contact pads are disposed at a first pitch on the second surface of the space transformer;

the third plurality of elongate resilient contact structures are disposed at a second pitch on the first surface of the space transformer;

the first plurality of elongate resilient contact structures are disposed at the first pitch on the first surface of the interposer;

the second plurality of elongate resilient contact structures are disposed at the first pitch on the second surface of the interposer; and

the first pitch is greater than the second pitch.

**30**. Probe Card Assembly, according to claim **8**, wherein at least some of the elongate resilient contact structures comprise:

a composite interconnection element having an end; and

a pre-fabricated tip structure joined to the end of the composite interconnection element.

**31**. Probe Card Assembly, according to claim **8**, wherein:

the third plurality of elongate resilient contact structures are connected to terminals on the first surface of the space transformer.

**32**. Probe Card kit, comprising:

a space transformer having a first surface, a second surface, a plurality of contact pads disposed on the second surface thereof, and a plurality of elongate contact structures connected to the first surface thereof, said space transformer adapted in use such that contact regions of the plurality of elongate contact structures pressure contacts with a corresponding plurality of contact areas on a semiconductor wafer; and

an interposer having a first surface, a second surface, a first plurality of elongate resilient contact structures extending from the first surface thereof, said interposer adapted in use such that contact regions of the first plurality of elongate resilient contact structures make

**40**

pressure connections with the plurality of contact pads on the second surface of the space transformer, the interposer having a second plurality of elongate resilient contact structures extending from the second surface thereof, said interposer adapted in use for contact regions of the second plurality of elongate resilient contact structures making pressure connections with a plurality of terminals on a probe card.

**33**. Probe Card Kit, according to claim **32**, wherein:

the contact pads are disposed at a first pitch on the second surface of the space transformer;

the plurality of elongate contact structures are disposed at a second pitch on the first surface of the space transformer; and

the first pitch is greater than the second pitch.

**34**. Probe Card Kit, according to claim **32**, wherein:

the second plurality of elongate resilient contact structures are disposed at a first pitch on the second surface of the interposer;

the first plurality of elongate resilient contact structures are disposed at a second pitch on the first surface of the interposer; and

the first pitch is substantially the same as the second pitch.

**35**. Probe Card Assembly, according to claim **32**, wherein:

the contact pads are disposed at a first pitch on the second surface of the space transformer;

the plurality of elongate contact structures are disposed at a second pitch on the first surface of the space transformer;

the second plurality of elongate resilient contact structures are disposed at the first pitch on the second surface of the interposer;

the first plurality of elongate resilient contact structures are disposed at the first pitch on the first surface of the interposer; and

the first pitch is greater than the second pitch.

**36**. Probe Card Assembly, comprising:

a probe card having a first surface, a second surface and a plurality of contact terminals on the first surface thereof;

a space transformer having a first surface, a second surface, a plurality of contact pads disposed on the second surface thereof, and a first plurality of elongate resilient contact structures mounted adjacent to and extending from the first surface thereof;

wherein the plurality of contact pads are connected to the plurality of contact terminals of the probe card.

**37**. Probe Card Assembly, according to claim **36**, wherein:

the first plurality of elongate resilient contact structures are mounted directly to terminals on the first surface of the space transformer.

**38**. Probe Card Assembly, according to claim **36**, wherein:

the first plurality of elongate resilient contact structures are connected to terminals on the first surface of the space transformer.

**39**. Probe Card Assembly, according to claim **36**, wherein:

the first plurality of elongate resilient contact structures are composite interconnection elements.

**40**. Probe Card Assembly, according to **36**, further comprising:

means for adjusting the orientation of the space transformer relative to the probe card without changing the orientation of the probe card.

**41**. Probe Card Assembly, according to claim **40**, wherein the means for adjusting the orientation of the space transformer comprises:

US 6,246,247 B1

41

a plurality of differential screws, each including an outer differential screw element and an inner differential screw element, acting upon the second surface of the space transformer.

**42**. Probe Card Assembly, according to claim **41**, wherein the means for adjusting the orientation of the space transformer comprises:

an actuator, responsive to a computer, acting upon the space transformer.

**43**. Probe Card Assembly, according to claim **36**, wherein:

the contact pads are disposed at a first pitch on the second surface of the space transformer;

the first plurality of elongate resilient contact structures each having a contact region, the contact regions disposed at a second pitch; and

the first pitch is greater than the second pitch wherein the first pitch is a shortest distance between any two adjacent contact pads and the second pitch is a shortest distance between any two adjacent elongate contact structures.

**44**. Probe Card Assembly, comprising:

a probe card having a first surface, a second surface and a plurality of contact terminals on the first surface thereof;

a space transformer having a first surface, a second surface, a plurality of contact pads disposed on the second surface thereof, and a first plurality of elongate contact structures mounted adjacent to and extending from the first surface thereof;

wherein the plurality of contact pads are connected to the plurality of contact terminals of the probe card.

**45**. Probe Card Assembly, according to claim **44**, wherein:

the first plurality of elongate contact structures are mounted directly to terminals on the first surface of the space transformer.

42

**46**. Probe Card Assembly, according to claim **44**, wherein:

the first plurality of elongate contact structures are connected to terminals on the first surface of the space transformer.

**47**. Probe Card Assembly, according to claim **44**, wherein:

the first plurality of elongate contact structures are composite interconnection elements.

**48**. Probe Card Assembly, according to **44**, further comprising:

means for adjusting the orientation of the space transformer relative to the probe card without changing the orientation of the probe card.

**49**. Probe Card Assembly, according to claim **48**, wherein the means for adjusting the orientation of the space transformer comprises:

a plurality of differential screws, each including an outer differential screw element and an inner differential screw element, acting upon the second surface of the space transformer.

**50**. Probe Card Assembly, according to claim **49**, wherein the means for adjusting the orientation of the space transformer comprises:

an actuator, responsive to a computer, acting upon the space transformer.

**51**. Probe Card Assembly, according to claim **44**, wherein:

the contact pads are disposed at a first pitch on the second surface of the space transformer;

the first plurality of elongate contact structures each having a contact region, the contact regions disposed at a second pitch; and

the first pitch is greater than the second pitch wherein the first pitch is a shortest distance between any two adjacent contact pads and the second pitch is a shortest distance between any two adjacent elongate contact structures.

\*   \*   \*   \*   \*

EXHIBIT 6

US006624648B2

(12) **United States Patent**
Eldridge et al.

(10) Patent No.: **US 6,624,648 B2**
(45) Date of Patent: **Sep. 23, 2003**

(54) **PROBE CARD ASSEMBLY**

(75) Inventors: **Benjamin N. Eldridge**, Danville, CA (US); **Gary W. Grube**, Pleasanton, CA (US); **Igor Y. Khandros**, Orinda, CA (US); **Gaetan L. Mathieu**, Dublin, CA (US)

(73) Assignee: **FormFactor, Inc.**, Livermore, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/011,335**

(22) Filed: **Dec. 5, 2001**

(65) **Prior Publication Data**

US 2002/0067181 A1 Jun. 6, 2002

**Related U.S. Application Data**

(63) Continuation of application No. 09/846,490, filed on Apr. 30, 2001, which is a division of application No. 09/156,957, filed on Sep. 18, 1998, now Pat. No. 6,246,247, which is a division of application No. 08/554,902, filed on Nov. 9, 1995, now Pat. No. 5,974,662, which is a continuation-in-part of application No. 08/533,584, filed on Oct. 18, 1995, now Pat. No. 5,772,451, and a continuation-in-part of application No. 08/526,246, filed on Sep. 21, 1995, now abandoned, and a continuation-in-part of application No. 08/452,255, filed on May 26, 1995, now Pat. No. 6,336,269, which is a continuation-in-part of application No. 08/340,144, filed on Nov. 15, 1994, now Pat. No. 5,917,707, and a continuation-in-part of application No. 08/152,812, filed on Nov. 16, 1993, now Pat. No. 5,476,211, said application No. 08/340,144, is a continuation-in-part of application No. 08/152,812.

(51) Int. Cl.[7] .............................................. **G01R 31/02**

(52) **U.S. Cl.** ....................................... **324/761**; 324/754

(58) **Field of Search** ............................... 324/754, 755, 324/761, 762, 765; 428/209, 210; 439/482; 257/723, 724; 29/705; 361/764, 773, 776, 783, 813; 174/251, 254, 256, 260, 262, 267

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,967,216 A | 1/1961 | Zablocki et al. |
| 3,654,585 A | 4/1972 | Wickersham |
| 3,663,920 A | 5/1972 | Lapham |
| 3,676,776 A | 7/1972 | Bauer et al. |
| 3,714,384 A | 1/1973 | Burkhardt |
| 3,771,110 A | 11/1973 | Reed |
| 3,826,984 A | 7/1974 | Epple |
| 3,832,632 A | 8/1974 | Ardezzone |
| 3,842,189 A | 10/1974 | Southgate |
| 3,891,924 A | 6/1975 | Ardezzone et al. |
| 3,994,552 A | 11/1976 | Selvin |
| 4,032,058 A | 6/1977 | Riseman |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 4237591 | 5/1994 |
| EP | 295914 | 12/1988 |
| EP | 369112 | 5/1990 |

(List continued on next page.)

OTHER PUBLICATIONS

"Robust Method Using Simple Unit Processes For Thin Film Cu–Polyimide Packaging Structures," IBM Technical Disclosure Bulletin, vol. 34, No. 10A (Mar. 1992).

(List continued on next page.)

*Primary Examiner*—Kamand Cuneo
*Assistant Examiner*—Minh N. Tang
(74) *Attorney, Agent, or Firm*—Stuart L. Merkadeau; N. Kenneth Burraston

(57) **ABSTRACT**

A probe card assembly includes a probe card, a space transformer, and an interposer disposed between the space transformer and the probe card. Suitable mechanisms for adjusting the orientation of the space transformer without changing the orientation of the probe card, and for determining what adjustments to make, are disclosed.

**36 Claims, 12 Drawing Sheets**



**US 6,624,648 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,038,599 A | * | 7/1977 | Bove et al. ................. 324/73.1 |
| 4,085,502 A | | 4/1978 | Ostman et al. |
| 4,307,928 A | | 12/1981 | Petlock, Jr. |
| 4,338,621 A | | 7/1982 | Braun |
| 4,358,175 A | | 11/1982 | Reid |
| 4,466,184 A | | 8/1984 | Cuneo et al. |
| 4,548,451 A | | 10/1985 | Benarr et al. |
| 4,553,192 A | | 11/1985 | Babuka |
| 4,567,433 A | | 1/1986 | Ohkubo et al. |
| 4,593,958 A | | 6/1986 | Baba |
| 4,615,573 A | | 10/1986 | White et al. |
| 4,616,404 A | | 10/1986 | Wang et al. |
| 4,707,655 A | | 11/1987 | Kruger |
| 4,707,657 A | | 11/1987 | Boegh-Petersen |
| 4,773,877 A | | 9/1988 | Kruger et al. |
| 4,831,614 A | | 5/1989 | Duerig et al. |
| 4,866,504 A | | 9/1989 | Landis |
| 4,893,172 A | | 1/1990 | Matsumoto et al. |
| 4,932,883 A | | 6/1990 | Howard et al. |
| 4,947,481 A | | 8/1990 | Ikedo et al. |
| 4,955,523 A | | 9/1990 | Calomagno et al. |
| 4,965,865 A | * | 10/1990 | Trenary ...................... 324/754 |
| 4,983,907 A | | 1/1991 | Crowley |
| 4,993,957 A | | 2/1991 | Shino |
| 5,017,738 A | | 5/1991 | Tsuji et al. |
| 5,067,007 A | | 11/1991 | Rogers et al. |
| 5,070,297 A | * | 12/1991 | Kwon et al. ................. 324/754 |
| 5,071,359 A | | 12/1991 | Arnio et al. |
| 5,072,520 A | | 12/1991 | Nelson |
| 5,090,118 A | | 2/1992 | Kwon et al. |
| 5,103,557 A | | 4/1992 | Leedy |
| 5,109,596 A | * | 5/1992 | Driller et al. ................. 29/705 |
| 5,130,779 A | | 7/1992 | Agarwala et al. |
| 5,139,427 A | | 8/1992 | Boyd et al. |
| 5,148,103 A | | 9/1992 | Pasiecznik, Jr. |
| 5,152,695 A | | 10/1992 | Grabbe et al. |
| 5,187,020 A | | 2/1993 | Kwon et al. |
| 5,189,507 A | | 2/1993 | Carlomagno et al. |
| 5,191,708 A | | 3/1993 | Kasukabe et al. |
| 5,210,939 A | | 5/1993 | Mallik et al. |
| 5,221,895 A | | 6/1993 | Janko et al. |
| 5,228,861 A | | 7/1993 | Grabbe |
| 5,237,743 A | | 8/1993 | Busacco et al. |
| 5,245,751 A | | 9/1993 | Locke et al. |
| 5,308,797 A | | 5/1994 | Kee |
| 5,317,479 A | | 5/1994 | Pai et al. |
| 5,329,226 A | | 7/1994 | Monnet et al. |
| 5,354,712 A | | 10/1994 | Ho et al. |
| 5,379,515 A | | 1/1995 | Kondo et al. |
| 5,391,521 A | | 2/1995 | Kim |
| 5,395,253 A | | 3/1995 | Crumly |
| 5,399,982 A | | 3/1995 | Driller et al. |
| 5,437,556 A | | 8/1995 | Bargain et al. |
| 5,455,390 A | | 10/1995 | DiStefano et al. |
| 5,469,733 A | | 11/1995 | Yasue et al. |
| 5,471,151 A | | 11/1995 | DiFrancesco |
| 5,475,318 A | | 12/1995 | Marcus et al. |
| 5,476,211 A | | 12/1995 | Khandros |
| 5,483,741 A | | 1/1996 | Akram et al. |
| 5,513,430 A | | 5/1996 | Yanof et al. |
| 5,521,518 A | | 5/1996 | Higgins |
| 5,534,784 A | | 7/1996 | Lum et al. |
| 5,555,422 A | | 9/1996 | Nakano |
| 5,629,631 A | | 5/1997 | Perry et al. |
| 5,632,631 A | | 5/1997 | Fjelstad et al. |
| 5,686,317 A | | 11/1997 | Akram et al. |
| 5,686,842 A | | 11/1997 | Lee |
| 5,772,451 A | | 6/1998 | Dozier, II et al. |
| 5,806,181 A | | 9/1998 | Khandros et al. |
| 5,811,982 A | | 9/1998 | Beaman et al. |
| 5,821,763 A | | 10/1998 | Beaman et al. |
| 5,828,226 A | | 10/1998 | Higgins et al. |
| 5,852,871 A | | 12/1998 | Khandros |
| 5,900,738 A | | 5/1999 | Kandros et al. |
| 5,917,707 A | | 6/1999 | Khandros et al. |
| 6,002,266 A | | 12/1999 | Briggs et al. |
| 6,029,344 A | | 2/2000 | Khandros et al. |
| 6,050,829 A | | 4/2000 | Eldridge et al. |
| 6,110,823 A | | 8/2000 | Eldridge et al. |
| 6,215,320 B1 | * | 4/2001 | Parrish ....................... 324/754 |
| 6,330,164 B1 | * | 12/2001 | Khandros et al. .......... 257/724 |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 396248 | 11/1990 |
| EP | 402756 | 12/1990 |
| EP | 413042 | 2/1991 |
| EP | 544305 A2 | 6/1993 |
| GB | 1446196 | 8/1976 |
| JP | 588960 | 2/1983 |
| JP | 58178293 | 11/1983 |
| JP | 59-088860 | 5/1984 |
| JP | 59149070 | 10/1984 |
| JP | 6119770 | 2/1986 |
| JP | 6244285 | 3/1987 |
| JP | 62160373 | 10/1987 |
| JP | 6363777 | 4/1988 |
| JP | 63243768 | 10/1988 |
| JP | 3292406 | 11/1988 |
| JP | 1152271 | 10/1989 |
| JP | 1255240 | 10/1989 |
| JP | 4207047 | 9/1990 |
| JP | 365659 | 3/1991 |
| JP | 63279477 | 3/1991 |
| JP | 451535 | 12/1991 |
| JP | 04-93157 | 8/1992 |
| JP | 4214650 | 8/1992 |
| JP | 4240570 | 8/1992 |
| JP | 4294559 | 10/1992 |
| JP | 4357848 | 12/1992 |
| JP | 05-018741 | 1/1993 |
| JP | 529406 | 2/1993 |
| JP | 05-198716 | 8/1993 |
| JP | 5218156 | 8/1993 |
| JP | 6018555 | 1/1994 |
| JP | 650990 | 2/1994 |
| JP | 6180329 | 6/1994 |
| JP | 6249924 | 9/1994 |
| JP | 6265575 | 9/1994 |
| JP | 06-267408 | 9/1994 |
| JP | 6273445 | 9/1994 |
| JP | 6313775 | 11/1994 |
| JP | 07-021968 | 1/1995 |
| JP | 772172 | 3/1995 |
| JP | 07-333232 | 12/1995 |
| JP | 2226996 | 1/2000 |
| WO | WO 9112706 | 10/1991 |
| WO | WO92/10010 | 6/1992 |
| WO | WO 9409513 | 4/1994 |

## OTHER PUBLICATIONS

Kong et al., "Integrated electrostatically resonant scan tip for an atomic force microscope," J. Vac. Sci. Technol. B 11(3) (May/Jun. 1993), pp. 634–645.

