LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012
TELEPHONE 213.250.1800

1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA
10
11   FORMFACTOR, INC.,                    CASE NO. CV10-03095 VRW
12              Plaintiff,                ~~[PROPOSED]~~ ORDER RE
                                          STIPULATION FOR EXTENSION
13        v.                              OF TIME TO RESPOND TO FIRST
14   MICRO-PROBE INCORPORATED, et         AMENDED COMPLAINT
     al.,
15
16              Defendants.
17
18        Plaintiff FormFactor, Inc. and Defendant DAVID BROWNE, by and through
19   their respective attorneys of record, do hereby stipulate and agree that the time for
20   DAVID BROWNE to respond to Plaintiff's First Amended Complaint in the above-
21   referenced action shall be extended up to and including September 21 , 2010.
22        IT IS SO ORDERED.
23
24   DATED: 9/7/2010 _____
25                                    United _____ Judge
26
27
28



4812-7269-3767.1