LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012
TELEPHONE 213.250.1800

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORMFACTOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRO-PROBE INCORPORATED, et al., <br><br> Defendants. | CASE NO. CV10-03095 VRW <br><br> [~~PROPOSED~~] ORDER RE SUBSTITUTION OF ATTORNEY |

The Court orders that the request of Defendant David Brown to substitute Deborah F. Sirias of Lewis Brisbois Bisgaard & Smith LLP who is retained counsel located at 221 N. Figueroa Street, Suite 1200, Los Angeles, California 90012, telephone (213) 250-1800, facsimile (213) 250-7900, e-mail address sirias@lbbslaw.com, as attorney of record in place and stead of DLA Piper LLP (US).

**IT IS SO ORDERED.**

DATED: 9/14/2010

_____
United States District Court Judge

(Signed: Judge Vaughn R Walker)

4831-8693-4791.1