William J. Robinson (State Bar No. 83729)
email: wrobinson@foley.com
Victor de Gyarfas (State Bar No. 171950)
email: vdegyarfas@foley.com
Justin M. Sobaje (State Bar No. 234165)
email: jsobaje@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone: 213-972-4500
Facsimile: 213-486-0065

Gina Bibby (State Bar No. 242657)
email: gbibby@foley.com
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA 94304-1013
Telephone: 650-856-3700
Facsimile: 650-856-3710

Attorneys for FORMFACTOR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **FORMFACTOR, INC.**, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**MICRO-PROBE INCORPORATED**, a California corporation; and **DAVID BROWNE**, an individual.<br><br>Defendant. | Case No. 4:10-CV-03095 PJH (JCS)<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER TO CHANGE TIME PURSUANT TO CIVIL LOCAL RULE 6-2**<br><br>[DECLARATION OF WILLIAM J. ROBINSON FILED CONCURRENTLY HEREWITH]<br><br>**Magistrate Judge Joseph C. Spero** |

1  IT IS HEREBY STIPULATED by and between Plaintiff FormFactor, Inc. ("FormFactor") and Defendant Micro-Probe, Inc. ("Micro-Probe"), by and through their counsel of record as follows:

WHEREAS, FormFactor filed is Motion to Compel Requests for Admission and Interrogatory Responses from Defendant Micro-Probe ("Motion") (D.I. 50) on January 26, 2011;

WHEREAS, on February 1, 2011, the Court denied the Motion without prejudice and ordered that lead trial counsel for FormFactor and Micro-Probe meet and confer in person at the United States District Court, San Francisco, California, no later than February 11, 2011 (D.I. 65);

WHEREAS, the Superior Court of California in the County of Los Angeles has assigned FormFactor's lead trial counsel to jury duty starting the week of February 7, 2011 (Summons attached hereto as Exhibit A to Declaration of William J. Robinson), the timing of which substantially overlaps with dates the Court has made available for the in-person meet and confer;

WHEREAS, lead trial counsel for FormFactor and Micro-Probe acted expeditiously after receiving the Court's Order to determine a mutually agreeable time for an in-person meet and confer, and have agreed on February 17, 2010 at 9:00 a.m.;

WHEREAS, the parties respectfully request the Court extend the February 11, 2010 meet and confer deadline, and schedule the meet and confer for February 17, 2011 at 9:00 a.m.;

WHEREAS, the parties are not able to satisfy the requirements of Civil Local Rule 6-1(b), which requires that "[a]ny stipulated request or motion which affects a hearing or proceeding on the Court's calendar must be filed no later than 14 days before the scheduled event, " due to the February 1, 2011 date of the Court's Order and the February 11, 2011 meet and confer deadline therein;

WHEREAS, there have been no other previous time modifications in the case, whether by stipulation or Court order, except, pursuant to stipulation filed September 2, 2010, the deadline for David Browne to respond to the complaint was extended by two weeks to September 21, 2010; and

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the undersigned parties hereby stipulate and respectfully request the Court order as follows:

1.  The meet and confer deadline shall be extended, and the meet and confer held on February 17, 2011 at 9:00 a.m., Courtroom  A , 15th Floor, United Stated District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.

1  **STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME PURSUANT TO CIVIL LOCAL RULE 6-2**
CASE NO. 4:10-CV-03095-PJH

LACA_2776731.1

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 7, 2011

_____
Honorable Judge Joseph C. Spero
United States Magistrate Judge

Dated: February 4, 2011          Foley & Lardner LLP

                                 By:  /s/ William J. Robinson
                                      William J. Robinson
                                      Attorneys for Plaintiff
                                         FormFactor, Inc.

Dated: February 4, 2011          DLA Piper LLP

                                 By:  /s/ Mark D. Fowler
                                      Mark D. Fowler
                                      Attorneys for Defendant
                                         Micro-Probe, Inc.

**Certificate of Concurrence**

Concurrence in the filing of this document has been obtained from the signatories listed above.

Dated: February 4, 2011

/s/   William J. Robinson
William J. Robinson
Victor de Gyarfas
Gina A. Bibby
Justin M. Sobaje
FOLEY & LARDNER LLP

Attorneys for
FORMFACTOR, INC.