William J. Robinson (State Bar No. 83729)
email: wrobinson@foley.com
Victor de Gyarfas (State Bar No. 171950)
email: vdegyarfas@foley.com
Justin M. Sobaje (State Bar No. 234165)
email: jsobaje@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone: 213-972-4500
Facsimile: 213-486-0065

Gina Bibby (State Bar No. 242657)
email: gbibby@foley.com
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA 94304-1013
Telephone: 650-856-3700
Facsimile: 650-856-3710

Attorneys for FORMFACTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FORMFACTOR, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICRO-PROBE INCORPORATED, a California corporation, and DAVID BROWNE, an individual,<br><br>Defendants. | CASE NO.  4:10-CV-10-03095 PJH (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING SECOND AMENDED COMPLAINT AND MODIFYING CASE SCHEDULE**<br><br>Judge:  Honorable Phyllis J. Hamilton |

IT IS HEREBY STIPULATED by and between Plaintiff FormFactor, Inc. ("FormFactor") and Defendants Micro-Probe Incorporated ("Micro-Probe") and David Browne ("Mr. Browne") (collectively, "Defendants"), by and through their counsel of record, as follows:

WHEREAS, on July 14, 2010, FormFactor filed the Complaint for: Patent Infringement; Breach of Confidence and Conspiracy to Breach Confidence; and Unfair Competition.

WHEREAS, on August 20, 2010, FormFactor filed the First Amended Complaint for: Patent Infringement; Misappropriation of Trade Secrets and Conspiracy to Misappropriate Trade Secrets; Breach of Confidence and Conspiracy to Breach Confidence; and Unfair Competition.

WHEREAS, on December 9, 2010, the Court held the initial Case Management Conference and issued a Minute Order in which the Court adopted Defendants' proposed schedule in the Joint Case Management Statement and set a Tutorial on September 30, 2011, at 9:00 a.m. and a Claim Construction hearing on October 12, 2011, at 9:00 a.m.

WHEREAS, on February 2, 2011, FormFactor requested Defendants to stipulate to the filing of FormFactor's Second Complaint for: Patent Infringement; Misappropriation of Trade Secrets and Conspiracy to Misappropriate Trade Secrets; Breach of Confidence and Conspiracy to Breach Confidence; and Unfair Competition (the "SAC"), which, among other things, adds two claims for relief alleging infringement by Micro-Probe of two additional patents. A copy of the SAC was attached as Exhibit A to the prior version of this Stipulation (Dkt. 79).

WHEREAS, Defendants agree to the filing of the SAC on the condition that the case schedule be modified by sixty days (or as close thereto as possible in light of weekends and the Court's calendar) as reflected in the "Proposed New Dates" column in the table set forth below.

WHEREAS, the only previous time modifications in the case, whether by stipulation or Court order, have been (a) pursuant to stipulation filed September 2, 2010, the deadline for David Browne to respond to the complaint was extended by two weeks to September 21, 2010; and (b) pursuant to stipulation and Court Order (Dkt. No. 70), the deadline for lead counsel to meet and confer by six days to February 17, 2011.

WHEREAS, while the Court in its February 23, 2012 Minute Order following the hearing on Micro-Probe's Motion for Stay approved a new tutorial date of January 13, 2012 and a new claim construction date of January 25, 2012, it turns out that no date in January 2012 works for FormFactor's counsel Robinson, who will be on a vacation to Antarctica during all of January 2012 and the January 13, 2012 date also does not work for Micro-Probe's counsel Fowler, who is committed to a *Markman* hearing in another case on that date.

///

1    NOW, THEREFORE, the parties, by and through their counsel, hereby stipulate and
2 respectfully request the Court order as follows:
3    1.    Subject to the Court's approval, FormFactor may file the SAC.
4    2.    Subject to the Court's approval and any modifications made by the Court based
5 upon the Court's availability to hold the Tutorial and Claim Construction Hearing, the case
6 schedule will be modified as set forth in the "Proposed New Dates" column in the following table:

| EVENT (Patent Local Rule) | Current Dates | Proposed New Dates |
|---|---|---|
| Initial Disclosures | Already done | Completed |
| Case Management Conference | December 9, 2010 | Completed |
| Infringement Contentions (3-1, 3-2) | March 1, 2011 | April 29, 2011 |
| Invalidity Contentions (3-3, 3-4) | May 16, 2011 | July 15, 2011 |
| Exchange Claim Terms (4-1) | May 30, 2011 | July 29, 2011 |
| Meet and Confer re Claim Terms (4-1(b)) | June 13, 2011 | August 12, 2011 |
| Exchange Claim Constructions (4-2) | June 20, 2011 | August 19, 2011 |
| Meet and Confer re Claim Constructions (4-2c) | July 5, 2011 | September 2, 2011 |
| Joint Claim Construction Statement (4-3) | July 14, 2011 | September 12, 2011 |
| Close Claim Construction Discovery (4-4) | August 12, 2011 | October 11, 2011 |
| Patentee's Claim Construction Brief (4-5a) | August 29, 2011 | November 28, 2011 |
| Opposing Claim Construction Brief (4-5b) | September 12, 2011 | December 12, 2011 |
| Reply Claim Construction Brief (4-5c) | September 19, 2011 | December 19, 2011 |
| Tutorial | September 30, 2011 | February 10, 2012 |
| Claim Construction Hearing (4-6) | October 12, 2011 | February 22, 2012 |

Dated:  February 25, 2011                FOLEY & LARDNER LLP

                                         By:  /s/ William J. Robinson
                                            William J. Robinson
                                            Victor de Gyarfas
                                            Gina A. Bibby
                                            Justin M. Sobaje
                                            Attorneys for Plaintiff FORMFACTOR, INC.

-3-
STIPULATION/[PROPOSED] ORDER REGARDING FILING SECOND AMENDED
COMPLAINT / MODIFYING CASE SCHEDULE / CASE NO. CV 10-03095 PJH (JCS)

| | | |
|---|---|---|
| 1 | Dated: February 25, 2011 | DLA PIPER LLP (US) |
| 2 | | |
| 3 | | By:  */s/ Michael G. Schwartz* |
| | | Mark Fowler |
| 4 | | Ronald L. Yin |
| | | Michael G. Schwartz |
| 5 | | Saori Kaji |
| | | Attorneys for Defendant |
| 6 | | MICRO-PROBE INCORPORATED |
| 7 | Dated: February 25, 2011 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 8 | | |
| | | By:  */s/ Deborah F. Sirias* |
| 9 | | Deborah F. Sirias |
| | | Attorneys for |
| 10 | | DAVID BROWNE |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 28, 2011

HON. PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

-4-
STIPULATION/[PROPOSED] ORDER REGARDING FILING SECOND AMENDED
COMPLAINT / MODIFYING CASE SCHEDULE / CASE NO. CV 10-03095 PJH (JCS)

**CERTIFICATE OF CONCURRENCE**

I hereby attest that concurrence in the filing of this document have been obtained from counsel for Micro-Probe, Inc. and David Browne.

Dated: February 25, 2011                    FOLEY & LARDNER LLP

By: */s/ William J. Robinson*
    William J. Robinson
    Attorneys for Plaintiff
    FORMFACTOR, INC.

CASE NO. CV 10-03095 PJH (JCS)