1   William J. Robinson (State Bar No. 83729)
    email:  wrobinson@foley.com
2   Victor de Gyarfas (State Bar No. 171950)
    email:  vdegyarfas@foley.com
3   Justin M. Sobaje (State Bar No. 234165)
    email:  jsobaje@foley.com
4   **FOLEY & LARDNER LLP**
    555 South Flower Street, Suite 3500
5   Los Angeles, CA 90071-2411
    Telephone:   213-972-4500
6   Facsimile:    213-486-0065

7   Gina Bibby (State Bar No. 242657)
    email: gbibby@foley.com
8   **FOLEY & LARDNER LLP**
    975 Page Mill Road
9   Palo Alto, CA 94304-1013
    Telephone: 650-856-3700
10  Facsimile: 650-856-3710

11  Attorneys for Plaintiff **FORMFACTOR, INC**

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                        OAKLAND DIVISION

15

16  FORMFACTOR, INC., a Delaware          CASE NO.  4:10-CV-03095-PJH (JCS)
    corporation,
17                                         **REVISED STIPULATION AND
              Plaintiff,                   [~~PROPOSED~~] ORDER RE PHASE 1
18                                         SCHEDULE**
         v.
19
    MICRO-PROBE INCORPORATED, a
20  California corporation; and DAVID
    BROWNE, an individual,
21
              Defendant.
22

23

24

25

26

27

28

REVISED STIPULATION AND [PROPOSED] ORDER RE PHASE 1 SCHEDULE;
                                    CASE NO. 4:10-CV-03095-PJH (JCS)

Following several meet and confer conferences between counsel for the parties pursuant to the Court's Civil Minutes dated April 28, 2011 (Doc. 91), it is hereby stipulated, by and between Plaintiff FormFactor, Inc. ("FormFactor") and Defendants Micro-Probe Incorporated ("Micro-Probe") and David Browne ("Browne") (collectively, the "Parties"), through their respective counsel, subject to the approval of the Court, that the schedule below shall apply to the Phase 1 proceedings in this action.

| Event | Proposed Dates (Phase 1) | Proposed Dates (Phase 2) |
|---|---|---|
| Fact Discovery Cutoff | March 30, 2012 | |
| Opening Expert Reports | April 6, 2012 | |
| Rebuttal Expert Reports | April 27, 2012 | |
| Expert Discovery Cutoff | May 11, 2012 | |
| Summary Judgment Hearing | June 7, 2012 | |
| Meet and confer regarding preparation of joint trial statement [*35 days prior to pre-trial conference per Judge Hamilton's Standing Order on Pretrial Instructions, Sec. B2*] | June 7, 2012 | |
| Joint Pretrial Statement, Serve and File [*due 28 days prior to pre-trial conference per Judge Hamilton's Standing Order on Pretrial Instructions, Sec. B3*] | June 14, 2012 | |
| Trial Briefs, Serve and File [*due 28 days prior to pre-trial conference per Judge Hamilton's Standing Order on Pretrial Instructions, Sec. B3*] | June 14, 2012 | |
| Motions In Limine (no more than 10 allowed), Serve and File [*due 28 days prior to pre-trial conference per Judge Hamilton's Standing Order on Pretrial Instructions, Sec. B3*] | June 14, 2012 | |
| Deposition excerpts for witnesses who will not testify in person and other discovery responses that would be offered in trial, Serve and File [*due 28 days prior to pre-trial conference per Judge Hamilton's Standing Order on Pretrial Instructions, Sec. B3*] | June 14, 2012 | |
| List of All Witnesses to Testify in Trial (with brief description of the substance of their statement), Serve and File [*due 28 days prior to pre-trial conference per Judge Hamilton's Standing Order on Pretrial Instructions, Sec. B3*] | June 14, 2012 | |
| Numerical list of exhibits (with purpose and names of | June 14, 2012 | |

