United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FORMFACTOR, INC.,

    Plaintiff,

    v.

MICRO-PROBE INC.,

    Defendant.
_____/

No. C 10-3095 PJH

**SCHEDULING ORDER;
ORDER OF REFERENCE**

The court is in receipt of letters from counsel regarding the scheduling of the cross-motions for summary judgment. The court is agreeable to the schedule proposed by Micro-Probe, with one exception. It is not possible for the court to prepare for a hearing on cross-motions for summary judgment with only one week between the date the reply briefs are filed and the date the motions are heard. Accordingly, the parties will file their motions on April 4, 2012; the oppositions will be filed on April 18, 2012; the replies will be filed on April 25, 2012; and the date of the hearing will be Wednesday, May 9, 2012.

In addition, pursuant to Civil Local Rule 72-1, this matter is referred to Magistrate Judge Elizabeth D. Laporte to conduct a settlement conference as soon as possible after the close of discovery, which is March 30, 2012. The parties will be advised of the date, time and place of appearance by notice from Magistrate Judge Laporte.

**IT IS SO ORDERED.**

Dated: March 16, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge