MARK FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
RICHARD I. YANKWICH (Bar No. 089924)
richard.yankwich@dlapiper.com
MICHAEL G. SCHWARTZ (Bar No. 197010)
michael.schwartz@dlapiper.com
RAJIV DHARNIDHARKA (Bar No. 234756)
rajiv.dharnidharka@dlapiper.com
SAORI KAJI (Bar No. 260392)
saori.kaji@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax:  650.833.2001

Attorneys for Defendant
MICRO-PROBE INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FORMFACTOR, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>MICRO-PROBE INCORPORATED, a California corporation; and DAVID BROWNE, an individual,<br><br>   Defendants. | CASE NO.  4:10-CV-03095-PJH (JCS)<br><br>**DEFENDANT MICRO-PROBE INCORPORATED'S ITEMIZED BILL OF COSTS**<br><br>Date:   June 21, 2012 |

## ATTACHMENT 1 TO DEFENDANT MICRO-PROBE INCORPORATED'S

## BILL OF COSTS

## I. DEPOSITIONS

Itemization of the cost of an original and one copy of any deposition taken for any purpose in connection with the case and the cost of reproducing exhibits to depositions pursuant to Local Rule 54-3(c)(1) and (3) are as follows:

| Item No. | DLA Invoice No. (unless otherwise indicated) | Description | Date | Cost |
|---|---|---|---|---|
| 1 | 2667365 (1/17/2012) | Transcript of the deposition of David Browne by Sarnoff Information Technologies, Inc. | 12/9/2011 | $1,459.75 |
| 2 | 2667365 (1/17/2012) | Videotape deposition of Steve Ortega and Dr. Andrew McFarland by Sarnoff Information Technologies, Inc. | 12/13/20111 | $425.00 |
| 3 | 2667365 (1/17/2012) | Videotape deposition of David Browne by Sarnoff Information Technologies, Inc. | 12/13/2011 | $700.00 |
| 4 | 2667365 (1/17/2012) | Transcript of the deposition of Dr. Andrew McFarland and Steven Ortega by Veritext Acquisition Company. | 12/14/2011 | $1,112.75 |
| 5 | 2667365 (1/17/2012) | Transcript of the deposition of Wesley Taylor, Tonja Marsh and Gary Martell by Vertitext Company. | 12/31/2011 | $1,607.55 |
| 6 | 2667365 (1/17/2012) | Videotape deposition of Kerry Benkoski by Veritext Acquisition Company. | 12/31/2011 | $350.00 |
| 7 | 2667365 (1/17/2012) | Videotape deposition of Dr. Mike Slessor by Veritext Acquisition Company. | 12/31/2011 | $450.00 |
| 8 | 2667365 (1/17/2012) | Cost of reproducing exhibits for deposition of Benjamin Eldridge. | 12/16/2011 | $1,309.35 |
| 9 | 2690113 (3/15/2012) | Delivery of signed deposition transcripts to | 1/10/2012 | $13.56 |

| Item No. | DLA Invoice No. (unless otherwise indicated) | Description | Date | Cost |
|---|---|---|---|---|
| | | Sarnoff Information Technologies, Inc. | | |
| 10 | 2690113 (3/15/2012) | Delivery of signed deposition transcripts to Sarnoff Information Technologies, Inc. | 1/12/2012 | $13.56 |
| 11 | 2690113 (3/15/2012) | Parking fees for Attorney Richard I. Yankwich to attend the deposition preparation of David Browne. | 1/12/2012 | $11.00 |
| 12 | 2690113 (3/15/2012) | Transcript of Benjamin Eldridge by Legalink, Inc. Transcript Services. | 1/19/2012 | $2,174.00 |
| 13 | 2690113 (3/15/2012) | Transcript of the deposition of Kerry Benkoski by Sarnoff Information Technologies, Inc. | 1/26/2012 | $762.05 |
| 14 | 2690113 (3/15/2012) | Videotape depositions of Wesley Taylor, Tonja Marsh and Gary Martell by Sarnoff Information Technologies, Inc. | 1/26/2012 | $475.00 |
| 15 | 2690113 (3/15/2012) | Videotape deposition of Benjamin Eldridge. | 2/7/2012 | $2,100.00 |
| 16 | 2694851 (3/30/2012) | Transcript of the deposition of Dr. Michael Slessor. | 2/27/2012 | $1,064.20 |
| 17 | 2711180 (5/9/2012) | Videotape deposition of Steve Ortega and Dr. Andrew McFarland by Sarnoff Information Technologies, Inc. (additional charges from earlier invoice.) | 3/20/2012 | $42.50 |
| 18 | 2711180 (5/9/2012) | Transcript of the deposition of Trevor Loy. | 3/29/2012 | $891.50 |
| 19 | 2711180 (5/9/2012) | Cost of reproducing exhibits for depositions of Benjamin Eldridge, | 3/23/2012; 3/24/2012; 3/28/2012; | $2,787.35 |

WEST\233557395

| Item No. | DLA Invoice No. (unless otherwise indicated) | Description | Date | Cost |
|---|---|---|---|---|
| | | Timothy C. Lillie, Michael Ludwig and Colleen Cremerius. | 3/29/2012; 3/30;2012. | |
| 20 | Sarnoff invoice no. CA127645 (Exhibit C to Yankwich Decl. at 13) | Videotape of the deposition of Trevor Loy. | 5/4/2012 | $178.00 |
| 21 | 2719102 (5/31/2012) | Transcript of the deposition of Colleen Cremerius. | 4/22/2012 | $1,517.19 |
| 22 | 2719102 (5/31/2012) | Transcript of the deposition of Timothy C. Lillie | 4/22/2012 | $3,136.39 |
| 23 | 2719102 (5/31/2012) | Transcript of the deposition of Michael Ludwig. | 4/25/2012 | $3,977.47 |
| 24 | Invoice No. TBD (May/June period) | Delivery of deposition exhibits. | 4/27/2012 | $17.25 |
| 25 | Invoice No. TBD (May/June period) | Delivery of deposition exhibits. | 4/27/2012 | $3.54 |
| 26 | Invoice No. TBD (May/June period) | Videotape deposition of Michael Ludwig. | 5/10/2012 | $1,833.00 |
| 27 | Invoice No. TBD (May/June period) | Transportation fees for Attorney Rajiv Dharnidharka from the Los Angeles airport in connection with the deposition of FormFactor's damages expert, Jeffrey H. Kinrich. | 5/10/2012 | $54.00 |
| 28 | Invoice No. TBD (May/June period) | Transportation fees for Attorney Rajiv Dharnidharka to the Los Angeles airport in connection with the deposition of FormFactor's damages expert, Jeffrey H. Kinrich. | 5/10/2012 | $55.65 |
| 29 | Invoice No. TBD (May/June period) | Mileage fees for Attorney Rajiv | 5/10/2012 | $31.00 |

