William J. Robinson (State Bar No. 83729)
email: wrobinson@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone:     213.972.4500
Facsimile:     213.486.0065

Gina A. Bibby (State Bar No. 242657)
email: gbibby@foley.com
**FOLEY & LARDNER LLP**
975 Page Mill Road
Palo Alto, CA 94304-1013
Telephone:     650.856.3700
Facsimile:     650.856.3710

Attorneys for Plaintiff **FORMFACTOR, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **FORMFACTOR, INC.**, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**MICRO-PROBE INCORPORATED**, a California corporation; and **DAVID BROWNE**, an individual<br><br>Defendants. | Case No: 4:10-cv-03095-PJH<br><br>**[PROPOSED] ORDER DISSOLVING STAY, VACATING SUMMARY JUDGMENT ORDER, DISMISSING ACTION WITH PREJUDICE AND WITHDRAWING COSTS BILLS** |

Based upon the stipulation of the parties, it is hereby ordered as follows:

1.     The stay imposed by this Court's Order of September 7, 2012 (Doc. 201) is dissolved.

2.     This Court's June 6, 2012 Order Re Cross-Motions For Summary Judgment (Doc. 189) is vacated.

3.     This action is dismissed with prejudice, with each party bearing their own costs and attorneys fees.

4.     The cost bills submitted by Micro-Probe and Browne on June 21, 2012 (Docs.

1  191 and 192) are deemed withdrawn.

DATED: November  21 , 2012



_____
HON. PHYLLIS J. HAMILTON
United States District Judge

ORDER DISSOLVING STAY, DISMISSING ACTION
AND VACATING SUMMARY JUDGMENT
4:10-CV-03095-PJH

4833-2816-2065.1