Leung et al., "Active Substrate Membrane Probe Card," Center for Integrated Systems, Stanford University, Oct. 12, 1995, pp. 29.2.1–29.2.4.

* cited by examiner

Figure 1A



Figure 1B



Figure 1C



Figure 1D



Figure 1E





Figure 2A

Figure 2B



Figure 2C



## Figure 3A



## Figure 3B



## Figure 3C



Figure 4



Figure 5



Figure 5A

**518**



Figure 5B

**574**





518b

520

518c

518d

Figure 5C

518

518e

Figure 6A

580

582

580a   586   590

584

580b   588   594

582

594   588

584

592   588

Figure 6B

580

Figure 7



# Figure 7A



<u>Figure 8A</u>



<u>Figure 8B</u>



## Figure 8C



## Figure 8D



## Figure 8E



US 6,624,648 B2

1

PROBE CARD ASSEMBLY

CROSS-REFERENCE TO RELATED
APPLICATIONS

This patent application is a continuation of commonly-owned, copending U.S. patent application Ser. No. 09/846,490, filed Apr. 30, 2001, which is a division of commonly-owned U.S. patent application Ser. No. 09/156,957, filed Sep. 18, 1998 (now U.S. Pat. No. 6,246,247), which is a division of commonly-owned U.S. patent application Ser. No. 08/554,902, filed Nov. 9, 1995 (now U.S. Pat. No. 5,974,662), which is a continuation-in-part of commonly-owned, copending U.S. patent application Ser. No. 08/452,255 (hereinafter "PARENT CASE"), filed May 26, 1995 (now U.S. Pat. No. 6,336,269), which is a continuation-in-part of commonly-owned U.S. patent application Ser. No. 08/340,144 filed Nov. 15, 1994 (now U.S. Pat. No. 5,917,707) and its counterpart PCT patent application number PCT/US94/13373 filed Nov. 16, 1994 (published 26 May 95 as WO 95/14314), both of which are continuations-in-part of commonly-owned, copending U.S. patent application Ser. No. 08/152,812, filed Nov. 16, 1993 (now U.S. Pat. No. 5,476,211).

The aforementioned U.S. patent application Ser. No. 08/554,902, filed Nov. 9, 1995 (now U.S. Patent No. 5,974,662) is also a continuation-in-part of commonly-owned, copending U.S. patent application Ser. No. 08/526,246, filed Sep. 21, 1995 (now abandoned), and of commonly-owned, copending U.S. patent application No. 08/533,584 filed Oct. 18, 1995 now U.S. Patent No. 5,772,451).

TECHNICAL FIELD OF THE INVENTION

The invention relates to making temporary, pressure connections between electronic components and, more particularly, to techniques for performing test and burn-in procedures on semiconductor devices prior to their packaging, preferably prior to the individual semiconductor devices being singulated from a semiconductor wafer.

BACKGROUND OF THE INVENTION

Individual semiconductor (integrated circuit) devices (dies) are typically produced by creating several identical devices on a semiconductor wafer, using know techniques of photolithography, deposition, and the like. Generally, these processes are intended to create a plurality of fully-functional integrated circuit devices, prior to singulating (severing) the individual dies from the semiconductor wafer. In practice, however, certain physical defects in the wafer itself and certain defects in the processing of the wafer inevitably lead to some of the dies being "good" (fully-functional) and some of the dies being "bad" (non-functional). It is generally desirable to be able to identify which of the plurality of dies on a wafer are good dies prior to their packaging, and preferably prior to their being singulated from the wafer. To this end, a wafer "tester" or "prober" may advantageously be employed to make a plurality of discrete pressure connections to a like plurality of discrete connection pads (bond pads) on the dies. In this manner, the semiconductor dies can be tested and exercised, prior to singulating the dies from the wafer. A conventional component of a wafer tester is a "probe card" to which a plurality of probe elements are connected—tips of the probe elements effecting the pressure connections to the respective bond pads of the semiconductor dies.

Certain difficulties are inherent in any technique for probing semiconductor dies. For example, modern inte-grated circuits include many thousands of transistor elements requiring many hundreds of bond pads disposed in close proximity to one another (e.g., 5 mils center-to-center). Moreover, the layout of the bond pads need not be limited to single rows of bond pads disposed close to the peripheral edges of the die (See, e.g., U.S. Pat. No. 5453,583).

To effect reliable pressure connections between the probe elements and the semiconductor die one must be concerned with several parameters including, but not limited to: alignment, probe force, overdrive, contact force, balanced contact force, scrub, contact resistance, and planarization. A general discussion of these parameters may be found in U.S. Pat. No. 4,837,622, entitled HIGH DENSITY PROBE CARD, incorporated by reference herein, which discloses a high density epoxy ring probe card including a unitary printed circuit board having a central opening adapted to receive a preformed epoxy ring array of probe elements.

Generally, prior art probe card assemblies include a plurality of tungsten needles extending as cantilevers from a surface of a probe card. The tungsten needles may be mounted in any suitable manner to the probe card, such as by the intermediary of an epoxy ring, as discussed herein-above. Generally, in any case, the needles are wired to terminals of the probe card through the intermediary of a separate and distinct wire connecting the needles to the terminals of the probe card.

Probe cards are typically formed as circular rings, with hundreds of probe elements (needles) extending from an inner periphery of the ring (and wired to terminals of the probe card). Circuit modules, and conductive traces (lines) of preferably equal length, are associated with each of the probe elements. This ring-shape layout makes it difficult, and in some cases impossible, to probe a plurality of unsingulated semiconductor dies (multiple sites) on a wafer, especially when the bond pads of each semiconductor die are arranged in other than two linear arrays along two opposite edges of the semiconductor die.

Wafer testers may alternately employ a probe membrane having a central contact bump area, as is discussed in U.S. Pat. No. 5,422,574, entitled LARGE SCALE PROTRU-SION MEMBRANE FOR SEMICONDUCTOR DEVICES UNDER TEST WITH VERY HIGH PIN COUNTS, incor-porated by reference herein. As noted in this patent, "A test system typically comprises a test controller for executing and controlling a series of test programs, a wafer dispensing system for mechanically handling and positioning wafers in preparation for testing and a probe card for maintaining an accurate mechanical contact with the device-under-test (DUT)." (column 1, lines 41–46).

Additional references, incorporated by reference herein, as indicative of the state of the art in testing semiconductor devices, include U.S. Pat. No. 5,442,282 (TESTING AND EXERCISING INDIVIDUAL UNSINGULATED DIES ON A WAFER); U.S. Pat. No. 5,382,898 (HIGH DENSITY PROBE CARD FOR TESTING ELECTRICAL CIRCUITS); U.S. Pat. No. 5,378,982 TEST PROBE FOR PANEL HAVING AN OVERLYING PROTECTIVE MEM-BER ADJACENT PANEL CONTACTS); U.S. Pat. No. 5,339,027 (RIGID-FLEX CIRCUITS WITH RAISED FEA-TURES AS IC TEST PROBES); U.S. Pat. No. 5,180,977 (MEMBRANE PROBE CONTACT BUMP COMPLI-ANCY SYSTEM); U.S. Pat. No. 5,066,907 (PROBE SYS-TEM FOR DEVICE AND CIRCUIT TESTING); U.S. Pat. No. 4,757,256 (HIGH DENSITY PROBE CARD); U.S. Pat. No. 4,161,692 (PROBE DEVICE FOR INTEGRATED CIRCUIT WAFERS); and U.S. Pat. No. 3,990,689

US 6,624,648 B2

3

(ADJUSTABLE HOLDER ASSEMBLY FOR POSITION-
ING A VACUUM CHUCK).

Generally, interconnections between electronic compo-
nents can be classified into the two broad categories of
"relatively permanent" and "readily demountable".

An example of a "relatively permanent" connection is a
solder joint. Once two components are soldered to one
another, a process of unsoldering must be used to separate
the components. A wire bond is another example of a
"relatively permanent" connection.

An example of a "readily demountable" connection is
rigid pins of one electronic component being received by
resilient socket elements of another electronic component.
The socket elements exert a contact force (pressure) on the
pins in an amount sufficient to ensure a reliable electrical
connection therebetween.

Interconnection elements intended to make pressure con-
tact with terminals of an electronic component are referred
to herein as "springs" or "spring elements". Generally, a
certain minimum contact force is desired to effect reliable
pressure contact to electronic components (e.g., to terminals
on electronic components). For example, a contact (load)
force of approximately 15 grams (including as little as 2
grams or less and as much as 150 grams or more, per
contact) may be desired to ensure that a reliable electrical
connection is made to a terminal of an electronic component
which may be contaminated with films on its surface, or
which has corrosion or oxidation products on its surface.
The minimum contact force required of each spring
demands either that the yield strength of the spring material
or that the size of the spring element are increased. As a
general proposition, the higher the yield strength of a
material, the more difficult it will be to work with (e.g.,
punch, bend, etc.). And the desire to make springs smaller
essentially rules out making them larger in cross-section.

Probe elements are a class of spring elements of particular
relevance to the present invention. Prior art probe elements
are commonly fabricated from tungsten, a relatively hard
(high yield strength) material. When it is desired to mount
such relatively hard materials to terminals of an electronic
component, relatively "hostile" (e.g., high temperature) pro-
cesses such as brazing are required. Such "hostile" pro-
cesses are generally not desirable (and often not feasible) in the
context of certain relatively "fragile" electronic components
such as semiconductor devices. In contrast thereto, wire
bonding is an example of a relatively "friendly" processes
which is much less potentially damaging to fragile electronic
components than brazing. Soldering is another example of a
relatively "friendly" process. However, both solder and gold
are relatively soft (low yield strength) materials which will
not function well as spring elements.

A subtle problem associated with interconnection
elements, including spring contacts, is that, often, the ter-
minals of an electronic component are not perfectly copla-
nar. Interconnection elements lacking in some mechanism
incorporated therewith for accommodating these "toler-
ances" (gross non-planarities) will be hard pressed to make
consistent contact pressure contact with the terminals of the
electronic component.

The following U.S. Patents, incorporated by reference
herein, are cited as being of general interest vis-a-vis making
connections, particularly pressure connections, to electronic
components: U.S. Pat. No. 5,386,344 (FLEX CIRCUIT
CARD ELASTOMERIC CABLE CONNECTOR
ASSEMBLY); U.S. Pat. No. 5,336,380 (SPRING BIASED
TAPERED CONTACT ELEMENTS FOR ELECTRICAL

4

CONNECTORS AND INTEGRATED CIRCUIT
PACKAGES); U.S. Pat. No. 5,317,479 (PLATED COM-
PLIANT LEAD); U.S. Pat. No. 5,086,337 (CONNECTING
STRUCTURE OF ELECTRONIC PART AND ELEC-
TRONIC DEVICE USING THE STRUCTURE); U.S. Pat.
No. 5,067,007 (SEMICONDUCTOR DEVICE HAVING
LEADS FOR MOUNTING TO A SURFACE OF A
PRINTED CIRCUIT BOARD); U.S. Pat. No. 4,989,069
(SEMICONDUCTOR PACKAGE HAVING LEADS THAT
BREAK-AWAY FROM SUPPORTS); U.S. Pat. No. 4,893,
172 (CONNECTING STRUCTURE FOR ELECTRONIC
PART AND METHOD OF MANUFACTURING THE
SAME); U.S. Pat. No. 4,793,814 (ELECTRICAL CIRCUIT
BOARD INTERCONNECT); U.S. Pat. No. 4,777,564
(LEADFORM FOR USE WITH SURFACE MOUNTED
COMPONENTS); U.S. Pat. No. 4,764,848 (SURFACE
MOUNTED ARRAY STRAIN RELIEF DEVICE); U.S.
Pat. No. 4,667,210 (SEMICONDUCTOR CHIP
INTERFACE); U.S. Pat. No. 4,642,889 (COMPLIANT
INTERCONNECTION AND METHOD THEREFOR);
U.S. Pat. No. 4.330,16 (PRESS-CONTACT TYPE
INTERCONNECTORS); U.S. Pat. No. 4,295,700
(INTERCONNECTORS); U.S. Pat. No. 4,067,104
(METHOD OF FABRICATING AN ARRAY OF FLEX-
IBLE METALLIC INTERCONNECTS FOR COUPLING
MICROELECTRONICS COMPONENTS); U.S. Pat. No.
3,795,037 (ELECTRICAL CONNECTOR DEVICES); U.S.
Pat. No. 3,616,532 (MULTILAYER PRINTED CIRCUIT
ELECTRICAL INTERCONNECTION DEVICE); and U.S.
Pat. No. 3,509,270 (INTERCONNECTION FOR PRINTED
CIRCUITS AND METHOD OF MAKING SAME).

BRIEF DESCRIPTION (SUMMARY) OF THE
INVENTION

It is an object of the present invention to provide a
technique for probing semiconductor devices, particularly
while they are resident on a semiconductor wafer.

It is another object of the present invention to provide a
technique for probing semiconductor devices that allows the
tips of the probe elements to be oriented without changing
the position of the probe card.

It is another object of the present invention to provide an
improved spring element (resilient contact structure) that
can be mounted directly to a terminal of an electronic
component.

It is another object of the invention to provide intercon-
nection elements that are suitable for making pressure
contact to electronic components.

According to the invention, a probe card assembly
includes a probe card (electronic component) having a top
surface, a bottom surface and a plurality of terminals on the
top surface thereof; an interposer (electronic component)
having a top surface, a bottom surface, a first plurality of
resilient contact structures extending from terminals on the
bottom surface thereof and a second plurality of contact
structures extending from terminals on the top surface
thereof; and a space transformer (electronic component)
having a top surface, a bottom surface, a plurality of contact
pads (terminals) disposed on the bottom surface thereof, and
a third plurality of resilient contact structures (probe
elements) extending from terminals on the top surface
thereof.

The interposer is disposed between the top surface of the
probe card and the bottom surface of the space transformer,
and allows the orientation (planarity) of the space trans-
former to be adjusted without altering the orientation of the

5

probe card. A suitable mechanism for effecting this adjustment of space transformer orientation, and a technique for determining the correct orientation of the space transformer are disclosed herein. In this manner, the tips (distal ends) of the probe elements can be adjusted to ensure reliable pressure contact between the tips of the probe elements and corresponding bond pads (terminals) of a semiconductor device being probed.

Alternatively, a plurality of resilient contact structures are provided on the bottom surface of the space transformer component (i.e., fabricated on the terminals on the bottom surface of the space transformer), in lieu of the interposer component, for making contact directly (i.e., without the intermediary of the interposer) to the terminals on the top surface of the probe card.