-1-

REVISED STIPULATION AND [PROPOSED] ORDER RE PHASE 1 SCHEDULE;
CASE NO. 4:10-CV-03095-PJH (JCS)

| | | |
|---|---|---|
| sponsoring witnesses), Serve and File [*due 28 days prior to pre-trial conference per Judge Hamilton's Standing Order on Pretrial Instructions, Sec. B3*] | | |
| Exchange of pre-marked exhibits [*due 28 days prior to pre-trial conference per Judge Hamilton's Standing Order on Pretrial Instructions, Sec. B3*] | June 14, 2012 | |
| All premarked exhibits, Submit to Court (2 sets for jury trials) [*due 28 days prior to pre-trial conference per Judge Hamilton's Standing Order on Pretrial Instructions, Sec. B3*] | June 14, 2012 | |
| Request for confidential treatment of any exhibits, Serve and File [*due 28 days prior to pre-trial conference per Judge Hamilton's Standing Order on Pretrial Instructions, Sec. B3*] | June 14, 2012 | |
| Joint Voire Dire Questions and Joint Jury Instructions, Serve and File [*due 28 days prior to pre-trial conference per Judge Hamilton's Standing Order on Pretrial Instructions, Sec. B3*] | June 14, 2012 | |
| Proposed finding of fact and conclusions of law, Serve and File [*due 28 days prior to pre-trial conference per Judge Hamilton's Standing Order on Pretrial Instructions, Sec. B3*] | June 14, 2012 | |
| Proposed Verdict Form (with no reference to submitting party), Serve and File [*due 28 days prior to pre-trial conference per Judge Hamilton's Standing Order on Pretrial Instructions, Sec. B3*] | June 14, 2012 | |
| Oppositions to Motions In Limine [*due not less than 14 days prior to pre-trial conference per Judge Hamilton's Standing Order on Pretrial Instructions, Sec. B5*] | June 28, 2012 | |
| Pre-Trial Conference | **July 12, 2012** | |
| Trial (Phase 1) | **August 6, 2012** | |
| Initial Case Management Conference (Phase 2) | | TBD |
| Disclosure of Asserted Claims and Infringement Contentions | | April 29, 2011 (Already Done) |
| Invalidity Contentions | | July 15, 2011 (Already Done) |
| Exchange of Proposed Terms for Construction | | July 2, 2012 |
| Exchange of Preliminary Claim Construction and Extrinsic Evidence | | July 9, 2012 |
| Party to demonstrate good cause if it is seeking more than ten terms to be construed [*no later than 2 weeks prior to the Joint Claim Construction Statement Judge Hamilton's Patent Standing Order point 4*] | | August 29, 2012 |
| Joint Claim Construction Statement | | September 12, |

REVISED STIPULATION AND [PROPOSED] ORDER RE PHASE 1 SCHEDULE; CASE NO. 4:10-CV-03095-PJH (JCS)

| | | 2012 |
|---|---|---|
| Discovery Related to Claim Construction Ends | | September 26, 2012 |
| Opening Claim Construction Brief [*to be filed at least 6 weeks prior to claim construction hearing per Judge Hamilton's Patent Standing Order point 8*] | | October 3, 2012 |
| Answering Claim Construction Brief | | October 17, 2012 |
| Reply Claim Construction Brief | | October 24, 2012 |
| Claim Construction Hearing | | November 14, 2012 |

Dated:  November 1, 2011                     /s/ William J. Robinson
                                            William J. Robinson
                                            FOLEY & LARDNER LLP
                                            Attorneys for Formfactor, Inc.

Dated:  November 1, 2011                     /s/ Mark Fowler
                                            Mark Fowler
                                            DLA Piper LLP (US)
                                            Attorneys for  Micro-Probe, Inc.

Dated:  November 1, 2011                     /s/ Deborah F. Sirias
                                            Deborah F. Sirias
                                            Lewis Brisbois Bisgaard & Smith LLP
                                            Attorneys for David Browne

-3-

1

2                                                **ORDER**

3        It is so ordered.

4

5        Dated: _11/7/11_____

6                                                United States District Judge

7                                                IT IS SO ORDERED

8

9                                                Judge Phyllis J. Hamilton

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28