| Item No. | DLA Invoice No. (unless otherwise indicated) | Description | Date | Cost |
|---|---|---|---|---|
| | | Dharnidharka to San Jose airport in connection with the deposition of FormFactor's damages expert, Jeffrey H. Kinrich. | | |
| 30 | Invoice No. TBD (May/June period) | Accommodation fees for Attorney Rajiv Dharnidharka in connection with the deposition of FormFactor's damages expert, Jeffrey H. Kinrich. | 5/10/2012 | $173.25 |
| 31 | Invoice No. TBD (May/June period) | Car rental for Attorney Richard I. Yankwich in Los Angeles in connection with the deposition of FormFactor's expert, Dr. Annette Ermshar. | 5/10/2012 | $137.06 |
| 32 | Invoice No. TBD (May/June period) | Mileage and parking fees for Attorney Richard I. Yankwich in Los Angeles in connection with the deposition of FormFactor's expert, Dr. Annette Ermshar. | 5/10/2012 | $126.12 |
| 33 | Invoice No. TBD (May/June period) | Accommodation fees for Attorney Richard I. Yankwich in Los Angeles in connection with the deposition of FormFactor's expert, Dr. Annette Ermshar. | 5/10/2012 | $173.25 |
| 34 | Invoice No. TBD (May/June period) | Internet services fees for Attorney Richard I. Yankwich in Los Angeles in connection with the deposition of FormFactor's expert, Dr. Annette Ermshar. | 5/10/2012 | $9.95 |

| Item No. | DLA Invoice No. (unless otherwise indicated) | Description | Date | Cost |
|---|---|---|---|---|
| 35 | Invoice No. TBD (May/June period) | Parking fees for Attorney Dharnidharka in Los Angeles in connection with the deposition of James Vaughn. | 5/10/2012 | $17.00 |
| 36 | Invoice No. TBD (May/June period) | Mileage fees for Attorney Dharnidharka in Los Angeles in connection with the deposition of James Vaughn. | 5/10/2012 | $27.50 |
| 37 | Invoice No. TBD (May/June period) | Copying in preparation for exhibits of FormFactor's expert. | 5/11/2012 | $135.31 |
| 38 | Invoice No. TBD (May/June period) | Travel fees for Attorney Dharnidharka to Los Angeles from San Jose in connection with the deposition of James Vaughn. | 5/15/2012 | $407.60 |
| 39 | Invoice No. TBD (May/June period) | Transcript of the deposition of James Vaughn. | 5/31/2012 | $1,7850.50 |
| 40 | Invoice No. TBD (May/June period) | Mileage and parking fees for videographer and court reporter. | 5/31/2012 | $120.00 |
| 41 | Sarnoff invoice (no. CA133404) Exhibit C to Yankwich Decl. at 17 | Transcript of the deposition of Alan J. Cox | 6/13/2012 | $1,292.95 |
| 42 | Sarnoff invoice (no. CA133467) Exhibit C to Yankwich Decl. at 18 | Videotape of the deposition of Alan J. Cox | 6/20/2012 | $346.75 |
| 43 | Advanced Depositions Invoice Exhibit C to Yankwich Decl. at 19 | Transcript and videotape of the deposition of Jeffrey H. Kinrich (Vol. I) dated May 1, 2012. | 6/21/2012 | $3,823.91 |
| 44 | Advanced | Transcript and | 6/21/2012 | $4,162.08 |

| Item No. | DLA Invoice No. (unless otherwise indicated) | Description | Date | Cost |
|---|---|---|---|---|
| | Depositions Invoice Exhibit C to Yankwich Decl. at 19 | videotape of the deposition of Jeffrey H. Kinrich (Vol. II) dated May 15, 2012. | | |
| 45 | Advanced Depositions Invoice Exhibit C to Yankwich Decl. at 19 | Transcript and videotape of the deposition of Dr. Annette Ermshar dated May 2, 2012. | 6/21/2012 | $ 1,664.50 |
| **Total of Section I** | | | | $59,020.34 |

## II.   REPRODUCTION AND EXEMPLIFICATIONS

Itemization of the cost of reproducing disclosure or formal discovery documents and the cost of reproducing trial exhibits pursuant to Local Rule 54-3(d)(2) and (4) as follows:

| Item No. (Cont.) | DLA Invoice No. (unless otherwise indicated) | Description | Date | Cost |
|---|---|---|---|---|
| 46 | 2525825 (7/15/2010) | Forensic imaging of David Browne's hard drives by Intelligent Discovery Solutions, LLC. | 6/24/2010 | $3,310.48 |
| 47 | 2525825 (7/15/2010) | Delivery of David Browne's hard drives to Intelligent Discovery Solutions, LLC for forensic imaging. | 6/16/2010 | $111.42 |
| 48 | 2525838 (12/5/2010) | Creation of Relativity database, loading and processing of documents, including running of search terms, in preparation for document production by Litigation Support technician, Mark Villalon. | 11/18/2010; 11/19/2010; 11/22/2010; 11/23/2010; 11/24/2010; 11/29/2010; 11/30/2010. | $4,991.40 |
| 49 | 2525838 (12/5/2010) | Delivery of David Browne's hard drives from Attorney Michael | 10/28/2010 | $42.84 |