Generally, the space transformer component permits a plurality of resilient contact structures extending from its top surface to make contact with terminals of an electronic component (i.e., bond pads on semiconductor devices) at a relatively fine pitch (spacing), while connections to the space transformer (i.e., to the bond pads or, alternatively, resilient contact structures) on its bottom surface are effected at a relatively coarser pitch.

According to an aspect of the invention, the space transformer and interposer components of the probe card assembly may be provided as a "kit", adapted for use with a probe card. Optionally, the mechanism for adjusting the orientation of the space transformer can be included in the "kit".

According to an aspect of the invention, the resilient contact structures (probe elements) extending from the top surface of the space transformer component are "composite interconnection elements" (defined hereinbelow). In the alternate case of resilient contact structures also extending from the bottom surface of the space transformer, these may be "composite interconnection elements" as well.

According to an aspect of the invention, the resilient contact structures extending from the top and bottom surfaces of the interposer component are "composite interconnection elements" (defined hereinbelow).

According to an aspect of the invention, the probe elements (resilient contact structures extending from the top surface of the space transformer component) are preferably formed as "composite interconnection elements" which are fabricated directly upon the terminals of the space transformer component of the probe card assembly. The "composite " (multilayer) interconnection element is fabricated by mounting an elongate element ("core") to an electronic component, shaping the core to have a spring shape, and overcoating the core to enhance the physical (e.g., spring) characteristics of the resulting composite interconnection element and/or to securely anchor the resulting composite interconnection element to the electronic component. The resilient contact structures of the interposer component may also be formed as composite interconnection elements.

The use of the term "composite", throughout the description set forth herein, is consistent with a 'generic' meaning of the term (e.g., formed of two or more elements), and is not to be confused with any usage of the term "composite" in other fields of endeavor, for example, as it may be applied to materials such as glass, carbon or other fibers supported in a matrix or resin or the like.

As used herein, the term "spring shape" refers to virtually any share of an elongate element which will exhibit elastic (restorative) movement of an end (tip) of the elongate element with respect to a force applied to the tip. This includes elongate elements, shaped to have one or more bends, as well as substantially straight elongate elements.

6

As used herein, the terms "contact area", "terminal", "pad", and the like refer to any conductive area on any electronic component to which an interconnection element is mounted or makes contact.

Alternatively, the core is shaped prior to mounting to an electronic component.

Alternatively, the core is mounted to or is a part of a sacrificial substrate which is not an electronic component. The sacrificial substrate is removed after shaping, and either before or after overcoating. According to an aspect of the invention, tips having various topographies can be disposed at the contact ends of the interconnection elements. (See also FIGS. 11A–11F of the PARENT CASE.)

In an embodiment of the invention, the core is a "soft" material having a relatively low yield strength, and is overcoated with a "hard" material having a relatively high yield strength. For example, a soft material such as a gold wire is attached (e.g., by wire bonding) to a bond pad of a semiconductor device and is overcoated (e.g., by electrochemical plating) with a hard material such nickel and its alloys.

Vis-a-vis overcoating the core, single and multi-layer overcoatings, "rough" overcoatings having microprotrusions (see also FIGS. 5C and 5D of the PARENT CASE), and overcoatings extending the entire length of or only a portion of the length of the core, are described. In the latter case, the tip of the core may suitably be exposed for making contact to an electronic component (see also FIG. 5B of the PARENT CASE).

Generally, throughout the description set forth herein, the term "plating" is used as exemplary of a number of techniques for overcoating the core. It is within the scope of this invention that the core can be overcoated by any suitable technique including, but not limited to: various processes involving deposition of materials out of aqueous solutions; electrolytic plating; electroless plating; chemical vapor deposition (CVD); physical vapor deposition (PVD); processes causing the deposition of materials through induced disintegration of liquid or solid precursors; and the like, all of these techniques for depositing materials being generally well known.

Generally, for overcoating the core with a metallic material such as nickel, electrochemical processes are preferred, especially electroless plating.

In another embodiment of the invention, the core is an elongate element of a "hard" material, inherently suitable to functioning as a spring element, and is mounted at one end to a terminal of an electronic component. The core, and at least an adjacent area of the terminal, is overcoated with a material which will enhance anchoring the core to the terminal. In this manner, it is not necessary that the core be well-mounted to the terminal prior to overcoating, and processes which are less potentially damaging to the electronic component may be employed to "tack" the core in place for subsequent overcoating. These "friendly" processes include soldering, gluing, and piercing an end of the hard core into a soft portion of the terminal.

Preferably, the core is in the form of a wire. Alternatively, the core is a flat tab (conductive metallic ribbon).

Representative materials, both for the core and for the overcoatings, are disclosed.

In the main hereinafter, techniques involving beginning with a relatively soft (low yield strength) core, which is generally of very small dimension (e.g., 3.0 mil or less) are described. Soft materials, such as gold, which attach easily

US 6,624,648 B2

7                                                                      8

to semiconductor devices, generally lack sufficient resiliency to function as springs. (Such soft, metallic materials exhibit primarily plastic, rather than elastic deformation.) Other soft materials which may attach easily to semiconductor devices and possess appropriate resiliency are often electrically non-conductive, as in the case of most elastomeric materials. In either case, desired structural and electrical characteristics can be imparted to the resulting composite interconnection element by the overcoating applied over the core. The resulting composite interconnection element can be made very small, yet can exhibit appropriate contact forces. Moreover, a plurality of such composite interconnection elements can be arranged at a fine pitch (e.g., 10 mils), even though they have a length (e.g., 100 mils) which is much greater than the distance to a neighboring composite interconnection element (the distance between neighboring interconnection elements being termed "pitch").

It is within the scope of this invention that composite interconnection elements can be fabricated on a microminiature scale, for example as "microsprings" for connectors and sockets, having cross-sectional dimensions on the order of twenty-five microns ($\mu$m), or less. This ability to manufacture reliable interconnection having dimensions measured in microns, rather than mils, squarely addresses the evolving needs of existing interconnection technology and future area array technology.

The composite interconnection elements of the present invention exhibit superior electrical characteristics, including electrical conductivity, solderability and low contact resistance. In many cases, deflection of the interconnection element in response to applied contact forces results in a "wiping" contact, which helps ensure that a reliable contact is made.

An additional advantage of the present invention is that connections made with the interconnection elements of the present invention are readily demountable. Soldering, to effect the interconnection to a terminal of an electronic component is optional, but is generally not preferred at a system level.

According to an aspect of the invention, techniques are described for making interconnection elements having controlled impedance. These techniques generally involve coating (e.g., electrophoretically) a conductive core or an entire composite interconnection element with a dielectric material (insulating layer), and overcoating the dielectric material with an outer layer of a conductive material. By grounding the outer conductive material layer, the resulting interconnection element can effectively be shielded, and its impedance can readily be controlled. (See also FIG. 10K of the PARENT CASE.)

According to an aspect of the invention, interconnection elements can be pre-fabricated as individual units, for later attachment to electronic components. Various techniques for accomplishing this objective are set forth herein. Although not specifically covered in this document, it is deemed to be relatively straightforward to fabricate a machine that will handle the mounting of a plurality of individual interconnection elements to a substrate or, alternatively, suspending a plurality of individual interconnection elements in an elastomer, or on a support substrate.

It should clearly be understood that the composite interconnection element of the present invention differs dramatically from interconnection elements of the prior art which have been coated to enhance their electrical conductivity characteristics or to enhance their resistance to corrosion.

The overcoating of the present invention is specifically intended to substantially enhance anchoring of the interconnection element to a terminal of an electronic component and/or to impart desired resilient characteristics to the resulting composite interconnection element. Stresses (contact forces) are directed to portions of the interconnection elements which are specifically intended to absorb the stresses.

It should also be appreciated that the present invention provides essentially a new technique for making spring structures. Generally, the operative structure of the resulting spring is a product of plating, rather than of bending and shaping. This opens the door to using a wide variety of materials to establish the spring shape, and a variety of "friendly" processes for attaching the "falsework" of the core to electronic components. The overcoating functions as a "superstructure" over the "falsework" of the core, both of which terms have their origins in the field of civil engineering.

A distinct advantage of the present invention is that probe elements (resilient contact structures) can be fabricated directly on terminals of a space transformer substrate component of a probe card assembly without requiring additional materials, such as brazing or soldering.

According to an aspect of the invention, any of the resilient contact structures may be formed as at least two composite interconnection elements.

Other objects, features and advantages of the invention will become apparent in light of the following description thereof.

BRIEF DESCRIPTION OF THE DRAWINGS

Reference will be made in detail to preferred embodiments of the invention, examples of which are illustrated in the accompanying drawings. Although the invention will be described in the context of these preferred embodiments, it should be understood that it is not intended to limit the spirit and scope of the invention to these particular embodiments.

FIG. 1A is a cross-sectional view of a longitudinal portion, including one end, of an interconnection element, according to an embodiment of the invention.

FIG. 1B is a cross-sectional view of a longitudinal portion, including one end, of an interconnection element, according to another embodiment of the invention.

FIG. 1C is a cross-sectional view of a longitudinal portion, including one end of an interconnection element, according to another embodiment of the invention.

FIG. 1D is a cross-sectional view of a longitudinal portion, including one end of an interconnection element, according to another embodiment of the invention.

FIG. 1E is a cross-sectional view of a longitudinal portion, including one end of an interconnection element, according to another embodiment of the invention.

FIG. 2A is a cross-sectional view of an interconnection element mounted to a terminal of an electronic component and having a multi-layered shell, according to the invention.

FIG. 2B is a cross-sectional view of an interconnection element having a multi-layered shell, wherein an intermediate layer is of a dielectric material, according to the invention.

FIG. 2C is a perspective view of a plurality of interconnection elements mounted to an electronic component (e.g., a probe card insert), according to the invention.

FIG. 2D is a cross-sectional view of an exemplary first step of a technique for manufacturing interconnection elements, according to the invention.

9

FIG. 2E is a cross-sectional view of an exemplary further step of the technique of FIG. 2D for manufacturing interconnection elements, according to the invention.

FIG. 2F is a cross-sectional view of an exemplary further step of the technique of FIG. 2E for manufacturing interconnection elements, according to the invention.

FIG. 2G is a cross-sectional view of an exemplary plurality of individual interconnection elements fabricated according to the technique of FIGS. 2D–2F, according to the invention.

FIG. 2H is a cross-sectional view of an exemplary plurality of interconnection elements fabricated according to the technique of FIGS. 2D–2F, and associated in a prescribed spatial relationship with one another, according to the invention.

FIG. 2I is a cross-sectional view of an alternate embodiment for manufacturing interconnection elements, showing a one end of one element, according to the invention.

FIG. 3A is a cross-sectional view of an embodiment of an interposer, according to the invention.

FIG. 3B is a cross-sectional view of another embodiment of an interposer, according to the invention.

FIG. 3C is a cross-sectional view of another embodiment of an interposer, according to the invention.

FIG. 4 is a cross-sectional view of an embodiment of a generic space transformer, according to the invention.

FIG. 5 is an exploded view, partially in cross-section, of the probe card assembly of the present invention.

FIG. 5A is a perspective view of a space transformer component suited for use in the probe card assembly of FIG. 5, according to the invention.

FIG. 5B is a perspective view of another space transformer component suited for use in the probe card assembly of FIG. 5, according to the invention.

FIG. 5C is a bottom plan view of a space transformer component suited for use in the probe card assembly of FIG. 5, according to the invention.

FIG. 6A is a bottom plan view of either the top or bottom surfaces of an exemplary interposer substrate for use in the probe card assembly of FIG. 5, according to the invention.

FIG. 6B is a partial cross-sectional view of the interposer component illustrated in FIG. 6A, according to the invention.

FIG. 7 is a view, partially in cross-section, and partially-schematic, of a probe card assembly similar to the probe card assembly illustrated in FIG. 5 being aligned or use in testing semiconductor wafers, according to the invention.

FIG. 7A is a view, partially in cross-section, and partially-schematic, or a technique for automatically adjusting the orientation of the space transformer component, according to the invention.

FIG. 8A is a cross-sectional view of a technique for fabricating tip structures for probe elements, according to the invention.

FIG. 8B is a cross-sectional view of further steps in the technique of FIG. 8A, according to the invention.

FIG. 8C is a side view, partially in cross-section and partially in full of a space transformer component, according to the invention.

FIG. 8D is a side view, partially in cross-section and partially in full of the space transformer component of FIG. 8C being joined with the tip structures of FIG. 8B, according to the invention.

10

FIG. 8E is a side view, partially in cross-section and partially in full of a further step in joining the space transformer component of FIG. 8C joined with the tip structures of FIG. 8B, according to the invention.

DETAILED DESCRIPTION OF THE INVENTION

This patent application is directed to probe card assemblies, components thereof, and methods of using same. As will be evident from the description that follows, the use of resilient contact structures to effect pressure connections to terminals of an electronic component is essential. Preferably, the resilient contact structures are implemented as "composite interconnection elements", such as have been described in the disclosure of the aforementioned U.S. patent application Ser. No. 08/452,255, filed May 26, 1995 ("PARENT CASE"), incorporated by reference herein. This patent application summarizes several of the techniques disclosed in the PARENT CASE in the discussions of FIGS. 1A–1E and 2A–2I.

An important aspect of the preferred technique for practicing the present invention is that a "composite" interconnection element can be formed by starting with a core (which may be mounted to a terminal of an electronic component), then overcoating the core with an appropriate material to: (1) establish the mechanical properties of the resulting composite interconnection element; and/or (2) when the interconnection element is mounted to a terminal of an electronic component, securely anchor the interconnection element to the terminal. In this manner, a resilient interconnection element (spring element) can be fabricated, starting with a core of a soft material which is readily shaped into a springable shape and which is readily attached to even the most fragile of electronic components. In light of prior art techniques of forming spring elements from hard materials, is not readily apparent, and is arguably counter-intuitive, that soft materials can form the basis of spring elements. Such a "composite" interconnection element is generally the preferred form of resilient contact structure for use in the embodiments of the present invention.

FIGS. 1A, 1B, 1C and 1D illustrate, in a general manner, various shapes for composite interconnection elements, according to the present invention.

In the main, hereinafter, composite interconnection elements which exhibit resiliency are described. However, it should be understood that non-resilient composite interconnection elements fall within the scope of the invention.

Further, in the main hereinafter, composite interconnection elements that have a soft (readily shaped, and amenable to affixing by friendly processes to electronic components) core, overcoated by hard (springy) materials are described. It is, however, within the scope of the invention that the core can be a hard material—the overcoat serving primarily to securely anchor the interconnection element to a terminal of an electronic component.

In FIG. 1A, an electrical interconnection element 110 includes a core 112 of a "soft" material (e.g., a material having a yield strength of less than 40,000 psi), and a shell (overcoat) 114 of a "hard" material (e.g., a material having a yield strength of greater than 80,000 psi). The core 112 is an elongate element shaped (configured) as a substantially straight cantilever beam, and may be a wire having a diameter of 0.0005–0.0030 inches (0.001 inch=1 mil=25 microns ($\mu m$)). The shell 114 is applied over the already-shaped core 112 by any suitable process, such as by a suitable plating process (e.g., by electrochemical plating).

US 6,624,648 B2

11

12

FIG. 1A illustrates what is perhaps the simplest of spring shapes for an interconnection element of the present invention—namely, a straight cantilever beam oriented at an angle to a force "F" applied at its tip 110*b*. When such a force is applied by a terminal of an electronic component to which the interconnection element is making a pressure contact, the downward (as viewed) deflection of the tip will evidently result in the tip moving across the terminal, in a "wiping" motion. Such a wiping contact ensures a reliable contact being made between the interconnection element and the contacted terminal of the electronic component.

By virtue of its "hardness", and by controlling its thickness (0.00025–0.00500 inches), the shell 114 imparts a desired resiliency to the overall interconnection element 110. In this manner, a resilient interconnection between electronic components (not shown) can be effected between the two ends 110*a* and 110*b* of the interconnection element 110. (In FIG. 1A, the reference numeral 110*a* indicates an end portion of the interconnection element 110, and the actual end opposite the end 110*b* is not shown.) In contacting a terminal of an electronic component, the interconnection element 110 would be subjected to a contact force (pressure), as indicated by the arrow labelled "F".