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\233557395

MICRO-PROBE INCORPORATED'S ITEMIZED BILL OF COSTS
CASE NO. CV 10-03095 PJH

| Item No. (Cont.) | DLA Invoice No. (unless otherwise indicated) | Description | Date | Cost |
|---|---|---|---|---|
| | | G. Schwartz to Deborah F. Sirias by UPS. | | |
| 50 | 2525838 (12/5/2010) | Data storage in Relativity database connection with document production. | 11/30/2010 | $1,062.00 |
| 51 | 2536326 (1/31/2011) | Loading and processing of FormFactor production; loading and processing of documents, including running of search terms, in preparation for document production by Litigation Support technician, Mark Villalon. | 12/1/2010; 12/2/2010; 12/3/2010; 12/6/2010; 12/7/2010; 12/8/2010; 12/9/2010; 12/10/2010; 12/13/2010; 12/14/2010; 12/15/2010; 12/16/2010; 12/17/2010; 12/20/2010; 12/21/2010; 12/22/2010; 12/23/2010; 12/27/2010. | $14,541.85 |
| 52 | 2536326 (1/31/2011) | Delivery of document production to parties' counsel by UPS. | 12/2/2010 | $27.96 |
| 53 | 2536326 (1/31/2011) | Copying and scanning for document production by American Legal Reprographics d/b/a Teris ("Teris"). | 12/3/2010 | $652.04 |
| 54 | 2536326 (1/31/2011) | Delivery of document production to parties' counsel by Golden State Overnight services. | 12/15/2010 | $17.42 |
| 55 | 2536326 (1/31/2011) | Delivery of document production to David Browne's counsel by UPS. | 12/16/2010 | $14.17 |
| 56 | 2536326 (1/31/2011) | Data storage in Relativity database connection with | 12/31/2010 | $5,274.00 |

DLA Piper LLP (US)
East Palo Alto

| Item No. (Cont.) | DLA Invoice No. (unless otherwise indicated) | Description | Date | Cost |
|---|---|---|---|---|
| | | document production. | | |
| 57 | 2541761 (2/18/2011) | Loading and processing of documents, including running of search terms, in preparation for document production by Litigation Support technician, Mark Villalon. | 1/3/2011; 1/5/2011; 1/6/2011; 1/7/2011; 1/10/2011; 1/11/2011; 1/13/2011; 1/14/2011; 1/18/2011; 1/19/2011; 1/20/2011; 1/21/2011; 1/24/2011; 1/25/2011; 1/26/2011; 1/27/2011. | $15,535.49 |
| 58 | 2541761 (2/18/2011) | Copying and scanning for document production by Teris. | 1/21/2011 | $142.84 |
| 59 | 2541761 (2/18/2011) | File conversion and processing for document production by Teris. | 1/21/2011 | $325.90 |
| 60 | 2541761 (2/18/2011) | File conversion and processing for document production by Teris. | 1/21/2011 | $495.24 |
| 61 | 2541761 (2/18/2011) | File conversion and processing for document production by Teris. | 1/21/2011 | $1,489.41 |
| 62 | 2541761 (2/18/2011) | Processing of native files for document production by Teris. | 1/21/2011 | $191.19 |
| 63 | 2541761 (2/18/2011) | File conversion and processing for document production by Teris. | 1/21/2011 | $535.11 |
| 64 | 2541761 (2/18/2011) | Text extraction and processing for document production of native documents by Teris. | 1/21/2011 | $407.84 |

DLA Piper LLP (US)
East Palo Alto

WEST\233557395

| Item No. (Cont.) | DLA Invoice No. (unless otherwise indicated) | Description | Date | Cost |
|---|---|---|---|---|
| 65 | 2541761 (2/18/2011) | File conversion and processing for document production by Teris. | 1/28/2011 | $2,419.71 |
| 66 | 2541761 (2/18/2011) | File conversion and processing for document production by Teris. | 1/28/2011 | $1,121.18 |
| 67 | 2541761 (2/18/2011) | File conversion and processing for document production by Teris. | 1/28/2011 | $260.93 |
| 68 | 2541761 (2/18/2011) | Delivery of document production to FormFactor's counsel by Golden State Overnight services. | 1/28/2011 | $11.11 |
| 69 | 2554955 (3/25/2011) | Loading and processing of documents, including running of search terms, in preparation for document production by Litigation Support technician, Mark Villalon. | 2/1/2011; 2/2/2011; 2/3/2011; 2/4/2011; 2/7/2011; 2/9/2011; 2/10/2011; 2/14/2011; 2/15/2011; 2/28/2011. | $5,331.22 |
| 70 | 2554955 (3/25/2011) | Delivery of document production to parties' counsel by UPS. | 1/20/2011 | $30.18 |
| 71 | 2554955 (3/25/2011) | Delivery of document production to parties' counsel by UPS. | 1/26/2011 | $32.94 |
| 72 | 2554955 (3/25/2011) | Delivery of document production to parties' counsel by UPS. | 2/2/2011 | $28.18 |
| 73 | 2554955 (3/25/2011) | Data storage in Relativity database connection with document production. | 2/2/2011 | $5,274.00 |
| 74 | 2554955 (3/25/2011) | Data storage in Relativity database connection with document production. | 2/28/2011 | $5,274.00 |