The interconnection element (e.g., 110) will deflect in response to an applied contact force, said deflection (resiliency) being determined in part by the overall shape of the interconnection element, in part by the dominant (greater) yield strength of the overcoating material (versus that of the core), and in part by the thickness of the overcoating material.

As used herein, the terms "cantilever" and "cantilever beam" are used to indicate that an elongate structure (e.g., the overcoated core 112) is mounted (fixed) at one end, and the other end is free to move, typically in response to a force acting generally transverse to the longitudinal axis of the elongate element. No other specific or limiting meaning is intended to be conveyed or connoted by the use of these terms.

In FIG. 1B, an electrical interconnection element 120 similarly includes a soft core 122 (compare 112) and a hard shell 124 (compare 114). In this example, the core 122 is shaped to have two bends, and thus may be considered to be S-shaped. As in the example of FIG. 1A, in this manner, a resilient interconnection between electronic components (not shown) can be effected between the two ends 120*a* and 120*b* of the interconnection element 120. (In FIG. 1B, reference numeral 120*a* indicates an end portion of the interconnection element 120, and the actual end opposite the end 120*b* is not shown.) In contacting a terminal of an electronic component, the interconnection element 120 would be subjected to a contact force (pressure), as indicated by the arrow labelled "F".

In FIG. 1C, an electrical interconnection element 130 similarly includes a soft core 132 (compare 112) and a hard shell 134 (compare 114). In this example, the core 132 is shaped to have one bend, and may be considered to be U-shaped. As in the example of FIG. 1A, in this manner, a resilient interconnection between electronic components (not shown) can be effected between the two ends 130*a* and 130*b* of the interconnection element 130. (In FIG. 1C, the reference numeral 130*a* indicates an end portion of the interconnection element 130, and the actual end opposite the end 130*b* is not shown.) In contacting a terminal of an electronic component, the interconnection element 130 could be subjected to a contact force (pressure), as indicated by the arrow labelled "F". Alternatively, the interconnection

element 130 could be employed to make contact at other than its end 130*b*, as indicated by the arrow labelled "F".

FIG. 1D illustrates another embodiment of a resilient interconnection element 140 having a soft core 142 and a hard shell 144. In this example, the interconnection element 140 is essentially a simple cantilever (compare FIG. 1A), with a curved tip 140*b*, subject to a contact force "F" acting transverse to its longitudinal axis.

FIG. 1E illustrates another embodiment of a resilient interconnection element 150 having a soft core 152 and a hard shell 154. In this example, the interconnection element 150 is generally "C-shaped", preferably with a slightly curved tip 150*b*, and is suitable for making a pressure contact as indicated by the arrow labelled "F".

It should be understood that the soft core can readily be formed into any springable shape—in other words, a shape that will cause a resulting interconnection element to deflect resiliently in response to a force applied at its tip. For example, the core could be Formed into a conventional coil shape. However, a coil shape would not be preferred, due to the overall length of the interconnection element and inductances (and the like) associated therewith and the adverse effect of same on circuitry operating at high frequencies (speeds).

The material of the shell, or at least one layer of a multi-layer shell (described hereinbelow) has a significantly higher yield strength than the material of the core. Therefore, the shell overshadows the core in establishing the mechanical characteristics (e.g., resiliency) of the resulting interconnection structure. Ratios of shell:core yield strengths are preferably at least 2:1, including at least 3:1 and at least 5:1, and may be as high as 10:1. It is also evident that the shell, or at least an outer layer of a multi-layer shell should be electrically conductive, notably in cases where the shell covers the end of the core. (The parent case, however, describes embodiments where the end of the core is exposed, in which case the core must be conductive.)

From an academic viewpoint, it is only necessary that the springing (spring shaped) portion of the resulting composite interconnection element be overcoated with the hard material. From this viewpoint, it is generally not essential that both of the two ends of the core be overcoated. As a practical matter, however, it is preferred to overcoat the entire core. Particular reasons for and advantages accruing to overcoating an end of the core which is anchored (attached) to an electronic component are discussed in greater detail hereinbelow.

Suitable materials for the core (112, 122, 132, 142) include, but are not limited to: gold, aluminum, copper, and their alloys. These materials are typically alloyed with small amounts of other metals to obtain desired physical properties, such as with beryllium, cadmium, silicon, magnesium, and the like. It is also possible to use silver, palladium, platinum; metals or alloys such as metals of the platinum group of elements. Solder constituted from lead, tin, indium, bismuth, cadmium, antimony and their alloys can be used.

Vis-a-vis attaching an end of the core (wire) to a terminal of an electronic component (discussed in greater detail hereinbelow), generally, a wire of any material (e.g., gold) that is amenable to bonding (using temperature, pressure and/or ultrasonic energy to effect the bonding) would be suitable for practicing the invention. It is within the scope of this invention that any material amenable to overcoating (e.g., plating), including non-metallic material, can be used for the core.

US 6,624,648 B2

13

Suitable materials for the shell (114, 124, 134, 144) include (and, as is discussed hereinbelow, for the individual layers of a multi-layer shell), but are not limited to: nickel, and its alloys; copper, cobalt, iron, and their alloys; gold (especially hard gold) and silver, both of which exhibit excellent current-carrying capabilities and good contact resistivity/characteristics; elements of the platinum group; noble metals; semi-noble metals and their alloys, particularly elements of the platinum group and their alloys; tungsten and molybdenum. In cases where a solder-like finish is desired, tin, lead, bismuth, indium and their alloys can also be used.

The technique selected for applying these coating materials over the various core materials set forth hereinabove will, of course, vary from application-to-application. Electroplating and electroless plating are generally preferred techniques. Generally, however, it would be counterintuitive to plate over a gold core. According to an aspect of the invention, when plating (especially electroless plating) a nickel shell over a gold core, it is desirable to first apply a thin copper initiation layer over the acid wire stem, in order to facilitate plating initiation.

An exemplary interconnection element, such as is illustrated in FIGS. 1A–1E may have a core diameter of approximately 0.001 inches and a shell thickness of 0.001 inches —the interconnection element thus having an overall diameter of approximately 0.003 inches (i.e., core diameter plus two times the shell thickness). Generally, this thickness of the shell will be on the order of 0.2–5.0 (one-fifth to five) times the thickness (e.g., diameter) of the core.

Some exemplary parameters for composite interconnection elements are:

(a) A gold wire core having a diameter of 1.5 mils is shaped to have an overall height of 40 mils and a generally C-shape curve (compare FIG. 1E) of 9 mils radius, is plated with 0.75 mils of nickel (overall diameter=1.5+2×0.75=3 mils), and optionally receives a final overcoat of 50 microinches of gold (e.g., to lower and enhance contact resistance). The resulting composite interconnection element exhibits a spring constant (k) of approximately 3–5 grams/mil. In use, 3–5 mils of deflection will result in a contact force of 9–25 grams. This example is useful in the context of a spring element for an interposer.

(b) A gold wire core having a diameter or 1.0 mils is shaped to have an overall height of 35 mils, is plated with 1.25 mils of nickel (overall diameter=1.0+2× 1.25=3.5 mils), and optionally receives a final overcoat of 50 microinches of gold. The resulting composite interconnection element exhibits a spring constant (k) of approximately 3 grams/mil, and is useful in the context of a spring element for a probe.

(c) A gold wire core having a diameter of 1.5 mils is shaped to have an overall height of 20 mils and a generally S-shape curve with radii of approximately 5 mils, is plated with 0.75 mils of nickel or copper (overall diameter=1.5+2×0.75=3 mils). The resulting composite interconnection element exhibits a spring constant (k) of approximately 2–3 grams/mil, and is useful in the context of a spring element for mounting on a semiconductor device.

As will be illustrated in greater detail hereinbelow, the core need not have a round cross-section, but may rather be a flat tab (having a rectangular cross-section) extending from a sheet. It should be understood that, as used herein, the term "tab" is not to be confused with the term "TAB" (Tape Automated Bonding).

14

Multi-Layer Shells

FIG. 2A illustrates an embodiment 200 of an interconnection element 210 mounted to an electronic component 212 which is provided with a terminal 214. In this example, a soft (e.g., gold) wire core 216 is bonded (attached) at one end 216a to the terminal 214, is configured to extend from the terminal and have a spring shape (compare the shape shown in FIG. 1B), and is severed to have a free end 216b. Bonding, shaping and severing a wire in this manner is accomplished using wirebonding equipment. The bond at the end 216a of the core covers only a relatively small portion of the exposed surface of the terminal 214.

A shell (overcoat) is disposed over the wire core 216 which, in this example, is shown as being multi-layered, having an inner layer 218 and an outer layer 220, both of which layers may suitably be applied by plating processes. One or more layers of the multi-layer shell is (are) formed of a hard material (such as nickel and its alloys) to impart a desired resiliency to the interconnection element 210. For example, the outer layer 220 may be of a hard material, and the inner layer may be of a material that acts as a buffer or barrier layer (or as an activation layer, or as an adhesion layer) in plating the hard material 220 onto the core material 216. Alternatively, the inner layer 218 may be the hard material, and the outer layer 220 may be a material (such as soft cold) that exhibits superior electrical characteristics, including electrical conductivity and solderability. When a solder or braze type contact is desired, the outer layer of the interconnection element may be lead-tin solder or gold-tin braze material, respectively.

Anchoring to a Terminal

FIG. 2A illustrates, in a general manner, another key feature of the invention—namely, that resilient interconnection element can be securely anchored to a terminal on an electronic component. The attached end 210a of the interconnection element will be subject to significant mechanical stress, as a result of a compressive force (arrow "F") applied to the free end 210b of the interconnection element.

As illustrated in FIG. 2A, the overcoat (218, 220) covers not only the core 216, but also the entire remaining (i.e., other than the bond 216a) exposed surface of the terminal 214 adjacent the core 216 in a continuous (non-interrupted) manner. This securely and reliably anchors the interconnection element 210 to the terminal, the overcoat material providing a substantial (e.g., greater than 50%) contribution to anchoring the resulting interconnection element to the terminal. Generally, it is only required that the overcoat material cover at least a portion of the terminal adjacent the core. It is generally preferred, however, that the overcoat material cover the entire remaining surface of the terminal. Preferably, each layer of the shell is metallic.

As a general proposition, the relatively small area at which the core is attached (e.g., bonded) to the terminal is not well suited to accommodating stresses resulting from contact forces ("F") imposed on the resulting composite interconnection element. By virtue of the shell covering the entire exposed surface of the terminal (other than in the relatively small area comprising the attachment of the core end 216a to the terminal), the overall interconnection structure is firmly anchored to the terminal. The adhesion strength, and ability to react contact forces, of the overcoat will far exceed that of the core end (216a) itself.

As used herein, the term "electronic component" (e.g., 212) includes, but is not limited to: interconnect and interposer substrates; semiconductor wafers and dies, made of any suitable semiconducting material such as silicon (Si) or gallium-arsenide (GaAs); production interconnect sockets;

15                                                                    16

test sockets; sacrificial members, elements and substrates, as
described in the parent case; semiconductor packages,
including ceramic and plastic packages, and chip carriers;
and connectors.

The interconnection element of the present invention is
particularly well suited for use as:

interconnection elements mounted directly to silicon dies,
eliminating the need for having a semiconductor pack-
age;

interconnection elements extending as probes from sub-
strates (described in greater detail hereinbelow) for
testing electronic components; and

interconnection elements of interposers (discussed in
greater detail hereinbelow).

The interconnection element of the present invention is
unique in that it benefits from the mechanical characteristics
(e.g., high yield strength) of a hard material without being
limited by the attendant typically poor bonding characteris-
tic of hard materials. As elaborated upon in the parent case,
this is made possible largely by the fact that the shell
(overcoat) functions as a "superstructure" over the "false-
work" of the core, two terms which are borrowed from the
milieu of civil engineering. This is very different from plated
interconnection elements of the prior art wherein the plating
is used as a protective (e.g., anti-corrosive) coating, and is
generally incapable of imparting the desired mechanical
characteristic to the interconnection structure. And this is
certainly in marked contrast to any non-metallic, anticorro-
sive coatings, such as benzotriazole (BTA) applied to elec-
trical interconnects.

Among the numerous advantages of the present invention
are that a plurality of free-standing interconnect structures
are readily formed on substrates, from different levels
thereof such as a PCB having a decoupling capacitor) to a
common height above the substrate, so that their free ends
are coplanar with one another. Additionally, both the elec-
trical and mechanical (e.g., plastic and elastic) characteris-
tics of an interconnection element formed according to the
invention are readily tailored for particular applications. For
example, it may be desirable in a given application that the
interconnection elements exhibit both plastic and elastic
deformation. (Plastic deformation may be desired to accom-
modate across non-planarities in components being inter-
connected by the interconnection elements.) When elastic
behavior is desired, it is necessary that the interconnection
element generate a threshold minimum amount of contact
force to effect a reliable contact. It is also advantageous that
the tip of the interconnection element makes a wiping
contact with a terminal of an electronic component, due to
the occasional presence of contaminant films on the con-
tacting surfaces.

As used herein, the term "resilient", as applied to contact
structures, implies contact structures (interconnection
elements) that exhibit primarily elastic behavior in response
to an applied load (contact force), and the term "compliant"
implies contact structures (interconnection elements) that
exhibit both elastic and plastic behavior in response to an
applied load (contact force). As used herein, a "compliant"
contact structure is a "resilient" contact structure. The com-
posite interconnection elements of the present invention are
a special case of either compliant or resilient contact struc-
tures.

A number of features are elaborated upon in detail, in the
parent case, including, but not limited to: fabricating the
interconnection elements on sacrificial substrates; gang-
transferring a plurality of interconnection elements to an
electronic component; providing the interconnection ele-

ments with contact tips, preferably with a rough surface
finish; employing the interconnection elements on an elec-
tronic component to make temporary, then permanent con-
nections to the electronic component; arranging the inter-
connection elements to have different spacing at their one
ends than at their opposite ends; fabricating spring clips and
alignment pins in the same process steps as fabricating the
interconnection elements; employing the interconnection
elements to accommodate differences in thermal expansion
between connected components; eliminating the need for
discrete semiconductor packages (such as for SIMMs); and
optionally soldering resilient interconnection elements
(resilient contact structures).

Controlled Impedance

FIG. 2B shows a composite interconnection element 220
having multiple layers. An innermost portion (inner elongate
conductive element) 222 of the interconnection element 220
is either an uncoated core or a core which has been
overcoated, as described hereinabove. The tip 222b of the
innermost portion 222 is masked with a suitable masking
material (not shown). A dielectric layer 224 is applied over
the innermost portion 222 such as by an electrophoretic
process. An outer layer 226 of a conductive material is
applied over the dielectric layer 224.

In use, electrically grounding the outer layer 226 will
result in the interconnection element 220 having controlled
impedance. An exemplary material for the dielectric layer
224 is a polymeric material, applied in any suitable manner
and to any suitable thickness (e.g., 0.1–3.0 mils).

The outer layer 226 may be multi-layer. For example, in
instances wherein the innermost portion 222 is an uncoated
core, at least one layer of the outer layer 226 is a spring
material, when it is desired that the overall interconnection
element exhibit resilience.

Altering Pitch

FIG. 2C illustrates an embodiment 250 wherein a plural-
ity (six of many shown) of interconnection elements 251 . .
. 256 are mounted on a surface of an electronic component
260, such as a probe card insert (a subassembly mounted in
a conventional manner to a probe card). Terminals and
conductive traces of the probe card insert are omitted from
this view, for illustrative clarity. The attached ends 251a . .
. 256a of the interconnection elements 251 . . . 256 originate
at a first pitch (spacing), such as 0.05–0.10 inches. The
interconnection elements 251 . . . 256 are shaped and/or
oriented so that their free ends (ties) are at a second, finer
pitch, such as 0.005–0.010 inches. An interconnect assembly
which makes interconnections from a one pitch to another
pitch is typically referred to as a "space transformer".

As illustrated, the tips 251b . . . 256b of the interconnec-
tion elements are arranged in two parallel rows, such as for
making contact to (for testing and/or burning in) a semicon-
ductor device having two parallel rows of bond pads
(contact points). The interconnection elements can be
arranged to have other tip patterns, for making contact to
electronic components having other contact point patterns,
such as arrays.