DLA Piper LLP (US)
East Palo Alto

WEST\233557395

| Item No. (Cont.) | DLA Invoice No. (unless otherwise indicated) | Description | Date | Cost |
|---|---|---|---|---|
| 75 | 2565956 (4/22/2011) | Loading and processing of documents, including running of search terms, in preparation for document production by Litigation Support technician, Mark Villalon. | 3/4/2011; 3/9/2011; 3/10/2011; 3/11/2011; 3/14/2011; 3/15/2011; 3/16/2011; 3/17/2011; 3/21/2011; 3/22/2011; 3/23/2011; 3/24/2011; 3/25/2011; 3/28/2011; 3/31/2011. | $12,515.85 |
| 76 | 2565956 (4/22/2011) | Delivery of document production to parties' counsel by UPS. | 3/10/2011 | $21.32 |
| 77 | 2565956 (4/22/2011) | Delivery of document production to parties' counsel by UPS. | 3/22/2011 | $28.70 |
| 78 | 2565956 (4/22/2011) | Data storage in Relativity database connection with document production. | 3/31/2011 | $5,400.00 |
| 79 | 2580066 (5/31/2011) | Loading and processing of documents, including running of search terms, in preparation for document production by Litigation Support technician, Mark Villalon. | 4/1/2011; 4/7/2011; 4/11/2011; 4/12/2011; 4/13/2011; 4/14/2011; 4/20/2011; 4/21/2011; 4/22/2011; 4/26/2011; 4/28/2011; 4/29/2011 | $5,931.45 |
| 80 | 2580066 (5/31/2011) | Delivery of document production to parties' counsel. | 4/1/2011 | $21.32 |
| 81 | 2580066 (5/31/2011) | Copying and scanning for document production by Teris. | 4/7/2011 | $652.04 |
| 82 | 2580066 | File conversion and | 4/7/2011 | $122.21 |

| Item No. (Cont.) | DLA Invoice No. (unless otherwise indicated) | Description | Date | Cost |
|---|---|---|---|---|
| | (5/31/2011) | processing, including Bates numbering for document production, by Teris. | | |
| 83 | 2580066 (5/31/2011) | Copying and image processing for document production by Teris. | 4/7/2011 | $1,153.83 |
| 84 | 2580066 (5/31/2011) | Copying, scanning, converting files, and processing, including Bates numbering, for document production, by Teris. | 4/8/2011 | $722.27 |
| 85 | 2580066 (5/31/2011) | File conversion and processing, including Bates numbering for document production by Teris. | 4/8/2011 | $30,005.51 |
| 86 | 2580066 (5/31/2011) | Copying and text extraction for document production by Teris. | 4/8/2011 | $2,764.40 |
| 87 | 2580066 (5/31/2011) | Copying and processing, including Bates numbering, for document production by Teris. | 4/8/2011 | $13,826.95 |
| 88 | 2580066 (5/31/2011) | Copying, scanning and processing, including file conversion and Bates numbering, for document production by Teris. | 4/8/2011 | $2,968.69 |
| 89 | 2580066 (5/31/2011) | File conversion and processing, including Bates numbering, for document production, by Teris. | 4/8/2011 | $16,054.29 |
| 90 | 2580066 (5/31/2011) | File conversion and processing, including Bates numbering, for document production by Teris. | 4/8/2011 | $16,955.60 |
| 91 | 2580066 | Processing, including | 4/8/2011 | $6,830.36 |

DLA Piper LLP (US)
East Palo Alto

WEST\233557395

| Item No. (Cont.) | DLA Invoice No. (unless otherwise indicated) | Description | Date | Cost |
|---|---|---|---|---|
| | (5/31/2011) | Bates numbering, for document production by Teris. | | |
| 92 | 2580066 (5/31/2011) | Processing, including optical character recognition, for document production by Teris. | 4/8/2011 | $5,405.74 |
| 93 | 2580066 (5/31/2011) | File conversion and processing, including Bates numbering, for document production by Teris. | 4/8/2011 | $7,590.25 |
| 94 | 2580066 (5/31/2011) | Copying for document production by Teris. | 4/8/2011 | $2,538.36 |
| 95 | 2580066 (5/31/2011) | File conversion and processing, including Bates numbering, for document production by Teris. | 4/18/2011 | $24,266.24 |
| 96 | 2580066 (5/31/2011) | Data storage in Relativity database connection with document production. | 4/30/2011 | $5,526.00 |
| 97 | 2581815 (6/7/2011) | Loading and processing of documents, including running of search terms, in preparation for document production by Litigation Support technician, Mark Villalon. | 5/3/2011; 5/4/2011; 5/10/2011; 5/12/2011; 5/16/2011; 5/26/2011; 5/27/2011. | $2,293.20 |
| 98 | 2581815 (6/7/2011) | Delivery of document production to parties' counsel. | 5/3/2011 | $32.40 |
| 99 | 2581815 (6/7/2011) | File conversion for document production by American Reprographics LLC. | 5/11/2011 | $38,068.16 |
| 100 | 2581815 (6/7/2011) | Processing including Bates numbering for document production by American Reprographics LLC. | 5/11/2011 | $19,630.99 |

DLA Piper LLP (US)
East Palo Alto

WEST\233557395

MICRO-PROBE INCORPORATED'S ITEMIZED BILL OF COSTS
CASE NO. CV 10-03095 PJH

| Item No. (Cont.) | DLA Invoice No. (unless otherwise indicated) | Description | Date | Cost |
|---|---|---|---|---|
| 101 | 2581815 (6/7/2011) | Copying and scanning for document production by American Reprographics LLC. | 5/11/2011 | $69.53 |
| 102 | 2581815 (6/7/2011) | Data storage in Relativity database connection with document production. | 5/31/2011 | $5,652.00 |
| 103 | 2597080 (7/15/2011) | Loading and processing of documents, including running of search terms, in preparation for document production by Litigation Support technician, Mark Villalon. | 6/13/2011; 6/14/2011; 6/15/2011; 6/16/2011; 6/21/2011; 6/22/2011; 6/23/2011; 6/24/2011; 6/27/2011; 6/28/2011. | $6,769.35 |
| 104 | 2597080 (7/15/2011) | Data storage in Relativity database connection with document production. | 6/30/2011 | $7,236.00 |
| 105 | 2604471 (8/4/2011) | Loading and processing of documents, including running of search terms, in preparation for document production by Litigation Support technician, Mark Villalon. | 7/6/2011; 7/11/2011; 7/12/2011; 7/13/2011; 7/18/2011; 7/21/2011; 7/25/2011. | $4,057.20 |
| 106 | 2604471 (8/4/2011) | File conversion and processing for document production by Teris. | 7/7/2011 | $6,141.07 |
| 107 | 2604471 (8/4/2011) | Delivery of document production to parties' counsel. | 7/15/2011 | $21.98 |
| 108 | 2604471 (8/4/2011) | File conversion and processing for document production, including Bates numbering, by Teris. | 7/25/2011 | $23,768.22 |
| 109 | 2604471 | File conversion and | 7/25/2011 | $1,664.77 |