Generally, throughout the embodiments disclosed herein,
although only one interconnection element may be shown,
the invention is applicable to fabricating a plurality of
interconnection components and arranging the plurality of
interconnection elements in a prescribed spatial relationship
with one another, such as in a peripheral pattern or in a
rectangular array pattern.

Use of Sacrificial Substrates

The mounting of interconnection elements directly to
terminals of electronic components has been discussed here-

US 6,624,648 B2

17                                                                18

inabove. Generally speaking, the interconnection elements of the present invention can be fabricated upon, or mounted to, any suitable surface of any suitable substrate, including sacrificial substrates.

Attention is directed to the PARENT CASE, which describes, for example with respect to FIGS. 11A–11F fabricating a plurality of interconnection structures (e.g., resilient contact structures) as seoarate and distinct structures for subsequent mounting to electronic components, and which describes with respect to FIGS. 12A–12C mounting a plurality of interconnection elements to a sacrificial substrate (carrier) then transferring the plurality of interconnection elements en masse to an electronic component.

FIGS. 2D–2F illustrate a technique for fabricating a plurality of interconnection elements having preformed tip structures, using a sacrificial substrate.

FIG. 2D illustrates a first step of the technique 250, in which a patterned layer of masking material 252 is applied onto a surface of a sacrificial substrate 254. The sacrificial substrate 254 may be of thin (1–10 mil) copper or aluminum foil, by way of example, and the masking material 252 may be common photoresist. The masking layer 252 is patterned to have a plurality (three of many shown) of openings at locations 256a, 256b, 256c whereat it is desired to fabricate interconnection elements. The locations 256a, 256b and 256c are, in this sense, comparable to the terminals of an electronic component. The locations 256a, 256b and 256c are preferably treated at this stage to have a rough or featured surface texture. As shown, this may be accomplished mechanically with an embossing tool 257 forming depressions in the foil 254 at the locations 256a, 256b and 256c. Alternatively, the surface of the foil at these locations can be chemically etched to have a surface texture. Any technique suitable for effecting this general purpose is within the scope of this invention, for example sand blasting, peening and the like.

Next, a plurality (one of many shown) of conductive tip structures 258 are formed at each location (e.g., 256b), as illustrated by FIG. 2E. This may be accomplished using any suitable technique, such as electroplating, and may include tip structures having multiple layers of material. For example, the a tip structure 258 may have a thin (e.g., 10–100 microinch) barrier layer of nickel applied onto the sacrificial substrate, followed by a thin (e.g., 10 microinch) layer of soft gold, followed by a thin (e.g., 20 microinch) layer of hard gold, followed by a relatively thick (e.g., 200 microinch) layer of nickel, followed by a final thin (e.g., 100 microinch) layer of soft gold. Generally, the first thin barrier layer of nickel is provided to protect the subsequent layer of gold from being "poisoned" by the material (e.g., aluminum, copper) of the substrate 254, the relatively thick layer of nickel is to provide strength to the tip structure, and the final thin layer of soft gold provides a surface which is readily bonded to. The invention is not limited to any particulars of how the tip structures are formed on the sacrificial substrate, as these particulars would inevitably vary from application-to-application.

As illustrated by FIG. 2E, a plurality (one of many shown) of cores 250 for interconnection elements may be formed on the tip structures 258, such as by any of the techniques of bonding a soft wire core to a terminal of an electronic component described hereinabove. The cores 260 are then overcoated with a preferably hard material 262 in the manner described hereinabove, and the masking material 252 is then removed, resulting in a plurality (three of many shown) of free-standing interconnection elements 264 mounted to a surface of the sacrificial substrate, as illustrated by FIG. 2F.

In a manner analogous to the overcoat material covering at least the adjacent area of a terminal (214) described with respect to FIG. 2A, the overcoat material 262 firmly anchors the cores 260 to their respective tip structures 258 and, if desired, imparts resilient characteristics to the resulting interconnection elements 264. As noted in the PARENT CASE, the plurality of interconnection elements mounted to the sacrificial substrate may be gang-transferred to terminals of an electronic component. Alternatively, two widely divergent paths may be taken.

It is within the scope of this invention that a silicon wafer can be used as the sacrificial substrate upon which tip structures are fabricated, and that tip structures so fabricated may be joined (e.g., soldered, brazed) to resilient contact structures which already have been mounted to an electronic component. Further discussion of these techniques are found in FIGS. 8A–8E, hereinbelow.

As illustrated by FIG. 2G, the sacrificial substrate 254 may simply be removed, by any suitable process such as selective chemical etching. Since most selective chemical etching processes will etch one material at a much greater rate than an other material, and the other material may slightly be etched in the process, this phenomenon is advantageously employed to remove the thin barrier layer of nickel in the tip structure contemporaneously with removing the sacrificial substrate. However, if need be, the thin nickel barrier layer can be removed in a subsequent etch step. This results in a plurality (three of many shown) of individual, discrete, singulated interconnection elements 264, as indicated by the dashed line 266, which may later be mounted (such as by soldering or brazing) to terminals on electronic components.

It bears mention that the overcoat material may also be slightly thinned in the process of removing the sacrificial substrate and/or the thin barrier layer. However, it is preferred that this not occur.

To prevent thinning of the overcoat, it is preferred that a thin layer of gold or, for example, approximately 10 microinches of soft gold applied over approximately 20 microinches of hard gold, be applied as a final layer over the overcoat material 262. Such an outer layer of gold is intended primarily for its superior conductivity, contact resistance, and solderability, and is generally highly impervious to most etching solutions contemplated to be used to remove the thin barrier layer and the sacrificial substrate.

Alternatively, as illustrated by FIG. 2H, prior to removing the sacrificial substrate 254, the plurality (three of many shown) of interconnection elements 264 may be "fixed" in a desired spatial relationship with one another by any suitable support structure 266, such as by a thin plate having a plurality of holes therein, whereupon the sacrificial substrate is removed. The support structure 266 may be of a dielectric material, or of a conductive material overcoated with a dielectric material. Further processing steps (not illustrated) such as mounting the plurality of interconnection elements to an electronic component such as a silicon wafer or a printed circuit board may then proceed. Additionally, in some applications, it may be desireable to stabilize the tips (opposite the tip structures) of the interconnection elements 264 from moving, especially when contact forces are applied thereto. To this end, it may also be desirable to constrain movement of the tips of the interconnection elements with a suitable sheet 268 having a plurality of holes, such as a mesh formed of a dielectric material.

A distinct advantage of the technique 250 described hereinabove is that tip structures (258) may be formed of virtually any desired material and having virtually any

US 6,624,648 B2

19                                                                    20

desired texture. As mentioned hereinabove, gold is an example of a noble metal that exhibits excellent electrical characteristics of electrical conductivity, low contact resistance, solderability, and resistance to corrosion. Since gold is also malleable, it is extremely well-suited to be a final overcoat applied over any of the interconnection elements described herein, particularly the resilient interconnection elements described herein. Other noble metals exhibit similar desirable characteristics. However, certain materials such as rhodium which exhibit such excellent electrical characteristics would generally be inappropriate for overcoating an entire interconnection element. Rhodium, for example, is notably brittle, and would not perform well as a final overcoat on a resilient interconnection element. In this regard, techniques exemplified by the technique 250 readily overcome this limitation. For example, the first layer of a multi-layer tip structure (see 258) can be rhodium (rather than gold, as described hereinabove), thereby exploiting its superior electrical characteristics for making contact to electronic components without having any impact whatsoever on the mechanical behavior of the resulting interconnection element.

FIG. 2I illustrates an alternate embodiment 270 for fabricating interconnection elements. In this embodiment, a masking material 272 is applied to the surface of a sacrificial substrate 274, and is patterned to have a plurality (one of many shown) of openings 276, in a manner similar to the technique described hereinabove with respect to FIG. 2D. The openings 276 define areas whereat interconnection elements will be fabricated as free-standing structures. (As used throughout the descriptions set forth herein, an interconnection element is "free-standing" when is has a one end bonded to a terminal of an electronic component or to an area of a sacrificial substrate, and the opposite end of the interconnection element is not bonded to the electronic component or sacrificial substrate.)

The area within the opening may be textured, in any suitable manner, such as to have one or more depressions, as indicated by the single depression 278 extending into the surface of the sacrificial substrate 274.

A core (wire stem) 280 is bonded to the surface of the sacrificial substrate within the opening 276, and may have any suitable shape. In this illustration, only a one end of one interconnection element is shown, for illustrative clarity. The other end (not shown) may be attached to an electronic component. It may now readily be observed that the technique 270 differs from the aforementioned technique 250 in that the core 280 is bonded directly to the sacrificial substrate 274, rather than to a tip structure 258. By way of example, a gold wire core (280) is readily bonded, using conventional wirebonding techniques, to the surface of an aluminum substrate (274).

In a next step of the process (270), a layer 282 of gold is applied (e.g., by plating) over the core 280 and onto the exposed area of the substrate 274 within the opening 276, including within the depression 278. The primary purpose of this layer 282 is to form a contact surface at the end of the resulting interconnection element (i.e., once the sacrificial substrate is removed).

Next, a layer 284 of a relatively hard material, such as nickel, is applied over the layer 282. As mentioned hereinabove, one primary purpose of this layer 284 is to impart desired mechanical characteristics (e.g., resiliency) to the resulting composite interconnection element. In this embodiment, another primary purpose of the layer 284 is to enhance the durability of the contact surface being fabricated at the lower (as viewed) end of the resulting intercon-

nection element. A final layer of cold (not shown) may be applied over the layer 284, to enhance the electrical characteristics of the resulting interconnection element.

In a final step, the masking material 272 and sacrificial substrate 274 are removed, resulting in either a plurality of singulated interconnection elements (compare FIG. 2G) or in a plurality of interconnection elements having a predetermined spatial relationship with one another (compare FIG. 2H).

This embodiment 270 is exemplary of a technique for fabricating textured contact tips on the ends of interconnection elements. In this case, an excellent example of a "gold over nickel" contact tip has been described. It is, however, within the scope of the invention that other analogous contact tips could be fabricated at the ends of interconnection elements, according to the techniques described herein. Another feature of this embodiment 270 is that the contact tips are constructed entirely atop the sacrificial substrate (274), rather than within the surface of the sacrificial substrate (254) as contemplated by the previous embodiment 250.

Interposers, Generally

The techniques described hereinabove generally set forth a novel technique for fabricating composite interconnection elements, the physical characteristics of which are readily tailored to exhibit a desired degree of resiliency.

Generally, the composite interconnection elements of the present invention are readily mounted to (or fabricated upon) a substrate which will function as an interposer, disposed between and interconnecting two electronic components, one of the two electronic components disposed on each side of the interposer. The fabrication and use of the composite interconnection elements in interposers is discussed, in detail, in the aforementioned commonly-owned, copending U.S. patent application Ser. No. 08/526, 426.

The techniques described hereinabove generally set forth a novel technique for fabricating composite interconnection elements, the physical characteristics of which are readily tailored to exhibit a desired degree of resiliency, and the ability to fabricate interposers using such composite interconnection elements.

Generally, the composite interconnection elements of the present invention are readily mounted to (or fabricated upon) a substrate in a manner in which the tips of the interconnection elements are arranged to make contact with selected areas (e.g., bond pads) of semiconductor devices.

The PARENT CASE discloses various techniques for probing semiconductor devices.

The subject of using the interconnection elements of the invention in interposers has been mentioned hereinabove. Generally, as used herein, an "interposer" is a substrate having contacts on two opposite surfaces thereof, disposed between two electronic components to interconnect the two electronic components. Often, it is desirable that the interposer permit at least one of the two interconnected electronic components to be removed (e.g., for replacement, upgrading, and the like).

Interposer Embodiment #1

FIG. 3A illustrates an embodiment 300 of an interposer, using the interconnection elements of the invention. Generally, an insulating substrate 302, such as a PCB-type substrate, is provided with a plurality (two of many shown) of electrically conductive through holes (e.g., plated vias) 306, 308, or the like, each having conductive portions exposed on the top (upper) 302a and bottom (lower) 302b surfaces of the insulating substrate 302.

US 6,624,648 B2

A pair of soft cores **311** and **312** are attached to the exposed portion of the through hole **306** on the top surface **302**a of the substrate **302**. A pair of soft cores **313** and **314** are attached to the exposed portion of the through hole **306** on the bottom surface of the substrate **302**. Similarly, a pair of soft cores **315** and **316** are attached to the exposed portion of the through hole **308** on the top surface of the substrate **302**, and a pair of soft cores **317** and **318** are attached to the exposed portion of the through hole **308** on the bottom surface of the substrate **302**. The cores **311** . . . **318** are then overcoated with a hard material **320** to form interconnect structures **322** and **324** on the top surface **302**a of the substrate **302** and to form interconnect structures **326** and **328** on the bottom surface **302**b of the substrate **302**. In this manner, the individual cores **311** . . . **318** are securely anchored to the respective exposed portions of the through holes, the interconnecting structure **322** is electrically connected to the interconnecting structure **326**, and the interconnecting structure **324** is electrically connected to the interconnecting structure **328**. It will be understood that by providing each interconnecting structure (e.g., **322**) as a pair of interconnection elements (e.g., **311**, **312**), that more reliable connections to external components (not shown) are effected (i.e., than with single interconnecting elements).

As is shown, the top group of interconnection elements **311**, **312**, **315** and **316** are all formed with the same shape, and the bottom group of interconnection elements all have the same shape. It should be understood that the bottom group of interconnection elements can be provided with a shape which is different than the top group of interconnection elements, which would provide the opportunity to create interconnecting structures extending from the top surface of the insulating substrate having dissimilar mechanical characteristics from the interconnecting structures extending from the bottom surface of the substrate.

Interposer Embodiment #2

FIG. 3B illustrates another embodiment **330** of an interposer using the interconnection elements of the invention. In this embodiment, a plurality (one of many shown) of interconnection elements **332** are fabricated in a desired pattern (e.g., an array) on a sacrificial substrate (not shown). A support substrate **334** is provided with a like plurality of holes **336** in a corresponding pattern. The support substrate **334** is placed over the interconnection elements **332** so that the interconnection elements **332** extend through the holes **336**. The interconnection elements **332** are loosely held within the support substrate by a suitable material **338** (such as an elastomer) filling the holes **336**, and extend from both the top and bottom surfaces of the support substrate. The sacrificial substrate is then removed. Evidently, the support substrate **334** (compare **266**) can simply be "dropped" onto a plurality of interconnection elements (compare **264**) which are mounted to a sacrificial substrate (**254**) in the process of fabricating this interposer assembly.

Interposer Embodiment #3

FIG. 3C illustrates another embodiment **360** of an interposer using the interconnection elements of the invention. This embodiment **360** is similar to the previously-described embodiment **330**, with the exception that the interconnect structure **362** (compare **332**) is supported within the holes **366** (compare **336**) of the support substrate **364** (compare **334**) by soldering middle portions of the interconnection structures **362** to plating **368** on the through holes **366** the support substrate. Again, the support substrate **364** (compare **266**) can simply be "dropped" onto a plurality of interconnection elements (compare **264**) which are mounted to a sacrificial substrate (**254**) in the process of fabricating this interposer assembly.

FIGS. 3B and 3C are illustrative of the fact that a single interconnection element (**332**, **362**) can be used to effect a single connection of respective terminals of two electronic components. It should be understood, and is within the scope of this invention, that any conductive element could be used in lieu of the interconnection element of the present invention, as illustrated by FIGS. 3B and 3C.

It should be understood that, in the interposer embodiments of FIGS. 3A, 3B and 3C, electronic components (not shown) would be disposed on both sides of the interposer (**300**, **330**, **360**) in order that the interposer make electrical connection between terminals (not shown) thereof.

Forming Interconnection Elements from Sheets

The discussion hereinabove has focused mainly on forming interconnection elements from soft wire cores which are shared and overcoated with a hard material. The present invention is also applicable to forming interconnection elements which are formed of soft metal sheets which are patterned (such as by stamping or etching), into flat elongate elements (tabs, ribbons) and overcoated with a hard material. This subject is elaborated upon in the aforementioned U.S. patent application Ser No. 08/526,246.