-14-

| Item No. (Cont.) | DLA Invoice No. (unless otherwise indicated) | Description | Date | Cost |
|---|---|---|---|---|
|  | (8/4/2011) | processing for document production, including Bates numbering, by Teris. |  |  |
| 110 | 2604471 (8/4/2011) | File conversion and processing for document production, including Bates numbering, by Teris. | 7/25/2011 | $39.56 |
| 111 | 2604471 (8/4/2011) | CD creation and imaging for document production by Teris. | 7/26/2011 | $66,630.51 |
| 112 | 2604471 (8/4/2011) | Data storage in Relativity database connection with document production. | 7/31/2011 | $7,326.00 |
| 113 | 2616939 (9/7/2011) | Loading and processing of documents, including running of search terms, in preparation for document production by Litigation Support technician, Mark Villalon. | 8/1/2011; 8/3/2011; 8/4/2011; 8/5/2011; 8/19/2011; 8/22/2011; 8/24/2011. | $1,962.45 |
| 114 | 2616939 (9/7/2011) | Delivery services of document production to parties' counsel. | 8/1/2011 | $41.78 |
| 115 | 2616939 (9/7/2011) | File conversion and processing for document production, including Bates numbering, by Teris. | 8/30/2011 | $33,950.53 |
| 116 | 2616939 (9/7/2011) | Data storage in Relativity database connection with document production. | 8/31/2011 | $10,404.00 |
| 117 | 2631989 (10/12/2011) | Loading and processing of documents in preparation for document production and drafts of privilege logs by Litigation Support technician, Mark Villalon. | 9/7/2011; 9/16/2011; 9/19/2011. | $1,256.85 |

DLA Piper LLP (US)
East Palo Alto

WEST\233557395

MICRO-PROBE INCORPORATED'S ITEMIZED BILL OF COSTS
CASE NO. CV 10-03095 PJH

| Item No. (Cont.) | DLA Invoice No. (unless otherwise indicated) | Description | Date | Cost |
|---|---|---|---|---|
| 118 | 2631989 (10/12/2011) | Processing of documents for production by Teris. | 9/9/2011 | $640.45 |
| 119 | 2631989 (10/12/2011) | Processing of documents for production by Teris. | 9/9/2011 | $439.16 |
| 120 | 2631989 (10/12/2011) | Data storage in Relativity database connection with document production. | 9/30/2011 | $10,404.00 |
| 121 | 2647383 (11/11/2011) | Delivery of document production to parties' counsel. | 9/29/2011 | $27.54 |
| 122 | 2647383 (11/11/2011) | File conversion for document production by Teris. | 10/20/2011 | $12,549.17 |
| 123 | 2647383 (11/11/2011) | Loading and processing of documents, including running of search terms, in preparation for document production and drafts of privilege log by Litigation Support technician, Mark Villalon. | 10/4/2011; 10/5/2011; 10/10/2011; 10/17/2011; 10/18/2011; 10/31/2011. | $2,249.10 |
| 124 | 2647383 (11/11/2011) | Data storage in Relativity database connection with document production. | 10/31/2011 | $10,458.00 |
| 125 | 2660613 (12/12/2011) | Loading and processing of documents, including running of search terms, in preparation for document production by Litigation Support technician, Mark Villalon. | 11/9/2011; 11/11/2011; 11/14/2011; 11/15/2011; 11/28/2011. | $2,028.60 |
| 126 | 2660613 (12/12/2011) | Data storage in Relativity database connection with document production. | 11/30/2011 | $10,980.00 |
| 127 | 2667365 (1/17/2012) | Loading and processing of documents, including redaction, for document | 12/14/2011; 12/15/2011; 12/16/2011. | $2,359.35 |

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\233557395

MICRO-PROBE INCORPORATED'S ITEMIZED BILL OF COSTS
CASE NO. CV 10-03095 PJH

| Item No. (Cont.) | DLA Invoice No. (unless otherwise indicated) | Description | Date | Cost |
|---|---|---|---|---|
| | | production by Litigation Support technician, Mark Villalon. | | |
| 128 | 2667365 (1/17/2012) | Delivery of document production to parties' counsel. | 11/28/2011 | $21.88 |
| 129 | 2667365 (1/17/2012) | Delivery of document production to parties' counsel. | 12/15/2011 | $21.88 |
| 130 | 2667365 (1/17/2012) | Data storage in Relativity database connection with document production. | 12/31/2011 | $11,124.00 |
| 131 | 2690113 (3/15/2012) | Draft privilege logs in connection with document production; processing of documents, including redaction, for document production by Litigation Support technician, Mark Villalon. | 1/2/2012; 1/3/2012; 1/4/2012; 1/5/2012; 1/9/2012; 1/31/2012. | $2,042.55 |
| 132 | 2690113 (3/15/2012) | Data storage in Relativity database connection with document production. | 1/31/2012 | $11,124.00 |
| 133 | 2694851 (3/30/2012) | Loading and processing of documents, including redaction and running of search terms, for document production by Litigation Support technicians, Mark Villalon and Steve Coronado. | 2/1/2012; 2/2/2012; 2/3/2012; 2/9/2012; 2/13/2012; 2/14/2012; 2/16/2012; 2/17/2012; 2/22/2012; 2/23/2012; 2/24/2012; 2/29/2012. | $4,498.20 |
| 134 | 2694851 (3/30/2012) | Delivery of document production to parties' counsel. | 2/3/2012 | $23.22 |