Space Transformer

FIGS. 3A–3C, set forth immediately hereinabove, describe interposers and techniques for making same, as are applicable (suitable) to the present invention. Although, in the main, the composite interconnection elements of the present invention have been discussed, it should clearly be understood that any resilient interconnection element (spring) can be employed, including spring structures made of monolithic materials that are inherently springy made of phosphor bronze and beryllium copper.

"Space transforming" (sometimes referred to as "pitch spreading") is an important concept applicable to the present invention. Simply stated, it is important that the tips of the resilient contact structures be more closely spaced to one another (relatively fine pitch) than connections to their bases. As illustrated in FIG. 2C, discussed hereinabove, this can be accomplished by shaping and orienting the individual spring elements (**251** . . . **256**) to converge upon one another, resulting in a tendency for the individual resilient contact structures to have dissimilar lengths. Generally, in the context of a probe card assembly, it is very important for all of the probe elements (resilient contact structures) to have the same length as one another, to ensure constancy in the plurality of signal paths involved.

FIG. 4 illustrates an exemplary design of a space transformer **400**, according to the present invention, wherein the desired space-transforming is accomplished by the substrate **402** of the space transformer rather than in the shaping of the individual resilient contact structures (not shown) attached thereto.

The space transformer substrate **402** has a top (as viewed) surface **402**a and a bottom (as viewed) surface **402**b, and is preferably formed as a multi-layer component having alternating layers of insulating material (e.g., ceramic) and conductive material. In this example, one wiring layer is shown as including two (of many) conductive traces **404**a and **404**b.

A plurality (two of many shown) of terminals **406**a and **406**b are disposed on the top surface **402**a of the space transformer substrate **402** at a relatively fine pitch (relatively close to one another). A plurality (two of many shown) of terminals **408**a and **408**b are disposed on the bottom surface **402**b of the space transformer substrate **402** at a relatively coarse pitch (relative to the terminals **406**a and **406**b, further apart from one another). For example, the bottom terminals

US 6,624,648 B2

23

408*a* and 408*b* may be disposed at a 50–100 mil pitch (comparable to printed circuit board pitch constraints), and the top terminals 406*a* and 406*b* may be disposed as a 5–10 mil pitch (comparable to the center-to-center spacing of semiconductor die bond pads), resulting in a 10:1 pitch-transformation. The top terminals 406*a* and 406*b* are connected to the corresponding bottom terminals 408*a* and 408*b*, respectively, by associated conductors 410*a*/412*a* and 410*b*/412*b*, respectively, connecting the terminals to the conductive traces 404*a* and 404*b*, respectively. This is all generally well known, in the context of multi-layer land arid array (LGA) support substrates, and the like.

Probe Card Assembly

FIG. 5 illustrates an embodiment of a probe card assembly 500 which includes as its major functional components a probe card 502, an interposer 504 and a space transformer 506, and which is suitable in use for making temporary interconnections to a semiconductor wafer 508. In this exploded, cross-sectional view, certain elements of certain components are shown exaggerated, for illustrative clarity. However, the vertical (as shown) alignment of the various components is properly indicated by the dashed lines in the figure. It should be noted that the interconnection elements (514, 516, 524, discussed in greater detail hereinbelow) are shown in full, rather than in section.

The probe card 502 is generally a conventional circuit board substrate having a plurality (two of many shown) of contact areas (terminals) 510 disposed on the top (as viewed) surface thereof. Additional components (not shown) may be mounted to the probe card, such as active and passive electronic components, connectors, and the like. The terminals 510 on the circuit board may typically be arranged at a 100 mil pitch (pitch is defined hereinabove). The probe card 502 is suitably round, having a diameter on the order of 12 inches.

The interposer 504 includes a substrate 512 (compare the substrate 302). In the manner described hereinabove, a plurality (two of many shown) of resilient interconnection elements 514 are mounted (by their proximal ends) to and extend downward (as viewed) from the bottom (as viewed) surface of the substrate 512, and a corresponding plurality (two of many shown) of resilient interconnection elements 516 are mounted (by their proximal ends) to and extend upward (as viewed) from the top (as viewed) surface of the substrate 512. Any of the aforementioned spring shapes are suitable for the resilient interconnection elements 514 and 516, which are preferably the composite interconnection elements of the present invention. As a general proposition, the tips (distal ends) of both the lower plurality 514 and of the upper plurality 516 of interconnection elements 514 and 516 are at a pitch which matches that of the terminals 510 of the probe card 502, for example 100 mils.

The interconnection elements 514 and 516 are illustrated with exaggerated scale, for illustrative clarity. Typically, the interconnection elements 514 and 516 would extend to an overall height of 20–100 mils from respective bottom and top surfaces of the interposer substrate 512. Generally, the height of the interconnection elements is dictated by the amount of compliance desired.

The space transformer 506 includes a suitable circuitized substrate 518 (compare 402, described hereinabove), such as a multi-layer ceramic substrate having a plurality (two of many shown) of terminals (contact areas, pads) 520 disposed on the lower (as viewed) surface thereof and a plurality (two of many shown) of terminals (contact areas, pads) 522 disposed on the upper (as viewed) surface thereof. In this example, the lower plurality of contact pads 520 is

24

disposed at the pitch of the tips of the interconnection elements 516 (e.g., 100 mils), and the upper plurality of contact pads 522 is disposed at a finer (closer) pitch (e.g., 50 mils). These resilient interconnection 514 and 516 elements are preferably, but not necessarily, the composite interconnection elements of the present invention (compare 210, hereinabove).

A plurality (two of many shown) of resilient interconnection elements 524 ("probes", "probe elements") are mounted (by their proximal ends) directly (i.e., without the intermediary of additional materials such as wires connecting the probe elements to the terminals, or brazing or soldering the probe elements to the terminals) to the terminals (contact pads) 522 and extend upward (as viewed) from the top (as viewed) surface of the space transformer substrate 518. As illustrated, these resilient interconnection elements 524 are suitably arranged so that their tips (distal ends) are spaced at an even finer pitch (e.g., 10 mils) than their proximal ends, thereby augmenting the pitch reduction of the space transformer 506. These resilient contact structures (interconnection elements) 524 are preferably, but not necessarily, the composite interconnection elements of the present invention (compare 210, hereinabove).

It is within the scope of the invention that the probe elements (524) can be fabricated on a sacrificial substrate (compare FIGS. 2D–2F) and subsequently individually mounted (compare FIG. 2G) or gang-transferred (compare FIG. 2H) to the terminals (the 522) of the space transformer component (506).

As is known, a semiconductor wafer 508 includes a plurality of die sites (not shown) formed by photolithography, deposition, diffusion, and the like, on its front (lower, as viewed) surface. Typically, these die sites are fabricated to be identical to one another. However, as is known, flaws in either the wafer itself or in any of the processes to which the wafer is subjected to form the die sites, can result in certain die sites being non-functional, according to well established test criteria. Often, due to the difficulties attendant probing die sites prior to singulating semiconductor dies from a semiconductor wafer, testing is performed after singulating and packaging the semiconductor dies. When a flaw is discovered after packaging the semiconductor die, the net loss is exacerbated by the costs attendant to packaging the die. Semiconductor wafers typically have a diameter of at least 6 inches, including at least 8 inches.

Each die site typically has a number of contact areas (e.g., bond pads), which may be disposed at any location and in any pattern on the surface of the die site. Two (of many) bond pads 526 of a one of the die sites are illustrated in the figure.

A limited number of techniques are known for testing the die sites, prior to singulating the die sites into individual semiconductor dies. A representative prior art technique involves fabricating a probe card insert having a plurality of tungsten "needles" embedded in and extending from a ceramic substrate, each needle making a temporary connection to a given one of the bond pads. Such probe card inserts are expensive and somewhat complex to manufacture, resulting in their relatively high cost and in a significant lead time to obtain. Given the wide variety of bond pad arrangements that are possible in semiconductor dies, each unique arrangement requires a distinct probe card insert.

The rapidity with which unique semiconductor dies are manufactured highlights the urgent need for probe card inserts that are simple and inexpensive to manufacture, with a short turnaround time. The use of an interposer (504), and

US 6,624,648 B2

25
26

a space transformer (506) as a probe card insert, squarely addresses this compelling need.

In use, the interposer 504 is disposed on the top (as viewed) surface of the probe card 502, and the space transformer 506 is stacked atop (as viewed) the interposer 504 so that the interconnection elements 514 make a reliable pressure contact with the contact terminals 510 of the probe card 502, and so that the interconnection elements 516 make a reliable pressure contact with the contact pads 520 of the space transformer 506. Any suitable mechanism for stacking these components and for ensuring such reliable pressure contacts may be employed, a suitable one of which is described hereinbelow.

The probe card assembly 500 includes the following major components for stacking the interposer 506 and the space transformer 506 onto the probe card 502:

a rear mounting plate 530 made of a rigid material such as stainless steel,

an actuator mounting plate 532 made of a rigid material such as stainless steel,

a front mounting plate 534 made of a rigid material such as stainless steel,

a plurality (two of many shown, three is preferred) of differential screws including an outer differential screw element 536 and an inner differential screw element 538,

a mounting ring 540 which is preferably made of a springy material such as phosphor bronze and which has a pattern of springy tabs (not shown) extending therefrom,

a plurality (two of many shown) of screws 542 for holding the mounting ring 538 to the front mounting plate 534 with the space transformer 506 captured therebetween,

optionally, a spacer ring 544 disposed between the mounting ring 540 and the space transformer 506 to accommodate manufacturing tolerances, and

a plurality (two of many shown) of pivot spheres 546 disposed atop (as viewed) the differential screws (e.g., atop the inner differential screw element 538).

The rear mounting plate 530 is a metal plate or ring (shown as a ring) disposed on the bottom (as shown) surface of the probe card 502. A plurality (one of many shown) of holes 548 extend through the rear mounting plate.

The actuator mounting plate 532 is a metal plate or ring (shown as a ring) disposed on the bottom (as shown) surface of the rear mounting plate 530. A plurality (one of many shown) of holes 550 extend through the actuator mounting plate. In use, the actuator mounting plate 532 is affixed to the rear mounting plate 530 in any suitable manner, such as with screws (omitted from the figure for illustrative clarity).

The front mounting plate 534 is a rigid, preferably metal ring. In use, the front mounting plate 534 is affixed to the rear mounting plate 530 in any suitable manner, such as with screws (omitted from the figure for illustrative clarity) extending through corresponding holes (omitted from the figure for illustrative clarity) through the probe card 502, thereby capturing the probe card 502 securely between the front mounting plate 534 and rear mounting plate 530.

The front mounting plate 534 has a flat bottom (as viewed) surface disposed against the top (as viewed) surface of the probe card 502. The front mounting plate 534 has a large central opening therethrough, defined by an inner edge 552 the thereof, which is sized to permit the plurality of contact terminals 510 of the probe card 502 to reside within the central opening of the front mounting plate 534, as shown.

As mentioned, the front mounting plate 534 is a ring-like structure having a flat bottom (as viewed) surface. The top (as viewed) surface of the front mounting plate 534 is stepped, the front mounting plate being thicker (vertical extent, as viewed) in an outer region thereof than in an inner region thereof. The step, or shoulder, is located at the position of the dashed line (labelled 554), and is sized to permit the space transformer 506 to clear the outer region of the front mounting plate and rest upon the inner region of the front mounting plate 534 (although, as will be seen, the space transformer actually rests upon the pivot spheres 546).

A plurality (one of many shown) of holes 554 extend into the outer region of the front mounting plate 534 from the top (as viewed) surface thereof at least partially through the front mounting plate 534 (these holes are shown extending only partially through the front mounting plate 534 in the figure) which, as will be seen, receive the ends of a corresponding plurality of the screws 542. To this end, the holes 554 are threaded holes. This permits the space transformer 506 to be secured to the front mounting plate by the mounting ring 540, hence urged against the probe card 502.

A plurality (one of many shown) of holes 558 extend completely through the thinner, inner region of the front mounting plate 534, and are aligned with a plurality (one of many shown) of corresponding holes 560 extending through the probe card 502 which, in turn, are aligned with the holes 548 in the rear mounting plate and the holes 550 in the actuator mounting plate 538.

The pivot spheres 546 are loosely disposed within the aligned holes 558 and 560, at the top (as viewed) end of the inner differential screw elements 538. The outer differential screw elements 536 thread into the (threaded) holes 550 of the actuator mounting plate 532, and the inner differential screw elements 538 thread into a threaded bore of the outer differential screw elements 536. In this manner, very fine adjustments can be made in the positions of the individual pivot spheres 546. For example, the outer differential screw elements 536 have an external thread of 72 threads-per-inch, and the inner differential screw elements 538 have an external thread of 80 threads-per inch. By advancing an outer differential screw element 536 one turn into the actuator mounting plate 532 and by holding the corresponding inner differential screw element 538 stationary (with respect to the actuator mounting plate 532), the net change in the position of the corresponding pivot sphere 546 will be 'plus' $\frac{1}{72}$ (0.0139) 'minus' $\frac{1}{80}$ (0.0125) inches, or 0.0014 inches. This permits facile and precise adjustment of the planarity of the space transformer 506 vis-a-vis the probe card 502. Hence, the positions of the tips (top ends, as viewed) of the probes (interconnection elements) 524 can be changed, without changing the orientation of the probe card 502. The importance of this feature, a technique for performing alignment of the tips of the probes, and alternate mechanisms (means) for adjusting the planarity of the space transformer are discussed in greater detail hereinbelow, with respect to FIG. 7. Evidently, the interposer 504 ensures that electrical connections are maintained between the space transformer 506 and the probe card 502 throughout the space transformer's range of adjustment, by virtue of the resilient or compliant contact structures disposed on the two surfaces of the interposer.

The probe card assembly 500 is simply assembled by placing the interposer 504 within the opening 552 of the front mounting plate 534 so that the tips of the interconnection elements 514 contact the contact terminals 510 of the probe card 502, placing the space transformer 506 on top of the interposer 504 so that the tips of the interconnection

US 6,624,648 B2

27                                                                    28

elements **516** contact the contact pads **520** of the space transformer **506**, optionally placing a spacer **544** atop the space transformer **506**, placing the mounting ring **540** over the spacer **544**, and inserting the screws **542** through the mounting ring **540** through the spacer **544** and into the holes **554** of the front mounting plate **534**, and mounting this "subassembly" to the probe card **502** by inserting screws (one shown partially as **555**) through the rear mounting plate **530** and through the probe card **502** into threaded holes (not shown) in the bottom (as viewed) surface of the front mounting plate **534**. The actuator mounting plate **530** can then be assembled (e.g., with screws, on of which is shown partially as **556**) to the rear mounting plate **530**, pivot spheres **560** dropped into the holes **550** of the actuator mounting plate **532**, and the differential screw elements **536** and **538** inserted into the holes **550** of the actuator mounting plate **532**.

In this manner, a probe card assembly is provided having a plurality of resilient contact structures (**524**) extending therefrom for making contact with a plurality of bond pads (contact areas) on semiconductor dies, prior to their singulation from a semiconductor wafer, at a fine pitch which is commensurate with today's bond pad spacing. Generally, in use, the assembly **500** would be employed upside down from what is shown in the figure, with the semiconductor wafer being pushed (by external mechanisms, not shown) up onto the tips of the resilient contact structures (**524**).

As is evident from the figure, the front mounting plate (baseplate) **534** determined the position of the interposer **504** vis-a-vis the probe card **502**. To ensure accurate positioning of the front mounting plate **534** vis-a-vis the probe card **502**, a plurality of alignment features (omitted from the figure for illustrative clarity) such as pins extending from the front mounting plate) and holes extending into the probe card **502** may be provided.

It is within the scope of this invention that any suitable resilient contact structures (**514**, **516**, **524**) be employed on the interposer (**504**) and/or the space transformer (**506**), including tabs (ribbons) of phosphor bronze material or the like brazed or soldered to contact areas on the respective interposer or space transformer.