WEST\233557395

MICRO-PROBE INCORPORATED'S ITEMIZED BILL OF COSTS
CASE NO. CV 10-03095 PJH

| Item No. (Cont.) | DLA Invoice No. (unless otherwise indicated) | Description | Date | Cost |
|---|---|---|---|---|
| 135 | 2694851 (3/30/2012) | Delivery of document production to parties' counsel. | 2/6/2012 | $23.02 |
| 136 | 2694851 (3/30/2012) | Delivery of document production to parties' counsel. | 2/17/2012 | $23.02 |
| 137 | 2694851 (3/30/2012) | File conversion and processing for document production by Teris. | 2/17/2012 | $378.75 |
| 138 | 2694851 (3/30/2012) | Delivery of document production to parties' counsel. | 2/23/2012 | $23.02 |
| 139 | 2694851 (3/30/2012) | Delivery of document production to parties' counsel. | 2/28/2012 | $23.02 |
| 140 | 2694851 (3/30/2012) | Data storage in Relativity database connection with document production. | 2/29/2012 | $11,304.00 |
| 141 | 271180 (5/9/2011) | File conversion and processing for e-mail and document production, including running of search terms, by Litigation Support technicians, Pamela Pierce, Chris Everhart, Eric Mangusi, Mirsat Tutovic, Stephanie Baness, Steve Coronado, Matt Lawnicki, Margaret Youn Mee Marksberry, Moses Park and Tony Pazelt. | 3/1/2012 through 3/31/2012 | $17,609.40 |
| 142 | 271180 (5/9/2011) | Delivery of document production to parties' counsel. | 3/7/2012 | $23.32 |
| 143 | 2711180 (5/9/2012) | Copying and scanning for document production by Teris. | 3/19/2012 | $618.31 |
| 144 | 2711180 (5/9/2012) | Master CD creation for document production | 3/19/2012 | $893.90 |

DLA Piper LLP (US)
East Palo Alto

WEST\233557395

MICRO-PROBE INCORPORATED'S ITEMIZED BILL OF COSTS
CASE NO. CV 10-03095 PJH

| Item No. (Cont.) | DLA Invoice No. (unless otherwise indicated) | Description | Date | Cost |
|---|---|---|---|---|
| | | by Teris. | | |
| 145 | 2711180 (5/9/2012) | Delivery of document production to parties' counsel. | 3/23/2012 | $18.29 |
| 146 | 2711180 (5/9/2012) | Data storage in Relativity database connection with document production. | 3/30/2012 | $20,430.00 |
| 147 | 2711180 (5/9/2012) | Processing of native files for document production by Teris. | 3/31/2012 | $378.88 |
| 148 | 2719102 (5/31/2012) | Assembling of documents for expert review and discovery and draft privilege logs by Litigation Support technicians, Kelly Kernan, Eric Mangusi, Matt Lawnicki and Sarah Schultz. | 4/3/2012; 4/6/2012; 4/9/2012; 4/12/2012; 4/16/2012; 4/18/2012; 4/19/2012; 4/20/2012; 4/23/2012; 4/24/2012; 4/26/2012; 4/29/2012; 4/30/2012. | $7,092.45 |
| 149 | 2719102 (5/31/2012) | Delivery of document production to parties' counsel. | 3/23/2012 | $16.16 |
| 150 | 2719102 (5/31/2012) | Delivery of document production to parties' counsel. | 3/26/2012 | $76.66 |
| 151 | 2719102 (5/31/2012) | Delivery of document production to parties' counsel. | 3/28/2012 | $23.32 |
| 152 | 2719102 (5/31/2012) | Delivery of document production to parties' counsel. | 3/30/2012 | $23.32 |
| 153 | 2719102 (5/31/2012) | Copying and scanning for document production in connection with expert discovery by Teris. | 4/10/2012 | $107.71 |
| 154 | 2719102 (5/31/2012) | Copying and scanning for document | 4/10/2012 | $87.25 |

| Item No. (Cont.) | DLA Invoice No. (unless otherwise indicated) | Description | Date | Cost |
|---|---|---|---|---|
| | | production in connection with expert discovery by Teris. | | |
| 155 | 2719102 (5/31/2012) | Data storage in Relativity database connection with document production. | 4/30/2012 | $20,448.00 |
| 156 | 2719102 (5/31/2012) | E-mail collection and processing fees by Intelligent Discovery Solutions, Inc. | 4/30/2012 | $36,288.34 |
| 157 | Invoice No. TBD (May/June period) | Processing of documents for production in connection with expert discovery by Litigation Support technicians, Steve Coronado, Sarah Schultz, Matt Lawnicki and David Cederquist. | 5/1/2012; 5/7/2012; 5/9/2012; 5/10/2012; 5/11/2012; 5/14/2012; 5/17/2012; 5/21/2012; 5/22/2012; 5/23/2012; 5/24/2012; 5/29/2012; 5/30/2012; 6/5/2012; 6/6/2012. | $9,065.25 |
| 158 | Invoice No. TBD (May/June period) | Delivery of documents for document production. | 5/3/2012 | $9.85 |
| 159 | Invoice No. TBD (May/June period) | Delivery of production relating to expert discovery to parties' counsel. | 5/23/2012 | $9.58 |
| 160 | Invoice No. TBD (May/June period) | Processing of documents in connection with expert discovery by Teris. | 5/30/2012 | $5,225.53 |
| 161 | Invoice No. TBD (May/June period) | Data storage in Relativity database connection with document production. | 5/31/2012 | $20,502.00 |
| 162 | Advanced Solutions & Consulting | Collection and processing of e-mails for production in | 6/20/2012 | $1,170 |

| Item No. (Cont.) | DLA Invoice No. (unless otherwise indicated) | Description | Date | Cost |
|---|---|---|---|---|
| | (Exhibit B) | December 2010 and April 2011 by Data Resolutions (Iopsys). | | |
| **Total of Section II** | | | | $700,153.43 |