It is within the scope of this invention that the interposer (**504**) and the space transformer (**506**) can be pre-assembled with one another, such as with spring clips, described as element **486** of FIG. 29 of the aforementioned copending, commonly-owned PCT/US94/13373, extending from the interposer substrate.

It is within the scope of this invention that the interposer (**504**) be omitted, and in its stead, a plurality of resilient contact structures comparable to **514** be mounted directly to the contact pads (**520**) on the lower surface of the space transformer. However, achieving coplanarity between the probe card and the space transformer would be difficult. A principal function of the interposer is to provide compliance to ensure such coplanarity.

FIG. 5A illustrates, in perspective view, a suitable space transformer substrate **518** for the probe card assembly **500** of FIG. 5. As shown therein, the space transformer substrate **518** is suitably a rectangular solid, having a length "L" a width "W" and a thickness "T". In this figure, the top surface **518a** of the space transformer substrate **518** is visible, to which the probing interconnection elements (compare **524**) are mounted. As shown, a plurality (such as several hundred) of contact pads **522** are disposed on the top surface **518a** of the space transformer substrate **518** in a given area thereof. The given area is indicated by the dashed lines labelled **570** and, as is evident, the contact pads **522** may be arranged in any suitable pattern within the given area **570**.

As mentioned hereinabove, the space transformer substrate **518** is suitably formed as a multi-layer ceramic substrate, having alternating layers of ceramic and patterned conductive material.

The fabrication of such multi-layer ceramic substrates is well known and is employed, for example, in the manufacture of Land Grid Array (LGA) semiconductor packages. By appropriately routing the patterned conductive material within such a multi-layer substrate, it is simple and straightforward to dispose contact pads (not visible in this view, compare **520**) on the bottom surface (not visible in this view) of the substrate **518** at a pitch which is different than (e.g., larger than) the pitch of the contact pads **522** on the top surface **518a** of the substrate **518**, and to connect the contact pads **520** with the contact pads **522** to one another internally within the substrate **518**. Achieving a pitch of approximately 10 mils between the contact pads **522** on such a substrate is very feasible.

FIG. 5A illustrates a preferred feature of the space transformer substrate **518**. As mentioned, the substrate **518** is a rectangular solid having a top surface **518a**, a bottom surface (hidden from view in this figure), and four side edges **518b**, **518c**, **518d** and **518e**. As is shown, notches **572b**, **572c**, **572d** and **572e** are provided along the intersections of the respective side edges **518b**, **518c**, **518d** and **518e** and the top surface **518a** of the substrate **518** alone nearly the entire length (exclusive of the corners) of the respective side edges **518b** . . . **518e**. These notches **572b** . . . **572e** generally facilitate the manufacture of the space transformer substrate **518** as a multi-layer ceramic structure, and are also visible in the illustration of FIG. 5. It should be understood that the notches are not a necessity. Evidently, since the four corners of the substrate **518** are not notched (which is basically dictated by the process of making a ceramic, multilayer substrate), the mounting plate (**540** of FIG. 5) must evidently accommodate these corner "features".

FIG. 5B illustrates an embodiment of a space transformer substrate **574** which is comparable to the space transformer substrate **518** of the previous illustration, and which can similarly be employed in the probe card assembly **500** of FIG. 5. In this case, a plurality (four of many shown) of areas **570a**, **570b**, **570c** and **570d** are defined, within each of which a plurality of contact pads **522a**, **522b**, **522c** can readily be disposed in any desired pattern. It is generally intended that the spacing of the areas **570a** . . . **570d** correspond to the spacing of die sites on a semiconductor wafer so that a plurality of die sites can simultaneously be probed with a single "pass" of the probe card. (This is especially useful for probing multiple memory chips resident on a semiconductor wafer.) Typically, the pattern of the contact pads **522a** . . . **522d** within the respective areas **570a** . . . **570d** of the substrate **574** will be identical to one another, although this is not absolutely necessary.

The illustration of FIG. 5B clearly demonstrates that a single space transformer can be provided with probe elements for probing (making pressure contacts with) a plurality (e.g., four, as illustrated) of adjacent die sites on a semiconductor wafer. This is beneficial in reducing the number of setdowns (steps) required to probe all of the die sites on a wafer. For example, if there are one hundred die sites on a wafer, and four sets of probe elements on the space transformer, the wafer need only be positioned against the space transformer twenty-five times (ignoring, for purposes of this example, that efficiency at the edge (periphery) of the wafer would be somewhat attenuated). It is within the scope of this invention that the arrangement of probe sites (e.g., **570a** . . . **570d**), as well as the orientation of the individual

29

30

probe elements (e.g., staggered) can be optimized to minimize the number of touchdowns required to probe an entire wafer. It is also within the scope of this invention that the probe elements can be arranged on the surface of the space transformer in a manner that alternate probe elements make contact with different ones of two adjacent die sites on the wafer. Given that it is generally desirable that the probe elements all have the same overall length, it is evident that the unconstrained manner in which the probe elements can be attached (mounted) directly to any point on the two-dimensional surface of the space transformer is superior to any technique which constrains the location whereat the probe elements are attached to a probe card (e.g., ring arrangements, as described hereinabove). It is also within the scope of this invention that a plurality of non-adjacent die sites on a wafer could be probed in this manner. The present invention is particularly beneficial to probing unsingulated memory devices on a wafer, and is useful for probing die sites having any aspect ratio.

FIG. 5C illustrates an exemplary layout of contact pads 520 on the bottom surface of the space transformer substrate 518, wherein the pads 520 are arranged in a pattern having a 100 mil pitch, each row of pads being staggered from the adjacent row of pads, and each pad having a diameter of approximately 55 mils.

FIG. 6A is a plan view of either of the top or bottom surfaces of an exemplary interposer substrate 580 (compare 512), showing an exemplary layout of conductive areas (not illustrated in FIG. 5, compare FIG. 3A) to which the interconnection elements (514, 516) are mounted. FIG. 6B is a cross-sectional view of a portion of the same interposer substrate 580. As illustrated in FIG. 6B, a plurality of plated through holes 582 extend through the substrate 580, from a one surface 580a to an opposite surface 580b thereof. The substrate (board) itself is formed of conventional circuit board materials, using conventional techniques for fabricating plated through holes. In this example, the "base" board 584 is initially covered with an extremely thin (e.g., 100 microinch) "blanket" layer 586 layer of copper. A layer of photoresist 588 is applied to both surfaces of the board, and patterned to have openings permitting the plating up of the through holes 582. The through holes 582 are plated with an approximately 1 mil thick layer 590 of copper, over which is deposited a thin (e.g., at least 100 microinch) barrier layer 592 layer of nickel, over which is deposited a thin (e.g., at least 50 microinch) layer 594 of soft (pure) gold. The photoresist 588 is then removed, and vestiges of the initial extremely thin layer 586 of copper are removed from areas outside of the plated through hole 582. As illustrated in FIG. 6A, the plan view of each contact area formed by a plated through hole 582 is that of a circular ring, with a tab extending therefrom. The tab defines the orientation of the conductive area (pad) of the through hole exposed (for mounting interconnection elements) on the surface of the substrate 580. The pads are arrange at a 100 mil pitch, in staggered rows, with their orientations (as determined by their tabs) reversing at a centerline of the substrate surface.

With regard to the exemplary probe card assembly 500 described hereinabove, the following dimensions and materials are exemplary, for a given application:

a. the space transformer substrate 518 has a length (L) of 2.5 inches, a width (W) of 2.5 inches, and a thickness (T) of 0.25 inches, and has at least three alternating layers of ceramic and patterned conductor.

b. The interconnection elements 524 extending from the space transformer substrate 518 are the composite interconnection elements of the present invention, having a gold wire core with a diameter of 1.0 mils, overcoated by 1.5 mils of nickel, for an overall diameter of 4.0 mils. The overall height of the interconnection elements 524 is 40 mils.

c. The interposer substrate 512 is formed of conventional circuit board materials, has side dimensions of 1.850 inches and a thickness of 16 mils.

d. The interconnection elements 514 and 516 extending from the interposer substrate 512 are the composite interconnection elements of the present invention, having a gold wire core with a diameter of 1.0 mils, overcoated by 1.5 mils of nickel, for an overall diameter of 4.0 mils. The overall height of the interconnection elements 524 is 60 mils.

It is within the scope of the invention, and is generally preferred, that although the interconnection elements 514 and 516 are illustrated in FIG. 5 as single interconnection elements, each illustrated element is readily implemented as an interconnection structure having two or more interconnection elements in the manner described hereinabove with respect to FIG. 3A, to ensure that reliable pressure contacts are made to the respective contact terminals 510 of the probe card 502 and contact pads 520 of the space transformer 506.

It should clearly be understood that the space transformer (506, 518, 574) and interposer (504, 580) can be supplied to an end user as a "kit" (or "subassembly"), in which case the end user would supply the probe card and associated mounting hardware (e.g., 530, 532, 534, 536, 538, 540, 544).

Although the invention has been illustrated and described in detail in the drawings and foregoing description, the same is to be considered as illustrative and not restrictive in character—it being understood that only preferred embodiments have been shown and described, and that all chances and modifications that come within the spirit of the invention are desired to be protected. Undoubtedly, many other "variations" on the "themes" set forth hereinabove will occur to one having ordinary skill in the art to which the present invention most nearly pertains, and such variations are intended to be within the scope of the invention, as disclosed herein. Several of these variations are set forth in the parent case.

Aligning the Probe Card Assembly

FIG. 7 illustrates a technique 700 of aligning a probe card assembly such as the probe card assembly 500 of FIG. 5. To this end, several of the elements of the probe card assembly 500 of FIG. 5 bear the same numbering (5xx) in this figure. The view of FIG. 7 is partially assembled, with the major components in contact with one another.

A problem addressed head on by this invention is that it is often difficult to align the contact tips of a probe card (or probe card insert) with respect to a semiconductor wafer being tested. It is essential that tolerances on the coplanarity of the tips of the probes and the surface of the wafer be held to a minimum, to ensure uniform reliable contact pressure at each the tip 524a (top ends, as viewed) of each probe (i.e, the resilient contact structures 524). As discussed hereinabove, a mechanism (e.g., differential screws 536 and 538) is provided in the probe card assembly for adjusting the planarity of the tips 524a of the probes by acting upon the space transformer 506. In this figure, the space transformer substrate 506 is illustrated with internal connection between the top terminals and the bottom terminals thereof, in the manner illustrated in FIG. 4, described hereinabove.

Prior to employing the probe card assembly to perform testing on a semiconductor wafer, the alignment of the probe tips is measured and, if necessary, adjusted to ensure that the probe tips 524a will be coplanar with semiconductor wafers

US 6,624,648 B2

31                                                      32

that are subsequently presented to the probe card assembly (i.e., urged against the probe tips).

Generally, a wafer tester (not shown) in which the probe card assembly is mounted, will have a mechanism (not shown) for conveying semiconductor wafers into the region of the probe card assembly and urging the semiconductor wafers against the probe tips 524a. To this end, semiconductor wafers are held by a chuck mechanism (not shown). For purposes of this discussion, it is assumed that the tester and chuck mechanism are capable of moving wafer-after-wafer into a precise, repeatable location and orientation—the precise location of the wafer functioning as a "reference plane".

According to the invention, in order to align the tips 524a vis-a-vis the expected orientation of a semiconductor wafer, in other words vis-a-vis the reference plane, a flat electrically-conductive metal plate 702 is mounted in the tester in lieu of a semiconductor wafer. The flat metal plate 702 functions as an "ersatz" or "virtual" wafer, for purposes of aligning the tips 524a of the probes.

Each probe 524 is associated with a one of a plurality of terminals (not shown) on the probe card 502, a conductive path therebetween being constituted by a selected one of the probes 524, an associated selected one of the resilient contact structures 516 and an associated selected one of the resilient contact structures 514, and wiring layers (not shown) within the probe card 502. The probe card terminals may be in the form of surface terminals, terminals of a socket, or the like. A cable 704 connects between the probe card 502 and a computer (tester) 706 which has a display monitor 708. The present invention is not limited to using a computing device, nor to a display monitor.

In this example, it is assumed that one hundred pressure contacts are sought to be effected between one hundred probe tips 524a arranged in a 10×10 rectangular array and one hundred terminals (e.g., bond pads) of a semiconductor wafer. The present invention is not, however, limited to any particular number of probe tips or any particular layout of bond pads.

The flat metal plate 702 is carried by the chuck (not shown) and urged (advanced, as indicated by the arrow labelled "A") against the probe tips 524a. This is done in a relatively gradual manner, so that it can be ascertained whether the probe tips 524a all contact the flat metal plate in unison (not likely), or whether certain ones of the probe tips 524a are contacted by the flat metal plate 702 prior to remaining ones of the probe tips 524a. In the illustration, the seventy-one filled circles (dots) within the area 710 on the monitor 708 indicate that seventy-one of the probe tips 524a have been contacted by the flat metal plate 702 prior to the remaining twenty-nine of the probe tips 524a (illustrated as empty circles) having been contacted by the flat metal plate 702. Based on this visual representation, it is evident that the space transformer 506 (or, possibly, the metal plate 702) is tilted (canted) to the left (as viewed) downwards (out of the page, as viewed), and the orientation of the space transformer 506 can readily be adjusted by suitable adjustments of the differential screws 536 and 538.

The adjustments necessary to achieve the desired goal of planar, simultaneous contact of all of the tips 524a with the flat metal plate 702, without altering the orientation of the probe card 502, so that all of the probe tips 524a make substantially simultaneous contact with the flat metal plate 702 are readily calculated, either on-line or off-line. By making the calculated adjustments, the tips 524a of the probes 524 will subsequently make substantially simultaneous contact with bond pads on semiconductor wafers being tested.

The "go/no-go" (contact/no contact) type of testing discussed in the previous paragraph is illustrative of a first "order" of alignment that is facilitated by the probe card assembly of the present invention. A second "order" of alignment is readily performed by recording (e.g., in the computer memory) the sequence (order) in which the probe element tips contact the metal plate. The first tip to contact the metal plate generally will generally represent a corner of the space transformer that is too "high", and needs to be lowered (e.g., by adjusting the differential screws). Likewise, the last tip to contact the metal plate will generally represent a corner of the space transformer that is too "low", and needs to be heightened (e.g., by adjusting the differential screws). It is within the scope of this invention that any suitable algorithm can be employed to determine the adjustments required to be made, based on the sequence of tips contacting the metal plate. It is also within the scope of this invention that a resistance (e.g., to ground) between each probe tip 524a and the flat metal plate 702 can be measured and displayed as a numeral, or symbol, or dot color, or the like, indicative of the measured resistance, rather than merely as a filled circle versus an unfilled circle on the display monitor, although such is generally not preferred.

It is within the scope of this invention that any suitable mechanism can be employed for adjusting the orientation of the space transformer 506—in other words, planarizing the tips 524a of probes 524. Alternatives to using the differential screws (536, 538) arrangement discussed hereinabove would be to use servo mechanisms, piezoelectric drivers or actuators, magnetostrictive devices, combinations thereof (e.g., for gross and fine adjustments), or the like to accomplish such planarizing.

FIG. 7A illustrates an automated technique 750 for adjusting the spatial orientation of the space transformer (not shown in this view). In this example, an actuator mechanism 552 (labelled "ACT") is substituted for the differential screws (536, 538) and operates in response to signals from the computer 706. Three such mechanisms 552 can be substituted for the three pairs of differential screw elements in a straightforward manner. Similar elements in FIG. 7A are labelled with identical numbers as appear in FIG. 7, and several elements appearing in FIG. 7 are omitted from the view of FIG. 7A, for illustrative clarity.

It is also within the scope of this invention that the mechanism (particularly an automated mechanism as illustrated in FIG. 7A) for planarizing the space transformer (506) can be disposed other than as shown in the exemplary embodiments described herein. For example, a suitable mechanism could be located between the top (as viewed) surface of the probe card (502) and the front mounting plate (534), or incorporated into the front mounting plate (534). The key feature of using any of these mechanisms is the ability to alter the angle (orientation) of the space transformer (e.g., 506) without requiring the orientation of the probe card (502) to be altered.