**III.    RECOVERABLE COSTS UNDER CAL. CIV. CODE § 3426.4**

| Item No. (Cont.) | DLA Invoice No. | Description | Date | Cost |
|---|---|---|---|---|
| 163 | 2525825 (7/15/2010) | Consulting services by Jim Vaughn of Intelligent Discovery Solutions, Inc. regarding forensic imaging of David Browne's hard drives. | 6/24/2010 | $3,475.24 |
| 164 | 2525830 (9/17/2010) | Delivery of Micro-Probe's Notice of Motion and Motion to Dismiss Complaint (Dkt No. 10) and Disclosure of Interested Parties (Dkt No. 12) on August 5, 2010, to the United States District Court. | 8/31/2010 | $11.43 |
| 165 | 2525830 (9/17/2010) | Delivery of David Browne's Notice of Motion and Motion to Dismiss Complaint (Dkt No. 13) and Disclosure of Interested Parties (Dkt No. 14) on August 9, 2010, to the United States District Court. | 8/31/2010 | $8.67 |
| 166 | 2536326 (1/31/2011) | Consulting services by Jim Vaughn of Intelligent Discovery Solutions, Inc. regarding analysis of David Browne's hard | 12/29/2010 | $2,258.01 |

| Item No. (Cont.) | DLA Invoice No. | Description | Date | Cost |
|---|---|---|---|---|
| | | drives. | | |
| 167 | 2616939 (9/7/2011) | Travel fees for Attorney Michael G. Schwartz to Los Angeles for hearing in connection with FormFactor's motion to compel production of documents by MicroFabrica. | 8/16/2011 | $154.92 |
| 168 | 2616939 (9/7/2011) | Accommodation fees Attorney Michael G. Schwartz to Los Angeles for hearing in connection with FormFactor's motion to compel production of documents by MicroFabrica. | 8/15/2011 | $253.13 |
| 169 | 2616939 (9/7/2011) | Transportation fees incurred by Attorney Michael G. Schwartz to Los Angeles for hearing in connection with FormFactor's motion to compel production of documents by MicroFabrica. | 8/16/2011 | $119.15 |
| 170 | 2647383 (11/11/2011) | Delivery of Stipulation and Proposed Order Regarding Phase I to the United States District Court. | 10/20/2011 | $10.17 |
| 171 | 2660613 (12/12/2011) | Delivery of Revised Stipulation and Proposed Order Regarding Phase I to the United States District Court. | 11/1/2011 | $10.17 |
| 172 | 2690113 (3/15/2012) | Travel fees for Attorney Richard I. Yankwich to attend the deposition preparation of David Browne. | 1/12/2012 | $36.08 |
| 173 | 2694851 (3/30/2012) | Delivery of joint letter briefs to Magistrate | 2/27/2012 | $155.50 |

| Item No. (Cont.) | DLA Invoice No. | Description | Date | Cost |
|---|---|---|---|---|
| | | Judge Spero in connection with Micro-Probe's motion to compel identification of trade secrets and production of 30(b)(6) witness by A&A Legal Services on February 6, 2012. | | |
| 174 | 2694851 (3/30/2012) | Travel fees for Attorney Richard I. Yankwich to Los Angeles for required in-person meet and confer per Magistrate Judge Spero's standing order with FormFactor's counsel. | 2/3/2012 | $407.60 |
| 175 | 2694851 (3/30/2012) | Mileage fees for Attorney Richard I Yankwich from Palo Alto to San Jose Airport in connection with required in-person meet and confer per Magistrate Judge Spero's standing order with FormFactor's counsel. | 2/3/2012 | $17.76 |
| 176 | 2694851 (3/30/2012) | Parking fees for Attorney Richard I. Yankwich at San Jose Airport in connection with required in-person meet and confer per Magistrate Judge Spero's standing order with FormFactor's counsel. | 2/3/2012 | $30.00 |
| 177 | 2694851 (3/30/2012) | Parking fees for rental car for Attorney Richard I. Yankwich at Los Angeles in connection with required in-person meet | 2/3/2012 | $40.00 |

| Item No. (Cont.) | DLA Invoice No. | Description | Date | Cost |
|---|---|---|---|---|
| | | and confer per Magistrate Judge Spero's standing order with FormFactor's counsel. | | |
| 178 | 2694851 (3/30/2012) | Rental car for Attorney Richard I. Yankwich in Los Angeles in connection with required in-person meet and confer per Magistrate Judge Spero's standing order with FormFactor's counsel. | 2/3/2012 | $54.93 |
| 179 | 2694851 (3/30/2012) | Delivery of sealed joint letter brief to Magistrate Judge Spero. | 2/6/2012 | $9.63 |
| 180 | 2694851 (3/30/2012) | Delivery of response to motion to seal to the Magistrate Judge Spero. | 2/13/2012 | $9.63 |
| 181 | 2711180 (5/9/2012) | Travel fees for Attorney Michael G. Schwartz from San Carlos to the U.S. District Court in San Francisco for hearing regarding Micro-Probe's motion to compel. | 3/12/2012 | $13.88 |
| 182 | 2711180 (5/9/2012) | Parking fees for Attorney Michael G. Schwartz at the U.S. District Court in San Francisco for hearing regarding Micro-Probe's motion to compel. | 3/12/2012 | $8.25 |
| 183 | 2711180 (5/9/2012) | Transcript of court proceedings on March 2, 2012 in connection with motion to compel. | 3/14/2012 | $87.00 |
| 184 | 2711180 (5/9/2012) | Delivery of letter from Attorney I. Yankwich to Honorable Phyllis J. Hamilton. | 3/16/2012 | $9.76 |