Pre-fabricating Tip Structures for the Probe Elements, Processing Probe Elements, and Joining the Tip Structures to the Probe Elements

FIGS. 2D–2F, discussed hereinabove, disclose a technique for fabricating tip structures (258) on a sacrificial substrate (254), and fabricating composite interconnection elements 264 on the tip structures (258) for subsequent mounting to terminals of an electronic component. Such a technique can certainly be employed with respect to mounting composite interconnection elements having fabricated tip structures on the top surface of the space transformer (518).

33

FIG. 8A illustrates an alternate technique **800** for fabricating composite interconnection elements having fabricated tip structures, particularly useful as the resilient contact structures residing atop the space transformer is now discussed. In this example, a silicon substrate (wafer) **802** having a top (as viewed) surface is used as the sacrificial substrate. A layer **804** of titanium is deposited (e.g., by sputtering) onto the top surface of the silicon substrate **802**, and has a thickness of approximately 250 Å (1 Å=0.1 nm=$10^{-10}$ m). A layer **806** of aluminum is deposited (e.g., by sputtering) atop the titanium layer **804**, and has a thickness of approximately 10,000 Å. The titanium layer **804** is optional and serves as an adhesion layer for the aluminum layer **806**. A layer **808** of copper is deposited (e.g., by sputtering) atop the aluminum layer **806**, and has a thickness of approximately 5,000 Å. A layer **810** of masking material (e.g., photoresist) is deposited atop the copper layer **808**, and has a thickness of approximately 2 mils. The masking layer **810** is processed in any suitable manner to have a plurality (three of many shown) of holes **812** extending through the photoresist layer **810** to the underlying copper layer **808**. For example, each hole **812** may be 6 mils in diameter, and the holes **812** may be arranged at a pitch (center-to-center) of 10 mils. The sacrificial substrate **802** has, in this manner, been prepared for fabricating a plurality of multilayer contact tips within the holes **812**, as follows:

A layer **814** of nickel is deposited, such as by plating, onto the copper layer **808**, and has a thickness of approximately 1.0–1.5 mils. Optionally, a thin layer (not shown) of a noble metal such as rhodium can be deposited onto the copper layer prior to depositing the nickel. Next, a layer **816** of gold is deposited, such as by plating, onto the nickel **814**. The multilayer structure of nickel and aluminum (and, optionally, rhodium) will serve as a fabricated tip structure (**820**, as shown in FIG. 8B).

Next, as illustrated in FIG. 8B, the photoresist **810** is stripped away (using any suitable solvent), leaving a plurality of fabricated tip structures **820** sitting atop the copper layer **808**. Next, the copper (**808**) is subjected to a quick etch process, thereby exposing the aluminum layer **806**. As will be evident, aluminum is useful in subsequent steps since it is substantially non-wettable with respect to solder and braze materials.

It bears mention that it is preferred to pattern the photoresist with additional holes within which "ersatz" tip structures **822** may be fabricated in the same process steps employed to fabricate the tip structures **820**. These ersatz tip structures **822** will serve to uniformize the aforementioned plating steps in a manner that is well known and understood, by reducing abrupt gradients (non-uniformities) from manifesting themselves across the surface being plated. Such structures (**822**) are known in the field of plating as "robbers".

Next, solder or brazing paste ("joining material") **824** is deposited onto the top (as viewed) surfaces of the tip structures **820**. (There is no need to deposit the paste onto the tops of the ersatz tip structures **822**.) This is implemented in any suitable manner, such as with a stainless steel screen or stencil. A typical paste (joining material) **824** would contain gold-tin alloy (in a flux matrix) exhibiting, for example, 1 mil spheres (balls).

The tip structures **820** are now ready to be mounted (e.g., brazed) to ends (tips) of resilient contact structures, preferably the composite interconnect elements of the present invention. However, it is preferred that the composite interconnect elements first be specially "prepared" to receive the tip structures **820**.

34

FIG. 8C illustrates a technique **850** for preparing a space transformer substrate **830** (compare **506**) with a plurality (two of many shown) of composite interconnection elements **832** (compare **524**) in anticipation of tip structures (**820**) being mounted to the ends of the composite interconnection elements **832**. The composite interconnections elements (probe elements) **832** are shown in full (rather than in cross section).

In this example, the composite interconnection elements **832** are multilayer (compare FIG. 2A) and have a gold (wire) core overcoated with a layer (not shown) of copper and further overcoated with a layer (not shown) of nickel (preferably a nickel-cobalt alloy having proportions 90:10 of Ni:Co), and further overcoated with a layer (not shown) of copper. As will be evident, it is preferred that the nickel layer be deposited to only a substantial portion (e.g., 80%) of its desired final thickness, the remaining small portion (e.g., 20%) of the nickel thickness being deposited in a subsequent step, described hereinbelow.

In this example, the space transformer substrate **830** is provided with a plurality (two of many shown) of pillar-like structures **834** extending from its top (as viewed) surface which, as will be evident, will function as polishing "stops". It is not necessary to have a large number of these polishing stops, and they are readily formed with and of the same material as the substrate (e.g., ceramic).

The space transformer substrate **830** is then "cast" with a suitable casting material **836**, such as thermally-meltable, solution-soluble polymer, which serves to support the composite interconnection elements **832** extending from the top surface of the space transformer substrate. The top (as viewed) surface of the overmolded substrate is then subjected to polishing, such as with a polishing wheel **838** which is urged down (as viewed) onto the top surface of the casting material. The aforementioned polishing stops **834** determine the final position of the polishing wheel, as indicated by the dashed line labelled "P". In this manner, the tips (top ends, as viewed) of the composite interconnection elements **832** are polished to be substantially perfectly coplanar with one another.

As discussed hereinabove, a mechanism (e.g., differential screws or an automated mechanism) is provided in the overall probe card assembly (**500**) to orient the space transformer to ensure that the tips of resilient contact structures are coplanar with a semiconductor wafer being tested, and that the tips are planarized to make substantially simultaneous contact with the wafer. Certainly, starting with tips which have been planarized by polishing (or by any other suitable means) will contribute to achieving this important objective. Moreover, by ensuring that the ties of the probe elements (**832**) are coplanar to begin with, relaxes (reduces) the constraints imposed on the interposer component (**534**) to accommodate (by compliance) non-planarities in the tips of the probe elements (**832**) extending from the space transformer component.

After having planarized the tips of the probe elements by polishing, the casting material **836** is removed with a suitable solvent. (The polishing stops **834** will be removed at this time.) Casting materials are well known, as are their solvents. It is within the scope of this invention that casting materials such as wax, which can simply be melted away, can be used to support the probe elements (**832**) for polishing. The space transformer has, in this manner, been prepared to receive the aforementioned tip structures (**820**).

A beneficial side effect of the polishing operation is that the material overcoating the gold wire stem (core) of the composite interconnection element **832** will be removed at

the tip, leaving the gold core exposed. Inasmuch as it is desired to braze tip structures (820) to the tips of the composite interconnection elements, having exposed gold material to braze to is desirable.

That having been said, it is preferred to further "prepare" the space transformer for receiving the tip structures by first performing one additional plating step—namely, nickel plating the composite interconnection elements 832 to provide the composite interconnection elements with the aforementioned remaining small portion (e.g., 20%) of their desired, overall nickel thickness.

The prepared substrate shown in FIG. 8B is now brought to bear upon the prepared space transformer. As shown in FIG. 8D, the tip structures 820 (only two tip structures are shown in the view of FIG. 8D, for illustrative clarity) are aligned with the tips of the composite interconnection elements 832, using standard flip-chip techniques (e.g., split prism), and the assembly is passed through a brazing furnace to reflow the joining material 824, thereby joining (e.g., brazing) the prefabricated tip structures 820 to the ends of the contact structures 832.

It is within the scope of this invention that this technique can be used to join (e.g., braze) pre-fabricated tip structures to ends of non-resilient contact structures, resilient contact structures, composite interconnection elements, and the like.

During the reflow process, the exposed aluminum layer (806), being non-wettable, prevents solder (i.e., braze) from flowing between the tip structures 820, i.e., prevents solder bridges from forming between adjacent tip structures. In addition to this anti-wetting function of the aluminum layer, the aluminum layer also serves as a release layer. Using a suitable etchant, the aluminum is preferentially (to the other materials of the assembly) etched away, and the silicon substrate 802 simply "pops" off, resulting in a space transformer having composite interconnection elements (probe elements) each having a prefabricated tip structure, as illustrated in FIG. 8E. (Note that the joining material 824 has reflowed as "fillets" on end portions of the probe elements 832.) In a final step of the process, the residual copper (808) is etched away, leaving the tip structure 820 with nickel (or rhodium, as discussed hereinabove) exposed for making contact to terminals of an electronic component being probed.

It is within the scope of this invention, but it is generally not preferred, that composite interconnection elements (such as 832) can first be fabricated on the tip structures themselves, in the "spirit" of the technique described with respect to FIGS. 2D–2F, utilizing the tip structure metallurgy described with respect to FIG. 8A, and subsequently mounted to the space transformer substrate.

It is within the scope of the invention that the brazing (soldering) paste 824 is omitted, and in its stead, a layer of eutectic material (e.g., gold-tin) is plated onto the resilient contact structures prior to mounting the contact tips (820) thereto.

Although the invention has been illustrated and described in detail in the drawings and foregoing description, the same is to be considered as illustrative and not restrictive in character—it being understood that only preferred embodiments have been shown and described, and that all changes and modifications that come within the spirit of the invention are desired to be protected. Undoubtedly, many other "variations" on the "themes" set forth hereinabove will occur to one having ordinary skill in the art to which the present invention most nearly pertains, and such variations are intended to be within the scope of the invention, as disclosed herein. Several of these variations are set forth in the parent case.

For example, in any of the embodiments described or suggested herein where a masking material (e.g., photoresist) is applied to a substrate and patterned such as by exposure to light passing through a mask and chemically removing portions of the masking material (i.e., conventional photolithographic techniques), alternate techniques can be employed, including directing a suitable collimated light beam (e.g., from an excimer laser) at portions of the masking material (e.g., blanket hardened photoresist) sought to be removed, thereby ablating these portions of the masking material, or directly (without the use of a mask) hardening portions of the masking material with a suitable collimated light beam then chemically washing off the non-hardened masking material.

It has been suggested hereinabove that the composite interconnection elements of the present invention are but an example of suitable resilient contact structures that can be mounted directly to terminals of a space transformer component of a probe card assembly. For example, it is within the scope of this invention that needles of an inherently resilient (relatively high yield strength) material, such as tungsten, can be coated with a material, such as solder or gold, to make them solderable, optionally supported in a desired pattern, and soldered to the terminals of the space transformer.

What is claimed is:

1. A probe card assembly comprising:
   a probe card comprising a plurality of electrical contacts;
   a probe substrate having a plurality of elongate, resilient probe elements; and
   a second substrate disposed between and spaced from said probe card and said probe; and
   a plurality of elongate interconnection elements providing compliant electrical connections through said second substrate between said probe card and said probe substrate and thereby electrically connecting ones of said electrical contacts with ones of said probe elements.

2. The probe card assembly of claim 1, wherein said plurality of elongate interconnection elements extend from opposing surfaces of said second substrate.

3. The probe card assembly of claim 1, wherein each of said plurality of elongate interconnection elements is disposed such that each said elongate interconnection element passes through an opening in said second substrate, opposite ends of each said elongate interconnection element being spaced from said opposing surfaces of said interconnect structure.

4. The probe card assembly of claim 1, wherein said plurality of elongate interconnection elements exert forces against said probe card and said probe substrate.

5. The probe card assembly of claim 4, wherein said forces are spring forces.

6. The probe card assembly of claim 1, wherein said elongate interconnection elements are resilient.

7. The probe card assembly of claim 6, wherein at least one of said elongate interconnection elements comprises a core of a first material and a coating of a second material, wherein said second material is more resilient than said first material.

8. The probe card assembly of claim 1, further comprising means for altering an orientation of said probe substrate with respect to said probe card.

9. The probe card assembly of claim 1 further comprising at least one moveable element disposed so as to affect an orientation of said probe substrate with respect to said probe card.

37

38

**10**. The probe card assembly of claim **9**, wherein said moveable element is threaded.

**11**. The probe card assembly of claim **9**, wherein said moveable element comprises a screw.

**12**. The probe card assembly of claim **11**, wherein said screw comprises a differential screw.

**13**. The probe card assembly of claim **1** further comprising at least one moveable element disposed so that movement of said element in a first direction causes at least a portion of said probe substrate to move toward said probe card.

**14**. The probe card assembly of claim **13**, wherein movement of said moveable element in a second direction allows at least a portion of said probe substrate to move away from said probe card.

**15**. The probe card assembly of claim **1** further comprising a plurality of moveable elements, each disposed so as to affect a position of a portion of said probe substrate with respect to a portion of said probe card.

**16**. The probe card assembly of claim **1** further comprising a servo mechanism disposed to alter a position of said probe substrate with respect to said probe card.

**17**. The probe card assembly of claim **1** further comprising a piezoelectric actuator disposed to alter a position of said probe substrate with respect to said probe card.

**18**. The probe card assembly of claim **1**, wherein said probe substrate comprises a space transformer.

**19**. The probe card assembly of claim **1**, wherein said probe elements comprise a core of a first material and a coating of a second material, wherein said second material is more resilient than said first material.

**20**. A probe card assembly comprising:

probe card means for providing electrical contacts to a tester;

probe substrate means for providing elongate, resilient electrical contacts to a semiconductor device under test; and

interconnection means for compliantly connecting electrically said probe card means and said probe substrate means at a plurality of variations in orientation of said probe substrate means with respect to said probe card means.

**21**. The probe card assembly of claim **20**, wherein said interconnection means comprises a plurality of elongate interconnection elements for resiliently connecting electrically ones of said electrical contacts of said probe card means with ones of said electrical contacts of said probe substrate means.

**22**. The probe card assembly of claim **20** further comprising means for altering an orientation of said probe substrate means with respect to said probe card means.

**23**. A probe card assembly comprising:

a probe card comprising a plurality of electrical contacts;

a probe substrate moveably fixed to said probe card and comprising a plurality of elongate, resilient probe elements, ones of said elongate resilient probe elements being in electrical communication with ones of said electrical contacts; and

a moveable element disposed so as to affect an orientation of said probe substrate with respect to said probe card.

**24**. The probe card assembly of claim **23**, wherein movement of said moveable element in a first direction causes at least a portion of said probe substrate to move away from said probe card.

**25**. The probe card assembly of claim **24**, wherein movement of said moveable element in a second direction allows at least a portion of said probe substrate to move toward said probe card.

**26**. The probe card assembly of claim **23**, wherein said moveable element is threaded.

**27**. The probe card assembly of claim **23**, wherein said moveable element comprises a screw.

**28**. The probe card assembly of claim **27**, wherein said screw comprises a differential screw.

**29**. The probe card assembly of claim **23**, wherein said moveable element comprises a servo mechanism.

**30**. The probe card assembly of claim **23**, wherein said moveable element comprises a piezoelectric actuator.

**31**. The probe card assembly of claim **23** further comprising a plurality of said moveable elements.

**32**. The probe card assembly of claim **23**, wherein said probe substrate comprises a space transformer.

**33**. The probe card assembly of claim **23**, wherein said probe elements comprise a core of a first material and a coating of a second material, wherein said second material is more resilient than said first material.

**34**. A probe card assembly comprising:

probe card means for providing an interface to a semiconductor tester;

substrate means for supporting a plurality of elongate, resilient probe elements, said probe elements being in electrical communication with said probe card means, said probe substrate means being moveably fixed to said probe card means; and

means for altering an orientation of said substrate means with respect to said probe card means.

**35**. The probe card assembly of claim **34**, wherein said probe elements comprise a core of a first material and a coating of a second material, wherein said second material is more resilient than said first material.

**36**. The probe card assembly of claim **34** further comprising interposer means disposed between said probe card means and said substrate means for exerting forces against said probe card means and said substrate means.

\* \* \* \* \*