DLA Piper LLP (US)
East Palo Alto

WEST\233557395

MICRO-PROBE INCORPORATED'S ITEMIZED BILL OF COSTS
CASE NO. CV 10-03095 PJH

| Item No. (Cont.) | DLA Invoice No. | Description | Date | Cost |
|---|---|---|---|---|
| 185 | 2711180 (5/9/2012) | Expert services by Intelligent Discovery Solutions, Inc. regarding forensics of David Browne's hard drives. | 3/31/2012 | $1,105.00 |
| 186 | 2719102 (5/31/2012) | Purchase of book to be used as exhibit in support of Defendant's' summary judgment motion. | 4/4/2012 | $119.28 |
| 187 | 2719102 (5/31/2012) | Delivery of joint letter brief to the Magistrate Judge Spero regarding discovery motions to compel and for sanctions. | 4/6/2012 | $12.77 |
| 188 | 2719102 (5/31/2012) | Delivery of Defendants' Response to FormFactor's motion for administrative relief. | 4/11/2012 | $9.54 |
| 189 | 2719102 (5/31/2012) | Delivery of Stipulation and Proposed Order Regarding Expert Discovery Schedule. | 4/12/2012 | $9.54 |
| 190 | 2719102 (5/31/2012) | Delivery of Defendants' documents filed under seal in support of Defendants' opposition to FormFactor's summary judgment motion. | 4/18/2012 | $10.38 |
| 191 | 2719102 (5/31/2012) | Delivery of documents filed under seal in support of Defendants' motion for summary judgment by A&A Legal Services, Inc. | 4/23/2012 | $233.70 |
| 192 | 2719102 (5/31/2012) | Delivery of parties' letter brief to the Magistrate Judge Spero dated March 7, 2012. | 4/24/2012 | $5.40 |
| 193 | 2719102 (5/31/2012) | Delivery of Defendants' Reply in support of summary judgment | 4/25/2012 | $10.38 |

DLA Piper LLP (US)
East Palo Alto

WEST\233557395

| Item No. (Cont.) | DLA Invoice No. | Description | Date | Cost |
|---|---|---|---|---|
| | | motion. | | |
| 194 | 2719102 (5/31/2012) | Transcript of April 27, 2012, sanctions hearing before Magistrate Judge Spero. | 4/30/2012 | $79.75 |
| 195 | 2719102 (5/31/2012) | Parking fees for Attorney Richard I. Yankwich at the San Jose airport in connection with required in-person meet and confer per Magistrate Judge Spero's standing order with FormFactor's counsel. | 4/30/2012 | $28.00 |
| 196 | 2719102 (5/31/2012) | Parking fees for Attorney Richard I. Yankwich in Los Angeles in connection with required in-person meet and confer per Magistrate Judge Spero's standing order with FormFactor's counsel. | 4/30/2012 | $20.00 |
| 197 | 2719102 (5/31/2012) | Gas fees for rental card for Attorney Richard I. Yankwich in connection with required in-person meet and confer per Magistrate Judge Spero's standing order with FormFactor's counsel. | 4/30/2012 | $2.30 |
| 198 | 2719102 (5/31/2012) | Car rental fees for Attorney Richard I. Yankwich in connection with required in-person meet and confer per Magistrate Judge Spero's standing order | 4/30/2012 | $37.60 |

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\233557395

MICRO-PROBE INCORPORATED'S ITEMIZED BILL OF COSTS
CASE NO. CV 10-03095 PJH

| Item No. (Cont.) | DLA Invoice No. | Description | Date | Cost |
|---|---|---|---|---|
| | | with FormFactor's counsel. | | |
| 199 | 2719102 (5/31/2012) | Travel fees for Attorney Richard I. Yankwich to Los Angeles in connection with required in-person meet and confer per Magistrate Judge Spero's standing order with FormFactor's counsel. | 4/30/2012 | $411.60 |
| 200 | 2719102 (5/31/2012) | Mileage fees for Attorney Richard I. Yankwich to and from Palo Alto and San Jose Airport in connection with required in-person meet and confer per Magistrate Judge Spero's standing order with FormFactor's counsel. | 4/30/2012 | $22.20 |
| 201 | 2719102 (5/31/2012) | Parking fees at the District Court (San Francisco Division) in connection with the April 27, 2012, sanctions hearing. | 4/30/2012 | $4.50 |
| 202 | 2719102 (5/31/2012) | Mileage fees from Palo Alto to the District Court (San Francisco Division) in connection with the April 27, 2012, sanctions hearing. | 4/30/2012 | $35.52 |
| 203 | Invoice No. TBD (May/June period) | Delivery of letter to Magistrate Judge Spero. | 5/1/2012 | $9.54 |
| 204 | Invoice No. TBD (May/June period) | Deliver of Defendants' Response to FormFactor's motion to seal. | 5/2/2012 | $9.54 |
| 205 | Invoice No. TBD (May/June period) | Delivery of Defendants' objections to reply evidence by FormFactor, Inc. in | 5/2/2012 | $9.54 |

DLA Piper LLP (US)
East Palo Alto

| Item No. (Cont.) | DLA Invoice No. | Description | Date | Cost |
|---|---|---|---|---|
| | | support of summary judgment motion. | | |
| 206 | Invoice No. TBD (May/June period) | Delivery of Statement of Recent Decision and exhibits to Honorable Phyllis J. Hamilton. | 5/4/2012 | $9.54 |
| 207 | Invoice No. TBD (May/June period) | Delivery of Declaration in support of reasonable attorney's fees. | 5/4/2012 | $9.54 |
| 208 | Invoice No. TBD (May/June period) | Parking fees for Attorney Rajiv Dharnidharka in connection with summary judgment hearing. | 5/10/2012 | $13.00 |
| 209 | Invoice No. TBD (May/June period) | Delivery of confidential settlement conference statement. | 5/23/2012 | $112.39 |
| 210 | Invoice No. TBD (May/June period) | Transcript of hearing cross-motions for summary judgment on May 9, 2012 | 6/5/2012 | $350.20 |
| 211 | Invoice No. TBD (May/June period) | Delivery of documents to be filed under seal to parties' counsel in connection with Defendants' Daubert Motion to exclude testimony and report of FormFactor's experts. | 6/6/2012 | $59.50 |
| 212 | Invoice No. TBD (May/June period) | Copy of reproducing trial exhibits. | 6/6/2012 | $2,304.60 |
| Total of Section III | | | | $12,225.76 |

DLA Piper LLP (US)
East Palo Alto

WEST\233557395

MICRO-PROBE INCORPORATED'S ITEMIZED BILL OF COSTS
CASE NO. CV 10-03095 PJH